**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND,
Plaintiff(s)

v. C.A. No. 05 107 S

JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,
Defendant(s)

FILED MAR 09 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

FILED MAR 10 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

MOTION FOR ENTRY OF APPEARANCE
**PRO HAC VICE**

Plaintiff CoxCom, Inc. hereby moves that Daniel J. Lefkowitz, Esq. be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

**X** The case involves the following complex area of the law, in which pro hac vice counsel specializes: Communications Act (Title 47) litigation.

The local trial bar lacks experience in the field of:____________________.

The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ____________________.

The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ____________________.

It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.

Other: ____________________.

DATED: 3/7/05

Plaintiff CoxCom, Inc. d/b/a
Cox Communications New England
By:________________
Francis S. Holbrook II (# 3412)
Miller Scott & Holbrook,
122 Touro Street Newport, RI 02840
(401) 847-7500
Attorney for Plaintiff

11

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of New York & Florida and the following federal district court bar(s) S.D.N.Y, E.D.N.Y., N.D.N.Y., W.D.N.Y. & D.ARIZ., without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: None.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Daniel J. Lefkowitz
Name

Lefkowitz, Louis, Sullivan & Hogan, L.L.P
Firm Name

350 Jericho Turnpike, Suite 300
Business Address
Jericho, New York 11753

(516) 942-4700
Tel. #

(516) 942-4705
Fax #

Francis S. Holbrook, II
Local Associate Counsel
#3412
R.I. Bar ID #

Miller Scott & Holbrook
Firm Name

122 Touro Street
Business Address
Newport, RI 02840

(401) 847-7500
Tel. #

(401) 848-5854
Fax #

---

**ORDER:** This motion is hereby Granted.

U.S. District Judge

Date: 3/11/05