UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFE, et als

MOTION TO VACATE

Now come the defendants Jon Chaffee, Amy Chaffee and Ramalda Bou and move to vacate the Ex Parte Temporary Restraining Order for the reasons set forth in the attached affidavit.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the14th day of March, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Daniel J. Lefkowitz, Esq., 1 (508) 942-4705.

#15