UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

## MOTION FOR CONTINUANCE

Now come the defendants Jon Chaffee, Amy Chaffee and Ramalda Bou and move for a continuance of the hearing for Preliminary Injunction scheduled for March 22, 2005 for the reasons set forth in the attached memorandum.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

## CERTIFICATION

I hereby certify that on the 16th day of March, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (508) 942-4705.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

MEMORANDUM IN SUPPORT OF
MOTION FOR CONTINUANCE

Counsel for the defendants was first contacted in this matter on March 11, 2005 after the Chaffee defendants had been served with process. On March 14, 2005 counsel was faxed a copy of the complaint. The Chaffee defendants and counsel met personally at the first opportunity on March 15, 2005. At that time counsel saw the court order dated March 11, 2005 indicating that the hearing for Preliminary Injunction was scheduled for March 22, 2005.

Apparently, according to the affidavits in support of the motion for a temporary restraining order, counsel for the plaintiffs have been working of this matter since November 2004. Counsel for the defendants needs at least one month to properly prepare for the hearing as, among other things, he wishes to take the deposition of the affiant Ronald Allard. (Copy of deposition notice attached)

Additionally counsel for the defendants has been excused from attendance at all sessions of the Rhode Island Superior Courts and the Rhode Island Workers' Compensation Court for the purpose of visiting his daughter in Florida for Easter. (Copies of orders attached) Thus said counsel will need March 21 and 22, 2005 to take of all last minute details. Counsel did not have anything scheduled during that period in this court and therefore did not seek an excuse from attendance.

It would not appear plaintiffs will be prejudiced by a continuance as the order granting the temporary restraining order is in effect.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 16th day of March, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (508) 942-4705.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFE, et als

NOTICE OF DEPOSITION

| | |
|---|---|
| DEPONENT: | Ronald Allard |
| DATE: | April 8, 2005 |
| TIME: | 2:00 pm |
| PLACE: | 128 Dorrance Street, Suite 400, Providence, RI |

Please take notice that the Defendants in the above-entitled matter will take the deposition of the above-named on oral examination before a duly authorized notary public or some other duly qualified person, the same to commence on the date, time and at the place above stated. You are hereby notified of said deposition to take such part in said deposition as you may be advised and as may be fit and proper.

Defendants

By their attorney,

JAMES A. CURRIER #0953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113 Fax 274-3115

CERTIFICATION

I hereby certify that on the 16th day of March, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (508) 942-4705.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFE, et als

NOTICE OF DEPOSITION

| | |
|---|---|
| DEPONENT: | Lucien Marcoux |
| DATE: | April 8, 2005 |
| TIME: | 3:00 pm |
| PLACE: | 128 Dorrance Street, Suite 400, Providence, RI |

Please take notice that the Defendants in the above-entitled matter will take the deposition of the above-named on oral examination before a duly authorized notary public or some other duly qualified person, the same to commence on the date, time and at the place above stated. You are hereby notified of said deposition to take such part in said deposition as you may be advised and as may be fit and proper.

Defendants

By their attorney,

JAMES A. CURRIER #0953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113 Fax 274-3115

CERTIFICATION

I hereby certify that on the 16th day of March, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (508) 942-4705.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
WORKERS' COMPENSATION COURT

IN RE: JAMES A. CURRIER

ORDER

The motion of James A. Currier to be excused from attendance at all sessions in the Rhode Island Workers' Compensation Court from February 24, 2005 through and including February 28, 2005 and March 24, 2005 through and including March 30, 2005 is hereby: GRANTED.

ENTER:

George E. Healy Jr.

Presiding Judge

PER ORDER:

Clerk John A. Sabatini

DATED: 2/3/2005

PREPARED BY:
James A. Currier #953
128 Dorrance Street
Suite 400
Providence, Rhode Island
274-3113

CERTIFICATION

I hereby certify that I mailed/faxed/hand delivered copies of the within to to all counsel counsel of record.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT

IN RE: JAMES A. CURRIER

ORDER

The motion of James A. Currier to be excused from attendance at all sessions in the Rhode Island Superior Court from February 24, 2005 through and including February 28, 2005 and March 24, 2005 through and including March 30, 2005 is hereby:
GRANTED.

ENTER:

APPROVED
FEB 4 - 2005
RODGERS, P.J.

Presiding Justice

DATED:

PER ORDER:

Clerk

PREPARED BY:
James A. Currier #953
128 Dorrance Street
Suite 400
Providence, Rhode Island
274-3113

CERTIFICATION

I hereby certify that I mailed/faxed/hand delivered copies of the within to to all counsel counsel of record.