UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

AFFIDAVIT

I, James A. Currier under oath depose and say:

1. Notwithstanding the dates on the court excuses, the undersigned is scheduled to leave Rhode Island March 22, 2005 as indicated by a copy of the airline ticket attached hereto.

James A. Currier

Subscribed and sworn to before me this ~~18th~~ 17th of March, 2005.

Notary Public
Mark P. Gagliardi

CERTIFICATION

I hereby certify that on the 18th day of March, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

17

# ETKT PASSENGER ITINERARY



Delta NOT TRANSFERABLE

CORRIER/JAMES

DATE/PLACE OF ISSUE 02FEB05 PVDFTO

| DAY/DATE | FLIGHT | STATUS | CARRIER/VENDOR | CITY | TIME | SEAT | CLASS | MEAL | REMARK |
|---|---|---|---|---|---|---|---|---|---|
| TUE 22MAR05 | 637 | OK | DELTA AIR LINES INC | LV PROVIDENCE | 615A | 25D | COACH | BEVERAGE | |
| | | | | AR ATLANTA | 911A | | | | |
| TUE 22MAR05 | 1079 | OK | DELTA AIR LINES INC | LV ATLANTA | 948A | 25D | COACH | BEVERAGE | |
| | | | | AR PENSACOLA | 1003A | | | | |
| TUE 29MAR05 | 4439 | OK | DELTA AIR LINES INC | LV PENSACOLA | 740A | 8B | COACH | BEVERAGE | |
| | OPERATED BY ATLANTIC SOUTHEAST | | | AR ATLANTA | 953A | | | | |
| | A DELTA CONNECTION CARRIER | | | | | | | | |
| TUE 29MAR05 | 1646 | OK | DELTA AIR LINES INC | LV ATLANTA | 1047A | 25D | COACH | BEVERAGE | |
| | | | | AR PROVIDENCE | 102P | | | | |

CONTINUED . . .

0 0062152076384 6