BOND NO. KO605822A

COXCOM, INC.
d/b/a COX COMMUNICATIONS NEW ENGLAND
Plaintiff

Vs

TEMPORARY RESTRAINING ORDER

JON CHAFFEE, individually and d/b/a ELECRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,
Defendants

WHEREAS, by Order of the above entitled Court, Plaintiff, COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND, was required to file an undertaking in the sum of Twenty Five Thousand and No/100 DOLLARS as a condition for a Temporary Restraining Order to be in effect restraining and enjoining the above named Defendant, JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS, from the commission of certain acts as more fully set forth in the said order.

NOW, THEREFORE, WESTCHESTER FIRE INSURANCE COMPANY, a corporation organized and existing under the laws of the State of New York and authorized to transact the business of Surety, as Surety, in consideration of the premises and issuance of said Temporary Restraining Order does hereby undertake to pay all costs and disbursements that may be decreed to the Defendant, and such damages not exceeding the amount of Twenty Five Thousand and No/100 DOLLARS as the Defendant may sustain by reason of said Temporary Restraining Order if the same by wrongfully obtained and without sufficient cause.

IN WITNESS WHEREOF, we have set our hand and seal the 14th day of March, 2005.

WESTCHESTER FIRE INSURANCE COMPANY

BY: [signature]
Nancy G. Nix, Attorney-in-Fact

18

**ace usa**

Westchester Fire Insurance Company
Insurance Company

CoxCom, Inc.
d/b/a Cox Communications New England
Policy Holder

KO605822A
Policy Number

Marsh USA, Inc./Atlanta, Georgia
Broker/Producer

# POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INSURANCE COVERAGE

You should be aware that under the Terrorism Risk Insurance Act of 2002 ("The Act") effective November 28, 2002, any losses caused by certified acts of terrorism under your existing coverage may be partially reimbursed by the United States under a formula established by federal law (applicability is subject to the terms and conditions of each individual policy). The Act was specifically designed to address the ability of businesses and individuals to obtain property and casualty insurance for terrorism and to protect consumers by addressing market disruptions and ensure the continued availability of terrorism coverage.

Under the terms of The Act, you may now have the right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States—to be an act of terrorism, to be a violent act or an act that is dangerous to human life, property: or infrastructure; to have resulted in damage within the United States, our outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

Responsibility for Compensation under The Act is shared between insurance companies covered by The Act and the United States. Under the formula set forth in The Act, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible, which is paid by the insurance company providing the coverage.

We are providing you with the terrorism coverage required by The Act. We have not established a separate price for this coverage; however, the portion of your premium that is reasonably attributable to such coverage is: $0.

**Power of Attorney**

WESTCHESTER FIRE INSURANCE MPANY 1082579

110150

**Know all men by these presents:** That **WESTCHESTER FIRE INSURANCE COMPANY** , a corporation of the State of New York , having its principal office in the City of Atlanta , Georgia , pursuant to the following Resolution, adopted by the Board of Directors of the said Company on November 8, 1999, to wit:

"RESOLVED, that the following Rules shall govern the execution for the Company of bonds, undertakings, recognizances, contracts and other writings in the nature thereof:

(1) That the President, any Senior Vice President, any Vice President, and Assistant Vice President, or any Attorney-in-Fact, may execute for and on behalf of the Company any and all bonds, undertakings, recognizances, contracts and other writings in the nature thereof, the same to be attested when necessary by the Corporate Secretary, or any Assistant Corporate Secretary, and the seal of the Company affixed thereto;and that the President, any Senior Vice President, any Vice President or any Assistant Vice President may appoint and authorize any other Officer (elected or appointed) of the Company, as Attorneys-In-Fact to so execute or attest to the execution of all such writings on behalf of the Company and to affix the seal of the Company thereto.

(2) Any such writing executed in accordance with these Rules shall be as binding upon the Company in any case as though signed by the President and attested to by the Corporate Secretary.

(3) The signature of the President, or a Senior Vice President, or a Vice President, or an Assistant Vice President and the seal of the Company may be affixed by facsimile on any power of attorney granted pursuant to this Resolution, and the signature of a certifying Officer and the seal of the Company may be affixed by facsimile to any certificate of any such power, and any such power or certificate bearing such facsimile signature and seal shall be valid and binding on the Company.

(4) Such other Officers of the Company, and Attorneys-In-Fact shall have authority to certify or verify copies of this Resolution, the By-Laws of the Company, and any affidavit or record of the Company necessary to the discharge of their duties.

(5) The passage of this Resolution does not revoke any earlier authority granted by Resolutions of the Board of Directors."

Does hereby nominate, constitute and appoint JUDY S. FLEMING, SANDRA S. CARTER, EDWARD L. MITCHELL, BARBARA A. THOMPSON, VIRGINIA B. MCMANUS, GARY D. EKLUND, BARBARA S. MACARTHUR, NANCY G. NIX, CYNTHIA I. RODOLPH, LAUREL D. HUSS and CHAUN M. WILSON all of the City of Atlanta, State of Georgia , each individually if there be more than one named, its true and lawful attorney-in-fact, to make, execute, seal and deliver on its behalf, and as its act and deed any and all bonds, undertakings, recognizances, contracts and other writings in the nature thereof in penalties not exceeding Ten Million Dollars ($10,000,000) and the execution of such writings in pursuance of these presents shall be as binding upon said Company, as fully and amply as if they had been duly executed and ackowledged by the regularly elected officers of the Company at its principal office.

IN WITNESS WHEREOF, the said Stephen M. Haney , Vice-President, has hereunto subscribed his name and affixed the corporate seal of the said **WESTCHESTER FIRE INSURANCE COMPANY** this 2nd day of November 2004 .

**WESTCHESTER FIRE INSURANCE COMPANY**

WESTCHESTER FIRE INSURANCE CO.

Stephen M. Haney

Stephen M. Haney , Vice President

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA ss.

On this 2nd day of November , A.D. 2004 , before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came Stephen M. Haney , Vice-President of the **WESTCHESTER FIRE INSURANCE COMPANY** to me personally known to be the individual and officer who executed the preceding instrument, and he acknowledged that he executed the same, and that the seal affixed to the preceding instrument is the corporate seal of said Company; that the said corporate seal and his signature were duly affixed by the authority and direction of the said corporation, and that Resolution, adopted by the Board of Directors of said Company, referred to in the preceding instrument, is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Philadelphia the day and year first above written.

KATHLEEN TIRRI COMMONWEALTH OF PENNSYLVANIA NOTARY PUBLIC

NOTARIAL SEAL
Kathleen Tirri, Notary Public
Philadelphia, Philadelphia County
My commission expires September 22, 2007

Kathleen Tirri

Notary Public

I, the undersigned Secretary of **WESTCHESTER FIRE INSURANCE COMPANY** , do hereby certify that the original POWER OF ATTORNEY, of which the foregoing is a substantially true and correct copy, is in full force and effect.

In witness whereof, I have hereunto subscribed my name as Secretary, and affixed the corporate seal of the Corporation, this 14th day of March 2005

WESTCHESTER FIRE INSURANCE CO.

George D. Mulligan

George D. Mulligan , Secretary

THIS POWER OF ATTORNEY MAY NOT BE USED TO EXECUTE ANY BOND WITH AN INCEPTION DATE AFTER November 2, 2006 .