COPY FOR JUDGE SMITH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

# MOTION FOR CONTINUANCE

Now come the defendants Jon Chaffee, Amy Chaffee and Ramalda Bou and move for a continuance of the hearing for Preliminary Injunction scheduled for March 22, 2005 for the reasons set forth in the attached memorandum.

By their Attorney,

GRANTED

William E. Smith
U.S. District Judge
3/22/05

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

## CERTIFICATION

I hereby certify that on the 16th day of March, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (508) 942-4705.

19