U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF<br>Cox Com, Inc d/b/a Cox Comm. NE | COURT CASE NUMBER<br>05 107S |
| DEFENDANT<br>Jon Chaffee, et al | TYPE OF PROCESS<br>Ex Parte TRO |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Amy Chaffee individually and d/b/a Electronic Imports and Chaffee International

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*)
2016 Richard Drive, Tiverton, RI

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Francis Holbrook, II,
122 Touro Street
Newport, RI 02840

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Fold

Case has been filed under Seal
Contact Shawn K. Hogan, Esq.
Lefkowitz, Louis & Sullivan & Hogan, LLP
350 Jericho Turnpike, Suite 300
Jericho, NY 11753

Phone (516) 942-4700
Cell 516-652-2089

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☑ PLAINTIFF ☐ DEFENDANT | 516-652-2089 | 3/11/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | — | No. 70 | No. 70 | [signature] | 3/11/05 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| | |
|---|---|
| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (*complete only if different than shown above*) | Date of Service: 3/11/05 — Time: 2045 hrs, 8:45 am / (pm)<br>Signature of U.S. Marshal or Deputy: [signature] |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| ~~$748.86~~ | — | — | ~~748.86~~ | | | |

REMARKS:

(20)

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: CoxCom, Inc. d/b/a Cox Comm. NE | COURT CASE NUMBER: 05 107 S |
| DEFENDANT: Jon Chaffee, et al | TYPE OF PROCESS: Ex parte TRO |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Jon Chaffee, Individually and d/b/a Electronic Imports and Chaffee International

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 206 Richard Drive, Tiverton, RI

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Francis S. Holbrook II
122 Turo Street
Newport, RI 02840

| | |
|---|---|
| Number of process to be served with this Form - 285 | 4 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

Case has been filed under seal. Contact Shaun K. Hogan, Lefkowitz, Louis, Sullivan & Hogan, L.L.P., 350 Jericho Turnpike, Suite 300 Jericho, NY 11753 (516) 842-4700) (516) 652-2099 (cell)

Signature of Attorney or other Originator requesting service on behalf of: [signature] ☑ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 516-652-2099 DATE: 3/11/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | [signature] | 3/11/05 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Amy Chaffee (wife @ 8:45, See Note below)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

Date of Service: 3/11/05 Time: 2200hrs 10:00 am / (pm)

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| ~~$135.02~~ 64.40 | ~~$[illegible]~~ 1867.50 | — | ~~$1400.76~~ | | 1931.90 | |

REMARKS:

Note: Actually served Amy Chaffee (Jon's wife) @ 8:45p.m. Jon arrived home @ approx 10 pm. Order completed in North Providence @ 0030 hrs.

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)