**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,** | ) | **C.A. No.: 05-107 S** |
| **Plaintiff,** | ) | |
| **v.** | ) | **ANSWER** |
| **JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, IMPORTS individually and d/b/a, ELECTRONIC RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,** | ) | |
| **Defendants.** | ) | |

Plaintiff, CoxCom, Inc. d/b/a Cox Communications New England (hereinafter "CoxCom"), by its attorneys Lefkowitz, Louis, Sullivan & Hogan, L.L.P. and Miller, Scott & Holbrook, hereby submits its Reply to Defendants', Jon Chaffee, Amy Chaffee and Ramalda Bou, individually and d/b/a Electronic Imports and Chaffee International (hereinafter "Defendants"), counterclaims as set forth in Defendants' amended counterclaims dated April 8, 2005. CoxCom is submitting under separate cover a motion to dismiss counterclaim one and accordingly will not address it in this document.

**COXCOM'S REPLY TO DEFENDANTS' COUNTERCLAIMS**

COUNT 1:

1. CoxCom addresses Counterclaim 1, paragraphs one through seven, separately in its Motion to Dismiss Counterclaim One.

COUNT 2

2. CoxCom denies the allegations set forth in paragraph one.

28

# COXCOM'S DEFENSES TO DEFENDANTS' COUNTERCLAIMS

## First Defense

1. Defendants' counterclaims fail to state a claim upon which relief can be granted.

## Second Defense

2. Defendants' counterclaims are barred, in whole or in part, by their unclean hands.

## Third Defense

3. Defendants' counterclaims must be dismissed pursuant to the doctrine of waiver.

## Fourth Defense

4. Defendants' counterclaims must be dismissed pursuant to the doctrines of estoppel and laches.

## Fifth Defense

5. Defendants' counterclaims must be dismissed because the applicable statute of limitations has run.

## Sixth Defense

6. Defendants' counterclaims are barred, because Defendants cannot demonstrate that CoxCom had the requisite intent for the actions alleged.

## Seventh Defense

7. Defendants' failed to mitigate their damages, if any.

## Eighth Defense

8. Defendants' counterclaims are barred, or damages at least should be reduced, because the damages, if any, were caused by their own conduct.

## Ninth Defense

9. Defendants' counterclaims are barred, or damages at least should be reduced, because Defendants have not sustained any ascertainable monetary damages.

**Tenth Defense**

10. Defendants' counterclaims are barred by the doctrine of *in pari delicto*.

**Eleventh Defense**

11. Any damages Defendants claim to have suffered were caused by or resulted, in whole or in part, from their negligent, reckless, or intentional actions or omissions, and damages, if at all recoverable, must be reduced in proportion to their comparative fault.

**WHEREFORE,** CoxCom respectfully requests that this Court dismiss with prejudice Defendants' Counterclaims and award CoxCom its attorneys' fees and costs.

Dated: Newport, Rhode Island
April 27, 2005

Attorneys for the Plaintiff
LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

By: Shaun K. Hogan (by RSB)
Shaun K. Hogan (SH-7227)
350 Jericho Turnpike, Suite 300
Jerciho, New York 11753
(516) 942-4700

MILLER, SCOTT & HOLBROOK

By: ______________________
Francis S. Holbrook, II (#3412)
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500

TO:

James A. Currier (#953)
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903
(401) 274-3113

4/27/05