**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-107S** **DATE: May 10, 2005**

**TITLE: COXCOM, INC., et al. v. JON CHAFEE, et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**



**Co[illegible] [illegible] [illegible]ed**

**IN COURT:**

---

**COUNSEL PRESENT:** [illegible]
Fran[illegible]
Ja[illegible]

**PROCEEDINGS:**

Motion to Ame[illegible]
Motion to Di[illegible] Counterclaim
Second Motion to Amend

Attorneys argue.

**RULING:**

**Court takes under advisement**
**Additional briefs to be filed**
**Order to follow by the Court**