UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MOTION TO RELEASE ATTACHMENT**

Now come the defendants Jon Chaffee, Amy Chaffee and move to release the attachment on Waterhouse Securities, Providence, RI, Acct # 38802279.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 14th day of July, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MEMORANDUM IN SUPPORT OF**
**MOTION TO RELEASE ATTACHMENT**

Defendants Jon Chaffee and Amy Chaffee are owners of a Waterhouse Securities Account which was valued at the time of the asset freeze at $18,800.00. The value has declined since that time and the defendants wish to sell the securities to avoid further losses.

A sale may inure to the benefit of the plaintiff should the defendants recover on the counterclaim.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 14th day of July, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

______________________________