UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

MOTION FOR PROTECTIVE ORDER

Now come the defendant Jon Chaffee and moves for a protective order as to the prosed deposition of "Nikkei" for the reasons set forth in the attached memorandum.

By his Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 14th day of July, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

## MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER

Plaintiff has indicated it will notice the deposition of and issue a subpoena to "Nikkei" which apparently is intended to mean to Defendant Jon Chaffee's full time employer. Plaintiff further suggests that the deposition is necessary to determine Jon Chaffee's economic loss.

Jon Chaffee is not claiming an economic loss from his employer. Any subpoena would only serve to embarrass Mr. Chaffee and possibly jeopardize his job.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

**CERTIFICATION**

I hereby certify that on the 14th day of July, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

______________________________