LEFKOWITZ, LOUIS, SULLIVAN & HOGAN
A LIMITED LIABILITY PARTNERSHIP
350 JERICHO TURNPIKE
SUITE 300
JERICHO, NEW YORK 11753

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
E-MAIL: llshllp.com

DANIEL J. LEFKOWITZ*
WAYNE R. LOUIS
PATRICK J. SULLIVAN
SHAUN K. HOGAN+

MICHAEL D. CASSELL■
MELINDA MAY DUS
MICHAEL G. McALVIN■

WILLIAM B. JUNG, LLC▲
OF COUNSEL

NEW JERSEY OFFICE
744 BROAD STREET
FLOOR 16, ROOM 28
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 735-2700
TELECOPIER: (516) 942-4705

*ALSO ADMITTED IN FLORIDA
+ALSO ADMITTED IN MASSACHUSETTS
■ALSO ADMITTED IN NEW JERSEY
▲ALSO ADMITTED IN SOUTH CAROLINA

July 14, 2005

**BY FACSIMILE & U.S. MAIL**
James A. Currier, Esq.
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903

Re: Coxcom, Inc. v. Jon Chaffee, et al.
Case No.: 05 CV 107S

Dear Mr. Currier:

This firm represents Coxcom Inc. ("Cox") in the above referenced action.

As you know the depositions of Miriam Rico and Cheryl Chaffee are scheduled for July 22, 2205. In order to minimize expense, I would propose the following dates for the depositions of the defendants and nonparties: Ramalda Bou July 21, 2005 at 10:30 a.m.; Amy Chaffee July 21, 2005 at 2:00 p.m.; John Chaffee July 25, 2005 at 10:30 a.m.; and, Nikkei on July 26, 2005 at 10:00 a.m. (in the courthouse). With respect to the deposition of a representative of Nikkei, be advised that I have yet to issue that subpoena. However, I will endeavor to secure Nikkei's cooperation and issue the subpoena tommorow. Obviously, a representative from Nikkei must be deposed to assess the extent of economic damage, if any, the defendant has suffered as a result of this action. Please let me know if the proposed dates meet with your approval.

Thank you for your attention to this matter.

Very truly yours,

LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

Shaun K. Hogan

cc: Francis Holbrook, Esq.