COPY FOR JUDGE SMITH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

USMJ

7/22/05: GRANTED (IN VIEW OF THIS COURT'S R+R DATED 7/19/05 RECOMMENDING DISMISSAL OF DEFENDANTS' COUNTERCLAIMS.

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

## MOTION FOR PROTECTIVE ORDER

Now come the defendant Jon Chaffee and moves for a protective order as to the prosed deposition of "Nikkei" for the reasons set forth in the attached memorandum.

Referred to U.S.M.J.
☐ for findings & recommendation
☒ for determination
☐
William E. Smith, U.S. District Judge
Date 7/20/05

By his Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

## CERTIFICATION

I hereby certify that on the 14th day of July, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.