# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

---

# *NOTICE*

*COXCOM, INC., et al.*

*v.* *CA05-107S*

*JON CHAFEE, et al.*

*PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND*

*TYPE OF PROCEEDING:* *MOTION TO RELEASE ATTACHMENT*

*PLACE:* *U.S. District Court*
*Courtroom A - Room 224*
*John O. Pastore Federal Building*
*Two Exchange Terrace*
*Providence, RI 02903*

*DATE:* *AUGUST 8, 2005*

*TIME:* *10:00 A.M.*

*David A. DiMarzio, Clerk of Court*

Jeannine Theall

Jeannine Theall
Deputy Clerk
Date: July 27, 2005

**NOTICE SENT TO:** **CURRIER, HOLBROOK, HOGAN, LEFKOWITZ, SULLIVAN**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.