UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

## MOTION TO TAKE DEPOSITION

Now come the defendants, pursuant to Rule 30 (a)(2)(B), and move for leave to take the deposition of Lucien Marcoux.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 30th day of July, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MEMORANDUM IN SUPPORT OF MOTION TO TAKE DEPOSITION**

The discovery deposition of Lucien T. Marcoux, New England Security Manager for plaintiff, was taken May 5, 2005. On or about July 9, 2005, Mr. Marcoux, on behalf of Plaintiff obtained the purported "Declaration" of one Gerard Boisvert.

In plaintiff's Notice of Motion to Compel dated July 22, 2005, plaintiff's counsel alleges that Mr. Boisvert was requested by defendant Jon Chaffee to "... materially alter his previously sworn declaration."

Defendant's therefore wish to take the deposition of Mr. Marcoux solely on the issues of the preparation of the declaration and the alleged witness tampering.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

## CERTIFICATION

I hereby certify that on the 30th day of July, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

______________________

**CERTIFICATION**

I hereby certify that on the 30th day of July, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

______________________________