**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA05-107S** **DATE: August 8, 2005**

**TITLE: COXCOM, Inc., et al. v. Jon Chafee, et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Shaun Hogan, Esq.
Frank Holbrook, Esq.
James Currier, Esq.

**PROCEEDING:** Defendant's Motion to Release Attachment

Attorneys argue.

**RULING:** **Motion Denied.**
**Attorneys to work out details.**