**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,**<br><br>**Defendants.** | ) | **C.A. No.: 05-107 S**<br><br>**NOTICE OF MOTION TO EXTEND DISCOVERY DEADLINE ON CONSENT** |

**PLEASE TAKE NOTICE** that plaintiff, CoxCom, Inc. d/b/a Cox Communications New England, by its attorneys, Lefkowitz, Louis, Sullivan & Hogan, L.L.P. and Miller, Scott and Holbrook, with the consent of defendants by their attorney, James Currier, Esq., respectfully requests the Court issue an Order extending the discovery deadline for an additional thirty days, from August 12, 2005 to September 12, 2005, as well extending the deadline to file dispositive motions from August 26, 2005 to September 26, 2005, and finally adjourning the deadline for filing pretrial memoranda and the pretrial conference date accordingly.

Dated: Jericho, New York
August 8, 2005

Attorneys for the Plaintiff
LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

By:______________________
Shaun K. Hogan (SH-7227)
350 Jericho Turnpike, Suite 300
Jericho, New York 11753
(516) 942-4700

Dated: Newport, Rhode Island
August 8, 2005

MILLER, SCOTT & HOLBROOK

By:_______________________
Francis S. Holbrook, II (#3412)
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500

Dated: Providence, Rhode Island
August 8, 2005

Attorney for the Defendants
JAMES A. CURRIER

By:_______________________
James A. Currier
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903
(401) 274-3113

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,**<br><br>**Defendants.** | ) | **C.A. No.: 05-107 S**<br><br>**AFFIRMATION OF SHAUN K. HOGAN IN SUPPORT OF MOTION TO EXTEND DISCOVERY <u>DEADLINE</u>** |

I, **SHAUN K. HOGAN**, an attorney admitted *pro hac vice* to practice before the Bar of the United States District Court for the District of Rhode Island, affirms the following under penalties of perjury:

1. I am an attorney and a member of the law firm of Lefkowitz, Louis, Sullivan & Hogan, L.L.P., attorneys for the Plaintiff, CoxCom Inc. d/b/a Cox Communications New England (hereinafter "CoxCom" or "Plaintiff") in the above-captioned action. I have personal knowledge of the following, based upon my knowledge of this action and the files maintained by this firm, unless otherwise stated. I submit this Affirmation in support of Plaintiff's Motion seeking an Order extending the discovery deadline for an additional thirty days, from August 12, 2005 to September 12, 2005, as well extending the deadline to file dispositive motions from August 26, 2005, to September 26, 2005, and finally moving the pretrial conference date accordingly.

2. On April 12, 2005, 2005, the Court entered a Scheduling Order (the "Order"), which, *inter alia*, provided that discovery should be completed by August 12, 2005. The Order also

provided that the parties should file dispositive motions by August 26, 2005. It further provided the pretrial memoranda should be filed by September 13, 2005.

3. Despite the expedited discovery Order in this action, the parties are in protracted and substantive discovery practice at the present time. To date, the parties have completed a portion of the outstanding written discovery requests and have completed ten (10) witness depositions.

4. The parties anticipate conducting at least six (6) more depositions in the coming weeks. Additionally, Defendants are seeking to depose Plaintiff's expert witness.

5. Accordingly, Plaintiff submits that there is good cause for the Court to grant this application for a thirty-day extension of the discovery and dispositive motion deadline.

6. This is the first request for an extension of the discovery deadline and Defendants' counsel joins in this application.

**WHEREFORE**, Plaintiff seeks a Court order extending the discovery deadline for an additional thirty days, from August 12, 2005 to September 12, 2005, as well extending the deadline to file dispositive motions from August 26, 2005, to September 26, 2005, and finally adjourning the deadline for filing pretrial memoranda and the pretrial conference date accordingly

Dated: Jericho, New York
August 8, 2005

Attorneys for the Plaintiff
LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

By:______________________

Shaun K. Hogan (SH-7227)
350 Jericho Turnpike, Suite 300
Jericho, New York 11753
(516) 942-4700

Dated: Newport, Rhode Island
August 8, 2005

MILLER, SCOTT & HOLBROOK

By:____________________________

Francis S. Holbrook, II (#3412)
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500

Dated: Providence, Rhode Island
August 8, 2005

Attorney for the Defendants
JAMES A. CURRIER

By:____________________________

James A. Currier
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903
(401) 274-3113