COPY FOR JUDGE SMITH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

## MOTION TO RELEASE ATTACHMENT

Now come the defendants Jon Chaffee, Amy Chaffee and move to release the attachment on Waterhouse Securities, Providence, RI, Acct # 38802279.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 7/21/05

CERTIFICATION

I hereby certify that on the 14th day of July, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

8/9/05: DENIED. DEFENDANTS MAY, HOWEVER, LIQUIDATE THIS SECURITIES ACCT. AND TRANSFER THE PROCEEDS TO ANOTHER ACCT. SUBJECT TO THE "ASSET FREEZE" ORDERED BY DIST. JUDGE SMITH ON 4/12/05.
USMJ

8-8-05 @ 10:00