AUG 4 2005

DISTRICT COURT DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,** | ) | |
| **Plaintiff,** | ) | **C.A. No.: 05-107 S** |
| **v.** | ) | **NOTICE OF MOTION TO EXTEND DISCOVERY DEADLINE ON CONSENT** |
| **JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,** | ) | |
| **Defendants.** | ) | |

**PLEASE TAKE NOTICE** that plaintiff, CoxCom, Inc. d/b/a Cox Communications New England, by its attorneys, Lefkowitz, Louis, Sullivan & Hogan, L.L.P. and Miller, Scott and Holbrook, with the consent of defendants by their attorney, James Currier, Esq., respectfully requests the Court issue an Order extending the discovery deadline for an additional thirty days, from August 12, 2005 to September 12, 2005, as well extending the deadline to file dispositive motions from August 26, 2005 to September 26, 2005, and finally adjourning the deadline for filing pretrial memoranda and the pretrial conference date accordingly.

Dated: Jericho, New York
August 7, 2005

Attorneys for the Plaintiff
LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

By: ______________________
Shaun K. Hogan (SH-7227)
350 Jericho Turnpike, Suite 300
Jericho, New York 11753
(516) 942-4700

Dated: Newport, Rhode Island
August 8, 2005

MILLER, SCOTT & HOLBROOK

By: ______________________

Francis S. Holbrook, II (#3412)
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500

Dated: Providence, Rhode Island
August 8, 2005

Attorney for the Defendants
JAMES A. CURRIER

By: ______________________

James A. Currier
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903
(401) 274-3113

Granted
WSM
USDJ
8/9/05