UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CoxCom, Inc., d/b/a Cox Communications New England,<br><br>Plaintiff,<br><br>v.<br><br>Jon Chaffee, individually and d/b/a Electronic Imports and Chaffee International, Amy Chaffee, individually and d/b/a Electronic Imports, Ramalda Bou, individually and d/b/a Electronic Imports,<br><br>Defendants. | C.A. No. 05-107S |

**DECISION AND ORDER**

WILLIAM E. SMITH, United States District Judge.

CoxCom, Inc. ("Plaintiff") sued John Chaffee and the other named defendants ("Defendants") for violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201, and the Communications Act, 47 U.S.C. § 553(a)(1). Defendants filed a Counterclaim, followed by a First and Second Motion to Amend Counterclaim. Plaintiff responded with a Motion to Dismiss Counterclaim. The motions were referred to Magistrate Judge Almond pursuant to 28 U.S.C. § 636(b)(1)(B) and D.R.I. Local R. 32(c). Judge Almond recommended the motions each be granted and denied in part. See CoxCom, Inc. v. Chaffee, C.A. No. 05-107S (D.R.I. July 19, 2005) (Report and Recommendation of Mag. J. Almond). The Court has reviewed the objection and following de novo review, see Rhode

Island Laborers' Health & Welfare Fund v. Philip Morris, Inc., 99 F. Supp. 2d 174, 176 (D.R.I. 2000), this Court adopts the well-reasoned Report and Recommendation of Judge Almond in full.

IT IS SO ORDERED.

WESm

William E. Smith
United States District Judge
Dated: 8/9/05