LEFKOWITZ, LOUIS, SULLIVAN & HOGAN
A LIMITED LIABILITY PARTNERSHIP
350 JERICHO TURNPIKE
SUITE 300
JERICHO, NEW YORK 11753

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
E-MAIL: llshllp.com

DANIEL J. LEFKOWITZ*
WAYNE R. LOUIS
PATRICK J. SULLIVAN
SHAUN K. HOGAN+

MICHAEL D. CASSELL■
MELINDA MAY DUS

WILLIAM B. JUNG, LLC▲
OF COUNSEL

NEW JERSEY OFFICE
744 BROAD STREET
FLOOR 16, ROOM 28
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 735-2700
TELECOPIER: (516) 942-4705

*ALSO ADMITTED IN FLORIDA
+ALSO ADMITTED IN MASSACHUSETTS
■ALSO ADMITTED IN NEW JERSEY
▲ALSO ADMITTED IN SOUTH CAROLINA

March 17, 2005

**By Facsimile**
James A. Currier, Esq.
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903

Re: CoxCom, Inc. v. Chaffee, individually and d/b/a Electronic Imports and Chaffee International, et al.

Dear Mr. Currier:

This firm represents Coxcom, Inc. d/b/a Cox communications New England ("Cox" or "plaintiff") in the above-referenced action.

Please be advised that pursuant to the terms of the Temporary Restraining Order, the defendants' are required to provide the plaintiff with an accounting of their sales of digital filters on or before March 18, 2005. Specifically, defendants are required to provide plaintiff with an "accounting **no later than two days (as days are counted in Fed.R.Civ. 6(a), i.e., business days) prior to the hearing date set in this Order** listing the total number of sales and purchases of any and all digital filters made by or on behalf of the defendants to or from any person to or from any person and/or entity; this accounting shall also include any and all profits, transfers or withdrawals of assets, property (including property in safe deposit boxes) or any funds made by, to and/or from defendants from January 1, 2002 to the present." TRO @ 5. As you know, the Court set the hearing in this action for March 22, 2005. Consequently, the defendant's accounting must be received by plaintiff on or before March 18, 2005. Please be advised that your Motion to adjourn the hearing does not alter the deadline for defendants to provide the accounting. In light of the foregoing, kindly forward defendants' accounting to my office by facsimile on March 18, 2005.