UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,** | ) | |
| **Plaintiff,** | ) | **C.A. No.: 05-107 S** |
| **v.** | ) | |
| **JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, IMPORTS individually and d/b/a, ELECTRONIC RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,** | ) | **DECLARATION OF GERARD BOISVERT** |
| **Defendants.** | ) | |

I, **GERARD BOISVERT**, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I reside at 81 Prospect Street, Manville, Rhode Island 02833. I am not a party to this action. I believe in the sanctity of an oath. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently to the same.

2. I have known Jon Chaffee for at least four (4) years. Jon Chaffee is married to my sister's daughter, Amy Chaffee. I have known Amy Chaffee all her life.

3. From November 2003 through ~~January~~ april 2004, I worked for Jon Chaffee, owner and operator of Electronic Imports and Chaffee International. During the course of my employment relationship with Jon Chaffee, I worked as a sales representative. In this capacity, I sold various items and electronic equipment at trade shows in the State of Connecticut and Commonwealth of Massachusetts on behalf of Jon Chaffee.

4. Jon Chaffee supplied all of the merchandise that I sold on his behalf at trade shows.