**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,**

**Plaintiff,**

**v.**

**JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, IMPORTS individually and d/b/a, ELECTRONIC RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,**

**Defendants.**

**C.A. No.: 05-107 S**

**NOTICE OF MOTION TO COMPEL UNDER FED. R. CIV. P. 37(a)**

**PLEASE TAKE NOTICE** that plaintiff, CoxCom, Inc. d/b/a Cox Communications New England, by its attorneys, Lefkowitz, Louis, Sullivan & Hogan, L.L.P. and Miller, Scott and Holbrook, will move this Court on the 8th day of August 2005, at 10:00 a.m., for an Order pursuant to Fed. R. Civ. P. 37(a)(2) compelling discovery sought by the Plaintiff, specifically ordering that: (1) the Defendants comply with the Court's March 11, 2005 *ex parte* Order for an accounting; (2) Amy Chaffee and Ramalda Bou provide responses to Plaintiff's Rule 33 Requests for Interrogatories; and (3) all Defendants provide responses to Plaintiff's Rule 34 requests for Production of Documents and Things.

Plaintiff also seeks a protective Order directing Defendants, including, but not limited to, Jon Chaffee, to refrain from improper contact with witnesses; cease all attempts to persuade witnesses to alter their testimony and/or refuse to comply with subpoenas; and enjoin them from requesting witnesses offer false testimony.

8/10/05: GRANTED ABSENT ANY OPPOSITION FILED BY DEFENDANTS. LOCAL RULE 12(a)(2). USMJ

Referred to U.S.M.J.
☐ for findings & recommendation
☒ for determination
☐
William E. Smith, U.S. District Judge
Date: 8/9/05

#45