UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**RESPONSES OF JON CHAFFEE TO PLAINTIFF'S REQUESTS FOR DOCUMENT PRODUCTION**

1, 2, 4, 5, 6, 7, 9, 10 None exist

3. See Certificate of Formation attached hereto.

8. Undetermined

Jon Chaffee
By his Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 25th day of May, 2005, I faxed true and accurate copy of the within to Francis S. Holbrook, II, Esq. and Shaun K. Hogan, Esq.