**From:** Aammyy2001@aol.com
**To:** <currlaw@myexcel.com>
**Date:** Tuesday, April 12, 2005 6:11 PM
**Subject:** Counts from BullDog

---

Jim,

All I can find right now are the following. I have been working on this for a couple hours.

This is all the sales from BullDog. Before this there was the one I bought 100 from and two other companies I can't yet find anything for.

Feb 10th $128.00 40 Filters
Jan 30th $128.00 40 Filters
Jan 13th $92.00 30 Filters
Jan 12th $112.00 40 Filters
Dec 22nd $169.00 60 Filters
Dec 2nd $169.00 60 Filters
Nov 5th $64.00 20 Filters
Oct 31st $112.00 40 Filters
Oct 28th $112.00 40 filters
Oct 21 $112.00 40 Filters
Sept 30th $112.00 40 Filters
Sept 24th $112.00 40 Filters
Sept 8th $112.00 40 Filters
Aug 26th $144.00 50 Filters
Aug 18th $144.00 50 Filters
July 30th $169.00 80 Filters

January 01, 2004 to present to my best estimates. I really don't know what happened in 2003. I think we started selling them in August 2003 because I think I first noticed them in July 2003.

I believe I bought approx. 1,525 filters total
(since November 20, 2004 only received 200 total)

of 1,525
Sold 1,330 (Based on this this is my approx. estimates)
Lost and stolen 300
Sold
Approx. 400 filters for cost to Richard Conti which were all sold in New York and Maryland where Cox isn't. He paid my cost about $3 each or they were given for free to him. No profit.
Approx. 100 (sold in New York) sold to Mercy @ $10 each
Approx. 700 (all sold in New York and Maryland)to Karen and Lori which paid me $6.50 or something??? then add the ones they didn't pay for or have? I don't have the cost but you may have a copy of her inventory.
Approx. 75 sold by Amy, Myself or Ramalda @ an average of $15

Approx. profit for 14 months $3,500.00 which was used to buy other products and cover expenses, etc.