LEFKOWITZ, LOUIS, SULLIVAN & HOGAN
A LIMITED LIABILITY PARTNERSHIP
350 JERICHO TURNPIKE
SUITE 300
JERICHO, NEW YORK 11753

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
E-MAIL: llshllp.com

DANIEL J. LEFKOWITZ*
WAYNE R. LOUIS
PATRICK J. SULLIVAN
SHAUN K. HOGAN*

MICHAEL D. CASSELL*
MELINDA MAY DUB
MICHAEL C. MCALVIN*

WILLIAM B. JUNG, LLC^
OF COUNSEL

NEW JERSEY OFFICE
744 BROAD STREET
FLOOR 16, ROOM 28
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 735-2700
TELECOPIER: (516) 942-4705

*ALSO ADMITTED IN FLORIDA
+ALSO ADMITTED IN MASSACHUSETTS
*ALSO ADMITTED IN NEW JERSEY
^ALSO ADMITTED IN SOUTH CAROLINA

August 4, 2005

VIA FACSIMILE AND FIRST CLASS MAIL

James Currier, Esq.
128 Dorrance St., Suite 400
Providence, RI 02903

Re: **CoxCom, Inc. v. Chaffee, *et al.***
**C.A. No.: 05-107 S**

Dear Mr. Currier:

This firm represents plaintiff, CoxCom, Inc. ("CoxCom"), in the above-referenced action. We are in receipt of Defendants' request that CoxCom provide a Rule 30(b)(6) witness to testify on behalf of CoxCom.

Initially, under Rule 30(b)(6), CoxCom is not required to produce the person "most knowledgeable" of the lawsuit or the subjects set forth in Defendants' Notice. In fact, CoxCom may choose the representative of its liking. The only burden on CoxCom would be its obligation to produce a qualified person who is prepared to testify as to CoxCom's collective knowledge of the relevant subject matter.

Additionally, when you deposed Mark Matteo on July 7, 2005, he knowledgably and sufficiently testified concerning the subjects specified in Defendants' Notice. Mr. Matteo provided testimony about, *inter alia*, CoxCom's collective knowledge about the instant action. See Matteo deposition transcript. A second deposition of Mr. Matteo would only be duplicative, cumulative and barred by Rule 26(b)(2).

LEFKOWITZ, LOUIS, SULLIVAN & HOGAN
A LIMITED LIABILITY PARTNERSHIP

In light of the foregoing, CoxCom objects to the Defendants' request for a Rule 30(b)(6) deposition.

Very truly yours,

LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

Shaun K. Hogan

cc: Francis Holbrook, Esq.