8/22/05: WITHDRAWN PER STIPULATION OF 8/16/05.

USMJ

COPY FOR JUDGE SMITH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
AUG 01 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS

C. A. NO: 05 107 S

JON CHAFFEE, et als

# MOTION TO TAKE DEPOSITION

Now come the defendants, pursuant to Rule 30 (a)(2)(B), and move for leave to take the deposition of Lucien Marcoux.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐
William E. Smith, U.S. District Judge
Date 8/15/05

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 30th day of July, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.