# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

---

## ***NOTICE***

***COXCOM, INC., et al.***

***v.*** ***CA05-107S***

***JON CHAFFEE, et al.***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE LINCOLN D. ALMOND***

***TYPE OF PROCEEDING:***
Motion to Compel Compliance with Rule 30(b)(6) Deposition Notice
Notice of Motion to Compel Pursuant to Fed.R.Civ.P. 37(a)

***PLACE:*** ***U.S. District Court***
***Courtroom A - Room 224***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***SEPTEMBER 9, 2005***

***TIME:*** ***2:00 P.M.***

***David A. DiMarzio, Clerk of Court***

*Jeannine Theall*

Jeannine Theall
Deputy Clerk
Date: August 25, 2005

**NOTICE SENT TO:** **CURRIER, HOGAN, HOLBROOK, LEFKOWITZ, SULLIVAN**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.