9/13/05: DENIED FOR THE REASONS STATED AT TODAY'S HEARING. LSM

COPY FOR JUDGE SMITH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

## MOTION TO COMPEL COMPLIANCE WITH RULE (30) (b) (6) DEPOSITION NOTICE

Now come the defendants motion to compel compliance with a Rule (30) (b) (6) deposition notice.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☐ for determination
☐
William E. Smith, U.S. District Judge
Date 9/12/05

CERTIFICATION

I hereby certify that on the4th day of August, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.