UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,**<br><br>**Defendants.** | ) | **C.A. No.: 05-107 S**<br><br>**NOTICE OF MOTION TO COMPEL PURSUANT <u>TO FED. R. CIV. P. 37(a)</u>** |

**PLEASE TAKE NOTICE** that plaintiff, CoxCom, Inc. d/b/a Cox Communications New England, by its attorneys, Lefkowitz, Louis, Sullivan & Hogan, L.L.P. and Miller, Scott and Holbrook, will move this Court on the ______ day of September 2005, at 10:00 a.m., for an Order: (1) pursuant to Rule 37(a)(2)(B) reconvening the deposition of Defendant Ramalda Bou to compel answers to questions regarding whether she made false statements under oath and/or submitted false instruments in connection with her divorce proceedings in the State of New Jersey and any reasonable follow up questions; and (2) sanction the Defendants and award CoxCom's costs incurred to take the continued deposition of Bou including the court reporter's fee, transcription fees and CoxCom's attorneys' fees in connection with the continued deposition and preparing the instant Motion.

9/13/05: MOTION TO COMPEL GRANTED ABSENT OPPOSITION, LOCAL RULE 12(a)(2); MOTION FOR SANCTIONS AND COSTS DENIED.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date 9/13/5