UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MOTION TO EXTEND TIME**

Now come the defendants Jon Chaffee, Amy Chaffee and Ramalda Bou and move to extend time to serve and file objection plaintiffs' motion to compel.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 14th day of September, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. and Shaun K. Hogan, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

C. A. NO. 05-107 S

**MEMORANDUM IN SUPPORT**

**OF**

**MOTION TO EXTEND**

**ARGUMENT:**

Plaintiff filed a motion to compel relative to reconvening the deposition of defendant Ramalda Bou and seeking sanctions. The motion was signed by local counsel August 29, 2005. It is unclear by defense counsel when it was received.

Immediately upon receipt, defense counsel began preparing an objection and supporting memorandum. Completion of same was dependent upon review of copies of Ms. Bou's divorce papers from New Jersey. Ms. Bou received same on September 13, 2005 as evidenced by the Fed Ex receipt attached hereto. (Tab A) Defense counsel received same on September 14, 2005.

Local Rule 12 (a) (2), for good cause, may extend the time to serve and file a response to a motion. Herewith, defendants filed the objection and memorandum in support of the motion. Thus, defendants are only seeking an extension to this date, September 14, 2005.

**CONCLUSION:**

It is submitted that good cause has been shown and the motion and the question of sanctions should be decided on the merits.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 14th day of September, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. and Shaun K. Hogan, Esq.