UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA05-107S** **DATE: September 13, 2005**

**TITLE:** **Coxcom, Inc., et al. V. Jon Chafee, et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Shaun Hogan, Esq.
Frank Holbrook, Esq.
Jim Currier, Esq.

**PROCEEDING:** Motion to Compel Compliance with Rule 30(b)(6) Deposition Notice
Notice of Motion to Compel Pursuant to Fed.R.Civ.P. 37(a)

Attorneys argue.

**RULING:**

Motion to Compel Compliance with Rule 30(b)(6) Deposition Notice - **Denied**
Notice of Motion to Compel Pursuant to Fed.R.Civ.P. 37(a) - **Granted**