COPY FOR JUDGE SMITH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

9/15/05: DENIED AS UNTIMELY. PLAINTIFFS' MOTION TO COMPEL (Document No. 63) WAS GRANTED IN PART AND DENIED IN PART ON 9/13/05. See Docket Entry 66.
USMJ

COXCOM, INC., et al

VS                                                    C. A. NO: 05 107 S

JON CHAFFEE, et als

**MOTION TO EXTEND TIME**

Now come the defendants Jon Chaffee, Amy Chaffee and Ramalda Bou and move to extend time to serve and file objection plaintiffs' motion to compel.

[illegible] Allowed
William E. Smith, U.S. District Judge
Date: 9/14/05

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 14th day of September, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. and Shaun K. Hogan, Esq.