IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

COPY

COXCOM, INC., et al

vs. C.A. No. 05-107 S

JON CHAFFEE, et als

Deposition of **JAMES A. WEBB, SR.**, a witness, taken on behalf of the Defendants, pursuant to the Federal Rules of Civil Procedure, on Thursday, July 7, 2005, at the offices of Attorney James A. Currier, 128 Dorrance Street, Suite 400, Providence, Rhode Island, before Dorothy M. Depointe, Registered Diplomate Reporter and Notary Public, convening at 12:21 p.m.

APPEARANCES:

Lefkowitz, Louis, Sullivan & Hogan, L.L.P.
BY: SHAUN K. HOGAN, ESQ.
Counsel for Plaintiff

JAMES A. CURRIER, ESQ.
Counsel for Defendants

IN ATTENDANCE: Jon Chaffee
Lucien T. Marcoux

REPORTING ASSOCIATES
Shorthand Reporters
10 Dorrance Street, Suite 617
Providence, Rhode Island 02903
(401) 351-1660

**JAMES A. WEBB, SR.**, first having been duly sworn by the Notary Public, was examined and testified as follows:

**EXAMINATION BY MR. CURRIER:**

Q. And by whom are you employed, Mr. Webb?

MR. HOGAN: Before we start, Jim. You want Federal stips for the purpose of this deposition?

MR. CURRIER: Yes.

MR. HOGAN: Meaning that all objections are preserved for the time of trial and need not be stated; however, they can be stated if necessary.

MR. CURRIER: And how about reading and signing; you want to do that again?

MR. HOGAN: Yes. The client, the witness does not waive reading and signing. We intend to read the transcript prior to signing.

Q. Okay, again, Mr. Webb, by whom are you employed?

A. Cox Communications.

Q. And in what capacity?

A. I'm an MTC broadband technician.

Q. And what does "MTC" mean?

A. Master Telecommunications Center.

Q. And how long have you been employed in that

BY MR. CURRIER: (Continuing)

Q. Mr. Webb, you just left the deposition room with Attorney Hogan and Mr. Marcoux?
A. Yes.
Q. While you were outside did Mr. Marcoux say anything to you?
A. No.
Q. All right. Did you say anything to him?
A. No.
Q. All right. Now, you had used the word "hit," and that, as I understand it, is Cox sending some kind of communication to a subscriber's cable box; correct?
A. Uh-huh. (Deponent nods in the affirmative.)
Q. If --
MR. HOGAN: You have to say "yes."
A. Yes.
MR. HOGAN: Or "no."
Q. If Cox does not get a response back from the subscriber's cable box, what, if anything, happens?
A. Well, if the customer is having a problem, they'll set up a service call.
Q. All right. But supposing the customer doesn't acknowledge they're having a problem?