IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

COPY

COXCOM, INC., et al

vs. C.A. No. 05-107 S

JON CHAFFEE, et als

Deposition of **PIERRE DUBOIS**, a witness, taken on behalf of the Defendants, pursuant to the Federal Rules of Civil Procedure, on Thursday, July 7, 2005, at the offices of Attorney James A. Currier, 128 Dorrance Street, Suite 400, Providence, Rhode Island, before Dorothy M. Depointe, Registered Diplomate Reporter and Notary Public, convening at 1:17 p.m.

APPEARANCES:

Lefkowitz, Louis, Sullivan & Hogan, L.L.P.
BY: SHAUN K. HOGAN, ESQ.
Counsel for Plaintiff

JAMES A. CURRIER, ESQ.
Counsel for Defendants

IN ATTENDANCE: Jon Chaffee
Lucien T. Marcoux

REPORTING ASSOCIATES
Shorthand Reporters
10 Dorrance Street, Suite 617
Providence, Rhode Island 02903
(401) 351-1660

**PIERRE DUBOIS**, first having been duly sworn by the Notary Public, was examined and testified as follows:

**EXAMINATION BY MR. CURRIER:**

Q. And, sir, by whom are you employed?
A. Cox Communications.
Q. And is there a certain department you're employed by?
A. Yeah. The MTC Department.
Q. And can you tell us what "MTC" means?
MR. HOGAN: I'm sorry. Mr. Currier, the same stipulations as previously discussed during the deposition of Mr. Webb?
MR. CURRIER: Yes.
MR. HOGAN: Okay.
Q. Tell us what "MTC" means.
A. Master Telecommunications Center.
Q. Okay. Now, there are obviously other departments within Cox?
A. Yes.
Q. Can you tell us as many names of departments that you're aware of?
MR. HOGAN: Objection as to relevance. You can answer it.
A. How many --. Can I name them?

fix 7:6; 8:9
follow 21:16
following 16:12
follows 3:3
form 8:14; 17:11; 18:6; 24:21; 33:11; 34:1
format 21:5
forward 35:23, 23
four 6:19; 33:1
frame 19:7
frame-type 21:7
frequency 20:1; 32:6, 8; 35:22
function 8:3
functioning 7:10
FURTHER 34:17; 35:4; 36:3, 19; 37:1

## G

gave 20:24
generally 6:24
gets 7:25
given 18:3
global 15:11
good 7:15; 11:20
grade 5:11
guess 11:22; 25:2
guide 26:1

## H

half 4:10, 13, 22; 5:2
ham 9:21
happened 23:3
happening 23:3, 13
head 4:6
hear 27:8
held 4:9
helped 5:18
Hewlett-Packard 23:25
high-speed 19:2
himself 22:23
hit 8:10, 12, 13, 16, 16, 19, 22, 22, 23, 23, 25; 11:7; 12:2, 12, 13; 14:13; 15:11; 36:20; 37:3
hits 11:11; 13:7, 13; 15:9
HOGAN 3:11, 15, 23; 5:9; 6:15; 7:19, 23; 8:14; 9:24; 11:13, 19; 14:5; 15:21; 16:7; 17:11, 23; 18:6; 19:6; 22:18; 25:5; 26:25; 27:5; 28:3; 30:3, 18, 21, 25; 31:3, 9, 18; 34:15; 35:11; 36:3, 18; 37:1, 5
home 36:21
homes 33:24
honestly 16:22; 18:7
hooked 22:1; 23:17
house 11:9; 13:4; 31:5
houses 22:2
HP 23:25
hundreds 36:16

## I

idea 21:13; 29:4; 35:9
improve 20:5, 8
inactive 22:2
indicate 34:20
indicated 28:4
indicates 15:1
indicative 34:7
individual 33:24, 24
individuals 34:11
information 15:19; 16:20, 22; 21:9; 26:1, 6, 10, 15; 32:9
ingress 9:13, 15; 23:10
inside 33:24
install 19:2, 5
installation 5:17
instances 14:15
interface 12:25; 13:2
interference 9:16, 18; 34:22
Internet 5:25; 6:8; 19:2; 21:8
interrupt 5:24; 24:4
into 7:1
involved 7:7; 8:1, 8; 12:12; 31:13
involves 6:24
issue 36:4
issues 7:5

