IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

COPY

COXCOM, INC., et al

vs. C.A. No. 05-107 S

JON CHAFFEE, et als

Deposition of **MARK MATTEO**, a witness, taken on behalf of the Defendants, pursuant to the Federal Rules of Civil Procedure, on Thursday, July 7, 2005, at the offices of Attorney James A. Currier, 128 Dorrance Street, Suite 400, Providence, Rhode Island, before Dorothy M. Depointe, Registered Diplomate Reporter and Notary Public, convening at 3:02 p.m.

APPEARANCES:

Lefkowitz, Louis, Sullivan & Hogan, L.L.P.
BY: SHAUN K. HOGAN, ESQ.
Counsel for Plaintiff

JAMES A. CURRIER, ESQ.
Counsel for Defendants

IN ATTENDANCE: Jon Chaffee
Lucien T. Marcoux

REPORTING ASSOCIATES
Shorthand Reporters
10 Dorrance Street, Suite 617
Providence, Rhode Island 02903
(401) 351-1660

A. -- comfortable divulging that.
Q. Oh, all right. Okay. In any event, once that is sent up you can determine how many movies were shown on that particular television set?
A. If the set top is able to communicate back to us, yes.
Q. Okay. If it is, you can determine how many movies were shown on that television set?
A. Yes.
Q. And then you can correlate that to how much was billed?
A. That is the billing information.
Q. Okay. Now, if the box doesn't respond, what does that tell you, if anything?
A. That tells us the box is unable to communicate back to us.
Q. Okay. But there are other various reasons why the box is unable to communicate back to you?
A. Yes, there are.
Q. And you learned one of those ways is through the use of these filters?
A. Yes.
Q. So when a box doesn't communicate back, what, if anything, do you or anyone else at Cox Security Department do to determine why it's not responding

can answer it if you're able.

A. We operate under strict guidelines by the PUC. We operate within those guidelines. If the guidelines allow us to discontinue service in certain situations, we will.

Q. Do you know of anything else the guidelines permit you to do?

A. No.

Q. All right. What if you suspect a filter is being used; what would Cox's procedure be then?

A. We would attempt to communicate with the converter. If we were unable to communicate with the converter, and we felt comfortable with the information that we had, depending on what it was, we would take steps to contact the customer, exchange the equipment. In the event that we were not able to exchange the equipment, we very well may proceed to disconnect that customer.

Q. Okay. Now, as I understand it, the boxes that Cox use are Motorola?

A. The digital converters that we use are Motorola.

Q. All right. And does the word "reset" in connection with the boxes have any meaning to you?

A. With regard to the digital filters, yes.

Q. Okay. And what meaning does it have to you?