RECEIVED

SEP 21 2005

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND,

Plaintiff,

vs.

JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,

Defendants.

C.A. No. 05 107 S

ORIGINAL

**ORDER GRANTING MOTION FOR PERMISSION TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND EXHIBITS IN EXCESS OF PAGE LIMITATIONS IN GENERAL ORDER NUMBER 2002-01**

On this day, the plaintiff's Motion for Permission to file its (i) Memorandum of Law in Support of its Motion for Summary Judgment and (ii) its exhibits in support of the Motion, both in excess of the page limitations set forth in the Court's General Order Number 2002-01, came before this Court for consideration.

Upon consideration of plaintiff's Motion, this Court finds the plaintiff's request is meritorious and should be granted.

Accordingly, the Clerk is ordered to file plaintiff's Memorandum of Law in Support of Motion for Summary Judgment and plaintiff's exhibits in support of such motion.

SIGNED this ___ day of September, 2005.

WSM

UNITED STATES DISTRICT JUDGE

9/22/05