+UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND, | : | C.A. No. 05 107 S |
| Plaintiff, | : | |
| vs. | : | PROPOSED DISCOVERY ORDER |
| JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS, | : | |
| Defendants. | : | |

**WHEREAS,** Plaintiff's Motion to Compel Discovery and Defendants' Motion to Compel Compliance with Rule 30 (b)(6) having been referred to me by the Honorable William E. Smith, U.S.D.J., and this Court having considered the submissions of the parties, conducted a hearing on September 13, 2005, and having duly considered the authorities and arguments presented,

**NOW, THEREFORE**, it is hereby,

**ORDER, ADJUDGED AND DECREED** that the defendants are to supplement their responses to Plaintiff's Request for Interrogatory 14, so as to identify any and all potential fact witnesses that defendants believe may be called to provide testimony in this action; and it further,

**ORDER, ADJUDGED AND DECREED** that defendants are to produce any nonprivileged documents in their possession that pertain to the lawsuit between Jon Chaffee, Lori Montville and Karen Dorsey; and it is further,

**ORDER, ADJUDGED AND DECREED** that on or before October 15, 2005, each defendant individually shall provide plaintiff with an accounting listing the total number of sales and purchases of any and all digital filters made by or on behalf of the defendants to or from any person and/or entity; this accounting shall also include any and all profits, transfers or withdrawals of assets, property (including property in safe deposit boxes) or any other funds made by, to and/or from the defendants from January 1, 2002 to the present. If the defendants believe that they don't have information or records sufficient to provide an accounting, they shall serve and file a statement setting forth the reason for their failure to provide an accounting; and it is further,

**ORDER, ADJUDGED AND DECREED** that for the reasons stated on the record, Defendants' Motion to Compel Compliance with Rule 30 (b)(6) is denied.

Dated: Providence, Rhode Island
September 21, 2005

**SO ORDERED:**

Lincoln D Almond, U.S.M.J.