UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

# MOTION TO COMPEL

Now come the defendants and move to compel plaintiff to answer defendants' interrogatory #5 under oath.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

## CERTIFICATION

I hereby certify that on the 26th day of September, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MEMORANDUM IN SUPPORT OF**
**MOTION TO COMPEL**

Plaintiff has designated an expert witness and has produced to defendants a copy of the report. However, despite request, plaintiff has not answered defendants interrogatory #5 as attached hereto.

Rule 33 (b) mandates that the answers to interrogatories be under oath.

The motion should be granted.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

## CERTIFICATION

I hereby certify that on the 26th day of September, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

______________________________

Chaffee International, Richard Drive, Tiverton, Rhode Island.

**REQUEST No.: 4:**

Identify any statement, photograph, surveillance or investigation report, audio or videotape or any other recording in any way pertaining to the matters alleged in the complaint.

**RESPONSE**:

General Objections. In addition to its general objections, the plaintiff specifically objects to this interrogatory on the grounds that it is vague, over broad, premature, and unduly burdensome. Without waiving its objections, plaintiff responds and states that it is in receipt of certain photographs, reports, and recordings which are available for inspection and review in Cox's Lincoln, Rhode Island office.

**REQUEST No.: 5:**

State the name and address of any person intended to be called as an expert witness at the trial of this matter, the substance of any opinion the expert will offer and the facts that form the basis of each such opinion.

**RESPONSE**:

General Objections. In addition to its general objections, the plaintiff specifically objects to this interrogatory on the ground that it is premature. Without waiving its objections, plaintiff responds and states that it has yet to retain an expert in connection with this action. If Cox elects to retain the services of an expert, it will identify the expert in accordance with Fed.R.Civ.P. 26.

**REQUEST No.: 6:**

State whether there was any insurance coverage in full force and effect and applicable to the counterclaim. If so, state the name and address of the insurance carrier and the limits of said insurance policy as well as any umbrella or excess policies.

**RESPONSE**:

General Objections. In addition to its general objections, the plaintiff specifically objects to this interrogatory on the grounds that it is vague, over broad, premature, and unduly burdensome. Without waiving its objections, plaintiff responds and states that it is self insured.

**REQUEST No.: 7:**

Identify the name(s) and address(es) of those who gave the "tip" as referred to in the affidavit filed in this case and indicate whether same was recorded in writing, by voice recording or any other means and identify the possessor of same.