UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND,<br><br>Plaintiff,<br><br>vs.<br><br>JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,<br><br>Defendants. | : | C.A. No. 05 CV 107 S<br><br>**AFFIDAVIT OF SHAUN K. HOGAN IN SUPPORT OF MOTION FOR <u>SUMMARY JUDGMENT</u>** |

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

**SHAUN K. HOGAN**, being duly sworn, deposes and says:

1. I am an attorney with Lefkowitz, Louis & Sullivan, L.L.P., attorneys for the plaintiff CoxCom, Inc. d/b/a Cox Communications New England ("Cox"). I submit this affidavit for the limited purpose of introducing the following exhibits to the Court with respect to Cox's Motion for Summary Judgment in the above-captioned action against all defendants.

2. Attached hereto as Exhibit "A" is the Expert Report of Stan Durey.

3. Attached hereto as Exhibit "B" are the two pages of accountings provided by defendants to Cox pursuant to the Temporary Restraining Order in this action.

4. Attached hereto as Exhibit "C" is an unreported decision in <u>CoxCom, Inc. d/b/a Cox Communications of New England v. Violette</u>, No. C.A. 02-338, slip. op. at 8 (D.R.I. Jan. 6, 2004) (Lisi, J.).

5. Attached here as Exhibit "D" are selected pages of Transcript of Deposition of defendant Jon Chaffee.

6. Attached hereto as Exhibit "E" are selected pages of Transcript of Deposition of defendant Amy Chaffee.

7. Attached hereto as Exhibit "F" are selected pages of Transcript of Deposition of defendant Ramalda Bou.

8. Attached hereto as Exhibit "G" is a copy of an -mail from Support911 to joe.fountaine@verizon.net dated December 12, 2003.

9. Attached hereto as Exhibit "H" is the Declaration of Gerald Boisvert.

10. Attached hereto as Exhibit "I" is an e-mail from afuerte86@hotmail.com to support911@aol.com dated May 18, 2004.

11. Attached hereto as Exhibit "J" is an e-mail from icemanseegers@yahoo.com to support911@aol.com dated May 29, 2004.

12. Attached hereto as Exhibit "K" are selected pages of Transcript of Deposition of non-party Sharon McKenna.

13. Attached hereto as Exhibit "L" is a copy of defendants' FAQ/Installation Sheet/Disclaimer that was displayed on their table at computer shows.

14. Attached hereto as Exhibit "M" are copies of cable box reset instructions to which defendants referred digital filter purchasers.

15. Attached hereto as Exhibit "N" is an e-mail from Support911 to Celyn68 dated February 14, 2004.

16. Attached hereto as Exhibit "O" is an e-mail from Support911 dated August 2, 2003 to gareid@optonline.net.

17. Attached hereto as Exhibit "P" is an e-mail from rca16@msn.com to support911@aol.com dated February 14, 2004.

18. Attached hereto as Exhibit "Q" is an e-mail from support911@aol.com to rca16@msn.com dated February 14, 2004.

19. Attached hereto as Exhibit "R" is an Affidavit of Amy Chaffee submitted in this action.

20. Attached hereto as Exhibit "S" is an unreported decision in Time Warner Cable of New York City v. David Burgess d/b/a Covert Electr. a/k/a CE, No. A-00-CV-789 JN (Aug. 31, 2001) (W.D.Tex.) (Nowlin, C.J.).

Shaun K. Hogan

Sworn to before me this
22nd day of September, 2005.

Notary Public

PATRICK J. SULLIVAN
Notary Public, State of New York
No. 02SU5063418
Qualified In Nassau County
Commission Expires July 22, 2006