UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MOTION TO EXTEND TIME**

Now come the defendants Jon Chaffee, Amy Chaffee and Ramalda Bou and move to extend time to serve and file objection plaintiffs' motion for summary judgment.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MEMORANDUM IN SUPPORT**

**OF**

**MOTION TO EXTEND**

**TRAVEL:**

Plaintiff suggests in its motion for summary judgment that discovery is complete. That is not correct.

On or about August 4, 2005, plaintiff designated its expert witness. On August 8, 2005 counsel agreed to extend the discovery deadline to September 12, 2005 and a joint motion was filed to that effect.

Pending on August 8, 2005 was defendants' motion to reconvene the deposition of Lucian Marcoux. That motion, filed on July 30, 2005, was based on a "Declaration" that plaintiff had obtained of a potentially material witness subsequent to Mr. Marcoux' initial deposition. A stipulation to that effect was entered on or about August 10, 2005.

The interview with the witness was recorded. Compact disks of same were mailed to defense counsel on or about September 16, 2005. (Tab A) On September 20, 2005 defense counsel wrote to plaintiff's counsel regarding completing discovery. (Tab B)

Also, on September 20, 2005, defendant filed a motion to compel production of documents. The request had been served August 18, 2005 and defendants responses were served on or about September 12, 2005. (Tab C)

On September 26, 2005 defense counsel, not having received a response from defense counsel to the letter of September 15, 2005; filed a motion to compel defendant to answer the expert witness interrogatory. The interrogatory had been propounded April 14, 2005. (Tab D)

**ARGUMENT:**

Defendants are seeking to extend time only until the discovery that had been initiated before September 12, 2005 is completed.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 29th day of September, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hoagy, Esq., 1 (516) 942-4705.