LEFKOWITZ, LOUIS, SULLIVAN & HOGAN
A LIMITED LIABILITY PARTNERSHIP
350 JERICHO TURNPIKE
SUITE 300
JERICHO, NEW YORK 11753

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
E-MAIL: llshllp.com

DANIEL J. LEFKOWITZ*
WAYNE R. LOUIS
PATRICK J. SULLIVAN
SHAUN K. HOGAN+

MICHAEL D. CASSELL■
MELINDA MAY DUS
MICHAEL G. McALVIN■

WILLIAM B. JUNG, LLC▲
OF COUNSEL

NEW JERSEY OFFICE
744 BROAD STREET
FLOOR 16, ROOM 28
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 735-2700
TELECOPIER: (516) 942-4705

*ALSO ADMITTED IN FLORIDA
+ALSO ADMITTED IN MASSACHUSETTS
■ALSO ADMITTED IN NEW JERSEY
▲ALSO ADMITTED IN SOUTH CAROLINA

September 16, 2005

**VIA FAX (401) 274-3115**
**& U.S. MAIL**
James A. Currier, Esq.
128 Dorrance Street, Suite 400
Providence, RI 02903

**Re: CoxCom, Inc. d/b/a Cox Communications New England v. Jon Chaffee**
**C.A. No.: 05-107-S**

Dear Mr. Currier:

This firm represents the plaintiff, CoxCom, Inc. d/b/a Cox Communications New England (hereinafter "Cox"), in the above-referenced action.

Enclosed please find three compact disks of the recorded conversations between Mr. Lucien Marcoux and Gerard Boisvert which were previously provided on August 25, 2005.

As we discussed, at the hearing on the motion to release assets, and as requested in my letter of August 25, 2005, please provide me with a list of financial institutions to which your client would like to transfer the funds currently held by TD Waterhouse.

Be advised that I will provide responses to the discovery requests referred to in your letter of September 12, 2005 under separate cover.

Thank you for your attention to this matter.

Very truly yours,

LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

Shaun K. Hogan

Encl.