COPY FOR JUDGE SMITH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

10/11/05: DENIED FOR FAILURE TO INCLUDE A "GOOD FAITH" CERTIFICATION, FRCP 37(a)(2)(B), AND AS MOOT IN VIEW OF PLAINTIFF'S CLARIFICATION OF ITS RESPONSE SET FORTH ON PAGE 3 OF ITS MEMORANDUM IN OPPOSITION.
USMJ

## MOTION TO COMPEL PRODUCTION

Now come the defendants and move to compel plaintiff to produce documents requested in Defendants' Third Request for Production.

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☒ for determination 10/7/05
☐
William E. Smith, U.S. District Judge
Date

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 20th day of September, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.