**Stan H. Durey**
**Principal**
**S H Durey Consulting**
**73 Old Dublin Pike**
**Doylestown, PA 18901**

June 2001 - Current: S H Durey Consulting

Established S H Durey Consulting in June 2001 and specializes in broadband telecommunications security issues. Clients include major cable television and direct satellite operating companies, cable television programming companies, law enforcement agencies, and industry trade associations.

1992 - 2001: General Instrument Corporation

(Effective January 5, 2000, General Instrument became a wholly owned subsidiary of Motorola Corporation and now does business as Motorola Broadband Communications Sector.) As Director, Security Programs, assumed world wide responsibility for anti-piracy operations on behalf of General Instrument and its customers. Developed effective liaison with federal law enforcement entities, including the United States Department of Justice, Federal Bureau of Investigation, United States Customs Service and the United States Secret Service.

Developed and implemented standardized processes for technical analysis of cable signal theft devices and for presentation of test results as evidence in civil and criminal court proceedings.

Provided expert testimony and delivered other presentations supporting anti-piracy legislation in numerous state venues in the United States, as well as in Latin America, and Europe.

Invited speaker and instructor on the nature and extent of the signal theft problem in front of dozens of audiences including cable television system operators, legislative bodies, law enforcement groups and industry trade associations.

Guest lecturer on cable signal theft, FBI Academy, Quantico, VA, 1998-2001.

During tenure at General Instrument, served as Executive Committee Member of the Coalition Opposing Signal Theft, a committee of the National Cable and Telecommunications Association, served as a member of the Cable Theft Committee of Pennsylvania Cable and Telecommunications Association, member of the American Society of Industrial Security and Chairman of the ASIS Cable and Satellite Committee, member of AEPOC, an association representing intellectual property issues before the European Parliament and member of the Society of Cable Television Engineers.

Qualified as expert and/or provided expert testimony on cable signal theft in cases including the following since January 1, 1995:

State of Florida vs. Carlos Menendez
CC No. 97-4023
OSWP no. 1998-016NFA (Tallahassee, Leon County, FL)

State of Florida vs. Jose Alberto Menendez
CC No. 97-4023
OSWP No. 1998-016NFB (Tallahassee, Leon County, FL)

State of Florida vs. Jose Alberto Menendez

CC No. 97-4023
OSWP No. 1998-016NFB (Tallahassee, Leon County, FL) November, 1999.

Community Television Systems, Inc., D/B/A TCI Cablevision of South Central Connecticut, et. al. V. Angelina (A/K/A Julie) Caruso, Michael Caruso, Philip Demilo, Sally Demilo, Charles Mingrone, Michelle White, Thomas White, et. al. Civ. No. 3:97CV1447 (AWT) (District of Connecticut), August, 1999.

Commonwealth of PA v. Louis De Franco,
CP 9810-0399, Philadelphia, PA, December, 1998.

Showtime Networks, Inc. and SET (Showtime Events Television) Pay-per-View, a division of Viacom International, Inc. v. Bears & Bows, Inc. d/b/a/Millennium Enterprises and Brenda Abboud, Civ. No. A97 CA 712 SS (W.D., TX., Austin).

InterMedia Partners Southeast v. QB Distributors L.L.C., Civ. No. 98-830 (JRT/RLE) 999 F Supp 1274 (D. Minn. 1998).

Columbia Pictures Industries, Inc. v. Allstar Electronics Equipment Corp., Civ. No. 97/CV/5636 (ARR) (E.D. N.Y., Brooklyn, 1998).

Time Warner Cable of New York City v. M.D. Electronics, Inc., No. 96 Civ. 3391 (DGT) (See also 101 F 3d 278) (2nd Cir. 1996).

State of Florida v. Lonny Keith McDougal, No. 96-94-E (Pre-trial Deposition, 1996).

<u>1987 - 1991: GI Communications Division, General Instrument Corporation</u>
As Director, Customer Product Support, directed efforts of over fifty support professionals, including engineers, customer service representatives, order entry personnel and technicians. Group functions included processing orders for all integrated systems and finished goods, coordinating product recalls, front line contact with customers for all product support issues, including system installation and customer training. Developed methodology for tracking all reports of product faults for escalation to appropriate engineering groups to effect timely resolution. Supervised the development and implementation of anti-piracy countermeasures at dozens of customer cable systems.

<u>1983 – 1987: Cable Services Group, American Express Corporation</u>
As Product Manager, Addressable Systems supervised the development and implementation of secure, efficient high speed data communications network to maintain on line communications between the Cable Services Group business management computer system and the addressable control computers manufactured and sold to cable system operators by manufacturers such as General Instrument, Zenith Electronics, Pioneer and Scientific Atlanta.

## COXCOM, INC. v. JON CHAFFEE, et al.

## CERTIFICATE OF SERVICE

I, **LAURA CHIQUES**, an employee of the firm **LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.**, attorneys for the Plaintiff, CoxCom, Inc., in the above-entitled action, hereby certify under penalty of perjury that I caused a copy of the forgoing, Plaintiff's Expert Report in the above referenced action, to be served upon James A. Currier, Esq. (hereinafter attorney for "defendant"), by causing a true and accurate copy thereof to be placed in a sealed envelope (first class mail), and deposited in an official depository of the United States Postal Service on, September 12, 2005 addressed to the defendant's attorney at the address set forth below:

James A. Currier, Esq.
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903

Laura Chiques
Laura Chiques