UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

## CERTIFICATION

I, hereby certify that I conferred with plaintiff's counsel regarding an answer to defendants' expert interrogatory prior to filing the motion to compel an answer to same.

James A. Currier
Attorney for Defendants

## CERTIFICATION

I hereby certify that on the 12th day of October, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.