COPY FOR JUDGE SMITH

FILED
SEP 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS

JON CHAFFEE, et als

C. A. NO: 05 107 S

## MOTION TO EXTEND TIME

Now come the defendants Jon Chaffee, Amy Chaffee and Ramalda Bou and move to extend time to serve and file objection plaintiffs' motion for summary judgment.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☒ for determination
☐
William E. Smith, U.S. District Judge
Date: 10/13/05

10/14/05; DEFENDANTS' REQUEST FOR AN INDEFINITE EXTENSION IS DENIED. HOWEVER, DEFENDANTS' REQUEST IS GRANTED IN PART TO EXTEND TIME UNTIL 11/4/05 TO OPPOSE PLAINTIFFS' RULE 56 MOTION.

USMJ