UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTION TO MOTION TO COMPEL ANSWER TO INTERROGATORY No. 5**

In light of the "spin" plaintiff's counsel has put in several documents filed in this Court relative to oral communications with defense counsel, defendants feel compelled to respond to plaintiff's objection to defendants'motion to compel an answer to defendants' interrogatory No. 5

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 13th day of October, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MEMORANDUM**

Defendants served plaintiff with interrogatories on April 14, 2005. (Tab A) Plaintiff served responses and objections on or about May 18, 2005. Same were not signed under oath. In fact they were signed by one of plaintiff's attorneys. On May 20, 2005 defense counsel requested answers signed under oath. (Tab B) On July 14, 2005 plaintiff's counsel faxed the same responses to defense counsel with a "Verification" which was not signed before a Notary Public. The answer to interrogatory No. 5 was that plaintiff had not yet elected to retain an expert. (Tab C)

Upon receipt of Plaintiff's Expert Witness Designation, on or about August 4, 2005, counsel orally discussed the taking of the experts deposition. **Defense counsel requested an answer to interrogatory No. 5 under oath and the report of the expert prior to the taking of such deposition.**

Perhaps, not surprisingly, the purported expert report was not mailed to defense counsel until September 12, 2005 which, of course, was the agreed upon date for the conclusion of discovery.

On September 20, 2005, defense counsel again requested an answer to interrogatory No. 5 under oath. (Tab D)

It should also be noted that he purported expert report is apparently a "summary" written by plaintiff's attorney. It supposedly was signed by the expert but again not before a Notary Public. That summary contains legal opinions and/or conclusions that are not the subject of a proper expert report.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

## CERTIFICATION

I hereby certify that on the 13th day of October, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.