LAW OFFICES OF JAMES A. CURRIER

128 DORRANCE STREET
SUITE 400
PROVIDENCE, RHODE ISLAND 02903
TEL. (401) 274-3113
FAX (401) 274-3115
CELL (401) 265-8294
e-mail: currlaw@myexcel.com

September 20, 2005

Shaun K. Hogan, Esq.
350 Jericho Turnpike
Suite 300
Jericho, NY 11753

Re: Coxcomm, Inc., et al
Vs. Jon Chaffee, et als
USDC 05-107 S

Dear Mr. Hogan:

I have no objection to your memo exceeding 25 pages. However, I would like to complete my discovery first. In that regard, herewith find a motion to compel production. I also await your response to Defendants' First Request for Production. Also, after I get a chance to listen to the CD's, I would like to resume the deposition of Mr. Marcoux.

Finally, I await an answer, under oath, to Defendants' Interrogatory 5 so I can depose your expert. Additionally in that regard, I would like to get directions to his office, the name and address of a court reporter in that town and an agreement that we can use such reporter without the need of obtaining a Commission.

Very truly yours,

JAMES A. CURRIER
JAC:mg