# LAW OFFICES OF JAMES A. CURRIER

128 DORRANCE STREET
SUITE 400
PROVIDENCE, RHODE ISLAND 02903
TEL. (401) 274-3113
FAX (401) 274-3115
CELL (401) 265-8294
e-mail: currlaw@myexcel.com

May 20, 2005

Shaun K. Hogan, Esq.
350 Jericho Turnpike
Suite 300
Jericho, NY 11753

Re: Coxcomm, Inc., et al
Vs. Jon Chaffee, et als
USDC 05-107 S

Dear Mr. Hogan:

This is to acknowledge receipt of plaintiff's answers to defendants' interrogatories. I note they were prepared by you and not signed under oath. I would request they be signed under oath by a representative of Cox that I can cross-examine should the need arise.

Very truly yours,

JAMES A. CURRIER
JAC:mg