# LAW OFFICES OF JAMES A. CURRIER

128 DORRANCE STREET
SUITE 400
PROVIDENCE, RHODE ISLAND 02903
TEL. (401) 274-3113
FAX (401) 274-3115
CELL (401) 265-8294
e-mail: currlaw@myexcel.com

September 20, 2005

Shaun K. Hogan, Esq.
350 Jericho Turnpike
Suite 300
Jericho, NY 11753

Re: Coxcomm, Inc., et al
Vs. Jon Chaffee, et als
USDC 05-107 S

Dear Mr. Hogan:

I have no objection to your memo exceeding 25 pages. However, I would like to complete my discovery first. In that regard, herewith find a motion to compel production. I also await your response to Defendants' First Request for Production. Also, after I get a chance to listen to the CD's, I would like to resume the deposition of Mr. Marcoux.

Finally, I await an answer, under oath, to Defendants' Interrogatory 5 so I can depose your expert. Additionally in that regard, I would like to get directions to his office, the name and address of a court reporter in that town and an agreement that we can use such reporter without the need of obtaining a Commission.

Very truly yours,

JAMES A. CURRIER
JAC:mg

# LAW OFFICES OF JAMES A. CURRIER

128 DORRANCE STREET
SUITE 400
PROVIDENCE, RHODE ISLAND 02903
TEL. (401) 274-3113
FAX (401) 274-3115
CELL (401) 265-8294
e-mail: currlaw@myexcel.com

**TO:** Shaun K. Hogan, Esq. Date: 9/20/05

**Re: Coxcomm, Inc. v. Chaffee**

*Receiving Telecopier Number*: 1 (516) 942-4705

**FROM:** James A. Currier

*Sending Telecopier Number:* 1 (401) 274-3115

Number of pages being transmitted (including this cover sheet) 6

**MESSAGE:**

**CONFIDENTIALITY NOTE**

This facsimile contains privileged and confidential information intended only for the use of the individual or entity named above. ***If the reader of this facsimile is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited.*** If you have received this facsimile in error, please notify us immediately by telephone (call collect) and return the original facsimile to us at the above address *via* the U.S. Postal Service. We will reimburse you for the postage. Thank you for your cooperation.

If problems in transmission are encountered, please contact sender at his direct dial number 1 (401) 274-3113

_____*Hard copy sent by U.S. mail.*