RECEIVED
NOV 04 2005
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,**

**Plaintiff,**

**v.**

**JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,**

**Defendants.**

**C.A. No.: 05-107 S**

**NOTICE OF AGREED MOTION FOR LEAVE TO DEPOSE NEW POTENTIAL WITNESSES IDENTIFIED BY DEFENDANTS**

**ORIGINAL**

**PLEASE TAKE NOTICE** that plaintiff, CoxCom, Inc. d/b/a Cox Communications New England, by its attorneys, Lefkowitz, Louis, Sullivan & Hogan, L.L.P. and Miller, Scott and Holbrook, will move this Court on the ______ day of November 2005, at 10:00 a.m., for an Order: granting Plaintiff leave to depose the witnesses identified in Defendants' October 14, 2005, response to plaintiff's Interrogatory No. 14, should Plaintiff's Motion for Summary Judgment not be granted.

Dated: Jericho, New York
November 1st, 2005

Attorneys for the Plaintiff
LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

By: ____________________
Shaun K. Hogan (SH-7227)
350 Jericho Turnpike, Suite 300
Jericho, New York 11753
(516) 942-4700

Dated: Newport, Rhode Island
November 3rd, 2005

MILLER, SCOTT & HOLBROOK

By:______________________________

Francis S. Holbrook, II (#3412)
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500

TO:

James A. Currier, Esq.
Attorney for Defendants
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903
(401) 274-3113

**CERTIFICATION**

I hereby certify that on the 3rd day of November, 2005 I did send by first class mail a true and accurate copy of the within Motion to: James A. Currier, Esquire, 128 Dorrance Street, Suite 400, Providence, RI 02903

Francis S. Holbrook II