UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MOTION TO EXTEND TIME**

Now come the defendants Jon Chaffee, Amy Chaffee and Ramalda Bou and move to extend time to serve and file objection plaintiffs' motion for summary judgment.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

91

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MEMORANDUM IN SUPPORT**

**OF**

**MOTION TO EXTEND**

**TRAVEL:**

On September 29, 2005 defendants filed a motion to extend time to serve and file objection plaintiffs' motion for summary judgment.

The motion was granted in part on October 14, 2005 extending the time until November 4, 2005. (Tab A) However, apparently due to an oversight, same was not served on defense counsel until November 7, 2007. (Tab B)

The basis for filing the original motion to extend was, despite plaintiff's suggestion in its motion for summary judgment that discovery was complete, it was not. It still is not. Some of the reasons for same were set forth in defendants memorandum in support of the motion.

As the Court may recall, an oral stipulation to reconvene the deposition of Lucien Marcoux was made by counsel in open court on August 8, 2005. A written stipulation to that effect was entered on or about August 10, 2005. (Tab C)

Notwithstanding the stipulation, plaintiff now refuses to produce Mr. Marcoux for the deposition. (Tab D)

**ARGUMENT:**

Again, defendants are seeking to extend time only until the discovery that had been initiated before September 12, 2005 is completed.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 7th day of November, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.