# Facsimile Cover Page

***US District Court***
***District of Rhode Island***
***One Exchange Terrace***
***Federal Building & Courthouse***
***Providence, RI 02903***

## To:

Organization Name: JAMES A. CURRIER

Fax Number: 2743115

Phone Number:

## From:

Sender: Mercurio, Alba-Sue

Phone Number: 752-7213

Fax Number: 752-7247

> ***Note: You may send a Fax directly to your party by dialing:***
> ***752-7255#and then the last four digits of your party's phone number##***
> ***Example: 752-7255#7237##***
> ***Please remember the pound (#) symbols are important in routing the fax properly.***

**Total Number Pages including cover:** 2

## Message:

B