UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

STIPULATION

The Motion to Take Deposition of Lucien Marcoux is hereby withdrawn as the parties have agreed that said deposition, limited to the matters pertaining to the "Declaration" of Gerard Boisvert, will be taken at a date and time mutually convenient.

Attorneys for the Plaintiff
LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

By: ______________________
Shaun K. Hogan (SH-7227)
350 Jericho Turnpike, Suite 300
Jericho, New Yark 11753
(516) 942-4700

MILLER, SCOTT & HOLBROOK

By: ______________________
Francis S. Holbrook, II (#3412)
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500

Dated: Newport, Rhode Island
August 9, 2005

C

Attorney for the Defendants

By: ______________________

James A. Currier (#953)
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903
(401) 274-3113

Dated: Providence, Rhode Island
August 10th, 2005