LEFKOWITZ, LOUIS, SULLIVAN & HOGAN
A LIMITED LIABILITY PARTNERSHIP
350 JERICHO TURNPIKE
SUITE 300
JERICHO, NEW YORK 11753

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
E-MAIL: llshllp.com

DANIEL J. LEFKOWITZ*
WAYNE R. LOUIS
PATRICK J. SULLIVAN
SHAUN K. HOGAN+

MICHAEL D. CASSELL*
MELINDA MAY DUS
MICHAEL G. McALVIN*

WILLIAM B. JUNG, LLC*
OF COUNSEL

NEW JERSEY OFFICE
744 BROAD STREET
FLOOR 16, ROOM 28
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 735-2700
TELECOPIER: (516) 942-4705

*ALSO ADMITTED IN FLORIDA
+ALSO ADMITTED IN MASSACHUSETTS
*ALSO ADMITTED IN NEW JERSEY
*ALSO ADMITTED IN SOUTH CAROLINA

October 10, 2005

<u>**VIA FACSIMILE AND FIRST CLASS MAIL**</u>
James Currier, Esq.
128 Dorrance St., Suite 400
Providence, RI 02903

**Re: CoxCom, Inc. v. Chaffee, *et al.***
**C.A. No.: 05-107 S**

Dear Mr. Currier:

This firm represents plaintiff, CoxCom, Inc. ("CoxCom"), in the above-referenced action. I am in receipt of your Notice of Deposition of Lucien Marcoux for October 18, 2005. Be advised that neither I, nor Mr. Marcoux will be available on that date. More importantly, as indicated previously, the discovery period in this case has closed; thus, CoxCom cannot consent to the deposition request without the leave of the court.

Very truly yours,

LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

Shaun K. Hogan

cc: Francis Holbrook, Esq.