COPY FOR JUDGE SMITH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 26 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

10/13/05: DENIED. USMJ

## MOTION TO COMPEL

Now come the defendants and move to compel plaintiff to answer defendants' interrogatory #5 under oath.

By their Attorney,

[illegible] Almond
[illegible]
[illegible]
[illegible]
Date: 10/12/05

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 26th day of September, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.