LEFKOWITZ, LOUIS, SULLIVAN & HOGAN
A LIMITED LIABILITY PARTNERSHIP
350 JERICHO TURNPIKE
SUITE 300
JERICHO, NEW YORK 11753

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
E-MAIL: llshllp.com

DANIEL J. LEFKOWITZ*
WAYNE R. LOUIS
PATRICK J. SULLIVAN
SHAUN K. HOGAN+

MICHAEL D. CASSELL■
MELINDA MAY DUS
MICHAEL G. McALVIN■

WILLIAM B. JUNG, LLC▲
OF COUNSEL

NEW JERSEY OFFICE
744 BROAD STREET
FLOOR 16, ROOM 28
NEWARK, NEW JERSEY 07102
TELEPHONE: (973) 735-2700
TELECOPIER: (516) 942-4705

*ALSO ADMITTED IN FLORIDA
+ALSO ADMITTED IN MASSACHUSETTS
■ALSO ADMITTED IN NEW JERSEY
▲ALSO ADMITTED IN SOUTH CAROLINA

August 4, 2005

**BY FACSIMILE**
James A. Currier, Esq.
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903

Re: CoxCom, Inc. v. Chaffee, individually and d/b/a Electronic Imports and Chaffee International, et al.

Dear Mr. Currier:

Please find enclosed a copy of Plaintiffs Expert Witness Designation in the above-referenced action. If you have retained an expert, please serve Defendants' Designation in accordance with Fed.R.Civ. P. 26(a)(2).

Thank you for your attention to this matter.

Very truly yours,

LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

Shaun K. Hogan

Encl.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND, | ) | |
| | ) | C.A. No.: 05-107 S |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS AND CHAFFEE, INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC Imports, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S EXPERT WITNESS DESIGNATION**

Plaintiff, CoxCom, Inc. d/b/a Cox Communications New England, ("Cox" or plaintiff), pursuant to Fed.R.Civ.P. 26(a)(2), hereby submits its Expert Witness Designation in the above-captioned action against defendant Jon Chaffee, Amy Chaffee, Ramalda Bou, individually and d/b/a Electronics Imports, and Chaffee International Electronic Imports, LLC ("defendants").

Plaintiff hereby designates Stan Durey as an expert witness in this action. Mr. Durey is a consultant to the cable television industry and was formerly employed by Motorola Broadband Communications Sector (formerly General Instrument Corporation) as its Director of Security Programs. Mr. Durey maintains an office at 44 Trafalgar Road, Doylestown, Pennsylvania 18901. His former employer, General Instrument Corporation, was engaged in the business of designing, manufacturing and selling cable television products and systems, including addressable cable television converter-decoders. During Mr. Durey's tenure, General

Instrument sold its cable products solely to cable operators. It did not sell its cable television products directly or indirectly to cable subscribers. Mr. Durey is an expert on the field of cable and satellite piracy and is familiar with the type of equipment defendants purchased and distributed. In general, Mr. Durey will testify as to the nature and capabilities of digital cable filters, their effect on the plaintiff's cable television system, as well as the general effects cable piracy has on the cable television industry. Mr. Durey has been qualified as an expert in Federal Courts throughout the United States and has testified on security and cable piracy issues.

Dated: Jericho, New York
August 3, 2005

LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.
Attorneys for Plaintiff

By:____________________________
SHAUN K. HOGAN
350 Jericho Turnpike, Suite 300
Jericho, New York 11753
(516) 942-4700

MILLER SCOTT & HOLBROOK
FRANCIS S. HOLBROOK
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500

**COXCOM, INC. v. CHAFFEE, et al.**

**CERTIFICATE OF SERVICE**

I, **LAURA CHIQUES**, an employee of the firm **LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.**, attorneys for the Plaintiff, CoxCom, Inc., in the above-entitled action, hereby certify under penalty of perjury that I caused a copy of the forgoing, Plaintiff's Expert Witness Designation, to be served upon James A. Currier, Esq. (hereinafter attorney for "defendant"), by causing a true and accurate copy thereof to be placed in a sealed envelope (first class mail), and deposited in an official depository of the United States Postal Service on, August 4, 2005 addressed to the defendants' attorney at the address set forth below:

James A. Currier, Esq.
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903

Laura Chiques
Laura Chiques