**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, and RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,**<br><br>**Defendants.** | ) | **C.A. No.: 05-107 S**<br><br>**AFFIRMATION OF SHAUN K. HOGAN IN OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO OPPOSE SUMMARY <u>JUDGMENT MOTION</u>** |

I, **SHAUN K. HOGAN**, an attorney admitted *pro hac vice* to practice before the Bar of the United States District Court for the District of Rhode Island, affirms the following under penalties of perjury:

1. I am an attorney and a member of the law firm of Lefkowitz, Louis, Sullivan & Hogan, L.L.P., attorneys for the Plaintiff, CoxCom Inc. d/b/a Cox Communications New England (hereinafter "Cox" or "Plaintiff") in the above-captioned action. I have personal knowledge of the following, based upon my knowledge of this action and the files maintained by this firm, unless otherwise stated.

2. I submit this Affirmation and the accompanying Memorandum of Law in opposition to Defendants' Motion for an Extension of Time to Serve and File their Opposition to Cablevision's Summary Judgment Motion (the "Motion").

3. Annexed hereto as Exhibit "A" is a copy of my July 12, 2005 cover letter to defendants' counsel enclosing a copy of the Declaration of Gerald Boisvert.

4. Annexed hereto as Exhibit "B" is a copy of my August 25, 2005 cover letter to defendants' counsel enclosing recordings of conversations between Lucien Marcoux and Gerald Boisvert.

5. Annexed hereto as Exhibit "C" is a copy of defendants' counsel's September 20, 2005 letter to me discussing his intention to re-depose Lucien Marcoux at an unspecified future date.

Dated: Jericho, New York
November 11, 2005

Shaun K. Hogan (SH-7227)