FILED
NOV 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
NOV 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**COXCOM, INC., d/b/a COX COMMUNICATIONS NEW ENGLAND,**

**Plaintiff,**

**v.**

**JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,**

**Defendants.**

**C.A. No.: 05-107 S**

**NOTICE OF AGREED MOTION FOR LEAVE TO DEPOSE NEW POTENTIAL WITNESSES INDENTIFIED BY DEFENDANTS**

12/8/05: DENIED WITHOUT PREJUDICE TO RENEWAL.
LDA
USMJ

**PLEASE TAKE NOTICE** that plaintiff, CoxCom, Inc. d/b/a Cox Communications New England, by it's attorneys, Lefkowitz, Louis, Sullivan & Hogan, L.L.P. and Miller, Scott and Holbrook, will move this Court on the ______ day of November 2005, at 10:00 a.m., for an Order: granting Plaintiff leave to depose the witnesses identified in Defendants' October 14, 2005, response to plaintiff's Interrogatory No. 14, should Plaintiff's Motion for Summary Judgment not be granted.

Dated: Jericho, New York
November 9, 2005

Attorneys for the Plaintiff
LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

By: ______________________
Shaun K. Hogan (SH-7227)
350 Jericho Turnpike, Suite 300
Jericho, New York 11753
(516) 942-4700

Referred to U.S.M.J. ______
☐ for findings & recommendations.
☑ for determination.
☐ ______________________
William E. Smith, U.S. District Judge
Date: 11/17/05