UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND | : | |
| v. | : | C.A. No. 05-107S |
| JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, and CHAFFEE INTERNATIONAL et al., | : | |

**ORDER**

Before the Court for determination is Defendants' Motion to Extend Time to respond to Plaintiff's pending Motion for Summary Judgment. (Document No. 91). A hearing was held on December 8, 2005. For the reasons stated at today's hearing, Defendants' Motion to Extend Time is GRANTED in part and DENIED in part as set forth below.

1. On or before December 19, 2005, Defendants shall file their response to Plaintiff's Motion for Summary Judgment dated September 26, 2005. This is a FINAL EXTENSION.

2. Defendants are granted leave to reconvene the deposition of Mr. Lucien Marcoux for one hour regarding the Gerard Boisvert interview and statement, and to conduct the deposition of Plaintiff's expert Mr. Stan Durey, provided such depositions are completed by December 31, 2005. Plaintiff's counsel shall confer in good faith and reasonably cooperate with Defendants' counsel in scheduling and conducting these depositions.

3. After conducting the limited discovery outlined in paragraph 2 above and not later than January 13, 2006, Defendants may move for leave to supplement their response to Plaintiff's Motion for Summary Judgment.

LINCOLN D. ALMOND
United States Magistrate Judge
December 8, 2005