RECEIVED
NOV 04 2005
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,

Plaintiff,

v.

JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,

Defendants.

C.A. No.: 05-107 S

**NOTICE OF AGREED MOTION FOR LEAVE TO DEPOSE NEW POTENTIAL WITNESSES IDENTIFIED BY DEFENDANTS**

FILED
NOV 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

12/8/05: DENIED WITHOUT PREJUDICE TO RENEWAL, USMJ

**PLEASE TAKE NOTICE** that plaintiff, CoxCom, Inc. d/b/a Cox Communications New England, by its attorneys, Lefkowitz, Louis, Sullivan & Hogan, L.L.P. and Miller, Scott and Holbrook, will move this Court on the ______ day of November 2005, at 10:00 a.m., for an Order: granting Plaintiff leave to depose the witnesses identified in Defendants' October 14, 2005, response to plaintiff's Interrogatory No. 14, should Plaintiff's Motion for Summary Judgment not be granted.

Dated: Jericho, New York
November 1st, 2005

Referred to U.S.M.J. Almond
Date: 11/21/05

Attorneys for the Plaintiff
LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

By: ______________________

Shaun K. Hogan (SH-7227)
350 Jericho Turnpike, Suite 300
Jericho, New York 11753
(516) 942-4700