UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC., d/b/a COX COMMUNICATIONS NEW ENGLAND,<br><br>Plaintiff,<br><br>v.<br><br>JON CHAFFEE, et al.,<br><br>Defendants. | ) | C.A. No. 05-107 S |

**ORDER**

Before this Court is Defendants' Appeal of Magistrate Judge Almond's October 13, 2005 Order denying their Motion to Compel. After review of the Magistrate's Order, Defendants' Appeal, and Plaintiff's Objection, this Court finds that nothing in the Magistrate's Order is "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); D.R.I. L.R. 32(b)(2). Accordingly, Defendants' Appeal is DENIED.

ENTER:

[signature]
Deputy Clerk

It is so ordered.

[signature]
William E. Smith
United States District Judge
Date: 12/13/05