UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MOTION TO REVOKE**

Now come the Defendants and move to revoke the Pro Hac Vice privileges of Shaun K. Hogan, Esq. and any other member of the law firm of Lefkowitz, Louis, Sullivan & Hogan, LLP.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MEMORANDUM IN SUPPORT**
**OF**
**MOTION TO REVOKE**

Plaintiff has attached to its motion for summary judgment a "Declaration of Gerard Boisvert." ***(Exhibit H)*** Same was prepared by Plaintiff's counsel following a recorded conversation between Mr. Boisvert and plaintiff's employee Lucien Marcoux. (Depo. Marcoux, 12/19/05)

Plaintiff is obviously cognizent that it must prove intent to prevail under Section 553. The second sentence in paragraph 7 of that document is what is so troubling. Not only is the sentence ambigous, it is **not** what Boisvert said in the recorded interview with Mr. Marcoux. Mr. Boisvert at no time said that Chaffee made it clear that he (Chaffee) **intended** that customers **would** use the filters to view pay-per-view programing without paying for it.

The attached affidavit of Mr. Boisvert is in his own words! ***(Exhibit 5)*** The recordings are clear as to Boivert's actual words.

Thus, there has been a violation of Rule 11(b) FRCP. Revokation of Pro Hac Vice privileges would be a lenient penaly for such violation. See Young v. City of Providence, (2005

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 19th day of December, 2005, I mailed true and accurate copies of the within to Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753 and Francis S.Holbrook, II, Esq., 122 Touro Street, Newport, RI 02840.