UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND,

Plaintiff,

vs.

ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,

Defendants.

C.A. No. 05 107 S

**PLAINTIFF'S MOTION FOR AN ORDER EXTENDING TIME TO FILE ITS REPLY TO DEFENDANTS' OBJECTIONS TO SUMMARY JUDGMENT MOTION**

ORIGINAL

Plaintiff CoxCom, Inc. d/b/a Cox Communications New England ("Cox"), by its attorneys, hereby respectfully requests that its time to file and serve its reply to Defendants' Objections to Plaintiff's Motion for Summary Judgment be extended to January 6, 2006. Cox requests this relief for the reasons stated in its accompanying Affirmation of Shaun K. Hogan.

Dated: Jericho, New York
December 23 2005

Respectfully submitted for the Plaintiff CoxCom, Inc. d/b/a Cox Communications New England
By Its Attorneys,

Shaun K. Hogan
**LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.**
350 Jericho Turnpike, Suite 300
Jericho, New York 11753
(516) 942-4700

Dated: Newport, Rhode Island
December 28, 2005

Francis S. Holbrook II
**MILLER SCOTT & HOLBROOK**
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500

**CERTIFICATION**

I hereby certify that on the 28th day of December, 2005 I did send by first class mail a true and accurate copy of the within Motion to: James A. Currier, Esquire, 128 Dorrance Street, Suite 400, Providence, RI 02903

Francis S. Holbrook II

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND,<br><br>Plaintiff,<br><br>vs.<br><br>JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,<br><br>Defendants. | C.A. No. 05 107 S<br><br>**AFFIRMATION OF SHAUN K. HOGAN IN SUPPORT OF MOTION FOR ORDER EXTENDING TIME TO FILE REPLY TO DEFENDANTS' OBJECTIONS TO SUMMARY JUDGMENT MOTION** |

**SHAUN K. HOGAN**, an attorney admitted pro hac vice to the bar of this Court, affirms the following under penalty of perjury:

1. I am counsel to plaintiff CoxCom, Inc. d/b/a Cox Communications New England ("Cox") in the above-referenced action. I submit this affirmation in support of Cox's motion for an order extending its time to serve and file its reply to the defendants' Objection to its Motion for Summary Judgment. I have personal knowledge of the matters set forth herein.

2. Cox served and filed its Motion for Summary Judgment against the defendants on September 26, 2005.

3. On December 19, 2005, and after receiving numerous extensions, defendants filed their Objection to Cox's Summary Judgment Motion.

4. On December 20, 2005, my firm obtained a copy of the Objection from the Court's Electronic Case Filing System ("ECF"). The docket (Entry No. 102) also reflects that the defendants attempted to file numerous exhibits to their Objection, but that they could not be filed

apparently due to being too voluminous. Thus, Cox's attorneys were unable to obtain copies of those documents via ECF.

5. The Objection, and other documents filed that day by defendants' counsel, state that they were served by first class mail on December 19, 2005 upon both firms representing Cox in this action. I first received the documents by mail on Tuesday, December 27, 2005.

6. As a consequence of the foregoing, until we received the exhibits to the Opposition on Tuesday, December 27, 2005, Cox was unable to fully address the Opposition in a reply submission.

7. Moreover, due to defendants' repeatedly obtaining long extensions of their time to oppose Cox's summary judgment motion filed on September 26, 2005, Cox's reply, assuming that it has five days to respond and that it had received the exhibits last week, would be due during this holiday week, when its attorneys have scheduled vacation time.

8. I called defendants' counsel's office on December 23, 2005 and December 27, 2005, to determine if he would consent to the request made herein. I left messages on both occasions, but was unable to speak with anyone.

9. Pursuant to the foregoing, Cox respectfully requests that its time to file and serve its reply to defendants' Opposition be extended to January 6, 2006 -- seven business days after its receipt of all of the exhibits to the defendants' Opposition.

Dated: Jericho, New York
December 27, 2005

Shaun K. Hogan