UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

## ANSWER

## FIRST DEFENSE

1. Defendants Jon Chaffee, Amy Chaffee and Ramalda Bou are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 2, 3, 4, 8, 9, 10, 11, 12, 13, 14, 15, 16, 27, 36, 40, 41 and 47 of the plaintiff's complaint and therefore leaves plaintiff to its proof.

2. Defendants deny the allegations contained in paragraphs 1, 17, 18, 19, 21, 22, 23, 24, 25, 26, 28, 29, 31, 32, 33, 34, 35, 37, 38, 42, 43, 44, 45, 46, 49, 50, 51, 52 and 53 of plaintiff's complaint.

3. Defendant Jon Chaffee admits he is a resident of the State of Rhode Island with a residential address at 206 Richard Drive, Tiverton, Rhode Island but denies the remainder of paragraph 5.

3. Defendant Amy Chaffee admits she is a resident of the State of Rhode Island with a residential address at 206 Richard Drive, Tiverton, Rhode Island but denies the remainder of paragraph 6.

4. Defendant Ramalda Rou admits she is a resident of the State of Rhode Island but denies the remainder of paragraph 7.

## SECOND DEFENSE

Plaintiff comes into this court with unclean hands.

WHEREFORE, defendants demand judgment against the plaintiff, plus costs.

## COUNTERCLAIM

1. The actions of the plaintiff's agents, servants and/or employees on March 11, 2005 and thereafter constituted an intentional infliction of emotional distress.

2. Agents, servants and/or employees of plaintiff caused damage to a lap top computer that was seized in the raid on my home March 11, 2005.

3. The complaint filed by plaintiff in this court constitutes an abuse of judicial process.

4. As a result defendants suffered emotional distress, lost earnings and earning capacity, and other recoverable damages.

WHEREFORE, defendants demand judgment against plaintiff for compensatory and punitive damages, attorney fees, interest and costs.

Defendants demand a trial by jury.

Defendants

By their Attorney,

JAMES A. CURRIER #953
128 Dorrance Street
Suite 400
Providence, Rhode Island 02903
(401) 274-3113 Fax (401) 274-3113

## CERTIFICATION

I hereby certify that on the 30th day of March, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., ) (516) 942-4705.