L . . .KOWI.. Z, LO . . . SULLIVAN . . HOGAN
A LIMITED LIABILITY PARTNERSHIP
350 JERICHO TURNPIKE
SUITE 300
JERICHO, NEW YORK 11753

TELEPHONE: (516) 942-4700
TELECOPIER: (516) 942-4705
E-MAIL: llshllp.com

DANIEL J. LEFKOWITZ*
WAYNE R. LOUIS
PATRICK J. SULLIVAN
SHAUN K. HOGAN+

MICHAEL D. CASSELL■
MELINDA MAY DUS
MICHAEL G. McALVIN■

WILLIAM B. JUNG, LLC▲
OF COUNSEL

NEW JERSEY OFFIC
744 BROAD STREE
FLOOR 16, ROOM :
NEWARK, NEW JERSEY 071C
TELEPHONE: (973) 735-270
TELECOPIER: (516) 942-470

*ALSO ADMITTED IN FLORID
+ALSO ADMITTED IN MASSACHUSETT
■ALSO ADMITTED IN NEW JERSEY
▲ALSO ADMITTED IN SOUTH CAROLINA

July 12, 2005

**BY FACSIMILE & U.S. MAIL**
James A. Currier, Esq.
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903

Re: CoxCom, Inc. v. Chaffee, individually and d/b/a Electronic Imports and Chaffee International, et al.
Case No.: 05 CV 107 S

Dear Mr. Currier:

This firm represents CoxCom Inc. ("Cox") in the above-referenced action.

Enclosed herein please find a copy of Plaintiff's Responses and Objections to Defendants First Request for Interrogatories with verification. Also enclosed is a copy of the Declaration of Gerard Boisvert.

Thank you for your attention to this matter.

Very truly yours,

LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

Shaun K. Hogan

Encl.
cc: Francis Holbrook, Esq,