ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,** | ) | |
| **Plaintiff,** | ) | **C.A. No.: 05-107 S** |
| **v.** | ) | |
| **JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, IMPORTS individually and d/b/a, ELECTRONIC RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,** | ) | **AFFIRMATION OF SHAUN K. HOGAN IN SUPPORT OF PLAINTIFF'S MOTION TO <u>DEFENDANTS' EXPERT REPORT</u>** |
| **Defendants.** | ) | |

I, **SHAUN K. HOGAN**, an attorney admitted *pro hac vice* to practice before the Bar of the United States District Court for the District of Rhode Island, affirms the following under penalties of perjury:

1. I am an attorney and a member of the law firm of Lefkowitz, Louis, Sullivan & Hogan, L.L.P., attorneys for the plaintiff, CoxCom Inc. d/b/a Cox Communications New England (hereinafter "CoxCom" or "Plaintiff"), in the above-captioned action. CoxCom, by its attorneys, respectfully submits this Affirmation in support of its Motion to Strike Expert Report of Girard Consulting Partners (the "Report").

2. Annexed hereto as Exhibit "A" is a copy of the Responses of Jon Chaffee to Plaintiff's Interrogatories.

3. Annexed hereto as Exhibit "B" are two pages from Plaintiff's First Requests for Admissions, Interrogatories, and Production of Documents to Defendant Jon Chaffee that pertain to the defendants' duty to supplement discovery responses.

4. Attached hereto as Exhibit "C" is a copy of the cover of the Federal Communications Commission Interference Handbook 1993 Edition.

Dated: Jericho, New York
January 4, 2006

SHAUN K. HOGAN (SH 7227)