UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

## RESPONSES OF JON CHAFFEE TO PLAINTIFF'S INTERROGATORIES

1. If Defendant's response to any of the Plaintiffs preceding individual Requests for Admissions was anything other than an unqualified "Admit," specify the facts and contentions which Defendant claims form the basis for Defendant's denial or qualified admission.

1. The answers to 6, 10, 11, 12, 13, 14, 17, 18, 21, 22, 23, 24, 28 and 32 speak for themselves. As to 26, 27, 34, 35, as previously indicated, the correct corporate name is Chaffee International & Electronic Imports, LLC.

2. Identify each and every successive employer, including self-employed work and corporate employers, in which Defendant is or was either a director, officer, shareholder or employee, or had a direct or indirect ownership, proprietary or management interest, during the relevant time period, and state the last known address of all such employers, and the time periods during which Defendant was employed by each employer.

2. Nikkei Business Publications, Hirakawawacho, Chiyoda-ku, Tokyo, Japan, March 2000 to present; New England Group Services, LLC, 1630 Mineral Spring Ave., North Providence, RI, May 2004 to present; Chaffee International & Electronic Imports, LLC, P.O. Box 40460, Providence, RI, December 2002 to present..

11. Identify the total income Defendant derived during the relevant time period, in the form of salary, profit distribution or any other measure of compensation, whether reported on any tax filings or not, from Jon Chaffee, individually and/or doing business as Electronic Imports, Chaffee International, Chaffee International Electronic Imports, L.L.C. Wholesale Cable Boxes, and identify any documents that reflect such income.

11. $89,000.00 per year from Nikkei.

12. Identify the gross sales revenues, in monetary terms, of Jon Chaffee, individually and doing business as Electronic Imports, Chaffee International, Chaffee International Electronic Imports, L.L.C. during the relevant time period, and identify any documents that reflect such sales revenues.

12. For Chaffee International & Electronic Imports, LLC. approximately $194,000.00.

13. Identify the gross sales, as defined by the number of digital cable television filters, sold by Jon Chaffee, individually and doing business as Electronic Imports, Chaffee International, Chaffee International Electronic Imports, L.L.C. during the relevant time period, and identify any documents that reflect such sales.

13. For Chaffee International & Electronic Imports, LLC. approximately $6,300.00, no records kept.

14. Identify by full name, home address and telephone number any and all persons Defendant intends to call as witnesses in the trial of this action, including experts, and describe the nature of their anticipated testimony.

14. Undetermined.

15. Identify the number of digital cable television filters that Defendant purchased between January 1, 2002 and the present.