UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND, : C.A. No. 05 107

Plaintiff,

vs.

JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,

Defendants.

**PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS, INTERROGATORIES, AND REQUESTS FOR DOCUMENT PRODUCTION TO DEFENDANT JON CHAFFEE**

---

**TO DEFENDANT JON CHAFFEE:**

Plaintiff Coxcom, Inc. Cox Communication New England ("Cox" or "Plaintiff"), by and through undersigned counsel, hereby directs pursuant to Fed.R.Civ.P. 26, 33, 34 and 36, that Defendant Jon Chaffee, individually and/or doing business as Electronic Imports, Chaffee International, Chaffee International Electronic Imports, L.L.C.

1. Defendant as used in these requests shall refer to Jon Chaffee, individually and doing business as Electronic Imports, Chaffee International, and Chaffee International Electronic Imports, L.L.C.

2. The term "person" as used in these requests shall mean any individual, company, corporation, partnership, association, joint venture, business trust and any other form of legal entity.

6. Defendant has the duty to supplement his responses to these requests at such times and to the extent required by Rule 26(e) of the Federal Rules of Civil Procedure.

## REQUESTS FOR ADMISSIONS

1. Admit that Defendant is or was, during the relevant time period, an owner, operator, officer, investor, employee, or shareholder of Electronic Imports, Chaffee International, Chaffee International Electronic Imports, L.L.C.

2. Admit that Defendant directed customers to whom he sold digital cable television filters to the following website address: http:/home.comcast.net/sunglassesdirect/instruction.htm.

3. Admit that Defendant directed customers to whom he sold digital cable television filters to the following website address: http:/home.comcast.net/sunglassesdirect/instructionsResetinformation.pdf.

4. Admit that Defendant directed customers to whom he sold digital cable television filters to the following website address: http://digitaldiet.biz/reset.

5. Admit that Defendant directed customers to whom he sold digital cable television filters to the following website address: support911@aol.com.

6. Admit that Defendant represented to his customers that the digital cable television filters could be used to obtain free pay per view cable television services.

7. Admit that Defendant sold or otherwise distributed digital cable television filters.

8. Admit that Defendant sold or otherwise distributed digital cable television filters to persons located in Rhode Island and Connecticut.

9. Admit that Defendant sold digital cable television filters for profit.