# Interference Handbook

1993 Edition

al Com ommission