**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ORIGINAL

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,** <br><br> **Plaintiff,** <br><br> **v.** | ) | **C.A. No.: 05-107 S** |
| **JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, and RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,** <br><br> **Defendants.** | ) | **PLAINTIFF'S NOTICE OF FILING OF UNREPORTED DECISION IN SUPPORT OF MOTION TO STRIKE EXPERT REPORT** |

Pursuant to this Court's Amended General Order 2002-01 at page 2, Plaintiff, CoxCom Inc. d/b/a Cox Communications New England (hereinafter "Cox" or "Plaintiff"), by its attorneys, respectfully submits the attached true and accurate copy of the unreported decision in Directv, Inc. v. Caron, No. 3:03-CV-007 (D.Conn. Aug. 23, 2004), which is referenced in Cox's Motion to Strike Expert Report of Girard Consulting in the above-captioned action.

Dated: Jericho, New York
January 4, 2006

Respectfully submitted,

Attorneys for the Plaintiff
LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.

By:____________________________
Shaun K. Hogan (SK7227)
350 Jericho Turnpike, Suite 300
Jerciho, New York 11753
(516) 942-4700

Dated: Newport, Rhode Island
January 5, 2006

MILLER, SCOTT & HOLBROOK

By:____________________________
Francis S. Holbrook, II (#3412)
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500

**CERTIFICATION**

I hereby certify that on the 5th day of January, 2006 I did send by first class mail a true and accurate copy of the within Notice to: James A. Currier, Esquire, 128 Dorrance Street, Suite 400, Providence, RI 02903

Francis S. Holbrook II