1/9/06: GRANTED NUNC PRO TUNC

USMJ

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND, Plaintiff, | C.A. No. 05 107 S |
| vs. | **PLAINTIFF'S MOTION FOR AN ORDER EXTENDING TIME TO FILE ITS REPLY TO DEFENDANTS' OBJECTIONS TO SUMMARY JUDGMENT MOTION** |
| ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS, Defendants. | ORIGINAL |

Plaintiff CoxCom, Inc. d/b/a Cox Communications New England ("Cox"), by its attorneys, hereby respectfully requests that its time to file and serve its reply to Defendants' Objections to Plaintiff's Motion for Summary Judgment be extended to January 6, 2006. Cox requests this relief for the reasons stated in its accompanying Affirmation of Shaun K. Hogan.

Dated: Jericho, New York
December 23 2005

Referred to U.S.M.J. Almond
☐ for findings & recommendation
☑ for determination
☐

William E. Smith, U.S. District Judge
Date: 1/9/06

Respectfully submitted for the Plaintiff CoxCom, Inc.
d/b/a Cox Communications New England
By Its Attorneys,

Shaun K. Hogan
LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.
350 Jericho Turnpike, Suite 300
Jericho, New York 11753
(516) 942-4700