UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

## OBJECTION TO MOTION TO STRIKE

Now come the defendants Jon Chaffee, Amy Chaffee and Ramalda Bou and object to plaintiffs' motion to strike dated January 5, 2006.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 7th day of January, 2006, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. and Shaun K. Hogan, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MEMORANDUM IN SUPPORT**
**OF**
**OBJECTION TO MOTION TO STRIKE**

**ARGUMENT:**

The Pretrial Order of Judge Smith indicates that Pretrial Memoranda shall be presented 30 days after a decision on any dispositive motions. Such memoranda is to set forth what defendant is expected to prove, indicate each witness to testify with a brief summary of such testimony and a statement whether that witness will testify as an expert. (Tab A) Obviously no decision has yet been rendered on the dispositive motions. Defendants have complied with that order.

Moreover, no defendant in any civil case can know whether an expert is needed until sufficient information is obtained to determine what type of expert is needed, what information need be addressed and the like. Only then can a defendant embark on the often difficult task of finding the appropriate expert. Once an expert is retained same needs time to do the necessary work to render an opinion. As is indicated by the date of defendants' report it was not finished

until December 19, 2005. It was mailed to plaintiff's counsel that very day.

The remainder of the plaintiff's arguments should properly be addresed by the Court at a "Daubert" hearing or at the time when such testimony is profered.

**CONCLUSION:**

The motion should be denied.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 7th day of Januuary, 2006, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. and Shaun K. Hogan, Esq.