UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

AFFIDAVIT IN SUPPORT OF MOTION TO RELEASE ATTACHMENT

I, Jon Chaffee under oath depose and say:

1. As result of the strain in our marital relationship brought about by this lawsuit, my wife Amy Chaffee has moved out of our house with our child.

2. I am unable to pay my expert Gregory D. Girard to do any further work in my defense.

3. I owe my attorney in excess of $30,000.00 in legal fees.

4. Although my attorney advised me he did not think it appropriate to file this motion in order to pay his fees and that he would continue to represent me in this case; I do not think I can properly defend myself unless my expert is paid.

5. In light of the above I no longer want to reside in the house and wish to sell it.

Jon Chaffee

Subscribed and sworn to before me this 7th day of January, 2006.

James A. Currier
Notary Public