UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND,<br><br>Plaintiff,<br><br>vs.<br><br>JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,<br><br>Defendants. | : | C.A. No. 05 CV 107 S<br><br>**DECLARATION OF STAN H. DUREY IN RESPONSE TO DEFENDANTS' COUNSEL'S JANUARY 6, 2006 LETTER TO THE COURT** |

I, STAN H. DUREY, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I have previously submitted an Expert Report in this action, which is part of Cox's Motion for Summary Judgment. My experience and qualifications are set forth at length therein.

2. I have read the defendants' counsel's January 6, 2006 letter in this case that discusses me.

3. I acknowledge that I am listed as a Senior Vice President of Client Services with Secure Signals International. I have agreed that Secure Signals International could use my name in this manner. This agreement has been in place since approximately 2004. However, I am not, and never have been, an employee of Secure Signals International, nor am I and never have been an owner of it.

4. Rather, I operate my own consulting company, S H Durey Consulting. In

this context, I perform consulting services for a number of companies in the cable television field, including Secure Signals International. The services I performed for Secure Signals International included meeting with a prospective new client as well as consulting regarding cable technology and security issues. These services were performed as an outside, independent contractor, and comprised a very small fraction of the work that S H Durey Consulting conducted. In total, I performed no more than 30 hours of services for Secure Signals International, and the entire sum that Secure Signals International has paid to S H Durey Consulting to date for all work done for it amounts to $547.19. I have never received a salary, benefits, or any other employee-type remuneration from Secure Signals International. S H Durey Consulting has received IRS Form 1099s, as opposed to W-2 forms, for the monies Secure Signals has paid for my work. Given the de minimis work performed and monies received from Secure Signals International, in updating my Curriculum Vitae in the Expert Report, I did not regard Secure Signals International as an employer in the same manner as, for example, Motorola Broadband Communications and its predecessors, for whom I was an employee for many years. It was not my intent to mislead anyone.

4. I am aware that Secure Signals International has been sued in two separate actions, one in the state court in California, and the other in a U.S. District Court in California. I have not reviewed either complaint or spoken to anyone at Secure Signals International about them. It is my understanding that I have not been named personally, nor do the lawsuits allege any wrongdoing by me or S H Durey Consulting or that Secure Signals International's alleged wrongdoing had anything to do with expert testimony of me or anyone else. It is also my understanding that both of those cases have been

dismissed.

5. I am not, and never have been, an employee or owner of McGinnis Group International, LLC. and S H Durey Consulting has not performed services for it. I am unaware of what formal connection or affiliation may or may not exist between Secure Signals International and McGinnis Group International, LLC

6. I am not, and never have been, an employee or owner of the entity known as Secure Signals, Inc. discussed in the Letter and S H Durey Consulting has not performed services for it. It is my understanding that there is no connection, other than the similarity in name, between Secure Signals International and the entity known as Secure Signals, Inc. discussed in the Letter.

7. I declare under penalty of perjury that the matters and facts in the foregoing certification are true and correct to the best of my knowledge, information, and belief.

STAN H. DUREY