**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ORIGINAL

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,** | ) | |
| **Plaintiff,** | ) | **C.A. No.: 05-107 S** |
| **v.** | ) | |
| **JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, and RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,** | ) | **AFFIRMATION OF SHAUN K. HOGAN IN SUPPORT OF RESPONSE TO DEFENDANTS' COUNSEL'S JANUARY 6, 2006 LETTER** |
| **Defendants.** | ) | |

I, **SHAUN K. HOGAN**, an attorney admitted *pro hac vice* to practice before the Bar of the United States District Court for the District of Rhode Island, affirms the following under penalties of perjury:

1. I am an attorney and a member of the law firm of Lefkowitz, Louis, Sullivan & Hogan, L.L.P., attorneys for the Plaintiff, CoxCom Inc. d/b/a Cox Communications New England (hereinafter "Cox" or "Plaintiff") in the above-captioned action. I have personal knowledge of the following, based upon my knowledge of this action and the files maintained by this firm, unless otherwise stated.

2. I submit this Affirmation primarily for the limited purpose of introducing exhibits to Plaintiff's Response to Defendants' Counsel's January 6, 2006 letter to the Court.

2. Attached hereto as Exhibit "A" is the Court's decision dated December 3, 2003 dismissing the complaint as to all defendants in Sosa v. DirecTV, Inc., No. CV 03-5972 (C.D.Cal.). Although the decision begins by stating, "The Court GRANTS Defendants' Motion to Dismiss." The decision is unclear as to whether some, or all, defendants (including Secure Signals

International) moved to dismiss. Accordingly, the case docket is attached as well. Entry No. 9 confirms that the motion to dismiss was brought by all defendants.

2. Attached hereto as Exhibit "B" are the following documents from Blanchard v. DirecTV, No. BC284166 (Sup.Ct.L.A.Co.): Order of the Supreme Court, County of Los Angeles dismissing action dated April 1, 2003; Order of the California Court of Appeals, Second Appellate District, filed October 29, 2004 affirming the . The Supreme Court of California denied review of the case by Order filed on January 26, 2005.

3. Attached hereto as Exhibit "C" is a printout of the homepage for Secure Signals International.

4. With respect to the January 6, 2006 letter's notation regarding this firm's having incorporated an entity known as Secure Signals, Inc., it is my firm's understanding that this was is a different entity from Secure Signals International. Neither Lefkowitz & Tasolides, nor Lefkowitz, Louis, Sullivan & Hogan, L.L.P., nor any of the intermediate firms having Daniel J. Lefkowitz as a partner have represented Secure Signals International.

Dated: Jericho, New York
January 13, 2006

Shaun K. Hogan (SH-7227)