Case 1:05-cv-00107-S-LDA Document 121-4 Filed 01/17/2006 Page 1 of 1

SSI™ Secure Signals International

San Francisco - Denver - Memphis - New York
Phone: 303.329.8800

Services | Principals | Client/Reference List | Contact Us

## Secure Signals International

Secure Signals International (SSI), established since1987, is a nationwide Risk Management firm that specializes in cable and satellite piracy issues. A recent article in CTAM, by Stan McGinnis, President/CEO of SSI, on "Risk Management As An Engine For Revenue Growth", illustrates the benefits of pursuing an aggressive campaign to combat theft of cable services. (This article requires Adobe Acrobat Reader. To view a presentation on Full Service Risk Managment Solutions, click here. (Power Point required)

SSI provides a single resource for dealing with the host of interrelated Loss/Prevention, Security, and Theft of Service issues that are costing the cable/satellite industries over $14 billion in annualized revenue. With that magnitude of lost revenue, SSI has established the first nationwide, no cost Theft of Service Program for the industries.

SSI's On-Site Consulting specialties include establishing a complete Theft of Service program, Pay-Per-View "Stings" to identify the use of illegal equipment, Civil Recovery from the use and distribution of illegal descramblers. To date, SSI has recovered in excess of $200 million in criminal and civil penalties and 500,000 illegal devices. SSI also designs systems and procedures that help facilitate inventory control, reduce theft of service opportunities and create the necessary awareness to theft of service problems. SSI has conducted over 1250 seminars nationwide on theft of service and has the nations premier Pre-Employment Background Service for the telecommunications industry.

In this one area of expertise, we differentiate ourselves from the competitors in the market due to our ability to handle thousands of cases at one time nationwide with the same efficiency of smaller firms that only handle a handful of cases at one time. Additionally, our competitors charge for their service by the hour where our service is on a percentage of recovery only. That way our clients are receiving the only nationwide "no cost" Theft of Service Programs offered in the industry.

SSI also provides Criminal and Civil Investigations for internal theft, stings, electronic counter measures; as well as for manufactures and distributors within the Pirate community.

Our consultants have conducted Cable Theft Seminars and Management Training nationwide, as well as developed and written Theft of Service Procedure Manuals.

Secure Signals International is comprised of Business Consultants, Risk Managers, Legal Experts and Resolution Specialists for all risk related issues regarding piracy, human resources, contractors and other risk related matters.

At SSI, we provide our clients with a wide range of Theft of Service programs that reaches far beyond the expectation of our clients, and far beyond the abilities of our competitors.

Some useful links:
National Cable Television Association: www.ncta.com
Satellite Broadcasting and Communications Association: www.sbca.org

Services Theft of Service Consulting Pre-Employment Screening Principals Clients
Legal Process Cable Piracy Facts Contact Us Home

Copyright © 2002 - 2005 Secure Signals, Inc. All rights reserved.