UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**APPEAL FROM ORDER OF MAGISTRATE JUDGE**

Now come the defendants Jon Chaffee, Amy Chaffee and Ramalda Bou, pursuant to Local Rule 32 (b) (2) and appeal from the order of Magistrate Judge Almond dated January 20, 2006 for the reasons set forth in the memoranda submitted in support of their Motions to Revoke Pro Hac Vice Privileges and to file a Counterclaim.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

**CERTIFICATION**

I hereby certify that on the 25th day of January, 2006, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.