UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MEMORANDUM IN SUPPORT**

**OF**

**MOTION TO REVOKE**

Plaintiff has attached to its motion for summary judgment a "Declaration of Gerard Boisvert." ***(Exhibit 1)*** Same was prepared by Plaintiff's counsel following a recorded conversation between Mr. Boisvert and plaintiff's employee Lucien Marcoux. (Depo. Marcoux, 12/19/05)

Plaintiff is obviously cognizent that it must prove intent to prevail under Section 553. The second sentence in paragraph 7 of that document is what is so troubling. Not only is the sentence ambigous, it is **not** what Boisvert said in the recorded interview with Mr. Marcoux. Mr. Boisvert at no time said that Chaffee made it clear that he (Chaffee) **intended** that customers **would** use the filters to view pay-per-view programing without paying for it.

The attached affidavit of Mr. Boisvert is in his own words! ***(Exhibit 2)*** The recordings are clear as to Boivert's actual words.

Thus, there has been a violation of Rule 11(b) FRCP. Revokation of Pro Hac Vice privileges would be a lenient penaly for such violation. See Young v. City of Providence, (2005

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 19th day of December, 2005, I mailed true and accurate copies of the within to Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753 and Francis S.Holbrook, II, Esq., 122 Touro Street, Newport, RI 02840.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, IMPORTS individually and d/b/a, ELECTRONIC RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,**<br><br>**Defendants.** | ) | **C.A. No.: 05-107 S**<br><br>**DECLARATION OF <u>GERARD BOISVERT</u>** |

I, **GERARD BOISVERT**, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I reside at 81 Prospect Street, Manville, Rhode Island 02833. I am not a party to this action. I believe in the sanctity of an oath. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently to the same.

2. I have known Jon Chaffee for at least four (4) years. Jon Chaffee is married to my sister's daughter, Amy Chaffee. I have known Amy Chaffee all her life.

3. From November 2003 through ~~January~~ april GB 2004, I worked for Jon Chaffee, owner and operator of Electronic Imports and Chaffee International. During the course of my employment relationship with Jon Chaffee, I worked as a sales representative. In this capacity, I sold various items and electronic equipment at trade shows in the State of Connecticut and Commonwealth of Massachusetts on behalf of Jon Chaffee.

4. Jon Chaffee supplied all of the merchandise that I sold on his behalf at trade shows.

GB [initials]

5. Among the various items given to me by Jon Chaffee and thereafter sold were digital cable television signal filters.

6. When I began working for Jon Chaffee, he told me that digital cable television signal filters, once connected to a digital cable television system, could be used to enable the user to receive pay-per-view programming without the cable television provider being notified and the customer being charged.

7. Jon Chaffee repeatedly explained that regardless of how those who purchased digital cable television filters chose to use them, it was their business. Jon Chaffee made it clear to me that he knew and intended that people who purchased digital cable television filters could and would use them to view pay-per-view programming without paying for it.

8. Jon Chaffee told me he purchased the digital cable television filters for approximately $4.00 to $7.00 each and I was to sell each filter for approximately $25.00. During the course of my employment, I sold dozens of such digital cable filters.

9. My compensation was based on a percentage of my total daily sales. Specifically, I was compensated approximately 30-35% of the total daily sales for each show. John Chaffee explained to me that as long as he received his percentage of the daily sales, it was up to me to decide how much income I should report.

10. I have not been offered any form of compensation, nor given any promises in exchange for providing this declaration.

11. I declare under penalty of perjury that the foregoing is true and accurate.

Executed this 9 day of JULY, 2005.

[signature]

GERARD BOISVERT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

AFFIDAVIT

I, Gerard Boisvert, under oath depose and say:

1. My permanent address is 81 Prospect Street, Manville, RI 02838.

2. My summer address is 15 Hunter North, Alburg, VT, 05440.

3. I have known Jon Chaffee for at least four (4) years. Jon is married to my sister's daughter, Amy Chaffee. I have known Amy all her life.

