**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**ORIGINAL**

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,** | ) | |
| | ) | **C.A. No.: 05-107 S** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **AFFIRMATION OF SHAUN K. HOGAN IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANTS' SUPPLEMENTAL <u>MEMORANDUM</u>** |
| **JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, IMPORTS individually and d/b/a, ELECTRONIC RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

I, **SHAUN K. HOGAN**, an attorney admitted *pro hac vice* to practice before the Bar of the United States District Court for the District of Rhode Island, affirms the following under penalties of perjury:

1. I am an attorney and a member of the law firm of Lefkowitz, Louis, Sullivan & Hogan, L.L.P., attorneys for the plaintiff, CoxCom Inc. d/b/a Cox Communications New England (hereinafter "CoxCom" or "Plaintiff"), in the above-captioned action. I submit this Affirmation in support of Plaintiff's Objections to Defendants' Supplemental Memorandum.

2. Annex hereto as Exhibit "A" an article from <u>MultiChannel News</u> dated March 8, 2004.

3. Annexed hereto as Exhibit "B" are the relevant pages of The Report of Gregory D. Girard.

4. Annexed hereto as Exhibit "C" is a copy of an email from Gregory D. Girard, defendants' purported expert in this action, to Mr. Lucien Marcoux, New England Security Manager for Cox, dated November 28, 2005.

5. Annexed hereto as Exhibit "D" are copies of instructions from web sites pertaining to the use of digital cable filters that defendants referred to their customers.

6. Annexed hereto as Exhibit "E" are the relevant pages of Deposition Transcript of Mark Matteo.

7. Annexed hereto as Exhibit "F" are the relevant pages of Deposition Transcript of Pierre Dubois.

8. Annexed hereto as Exhibit "G" are the relevant pages of Deposition Transcript of Lucien Marcoux.

9. Annexed hereto as Exhibit "H" is a copy an email from Jon Chafee to a purchaser for a digital cable filter.

10. Annexed hereto as Exhibit "I" are the relevant pages of Deposition Transcript of Amy Chaffee.

11. As set forth above, and in detail in the accompanying memorandum of law and affidavit, Cox respectfully requests that the Court deny the relief sought in defendant's supplemental memorandum.

Dated: Jericho, New York
February 9, 2006

SHAUN K. HOGAN (SH 7227)