UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

SUPPLEMENTAL MEMORANDUM IN SUPPORT OF OBJECTION TO MOTION TO STRIKE EXPERT REPORT

Defendants propounded an interrogatory to Plaintiff regarding expert testimony on April 14, 2005. **(Exhibit A)**

Plaintiff propunded a similar interrogatory to Defendants on or about April 25, 2005. **(Exhibit B)**

On or about August 4, 2005 it designated Stan Durey as its expert. **(Exhibit C)** On or about September 12, 2005 it sent Defendant the purported report of Stan Durey. **(Exhibit D)**

It seems obvious from the form and substance of the "report" it was written by a lawyer.

It also seems disingenuous to imply that Plaintiff did not intend to use Mr. Durey until August 4, 2005.

The article about Mr. Durey's role with Secure Signals International lists Cox as a client. It is submitted that the accuracy of that article was never refuted. **(Exhibit E)**

Defendants submitted the report of Gregory Girard on December 19, 2005.

In other words it took Defendant about six weeks longer from when it received Plaintiff's interrogatory to supply their expert report than did Plaintiff.

That report has been in Plaintiff's hand for almost two months and no trial date has been set.

It would seem inconceivable that Plaintiff has in any way been prejudiced. Particularly in light of the claim of its New England Security Manager of years of experience investigating the use of High Pass Filters. **(Exhibit F)**

It is respectfully submitted that Defendants have done their best given their resources to defend a case for which they had no experience as compared to the years of experience Plaintiff apparently has in prosecuting same.

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113 Fax (401) 274-3115

CERTIFICATION

I certify that on the 20th day of February, 2006, I mailed a true copy of the within to Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753