UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

INTERROGATORIES PROPOUNDED BY DEFENDANTS TO PLAINTIFF

1. State your name, business address, and capacity with plaintiff.

2. State the substance of all conversations regarding the incident in question and the name and address of all persons who participated in or overheard such conversations.

3. State the name and address of each witness who may have any knowledge concerning the incident in question.

4. Identify any statement, photograph, surveillance or investigation report, audio or videotape or any other recording in any way pertaining to the matters alleged in the complaint.

5. State the name and address of every person intended to be called as an expert witness at the trial of this matter, the substance of any opinion the expert will offer and the facts that form the basis of each such opinion.

6. State whether there was any insurance coverage in full force and effect and applicable to the counterclaim. If so, state the name and address of the insurance carrier and the limits of said insurance policy as well as any umbrella or excess policies.

7. Identify the name(s) and address(es) of those who gave the "tip" as referred to in the affidavit filed in this case and indicate whether same was recorded in writing, by voice recording or any other means and identify the possessor of same.

8. List all items taken from the Chaffee home at any time and identify all writings or other means by which same were recorded and identify the possessor of same.

9. State in detail the dates, nature and information learned from all surveillance, searches or any

A

other means related to the investigation of this matter.

10. Identify the name(s) and address(es) of those who gained access of the home of Jon Chaffee's mother and identify how access was gained, what was done and all item's inspected or taken.

11. Identify all "taps" or other means of listening to conversations on the telephones of the defendants as well as that of Jon Chaffee's mother.

12. Identify the name(s) and address(es) of those who gained access to the mail delivered to the home of Jon Chaffee's mother and identify how access was gained, what was done and all items inspected or taken.

Defendants,
By their Attorney,

James A. Currier #0953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

## CERTIFICATION

I hereby certify that on the 14th day of April, 2005, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.