UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND, : C.A. No. 05 107

Plaintiff,

vs.

JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,

Defendants.

**PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS, INTERROGATORIES, AND REQUESTS FOR DOCUMENT PRODUCTION TO DEFENDANT JON CHAFFEE**

---

**TO DEFENDANT JON CHAFFEE:**

Plaintiff Coxcom, Inc. Cox Communication New England ("Cox" or "Plaintiff"), by and through undersigned counsel, hereby directs pursuant to Fed.R.Civ.P. 26, 33, 34 and 36, that Defendant Jon Chaffee, individually and/or doing business as Electronic Imports, Chaffee International, Chaffee International Electronic Imports, L.L.C.

1. Defendant as used in these requests shall refer to Jon Chaffee, individually and doing business as Electronic Imports, Chaffee International, and Chaffee International Electronic Imports, L.L.C.

2. The term "person" as used in these requests shall mean any individual, company, corporation, partnership, association, joint venture, business trust and any other form of legal entity.

B

**COXCOM, INC.**
**v. JON CHAFFEE, ET AL.**

## ***CERTIFICATE OF SERVICE***

I, **SUSAN A. WEINDLER**, an employee of the firm **LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.** attorneys for the Plaintiff, **Coxcom, Inc.,** in the above-entitled action, hereby certify under penalty of perjury that I caused a copy of the foregoing Plaintiff's First Request for Admissions, Interrogatories and Production of Documents, dated April 25, 2005, to be served on defendant Jon Chaffee ("defendant"), by causing a true and accurate copy thereof to be placed in a sealed envelope (Federal Express, billed to sender) and deposited in an official depository of Federal Express on April 25, 2005, addressed to the defendant's attorney at the address set forth below:

James A. Currier, Esq.
128 Dorrance Street, Suite 400
Providence, Rhode Island 02903

Susan A. Weindler