This is G o o g l e's cache of http://www.securesignals.com/principles.htm as retrieved on Jul 8, 2005 21:01:38 G
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:EIlmpe1RDOYJ:www.securesignals.com/principles.htm+&hl=en

*Google is neither affiliated with the authors of this page nor responsible for its content.*

SSI™ Secure Signals International

San Francisco - Denver - Memphis - New York Phone: 303.329.8800

Services | Client/Reference List | Contact Us | Home

## Principals

**Stanley F. McGinnis, President & CEO**
Stan McGinnis is a Certified Fraud Specialist and a Certified Fraud Examiner. He has been involved in the cable industry for approximately 15 years. During that time, he has been involved in the investigation of several Regional and National distributors of illegal devices that have resulted in multi-million dollar recoveries to the cable industry. Stan has recovered over $200 million from all forms of investigative work during his career. In addition to his legal and business background, Stan has been the President and Chief Operating Officer of four $100 million retail companies with locations nationwide and is very capable of managing the future growth of SSI. Stan is also a legal specialist in labor relations, employee defalcations, worker's compensation fraud, wrongful terminations, sexual harassment, and bonding insurance claims. Stan received his education from college of Marin, in California (two years criminal law) and three years of law school from Lasalle university in Chicago.

**Kathleen McGinnis, Vice President of Client Services**
Kathleen McGinnis has been with SSI for more than 7 years. She coordinates all civil litigation matters with SSI's nationwide offices and our legal offices in New York. She also supervises the pre-employment background services provided by SSI. These pre-employment background services are unlike any other pre-employment service in that a "risk" assessment is provided for each employment candidate. The "risk assessment" portion of the background check provides each client with a "virtual" HR department. The risk assessment is a "profile" of over 5,000 terminated employees from within the telecommunications industry who have been terminated for theft, work place violence, sexual harassment, and/or other serious violations of company policies. These pre-employment background services have saved literally thousands of dollars for each client. Kathleen oversees all aspects of customer service for all SSI clients. Kathleen received her Bachelors degree from San Francisco State University. Prior to joining SSI, Kathleen held two other executive positions within the wholesale industry.

## Management Team

**Ralph Valente, Executive Vice President of Marketing**
Ralph Valente has 10 years experience in the cable industry and is a recognized expert on issues

related to theft of service in the cable and satellite industries as well as having a solid background in sales, affiliate relations, and consumer and field marketing. His previous position was with Showtime Networks, working in their Sports & Event Programming unit. He had significant involvement in the biggest events in the history of the pay per view industry, including Lewis vs. Tyson and Holyfield vs. Tyson II. He was also involved in Showtime's efforts against cable theft, and helped to elevate Showtime to a preeminent position amongst programmers in efforts to recover revenue from theft of service. He served since 1999 as Board Secretary of the Broadband & Internet Security Task Force, as well as on the NCTA's COST Committee and the SBCA's Theft of Service Working Group. Prior to his work in the cable industry, Ralph spent 10 years in the non-profit sector. He holds a B.A. in English and Political Science, an M.A. in International Political Economy and Development, and an M.Phil. in Political Science, all from Fordham University in New York City.

**Stan H. Durey, Senior Vice President of Client Services**
Stan Durey will preside over our Client Services, with over 16 years of experience in the anti-priacy and security arenas. He created a Security Programs department and made it the standard against which all competitors are measured. He is a qualified expert in providing testimony regarding unauthorized access devices and the economic impact of unauthorized access on the cable and satellite industries, as well as a qualified expert in over a dozen federal and state venues on form, fit and function of signal theft devices and economic impact of signal theft. Stan provided key testimony in civil and criminal prosecutions and in enactment of effective new anti-piracy legislation. He is a liaison with law enforcement agencies, including the United States Department of Justice and Federal Bureau of Investigation, the United States Customs Service and the United States Secret Service ensuring acceleration and coordination of federal criminal anti-piracy enforcement. Stan has a BA from Central College in Pella, Iowa.

---

Services Theft of Service Consulting Pre-Employment Screening Principals Clients
Legal Process Cable Piracy Facts Contact Us Home



Case 1:05-cv-00107-S-LDA Document 133-6 Filed 02/22/2006 Page 2 of 3

Secure Signals International

San Francisco - Denver - Memphis - New York Phone: 303.329.8800

Services Principals Client/Reference List Contact Us Home

## Clients/Reference List

- Bill Farmer, Division President, Time Warner, Jackson MS, 601-981-1187
- Leslie Grayson, Group Vice President, Time Warner National Division, 303-649-8040
- Brad Anderson, Cable Consultant, 404-531-7435
- Joe Rogalski, Area Director of Security, Comcast, New Jersey, 732-935-5563
- Ms. Sue Moore, Office Manager, Brantley Telephone & Satellite, TX 912-280-0039
- W. H. "Chip" Carstensen, President and General Manager, Buckeye Cablevision, Inc., Ohio, 419-724-9802 - Letter of recommendation (Adobe Acrobat File)
- Rick Micek, Treasurer, Buckeye Cablevision, Inc., Ohio, 419-724-7244
- Nilda Gumbs, Director Office of Signal Theft, National Cable Telecommunications Association,
  202-775-3684
- Mike Muller, Sr., Senior Security Specialist, Motorola Broadband Comminications Sector, 215-323-1650
- Jim Sowinski, Director of Sales for Sirus Satellite & Radio, 716-542-1556
- Steve Phillips, Director of Asset Management, Time Warner Memphis Division, 901-365-1770 ext 4601
- Bob Kijowski, Senior Director of Business Operations, Cox Communications, 702-384-8084
- Ron Hnillica, Security Director-Midwest Division, Comcast Communications, 248-233-4792 or 313-999-8309
- Darlene Stapelton, Director of Customer Service, Time Warner National Division, 800-727-1855
- Larry Peterson, Vice President of Marketing, Time Warner Kansas, 816-358-5360
- Johnnye Denman, Director of Human Resources, Time Warner Jackson/Monroe, 601-321-2015
- Peter Conomea, President & CEO, Artisan (formerly Director of Security for Viacom Cable), 888-467-1823
- David Archer, Marketing and Business Development Consultant, Sierra Initiatives Ltd., 530-581-1396