UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,** | ) | |
| | ) | **C.A. No.: 05-107 S** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, and RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,** | ) | |
| **Defendants.** | ) | |

**AFFIRMATION OF SHAUN K. HOGAN IN SUPPORT OF COX'S OBJECTION TO DEFENDANTS' SECOND SUPPLEMENTAL MEMORANDUM**

I, **SHAUN K. HOGAN**, an attorney admitted *pro hac vice* to practice before the Bar of the United States District Court for the District of Rhode Island, affirms the following under penalties of perjury:

1. I am an attorney and a member of the law firm of Lefkowitz, Louis, Sullivan & Hogan, L.L.P., attorneys for the Plaintiff, CoxCom Inc. d/b/a Cox Communications New England (hereinafter "Cox" or "Plaintiff") in the above-captioned action. I have personal knowledge of the following, based upon my knowledge of this action and the files maintained by this firm, unless otherwise stated.

2. I submit this Affirmation primarily for the limited purpose of introducing exhibits to Plaintiff's Motion to Strike Defendants' Second Supplemental Memorandum and affidavits with respect to the parties' respective summary judgment motions and Cox's Motion to Strike Report of Gregory D. Girard.

3. Attached hereto as Exhibit "A" are pages from the transcript of the deposition of Mark Matteo taken in this action.

4. Attached hereto as Exhibit "B" are pages from the transcript of the deposition of Pierre Dubois taken in this action.

5. Attached hereto as Exhibit "C" is the cover page of the transcript of the deposition of James A. Webb, Sr. taken in this action.

6. Attached hereto as Exhibit "D" is a copy of "Exhibit 1" from the Report of Gregory D. Girard submitted by defendants with respect to the parties' pending summary judgment motions.

7. Attached hereto as Exhibit "E" is a copy of the December 28, 2005 invoice (No. 1649) from Girard Consulting Partners regarding services performed by it in this action.

Dated: Jericho, New York
March 6, 2006

Shaun K. Hogan (SH-7227)