IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

COPY

COXCOM, INC., et al

vs. C.A. No. 05-107 S

JON CHAFFEE, et als

Deposition of **PIERRE DUBOIS**, a witness, taken on behalf of the Defendants, pursuant to the Federal Rules of Civil Procedure, on Thursday, July 7, 2005, at the offices of Attorney James A. Currier, 128 Dorrance Street, Suite 400, Providence, Rhode Island, before Dorothy M. Depointe, Registered Diplomate Reporter and Notary Public, convening at 1:17 p.m.

APPEARANCES:

Lefkowitz, Louis, Sullivan & Hogan, L.L.P.
BY: SHAUN K. HOGAN, ESQ.
Counsel for Plaintiff

JAMES A. CURRIER, ESQ.
Counsel for Defendants

IN ATTENDANCE: Jon Chaffee
Lucien T. Marcoux

REPORTING ASSOCIATES
Shorthand Reporters
10 Dorrance Street, Suite 617
Providence, Rhode Island 02903
(401) 351-1660

it blocked between zero megahertz to 50 megahertz, and that's what I tested.

Q. Okay. But when you were given a filter to test, did you know it was a digital cable filter or did somebody tell you after that?

MR. HOGAN: Objection to the form.

A. I do not honestly remember what I was told.

Q. Okay. And do you remember who told you?

A. Yes, I do remember the last time I was told, yes.

Q. All right. Who told you?

A. It was this past Tuesday.

Q. Who told you?

A. It would have been Lou Marcoux and --.

Q. Did anybody tell you before that?

A. Possibly. I don't remember.

Q. Okay. But as you sat there at your job testing a filter, did you know it was a digital cable filter?

A. No, I didn't know it was a digital cable filter.

Q. Okay. When did you first become familiar with the type of filters we're talking about here today?

A. The type of filter?

Q. Yes.

A. Nine years ago.

Q. And for what reason did you have to become

A. Through my training in RF frequency, on-the-job training through Cox.
Q. Okay. And what do filters do?
A. They block certain signals.
Q. Can they in any way improve the quality of the sound going to the customer?
A. Can you repeat that?
Q. Can those filters in any way improve the quality of the sound going to the customer?
A. The sound?
Q. Sound.
A. No.
Q. How about quality of the picture?
A. No.
Q. Do you know of any written materials about these filters, like in a trade journal or a publication you might have read?
A. Not in any trade journals.
Q. Anything you may have read.
A. I read paperwork about digital cable filters.
Q. When did you read that the first time?
A. When I was reviewing what this was about on Tuesday.
Q. And who gave you that paper?
A. That was Lou Marcoux.