# Girard Consulting Partners
### Telecom Technology Experts

Tax ID: ▓▓▓▓

For billing inquiries, please contact:
Gregory Girard
23B Bridge Street
Manchester-by-the-Sea, MA 01944          Tel: (978) 764-5196          ggirard@girardcp.com

## INVOICE No. 1649                                   **Date:** December 28, 2005

**Invoice To:**

Mrs. Cherie Chaffee
18 Kingsley Ave.
North Kingstown, RI 02852

c/o Mr. Jim Currier
128 Dorrance Street, Suite 400
Providence, RI 02903

ATTN: Mr. Jim Currier

**Matter:**

Coxcom, Inc. d/b/a COX Communications New England v. Jon Chaffee, individually and d/b/a Chaffee International, Amy Chaffee, individually and d/b/a Electronic Imports, Ramalda Bou, individually and d/b/a Electronic Imports

United States District Court for the District of Rhode Island Civil Action No. 05-107

**INVOICE FOR SERVICES RENDERED
FROM NOV. 1, 2005 TO DEC. 28, 2005**

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 11-10-2005 | Research related to inquiry into Motorola R&D; Motorola patent search related to set-top box design; research related to Motorola set-top box HW & SW architecture; research related to Sea Change International (PPV technology); Call to Bob Jones, Motorola support for set-top box. | 4.50 |
| 11-14-2005 | Teleconference with J. Currier; teleconference with C. Chaffee; various calls to Motorola; research related to High Pass Filter market size; preparation for teleconference with Motorola R&D regarding set-top box design and security features; teleconference with Bob Jones and Mark Rubinsky at Motorola R&D facility in Horsham, PA. | 5.00 |
| 11-15-2005 | Continue ongoing research related to High Pass Filter market size, including search for sales figures; respond to e-mails from C. Chaffe; update High Pass Filter Applications chart to incorporate additional information and e-mail to J. Currier. | 2.00 |
| 11-16-2005 | Research related to High Pass Filter devices manufactured by Motorola; reformat High Pass Filter datasheets to be included as PDF attachments to High Pass Filter Applications chart. | 2.50 |
| 11-17-2005 | Add new information to High Pass Filter Applications chart and incorporate PDF attachments by reference, then e-mail chart and attachments to J. Currier; review Expert Report of Stan Durey, specifically claims related to purpose of High Pass Filter devices. | 2.00 |
| 11-18-2005 | Respond to e-mail from C. Chaffee; refine and test assumptions related to effects of High Pass Filters on centralized PPV billing record collection; continue ongoing research related to High Pass Filter market size, including search for sales figures | 1.75 |
| 11-19-2005 | Respond to e-mail from C. Chaffee; analysis of Stan Durey's professional background; research to locate Stan Durey work products and statements that may relate to this matter; research to locate papers, articles, reports, studies, advertisements, and other potential sources of published statements by Cox security staff and executives expressing views that may relate to this matter. | 2.00 |

# Girard Consulting Partners
*Telecom Technology Experts*

Tax ID: 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

For billing inquiries, please contact:
Gregory Girard
23B Bridge Street
Manchester-by-the-Sea, MA 01944          Tel: (978) 764-5196          ggirard@girardcp.com