## J

jewelry 5:12
job 4:13; 5:15, 16, 19; 6:5, 21, 23; 7:12, 13, 14, 18; 18:16
journal 20:16
journal-type 21:5
journals 20:18

## K

kept 24:24
knew 22:20; 27:17
knowledge 26:5; 31:11, 12; 35:16

## L

lab 4:24, 25
laser 10:12
last 18:9; 24:5
later 35:5
learn 19:23, 25
leaving 7:15
legitimate 33:7
light 36:6
lines 36:10
lineup 12:1, 3
lineups 13:14; 25:24
little 8:1; 21:3
lock 27:16, 21; 28:8, 17, 21
locked 28:21
log 7:1; 9:7
long 4:9, 20; 5:1
longer 19:18
looked 21:6
Lou 18:13; 20:25

## M

machines 24:11
magazine 21:4
Maintain 6:22; 7:14
maintaining 6:25; 8:5
Maintenance 4:3
manner 32:21
manufactured 23:24
manufacturing 5:12
many 3:21, 25; 31:24; 32:24, 24; 35:1
Marcoux 18:13; 20:25
Master 3:17
materials 20:15
may 20:19; 30:15
Maybe 14:12
mean 5:24; 8:10, 18; 9:5, 15; 10:10; 15:25; 17:10; 23:9; 24:3; 27:9; 28:11; 29:24; 30:18; 34:21
meaning 12:3; 28:9, 14
meanings 8:19
means 3:10, 16; 7:1; 28:12, 16, 21, 22; 29:20; 30:11; 31:2
megahertz 18:1, 1; 23:5, 6; 32:10
mere 34:6
might 20:17
Mike 22:7
mind 27:7
missing 23:7
misstates 14:5
Momentary 34:23, 24
monitor 6:11
monitoring 35:7
monitors 6:12
monthly 25:15
more 8:1; 17:19; 21:4
Motorola 27:16
Motorolas 26:17
moving 12:5
MTC 3:9, 10, 16; 4:8; 6:17
much 15:10, 14; 16:14
multiple 13:25
myriad 36:14

## N

name 3:25; 25:2, 2
named 25:1
names 3:21
NCTI 5:16, 20, 21; 6:10
necessarily 34:20
next 27:3
Nine 18:24; 19:8
nobody 14:9
None 31:13
nonresponder 36:7, 8, 12, 13
nonresponding 36:4
Notary 3:2
notified 14:16, 17, 19
notify 10:15
November 24:8
number 12:6, 6

## O

object 28:3; 33:11; 34:1; 35:12
Objection 3:23; 6:15; 7:19; 8:14; 14:5; 15:21; 17:11, 23; 18:6; 22:18
objections 15:24
obviously 3:18; 31:6
occurring 10:14
occurs 10:3
off 4:5; 28:23; 36:5, 10
office 6:17; 24:25
often 26:6
old 5:8
on-the-job 20:1
once 24:10, 11
one 12:4, 4, 5, 21, 21; 17:19; 21:19, 20; 24:4, 12, 13, 16; 27:24; 28:1; 36:23
ones 4:5; 12:21
only 11:6; 24:13; 35:21, 22
onto 9:7
open 6:13
operate 12:22, 22
operates 12:24
opposed 12:18
order 15:9; 19:21; 30:7
orders 29:5, 18
others 29:17
out 5:10; 10:5, 15, 15; 11:3, 11; 13:7, 12; 14:13; 15:9, 16; 16:17; 19:13; 24:9, 19; 30:20; 31:5; 32:13; 35:5
over 6:8; 22:21
owe 15:18; 16:18
owes 15:10
own 12:24; 22:17; 27:14