4. From November 2003 through April 2004 I sold various items supplied by Jon at trade shows. Jon would supply the merchandise. I would keep 30-35% of the sale proceeds and give the rest to Jon.

5. A small portion of the merchandise included what Jon described to me as interference filters for cable television. He told me that they filtered out interference to cable television. He also told me that people who have digital cable could use these filters to get pay-per-view without paying for it.

6. I asked Jon if it was legal to sell the filters. He told me it was legal because we sell them as interference filters. He told me they were sold at Radio Shack. Jon also told me - how people who purchase the filters chose to use them was their business.

Gerard Boisvert

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In WOONSOCKET on the 2ND day of NOVEMBER, 2005 before me personally appeared, Gerard Boisvert, to me known and known by me to be the party executing the foregoing instrument, and he acknowledges said instrument, by him executed to be his free act and deed.

Notary Public
My Commission Expires: 7-22-09

LAW OFFICES OF JAMES A. CURRIER

128 DORRANCE STREET
SUITE 400
PROVIDENCE, RHODE ISLAND 02903
TEL. (401) 274-3113
FAX (401) 274-3115
CELL (401) 265-8294
e-mail: currlaw@myexcel.com

January 6, 2005

Hon. Lincoln D. Almond
United States Magistrate Judge
2 Exchange Terrace
Providence, RI 02903

**Re: Coxcomm, Inc., et al**
**Vs. Jon Chaffee, et als**
**USDC 05-107 S**

Dear Magistate Judge Almond:

Pursuant to your Order of January 6, 2006, herewith find the original transcript of the continued deposition of Lucien Marcoux dated December 19, 2005 and the compact discs relative to the voice recording of Gerry Boisvert as produced to defendants by plaintiff.

Subsequent to the filing of the motion to revoke, defendants learned of an omission in the report of plaintiff's expert Stan Durey. That report, also submitted in support of plaintiff's motion for summary judgment, fails to reveal that Mr. Durey is the Senior Vice President of Client Services for Secure Signals International. (Tab A) Apparently, that entity is affiliated with McGinnis Group International. LLC. (Tab B). It is not known whter Secure Signals is a corporation. However, there was a New York corporation named Secure Signals, Inc. (Tab C) Nor is it known whether the attorney Lefkowitz of Lefkowitz & Tasolides Esqs is the same attorney Lefkowitz of Lefkowitz, Louis, Sullivan & Hogan, L.L.P.

Both entities were named in civil actions *Sosa, et als v. DIRECTTV, Inc.*, et als; U.S D.C. Central District of California, Western Division, Case No. CV-03-5972-AHM (RZx) and *Blanchard, et*

*als v. DIRECTTV, INC.*, Los Angeles County Superior Court, State of California, Case No. BC284166. (Tabs D & E)

Very truly yours,

JAMES A. CURRIER
JAC:acc
c: Shaun K. Hogan, Esq.

This is G o o g l e's cache of http://www.securesignals.com/principles.htm as retrieved on Jul 8, 2005 21:01:38 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: `http://www.google.com/search?q=cache:EIlmpe1RDOYJ:www.securesignals.com/principles.htm+&hl=en`

*Google is neither affiliated with the authors of this page nor responsible for its content.*

SSI™ Secure Signals International

San Francisco - Denver - Memphis - New York     **Phone: 303.329.8800**

Services | Principals | Client/Reference List | Contact Us | Home

## Principals

**Stanley F. McGinnis, President & CEO**
Stan McGinnis is a Certified Fraud Specialist and a Certified Fraud Examiner. He has been involved in the cable industry for approximately 15 years. During that time, he has been involved in the investigation of several Regional and National distributors of illegal devices that have resulted in multi-million dollar recoveries to the cable industry. Stan has recovered over $200 million from all forms of investigative work during his career. In addition to his legal and business background, Stan has been the President and Chief Operating Officer of four $100 million retail companies with locations nationwide and is very capable of managing the future growth of SSI. Stan is also a legal specialist in labor relations, employee defalcations, worker's compensation fraud, wrongful terminations, sexual harassment, and bonding insurance claims. Stan received his education from college of Marin, in California (two years criminal law) and three years of law school from Lasalle university in Chicago.