| Date | Description | Hours |
|---|---|---|
| 11-20-2005 | Investigate activities, members, events, and points of view expressed on National Cable & Telecommunications Association website (NCTA is principal industry organization for Cox and other cable system operators); study results of two NCTA commissioned studies on cable theft; study NCTA extracts of Federal statutes that apply to cable theft and analyze impact on allegations in Cox Complaint. | 5.50 |
| 11-26-2005 | Continue research to locate papers, articles, reports, studies, advertisements, and other potential sources of published statements by Cox security staff and executives expressing views that may relate to this matter; consolidated located information, extracting quotes and attributing to appropriate sources. | 2.00 |
| 11-27-2005 | Analysis of various methods of cable theft and relative contributions to industry claims of loss due to cable theft; comparative analysis of cable theft methods used on analog cable networks versus digital cable networks. | 2.00 |
| 11-28-2005 | Begin prep for expert report by creating brief summary of opinions; attempt to validate opinions by requesting Lou Marcoux (Cox NE security supervisor) to comment on them (no reply); downloaded full text of Federal statutes cited by Cox Complaint and initiated in-depth analysis of statutes cited by Cox Complaint. | 4.00 |
| 11-29-2005 | Respond to e-mail from C. Chaffee and others; teleconference with C. Chaffee; continue in-depth analysis of statutes cited by Cox Complaint. | 4.00 |
| 12-2-2005 | Continue in-depth analysis of statutes cited by Cox Complaint. | 1.00 |
| 12-3-2005 | Research definitions of key legal terms, including "communications service" and "cable service" by analyzing usage in FCC proceedings, related Federal telecommunications statutes, and FCC regulatory guidelines; determine disposition of billing and administrative services as compared to communications services; analyze impact of clarified definitions when applied to Cox Complaint. | 5.00 |
| 12-4-2005 | Continue to analyze impact of clarified definitions when applied to Cox Complaint. | 4.00 |
| 12-8-2005 | Continue in-depth analysis of statutes cited by Cox Complaint; create document structure and method of response to selected allegations; write up and incorporate interpretation of applicable Federal statutes into document. | 4.50 |
| 12-9-2005 | Continue in-depth analysis of statutes cited by Cox Complaint; select allegations for response and incorporate full text into document. | 5.50 |
| 12-10-2005 | Continue in-depth analysis of statutes cited by Cox Complaint; respond to selected allegations with technical narratives citing claims in allegations. | 6.50 |
| 12-11-2005 | Continue in-depth analysis of statutes cited by Cox Complaint; respond to selected allegations with technical narratives citing claims in allegations. | 7.00 |
| 12-12-2005 | Continue in-depth analysis of statutes cited by Cox Complaint; respond to selected allegations with technical narratives citing claims in allegations. | 5.50 |
| 12-13-2005 | Continue in-depth analysis of statutes cited by Cox Complaint; revise interpretations of applicable Federal statutes and technical narratives. | 8.00 |
| 12-14-2005 | Complete general revision of "in-depth analysis of statutes" so as to be suitable for release; convert to PDF format and file with referenced exhibits 1-4; e-mail main document and exhibits to J. Currier. | 3.50 |
| 12-15-2005 | Examine version of "in-depth analysis of statutes" document as received via facsimile from J. Currier. Select document template for Expert Report and begin required modifications. | 1.00 |
| 12-16-2005 | Incorporate selected technical narratives from "in-depth analysis of statutes" into a Summary of Opinions; update Expert Report sections regarding my Assignment, Expert Qualifications, Publications and Information Considered. | 8.00 |



# Girard Consulting Partners
*Telecom Technology Experts*

Tax ID: 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

For billing inquiries, please contact:
Gregory Girard
23B Bridge Street
Manchester-by-the-Sea, MA 01944      Tel: (978) 764-5196      ggirard@girardcp.com

| Date | Description | Hours |
|---|---|---|
| 12-17-2005 | Create sections on Analytical Methodology and Table of Exhibits; analyze Expert Report of Stan Durey and create section for that analysis. | 8.00 |
| 12-18-2005 | Complete integration of technical narratives and additional material into Summary of Opinions; underline selected statements that comprise core expert opinions. | 8.00 |
| 12-19-2005 | Complete general revision of Expert Report so as to be suitable for release; convert to PDF format and file with referenced exhibits 1-4; e-mail main document and exhibits to J. Currier. | 7.00 |
| | **Total Hours** | 119.75 |
| | **Hourly Rate** | $250.00 |
| | **Billing Total For Hours** | $29,937.50 |
| | **Expense Total*** | -$23,687.75 |
| | **BILLING TOTAL FOR THIS INVOICE** | $6249.75 |

| DATE | EXPENSE ITEMS | AMOUNT |
|---|---|---|
| 11-9-2005 | Outstanding balance from GCP Invoice #1647 | $5812.25 |
| 11-19-2005 | Payment received from C. Chaffee (NOTE: negative expense item indicates credit) | -$3000.00 |
| 12-8-2005 | Payment received from C. Chaffee (NOTE: negative expense item indicates credit) | -$11,500.00 |
| 1-23-2006 | Payment received from C. Chaffee (NOTE: negative expense item indicates credit) | -$15,000.00 |
| | **Expense Total*** | -$23,687.75 |

I, the undersigned, represent this to be a true invoice for all items listed above and that the billing total for this invoice is payable within 30 days to **Girard Consulting Partners, 23B Bridge Street, Manchester-by-the-Sea, MA 01944**.

Signature _____
Gregory D. Girard

## CERTIFICATION

I hereby certify that on the 7th day of March, 2006 I did send by first class mail a true and accurate copy of the within Affirmation to: James A. Currier, Esquire, 128 Dorrance Street, Suite 400, Providence, RI 02903

*/s/ Corinne S. Blank*
Corinne S. Blank