## P

p.m 37:6
paper 20:24
paperwork 20:20; 21:1, 3
Part 7:12, 13, 14; 23:21; 33:18
past 8:7; 18:11
Pay-Per-View 29:5, 18, 22, 25; 34:12
Pay-Per-Views 32:14
paying 34:13
Pending 11:18
people 19:14; 26:14
performing 21:25
perhaps 36:5
periodically 12:22; 24:1
person 12:19
personally 8:7
pertains 21:9
phonetic 25:4
phrase 10:11; 28:13
picture 20:13; 21:7; 23:16; 33:14; 35:20
piece 8:17; 12:18; 23:19, 21, 22
PIERRE 3:1
place 23:6; 31:21
placing 15:24
Plastic 21:7
please 16:2
Point 26:25; 34:22
poll 15:15; 16:16; 26:3, 6
port 23:10
position 4:9
Possibly 18:15
power 36:6
prepared 5:14
present 4:7; 5:19; 6:5, 21; 22:4; 24:17
presently 25:1
previous 16:5
previously 3:12
printout 23:14
Probably 6:19; 27:7
problem 8:9; 11:9; 13:4, 16; 15:3; 27:12; 34:7, 20
problems 13:25
process 29:15
produced 31:25; 32:18
profession 8:19
properly 7:10, 10
Public 3:2
publication 20:16
purchase 15:12, 15; 16:16
purpose 11:24
purposes 9:24
put 19:3; 23:6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

COPY

COXCOM, INC., et al

vs. C.A. No. 05-107 S

JON CHAFFEE, et als

Deposition of **MICHAEL CLIFFORD**, a witness, taken on behalf of the Defendants, pursuant to the Federal Rules of Civil Procedure, on Thursday, July 7, 2005, at the offices of Attorney James A. Currier, 128 Dorrance Street, Suite 400, Providence, Rhode Island, before Dorothy M. Depointe, Registered Diplomate Reporter and Notary Public, convening at 2:04 p.m.

APPEARANCES:

Lefkowitz, Louis, Sullivan & Hogan, L.L.P.
BY: SHAUN K. HOGAN, ESQ.
Counsel for Plaintiff

JAMES A. CURRIER, ESQ.
Counsel for Defendants

IN ATTENDANCE: Jon Chaffee
Lucien T. Marcoux

**MICHAEL CLIFFORD**, first having been duly sworn by the Notary Public, was examined and testified as follows:

MR. CURRIER: The same stipulations, Shaun?

MR. HOGAN: Yes.

**EXAMINATION BY MR. CURRIER:**

Q. Mr. Clifford, by whom are you employed?

A. Cox Communications.

Q. In what capacity?

A. I work in the Security Department.

Q. Now, before coming here today did you read the deposition transcripts of the depositions of Mr. Allard and Mr. Marcoux?

A. Yes.

Q. When did you read them?

A. Yesterday.

Q. Okay. We just had a question in the last deposition, -- before it escapes my mind -- we were using the word "hit," and from what I understand that means is when Cox sends out a signal to one of the boxes at one of its subscribers. Is that one of the meanings of the word "hit" in your, in your field?

A. Well, I guess from, for general terminology, I

17:5; 23:4; 26:8; 29:12; 32:22; 38:3
**double-sided** 20:7
**down** 8:13; 39:3
**dozen** 25:1, 3, 19, 19, 21
**Dozens** 25:12
**duly** 3:1
**during** 14:4; 16:6, 9; 19:16; 22:19; 28:2; 38:18; 39:23; 41:10

## E

**e-mail** 9:18; 20:25; 21:1, 3, 8, 20; 34:10
**easier** 28:14
**easy** 12:5
**effect** 18:21; 27:7
**eight** 25:4
**either** 11:25; 17:16, 22, 25; 18:16; 26:20; 37:23
**eliminates** 46:11
**else** 5:24; 13:14; 24:15; 27:4, 14; 29:6, 10, 15, 21, 22; 30:19; 32:23; 46:17, 23
**employed** 3:8; 4:12
**employment** 4:21
**employmentwise** 4:15
**enable** 40:4
**ended** 15:12
**enforcement** 17:13, 19; 18:4, 10, 13
**enhance** 39:25
**entire** 15:15; 17:3; 34:11
**escapes** 3:19
**even** 27:17
**evening** 23:3, 21; 28:2
**evenly** 25:11
**event** 26:6
**events** 11:4; 12:7; 43:9, 9
**everybody** 22:5
**evidence** 26:11, 14, 18; 32:18; 43:19
**exact** 19:18, 24; 20:1, 5
**exactly** 8:11; 43:11
**EXAMINATION** 3:7; 38:5; 43:14
**examined** 3:2
**exchange** 39:4
**Exclude** 32:10
**executed** 42:24
**exist** 27:20
**exists** 27:17
**explained** 11:25
**external** 42:17