**Kathleen McGinnis, Vice President of Client Services**
Kathleen McGinnis has been with SSI for more than 7 years. She coordinates all civil litigation matters with SSI's nationwide offices and our legal offices in New York. She also supervises the pre-employment background services provided by SSI. These pre-employment background services are unlike any other pre-employment service in that a "risk" assessment is provided for each employment candidate. The "risk assessment" portion of the background check provides each client with a "virtual" HR department. The risk assessment is a "profile" of over 5,000 terminated employees from within the telecommunications industry who have been terminated for theft, work place violence, sexual harassment, and/or other serious violations of company policies. These pre-employment background services have saved literally thousands of dollars for each client. Kathleen oversees all aspects of customer service for all SSI clients. Kathleen received her Bachelors degree from San Francisco State University. Prior to joining SSI, Kathleen held two other executive positions within the wholesale industry.

## Management Team

**Ralph Valente, Executive Vice President of Marketing**
Ralph Valente has 10 years experience in the cable industry and is a recognized expert on issues

related to theft of service in the cable and satellite industries as well as having a solid background in sales, affiliate relations, and consumer and field marketing. His previous position was with Showtime Networks, working in their Sports & Event Programming unit. He had significant involvement in the biggest events in the history of the pay per view industry, including Lewis vs. Tyson and Holyfield vs. Tyson II. He was also involved in Showtime's efforts against cable theft, and helped to elevate Showtime to a preeminent position amongst programmers in efforts to recover revenue from theft of service. He served since 1999 as Board Secretary of the Broadband & Internet Security Task Force, as well as on the NCTA's COST Committee and the SBCA's Theft of Service Working Group. Prior to his work in the cable industry, Ralph spent 10 years in the non-profit sector. He holds a B.A. in English and Political Science, an M.A. in International Political Economy and Development, and an M.Phil. in Political Science, all from Fordham University in New York City.

**Stan H. Durey, Senior Vice President of Client Services**

Stan Durey will preside over our Client Services, with over 16 years of experience in the anti-priacy and security arenas. He created a Security Programs department and made it the standard against which all competitors are measured. He is a qualified expert in providing testimony regarding unauthorized access devices and the economic impact of unauthorized access on the cable and satellite industries, as well as a qualified expert in over a dozen federal and state venues on form, fit and function of signal theft devices and economic impact of signal theft. Stan provided key testimony in civil and criminal prosecutions and in enactment of effective new anti-piracy legislation. He is a liaison with law enforcement agencies, including the United States Department of Justice and Federal Bureau of Investigation, the United States Customs Service and the United States Secret Service ensuring acceleration and coordination of federal criminal anti-piracy enforcement. Stan has a BA from Central College in Pella, Iowa.

Services Theft of Service Consulting Pre-Employment Screening Principals Clients
Legal Process Cable Piracy Facts Contact Us Home

## Clients/Reference List

- Bill Farmer, Division President, Time Warner, Jackson MS, 601-981-1187
- Leslie Grayson, Group Vice President, Time Warner National Division, 303-649-8040
- Brad Anderson, Cable Consultant, 404-531-7435
- Joe Rogalski, Area Director of Security, Comcast, New Jersey, 732-935-5563
- Ms. Sue Moore, Office Manager, Brantley Telephone & Satellite, TX 912-280-0039
- W. H. "Chip" Carstensen, President and General Manager, Buckeye Cablevision, Inc., Ohio, 419-724-9802 - Letter of recommendation (Adobe Acrobat File)
- Rick Micek, Treasurer, Buckeye Cablevision, Inc., Ohio, 419-724-7244
- Nilda Gumbs, Director Office of Signal Theft, National Cable Telecommunications Association, 202-775-3684
- Mike Muller, Sr., Senior Security Specialist, Motorola Broadband Comminications Sector, 215-323-1650
- Jim Sowinski, Director of Sales for Sirus Satellite & Radio, 716-542-1556
- Steve Phillips, Director of Asset Management, Time Warner Memphis Division, 901-365-1770 ext 4601
- Bob Kijowski, Senior Director of Business Operations, Cox Communications, 702-384-8084
- Ron Hnillica, Security Director-Midwest Division, Comcast Communications, 248-233-4792 or 313-999-8309
- Darlene Stapelton, Director of Customer Service, Time Warner National Division, 800-727-1855
- Larry Peterson, Vice President of Marketing, Time Warner Kansas, 816-358-5360
- Johnnye Denman, Director of Human Resources, Time Warner Jackson/Monroe, 601-321-2015
- Peter Conomea, President & CEO, Artisan (formerly Director of Security for Viacom Cable), 888-467-1823
- David Archer, Marketing and Business Development Consultant, Sierra Initiatives Ltd., 530-581-1396