## F

**faced** 29:24
**fact** 41:4; 42:3
**facts** 26:11; 37:20
**fair** 43:5
**familiar** 18:21
**far** 4:10; 6:2; 9:4; 12:8; 14:1, 18; 17:3; 20:1; 28:22; 29:12; 30:1; 37:15, 17; 43:15; 46:5
**federal** 28:10
**feel** 36:5
**feet** 15:20
**field** 3:24; 4:17; 34:1
**file** 18:3, 9, 13
**filed** 17:13
**filter** 5:19; 11:1, 2, 12; 12:14, 17, 18; 13:23, 24, 25; 16:7; 19:9; 20:11; 24:9, 12; 41:2; 42:9; 44:17; 46:11, 13
**filters** 5:21; 6:9, 16, 22; 7:8; 9:4, 14; 10:4, 11, 17, 23; 11:7, 9, 15, 20; 12:2; 13:15, 17; 14:1; 18:20; 19:3; 22:13; 24:4, 15, 20, 23; 25:6; 26:2, 8, 15, 25; 28:15, 22; 29:23; 31:19; 32:3, 8; 33:3, 4; 34:17; 36:23; 38:7, 20; 39:5, 8, 15; 40:3, 9, 11, 13, 20; 41:23; 42:3; 43:16; 46:4
**find** 21:23; 26:13; 27:2, 5
**finding** 34:2
**fine** 36:15; 37:25
**first** 3:1; 5:6; 14:4; 30:9; 45:4
**Five** 16:4, 6, 9; 38:20; 39:22
**flat** 19:11
**floating** 46:22
**folder** 19:11
**follows** 3:3
**form** 10:6; 31:14, 21
**forth** 10:5
**found** 28:22, 25
**free** 19:9; 41:24; 42:9; 46:9
**frequency** 41:3
**Fresh** 5:8
**Friday** 27:22
**further** 32:13; 43:4, 8, 14; 47:2
**future** 33:1

## G

**gain** 23:20; 30:24, 24
**gained** 31:3, 8
**gave** 9:13, 20; 45:15
**general** 3:25
**generally** 5:14; 20:9, 13
**gentleman** 24:10
**given** 20:25; 21:4, 6, 8, 10
**goes** 37:13
**good** 5:25; 38:25
**graduated** 5:12
**grounds** 37:1, 11
**guess** 3:25; 4:1
**guy** 8:2; 31:24; 36:22

## H

**half** 24:25
**hand-to-hand** 38:10
**handled** 30:14, 15
**hanging** 46:1
**head** 30:20
**headquarters** 12:22; 42:16
**hear** 22:12; 27:7; 28:3, 8, 17; 29:22
**heard** 27:10, 18; 35:15; 46:8
**hearing** 36:3, 8
**held** 28:6
**herself** 22:13
**hiding** 29:23
**high** 5:8, 11, 12
**himself** 16:17
**hit** 3:20, 24; 4:1, 3
**HOGAN** 3:6; 6:18, 25; 7:16, 20, 24; 8:10, 19; 10:6, 14; 11:22; 12:21; 13:1; 17:23; 18:5; 21:10, 12; 25:14, 16, 23; 26:4, 10; 31:14, 21; 32:9, 17, 25; 33:7, 11, 19, 21; 34:11, 19, 23; 35:1, 3, 8, 14, 17, 20, 23; 36:2, 9, 16, 25; 37:8, 10, 19; 38:3, 5; 42:7, 22; 43:1, 12, 18; 44:14; 45:19; 47:2
**Hold** 35:3
**holding** 19:6, 8
**home** 19:15; 22:13, 18; 23:4; 27:25; 28:23; 30:8, 25; 31:4; 34:8
**hook** 19:8
**household** 41:5
**hundred** 45:15
**hundreds** 25:12