Secure Signals International

San Francisco - Denver - Memphis - New York Phone: 303.329.8800



## No Cost Theft of Service Program

**Secure Signals International provides a no cost recovery program for cable television and satellite theft. Our service is based on a percentage of revenue recovery only. In addition to our no cost recovery program, we have never been sued nor have any of our clients been sued as a result of our services. That includes over 13,000 employee interrogations for theft of service. An article from Cable World explores the,** "Confessions of a Cable Thief" **(article requires Adobe Reader)**

**We have collected in excess of $300 million from piracy matters and recovered over 500,000 illegal devices. Our average settlement is $4,000 per case.**

**With 15 years of experience in this industry and over 200** cable clients, **SSI has developed a seamless** legal process **in pursuing suspected piracy matters. Our process limits the involvement of our clients in dealing with the theft of service resolution.**

**Active cable theft is a growing industry. Visit our** Cable/Satellite Piracy Facts **page for more information. If you would like to see what CTAM has to say about piracy, click on this link:** Evaluation of Signal Theft Report - 2005. **(You must be a CTAM member to view the report.)**

back to Services

# Information On File

| | |
|---|---|
| ID Number: | 20021148683 |
| Name: | MCGINNIS GROUP INTERNATIONAL, LLC |
| Registered Agent: | STANLEY MCGINNIS |
| Registered Agent Street Address: | 2320 ELM ST, DENVER, CO 80207, United States |
| Registered Agent Mailing Address: | |
| Principal Office Street Address: | 2320 ELM ST, DENVER, CO 80207 , United States |
| Principal Office Mailing Address: | |
| Status: | Good Standing |
| Form: | Limited Liability Company |
| Jurisdiction: | Colorado |
| Formation Date: | 06/03/2002 |
| Term of Duration: | Perpetual |
| Annual Report Month: | June |

You may:

- View History and Documents
- Obtain Certificate of Good Standing
- File a Document
- Set Up Email Notification

Previous Page

E-Filed

Colorado Secretary of State
Date and Time: 06/13/2005 10:20 AM
Entity Id: 20021148683

Document number: 20051229034

Document Processing Fee

| | |
|---|---|
| If document is on paper: | $25.00 |
| If document is filed electronically: | $20.00 |
| Late fee if entity is in delinquent status | |
| If document is on paper: | $20.00 |
| If document is filed electronically: | $20.00 |

Fees are subject to change.

For electronic filing and to obtain copies of filed documents visit www.sos.state.co.us

Deliver paper documents to:
Colorado Secretary of State
Business Division
1560 Broadway, Suite 200
Denver, CO 80202-5169

Paper documents must be typed or machine printed.