## I

**idea** 8:17; 16:2, 5; 26:25; 45:7
**immediate** 46:17
**improper** 36:6
**improve** 40:5
**includes** 22:7
**indicate** 39:14, 24; 40:3; 42:2
**indicating** 21:13
**individual** 37:14; 45:14
**individuals** 45:13
**information** 9:15; 10:25; 11:8; 29:23
**initial** 13:1
**inquired** 39:5
**inside** 23:19, 20; 24:2
**inspection** 12:22
**installs** 4:17
**instructions** 9:17, 18, 20; 21:2
**internal** 5:20
**into** 11:12, 14; 14:14, 15
**investigate** 8:13; 27:15
**investigating** 10:22
**investigation** 7:1; 11:15; 14:4; 17:18; 19:16; 21:22; 26:7, 13; 27:11; 29:3, 12; 31:2, 7, 24; 37:4, 13; 39:23; 43:8
**investigations** 5:18; 6:13, 15, 21; 7:9, 10; 8:7, 12, 18, 25; 32:6, 15; 33:9; 34:4, 14, 18; 36:11, 20; 43:5, 6
**investigative** 43:9
**investigator** 6:11; 9:2; 20:19
**involve** 11:7
**involved** 6:13; 7:2, 13; 11:5; 12:8; 32:15
**involvement** 32:21
**irrelevant** 37:2
**issue** 44:9
**issues** 5:20
**item** 25:22
**items** 13:8; 25:6, 10, 12, 12, 19, 19, 21; 30:5

## J

**jail** 29:24
**job** 5:13; 9:1
**Jon** 21:11; 28:20; 29:18; 30:25; 31:4, 8

## K

**kind** 4:25; 17:5; 25:21; 33:4
**kinds** 10:25; 36:1
**knew** 20:15, 15, 17
**knowing** 9:6
**knowledge** 9:13; 12:9; 32:12, 12; 44:15
**knows** 37:22

## L

**language** 19:24
**laptop** 30:1, 4, 10; 42:14, 15, 17, 19
**larger** 40:25
**last** 3:18; 18:25
**later** 12:15
**law** 17:13, 19; 18:3, 9, 13
**learn** 9:10; 10:20, 23; 33:14, 24
**learned** 11:8; 12:1; 21:14, 19; 34:5
**left** 36:3, 7
**Lexan** 19:6, 7, 12
**Lexus** 39:2
**licensed** 9:2
**line** 34:11; 37:1
**lines** 31:11
**links** 9:19
**list** 12:7
**little** 17:9; 39:20
**located** 27:20
**location** 23:5; 36:22
**long** 4:12, 19; 5:2; 12:7; 16:2
**look** 11:11, 14, 15; 13:13, 23; 15:10, 10, 11; 41:1; 45:25
**looked** 21:16; 22:3
**looking** 15:8, 10
**lot** 20:7; 38:13; 43:21
**Lou** 22:11; 23:22
**Lowe's** 38:13; 43:20

## M

**maid** 23:8, 10
**mail** 31:8
**making** 24:8
**manner** 39:24
**manufactured** 26:25
**many** 7:9; 8:9, 12, 18; 22:7; 24:6, 23; 25:22; 30:3; 39:15
**March** 42:24
**Marcoux** 3:14; 34:24; 35:7, 12, 15, 17; 36:2
**Mark** 8:16, 23; 11:18; 12:16, 17; 20:20; 21:8; 22:10; 30:18; 41:18; 44:23; 45:10
**marshals** 23:23
**materials** 9:13; 28:9
**Matteo** 8:16; 11:18; 30:18; 41:18; 44:23; 45:10; 46:8, 16
**maybe** 4:11; 30:11; 39:22
**mean** 4:1, 2, 11; 7:5; 11:5; 20:18; 30:8; 43:17
**meaning** 26:22; 44:4
**meanings** 3:23
**means** 3:21
**meant** 44:10, 13
**meet** 38:22; 39:4
**memory** 40:24
**mentioned** 26:1
**met** 34:15; 37:6; 41:14; 43:20
**MICHAEL** 3:1
**might** 46:6
**Mike** 35:12
**mind** 3:19; 33:12