ABOVE SPACE FOR OFFICE USE ONLY

## Annual Report

filed pursuant to §7-90-301, et seq. and §7-90-501 of the Colorado Revised Statutes (C.R.S)

ID number: 20021148683

Entity name: MCGINNIS GROUP INTERNATIONAL, LLC

Jurisdiction under the law of which the entity was formed or registered: Colorado

**You must complete line 1.**

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

1. Name(s) and address(es) of the individual(s) causing the document to be delivered for filing:

| McGinnis | Stanley | F | Mr. |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

2320 Elm Street
*(Street name and number or Post Office Box information)*

| Denver | CO | 80207 |
|---|---|---|
| *(City)* | *(State)* | *(Postal/Zip Code)* |

*(Province – if applicable)* *(Country – if not US)*

*(The document need not state the true name and address of more than one individual. However, if you wish to state the name and address of any additional individuals causing the document to be delivered for filing, mark this box* ☐ *and include an attachment stating the*

*name and address of such individuals.)*

☐ **Mark the box if** information requested below is current in the records of the Secretary of State **OR** complete Questions 2 through 7.

2. Principal office street address:

2320 ELM ST
*(Street name and number)*

DENVER *(City)* CO *(State)* 80207 *(Postal/Zip Code)*

*(Province – if applicable)* United States *(Country – if not US)*

3. Principal office mailing address: (if different from above)

*(Street name and number or Post Office Box information)*

*(City)* *(State)* *(Postal/Zip Code)*

*(Province – if applicable)* *(Country – if not US)*

4. Registered agent name: (if an individual) MCGINNIS *(Last)* STANLEY *(First)* *(Middle)* *(Suffix)*

**OR** (if a business organization)

5. The person identified above as registered agent has consented to being so appointed.

6. Registered agent street address:

2320 ELM ST
*(Street name and number)*

DENVER *(City)* CO *(State)* 80207 *(Postal/Zip Code)*

7. Registered agent mailing address: (if different from above)

*(Street name and number or Post Office Box information)*

*(City)* *(State)* *(Postal/Zip Code)*

*(Province – if applicable)* *(Country – if not US)*

**Disclaimer:**

This form, and any related instructions, are not intended to provide legal, business or tax advice, and are offered as a public service without representation or warranty. While this form is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form. Questions should be addressed to the user's attorney.

# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: SECURE SIGNALS, INC.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | SECURE SIGNALS, INC. |
| **Initial DOS Filing Date:** | FEBRUARY 12, 1990 |
| **County:** | NASSAU |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | INACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

LEFKOWITZ & TASOLIDES ESQS
ONE OLD COUNTRY ROAD
CARLE PLACE, NEW YORK, 11514

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results New Search

Division of Corporations, State Records and UCC Home Page NYS Department of State Home Page

11

**LAKESHORE LAW CENTER**
**Jeffrey Wilens, Esq. (State Bar No. 120371)**
**27758 Santa Margarita Pkwy. No. 394**
**Mission Viejo, CA 92691**
**949-709-5330**
**949-709-5377 (fax)**

**Attorney for Plaintiffs**

**LOS ANGELES COUNTY SUPERIOR COURT, STATE OF CALIFORNIA**

**(Unlimited Civil)**

| | |
|---|---|
| KEVIN BLANCHARD, WILLIAM COOPER, JOHN LUND, MICHAEL SPENCER, AND EARL J. MALLET on behalf of themselves and all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTV, INC., HUGHES ELECTRONICS CORPORATION, GENERAL MOTORS CORPORATION, YARMUTH WILSDON CALFO PLLC, SPENCER D. FREEMAN, DEBORAH T. BOYLSTON, JOHN M. STELLWAGEN, GURJIT PANDHER, GREGORY Q. ZAMUDIO, DIRECTV END USER DEVELOPMENT ORGANIZATION, BERT EICHHORN DAVID BAUTISTA, SECURE SIGNALS INTERNATIONAL, MCGINNIS GROUP INTERNATIONAL, LLC, STANLEY F. MCGINNIS, and DOES 1 through 100 | Case No. BC284166<br><br><u>CLASS ACTION</u><br><br>**COMPLAINT FOR**<br>**1. UNFAIR COMPETITION** (Business & Professions Code § 17200 et. seq.)<br>**2. INTERFERENCE WITH CIVIL RIGHTS** (Civil Code § 52.1)<br>**3. EXTORTION AND DURESS** |