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

COPY

COXCOM, INC., et al

vs. C.A. No. 05-107 S

JON CHAFFEE, et als

Deposition of **MARK MATTEO**, a witness, taken on behalf of the Defendants, pursuant to the Federal Rules of Civil Procedure, on Thursday, July 7, 2005, at the offices of Attorney James A. Currier, 128 Dorrance Street, Suite 400, Providence, Rhode Island, before Dorothy M. Depointe, Registered Diplomate Reporter and Notary Public, convening at 3:02 p.m.

APPEARANCES:

Lefkowitz, Louis, Sullivan & Hogan, L.L.P.
BY: SHAUN K. HOGAN, ESQ.
Counsel for Plaintiff

JAMES A. CURRIER, ESQ.
Counsel for Defendants

IN ATTENDANCE: Jon Chaffee
Lucien T. Marcoux

REPORTING ASSOCIATES
Shorthand Reporters
10 Dorrance Street, Suite 617
Providence, Rhode Island 02903
(401) 351-1660

MR. CURRIER: Same stipulations?

MR. HOGAN: Yes.

**MARK MATTEO**, first having been duly sworn by the Notary Public, was examined and testified as follows:

**EXAMINATION BY MR. CURRIER:**

Q. Mr. Matteo, by whom are you employed?
A. Cox Communications.
Q. In what capacity?
A. I am the New England security supervisor.
Q. And have you read the depositions, before coming here today, of Mr. Marcoux and Mr. Allard?
A. Yes, I have.
Q. And before I forget about it, we have used the word "hit" here today in relation, as I understand it, to Cox's ability to send a signal to a consumer's box. Does the use of the word "hit" in that way mean anything to you?
A. Exactly what you described, yes.
Q. Does the Security Department at Cox have the ability to do that, do you know?
A. Yes, we do.
Q. Okay. Do you know if such a thing was done with respect to Chaffee's computer box?
A. Yes, it was.

**criminally** 23:21, 24; 24:3
**cry** 48:23
**culmination** 9:25; 24:15
**currently** 5:14; 8:21; 31:12
**CURRIER** 3:1, 6; 9:9; 11:23; 26:2, 5; 27:6, 22; 34:5; 38:14; 46:11, 14; 47:14, 16; 52:10; 54:17, 19; 55:2, 23
**Currier's** 47:21
**customer** 13:22; 16:11, 14, 23; 17:15, 18; 26:3
**customers** 16:7; 26:1

## D

**damaged** 29:18
**Danbury** 24:25; 53:10
**data** 9:11
**date** 4:5; 18:15; 40:14; 42:8, 19; 48:18
**day** 4:6; 53:4
**dealer** 12:10
**dealings** 50:21
**Defendants** 24:21; 47:23; 48:19; 52:15, 18; 53:8, 20; 54:3; 55:13
**degree** 48:25
**deletes** 29:16
**demeanor** 48:20, 22; 50:15
**Department** 3:20; 4:25; 5:4, 7, 12, 13, 15; 8:6; 15:25
**depending** 17:14
**depends** 16:13
**DEPONENT** 4:11; 13:7; 16:21; 27:5; 28:4; 54:14
**deposition** 55:24
**depositions** 3:11
**descrambler** 12:12
**describe** 47:24; 48:20; 49:24; 50:3, 14
**described** 3:19; 20:14
**destroy** 29:5; 30:1, 9
**destroyed** 30:7; 42:25
**determine** 12:13; 15:3, 7, 25; 16:6; 27:17; 31:8
**device** 22:23; 23:1, 3, 4
**devices** 44:12; 51:2, 7; 52:13, 18; 53:18; 54:2
**digital** 10:4; 12:10, 12; 13:4, 16, 24; 14:3, 3, 4; 17:21, 24; 18:1, 2; 20:6, 15, 17; 28:9; 47:1; 52:3, 13; 54:9
**directly** 45:6
**disarray** 50:18
**disconnect** 17:18
**discontinue** 17:4
**discovered** 47:25
**discovering** 47:22
**discuss** 24:16
**Discussion** 54:13
**discussions** 12:2, 5
**disguised** 29:18
**disseminate** 9:5; 10:14
**Distributing** 31:5
**divulge** 12:19
**divulging** 15:1
**documentary** 30:6
**documents** 20:3
**Dog** 31:5, 8
**dollars** 36:9, 19
**done** 3:23; 6:19; 8:13; 14:20; 18:6, 14; 25:21; 31:11; 52:24
**down** 30:23; 40:8
**dozen** 8:15
**drinking** 55:15
**drop** 36:19
**duly** 3:3
**dumb** 43:14
**During** 33:14; 38:9; 47:21; 48:21; 49:9; 50:8, 15, 25; 54:20