**LAKESHORE LAW CENTER**
**Jeffrey Wilens, Esq. (Cal. State Bar No. 120371)**
**27758 Santa Margarita Pkwy. No. 394**
**Mission Viejo, CA 92691**
**949-709-5330**
**949-709-5377 (fax)**
**www.lawyers.com/lakeshorelaw**

**LAW OFFICES OF DEAN BROWNING WEBB**
**Dean Browning Webb, Esq. (Wash. State Bar No. 10735)**
**8002 N.E. Highway 99, Suite B, PMB #256**
**Vancouver, WA 98665-8833**
**503-629-2176**
**503-629-9527 (fax)**

**Attorneys for Plaintiffs ROD SOSA, GARY WHITTAKER and RODNEY BYLSMA**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ROD SOSA, GARY WHITTAKER and RODNEY BYLSMA, on behalf of themselves and all persons similarly situated, | ) Case No. CV-03-5972-AHM (RZx) |
| Plaintiffs, | ) **CLASS ACTION** |
| v. | ) **COMPLAINT FOR DAMAGES AND** |
| DIRECTV, INC., HUGHES | ) **EQUITABLE RELIEF** (pursuant to |
| ELECTRONICS CORPORATION, | ) Racketeer Influenced and Corrupt |
| GENERAL MOTORS | ) Organizations Act of 1970 "RICO," |
| CORPORATION, YARMUTH | ) 18 U.S.C. § 1961 et. seq.) |
| WILSDON CALFO, PLLC, | ) 1. 18 U.S.C. § 1962 (c) |
| GREER, HERZ & ADAMS, L.L.P., | ) 2. 18 U.S.C. § 1962 (a) |
| STUMP, STOREY,CALLAHAN | ) 3. 18 U.S.C. § 1962 (d) |
| & DIETRICH, P.A., DIRECTV | ) |

END USER DEVELOPMENT )
GROUP, DIRECTV END USER )
RECOVERY PROJECT, LLC, )
SECURE SIGNALS )
INTERNATIONAL, and MCGINNIS )
GROUP INTERNATIONAL, LLC, )
)
)
Defendants. )

Plaintiffs Rod Sosa, Gary Whittaker, and Rodney Bylsma, on behalf of themselves and all similarly situated persons, allege and complain against defendants, and each and every one of them, as follows:

**INTRODUCTION**

1. 1. This is a class action brought pursuant to the provisions of the Racketeer Influenced and Corrupt Organizations Act of 1970 ("RICO"), Title 18 U.S.C. §§ 1961, et seq., by plaintiffs, individually, and on behalf of all persons similarly situated, against defendants DIRECTV, INC., HUGHES ELECTRONICS CORPORATION, GENERAL MOTORS CORPORATION, YARMUTH WILSDON CALFO, PLLC, GREER, HERZ & ADAMS, L.L.P., STUMP, STOREY, CALLAHAN & DIETRICH, P.A., DIRECTV END USER DEVELOPMENT GROUP, DIRECTV END USER RECOVERY PROJECT, LLC, SECURE SIGNALS INTERNATIONAL, and MCGINNIS GROUP INTERNATIONAL, LLC.

LAW OFFICES OF JAMES A. CURRIER

128 DORRANCE STREET
SUITE 400
PROVIDENCE, RHODE ISLAND 02903
TEL. (401) 274-3113
FAX (401) 274-3115
CELL (401) 265-8294
e-mail: currlaw@myexcel.com

January 13, 2005

Hon. Lincoln D. Almond
United States Magistrate Judge
2 Exchange Terrace
Providence, RI 02903

**Re: Coxcomm, Inc., et al**
**Vs. Jon Chaffee, et als**
**USDC 05-107 S**

Dear Magistate Judge Almond:

I am in receipt of Attorney Sullivan's letter of January 12, 2005 (sic) with the transcripts. If you have not done so, I urge you to listed to the CD's as the conversation takes on a different meaning with the tones of voice etc. than it does by reading the sterile transcript.

Very truly yours,

JAMES A. CURRIER
JAC:acc
c: Shaun K. Hogan, Esq.