## E

**e-mail** 45:21; 51:16, 19, 22
**e-mailed** 25:1
**E-P-R-O-N** 18:23
**easy** 32:22
**eBay** 12:11
**effect** 25:9; 32:6, 21; 37:24; 43:10, 14
**eight** 8:5
**either** 6:14; 7:19, 24; 55:19
**electronically** 54:7
**Electronics** 37:3
**else** 6:25; 10:16; 15:24; 17:6; 20:5; 23:25; 24:16; 27:17; 31:13; 32:13, 20; 34:11, 15, 21; 35:1, 16; 36:6, 14; 37:14, 18, 24; 39:2, 5, 15; 41:5, 21, 23; 42:24; 43:4; 47:14; 49:17; 54:11; 55:10
**employed** 3:7
**employee** 49:18
**employmentwise** 6:16
**end** 5:20; 22:7
**enforcement** 7:11, 16; 8:2; 23:7; 30:21; 31:2
**engineers** 12:5
**England** 3:10
**enough** 24:6; 54:23
**enter** 22:11
**entered** 33:8
**entire** 54:20; 55:4
**entitled** 48:10
**entrance** 19:9, 13, 15, 20, 21
**EPRON** 18:23
**equipment** 17:16, 17; 42:10; 44:3
**essentially** 18:13
**estimate** 4:9
**even** 11:20
**event** 15:2; 17:16; 52:2
**eventually** 51:20
**everyone** 4:7
**everywhere** 27:10, 12, 13, 13, 15
**evidence** 16:3; 24:6; 29:6, 7, 12, 25; 30:3, 6
**exact** 4:5
**Exactly** 3:19
**EXAMINATION** 3:6; 47:18, 21; 54:19; 55:3
**examine** 20:3
**examined** 3:4
**exchange** 17:16, 17
**Excuse** 18:10, 12
**executed** 48:19; 50:23; 52:21; 53:5
**exhibit** 48:23
**existed** 11:20
**experiencing** 48:24
**explain** 25:3
**expressly** 25:6
**extended** 21:13
**extent** 28:18; 48:7

## F

**face** 43:1
**facility** 13:8; 53:21
**fact** 29:13; 34:24
**facts** 16:2
**failed** 32:14
**fair** 48:8
**faith** 4:9
**family** 36:4
**far** 7:7; 8:8; 10:22; 14:10; 29:24; 39:20; 47:2
**February** 4:12
**federal** 7:10; 31:18
**feel** 23:20, 23; 24:2, 16; 47:16
**feels** 23:23
**felt** 17:13
**few** 47:19, 19
**field** 10:9
**file** 23:7; 40:19, 23
**filed** 24:10
**files** 4:18; 29:16
**filing** 24:7
**filter** 8:20, 22; 10:2, 3; 11:10; 12:1, 11, 15; 13:14, 16; 17:9; 18:3; 24:25; 30:8, 12; 52:8; 54:9
**filters** 8:12, 14, 15; 9:13; 11:14; 12:23; 15:21; 17:24; 18:2; 20:7, 12, 15, 17; 24:19; 25:15, 19, 25; 27:18; 28:9; 29:17; 30:1, 2, 6, 14, 19; 31:3; 32:23; 35:9, 17, 22; 36:1; 39:3; 42:25; 44:1, 8, 12, 14; 46:2, 6, 8, 16, 23; 47:1; 51:3; 52:13, 14, 18; 53:7, 19; 54:3
**find** 10:12; 11:9, 12, 19; 20:8, 12, 13; 29:15; 30:10, 17, 19; 36:23; 37:4; 38:21; 44:21
**finger** 21:13
**finish** 27:4
**finished** 27:7
**first** 3:3; 8:24; 10:22, 24, 25; 19:9, 13; 22:2; 28:17; 29:9
**five** 5:4
**Florida** 28:12
**folks** 12:9; 33:8; 34:22; 35:21
**follow** 12:13; 51:13, 24; 55:4
**following** 13:4, 13; 52:3
**follows** 3:5
**forensics** 6:7
**forget** 3:14
**form** 16:18; 25:8; 29:21; 31:19
**forth** 12:14; 31:9
**found** 10:13, 16; 12:10; 20:16; 29:17, 25; 30:2, 12, 12; 38:16
**four** 19:10, 12
**fraud** 7:14, 15, 15
**FURTHER** 54:19; 55:3
**future** 28:19

## G

**gain** 13:11; 19:21
**gained** 14:15; 19:9, 13, 15, 20; 40:23; 41:1, 2
**gaining** 43:21
**given** 13:5; 46:24; 51:16
**giving** 47:7, 8
**good** 4:9; 47:16
**good-paying** 36:17
**grounds** 12:3
**guess** 7:2
**guidelines** 17:2, 3, 4, 6
**guy** 8:24

## H

**half** 36:8
**hand** 21:13; 35:15
**hands** 49:25
**happened** 47:8
**hardware** 6:8
**head** 5:7, 14; 28:16
**hear** 24:21; 25:18; 31:16, 22; 32:5, 13, 20, 25; 33:5, 7, 18, 23, 25; 34:3, 6, 11, 15, 20; 35:1, 8, 16, 21, 25; 36:14, 16; 37:23; 38:3; 39:1, 5; 41:4, 15; 42:23; 43:4, 13; 54:23
**heard** 31:21, 25
**hearing** 54:13
**help** 19:25
**herself** 25:19; 32:22; 41:13
**hidden** 35:17
**hide** 33:23; 34:1
**hiding** 42:25
**hit** 3:15, 17; 4:20
**HOGAN** 3:2; 4:9; 7:21; 9:4, 11, 20; 10:19; 11:7, 21; 12:3; 14:24; 16:2, 18, 25; 18:10, 12; 20:21; 21:12; 22:21; 23:16; 24:4, 8, 12; 25:8, 16; 26:1, 4, 22, 25; 27:4, 20, 23; 28:3, 18; 29:21; 30:5; 31:19; 32:8, 16, 24; 33:6; 34:9, 13, 18; 35:5, 11, 20, 24; 36:21; 37:9, 16, 19; 38:2, 7, 12, 15; 39:7, 13; 40:16; 43:2, 11, 15; 44:5; 46:3, 9, 12; 47:18; 54:11, 14, 15; 55:3, 22
**Hold** 18:10
**home** 14:5; 19:7, 14, 16; 20:4; 21:3, 17, 22; 25:19; 32:7; 33:9; 34:7; 35:8, 22; 38:23; 43:21; 45:17, 18; 48:19, 21; 49:3, 6, 10, 21; 50:9; 52:20; 54:21; 55:5
**hopefully** 54:17
**hours** 8:1, 7, 8
**house** 4:7; 20:6; 39:10; 40:2; 50:16
**households** 54:8
**huge** 43:6, 7
**hundred** 36:12, 19
**Hundreds** 8:4, 7
**husband** 31:23; 32:1, 6

## I

**idea** 4:13; 30:14; 46:1, 19
**identifying** 30:18
**imagination** 29:24
**improper** 55:7
**inception** 8:20, 22; 10:1
**include** 45:9, 10
**including** 49:17
**incomprehensible** 16:19
**indicating** 21:12
**individual** 12:20, 22; 13:22; 23:19, 20
**individuals** 10:6; 18:1; 28:6, 8, 14; 45:11