# EXHIBIT 1 - SELECTED HIGH PASS FILTER APPLICATIONS

| | | | | | |
|---|---|---|---|---|---|
| 1 | **Reduce cable TV and VCR interference caused by radio frequency sources outside the home or immediate area:** Filter out radio frequencies (RF) emanating from paging systems, FM radio broadcasts, strong business band radios, and other sources of RF that introduce noise into coaxial cable antennae lead. | Various radio frequencies emanate from sources outside the home or immediate area; they can introduce noise introduce noise into a coaxial cable antennae lead at any point along its path into the home, which then interferes with the audio and video signal comprising the cable TV broadcast. It may not be possible to positively identify a single source for the interference.<br><br>Beyond identifying the source and informing appropriate authorities, significant reduction of this type of interference may require a combination of tactics. The primary tactic relies on a HPF installed between the set-top box and coaxial cable antennae lead. A second HPF is installed between the set-top box and the VCR. | [1,2] ***Several devices specified***; typical device is inline HPF with F-connectors for 75 ohm coaxial cable (passband approx. 50MHz to1GHz, with substantial variations); FCC cites several devices and device sources:<br>-- Channel Master (several models) Smithfield NC<br>-- Cornel Dublier Electronics New Bedford, MA<br>-- Industrial Communications Engineers (Model 430) Indianapolis, IN<br>-- N6YHY TVI Filters (YAK-plus) Modesto, CA<br>-- Radio Shack (Catalog: 15-579 for coaxial cable; 15-582 or 15-581 for twin lead systems)<br>-- Ten Tec (Model 5060) Sevierville, TN<br>-- Winegard (Model HP-2700) Burlington, IA | [1] Federal Communications Commission (FCC)<br><br>[2] University of Michigan Amateur Radio Technician Course (academic year 2005) FCC mandated exam questions | [1] The FCC publishes a handbook intended to assist the public in identifying and reducing sources of radio frequency interference.<br><br>A copy of the ***FCC Interference Handbook*** is attached.<br><br>[2] A passing grade in this course certifies a student as a licensed "FCC Amateur Radio Technician"<br><br>The text of FCC mandated exam questions (related to the use of high pass filters for noise reduction) is attached. |
| 2 | **Reduce cable TV interference caused by cable modem:** Filter out radio frequencies (RF) emanating from cable modem; simultaneously block ingress of house wiring noise into cable network upstream frequency range. | Cable modems transmit a strong signal that can contain extraneous radio frequencies. A TV sharing a coaxial cable segment with a cable modem will likely sufferer interference as a result of the RF noise introduced by the cable modem. Usually, a splitter is installed to create an additional coaxial cable segment for the cable modem.<br><br>Isolating the cable modem from the TV (with a dedicated coaxial segment) may not be enough to prevent cable modem noise from interfering with the TV on an adjacent cable segment. A HPF is installed between the set-top box and its coaxial cable lead. The HPF serves the additional purpose of reducing the ingress of house wiring noise into the upstream cable transmission path. | [1] ***Pico Macom HPF54MHz*** is inline HPF with F-connectors for 75 ohm coaxial cable (passband: 54MHz to 1GHz)<br><br>[2] ***No specific device specified***; typical device is inline HPF with F-connectors for 75 ohm coaxial cable (passband approx. 50MHz to1GHz as required to pass downstream audio and video signals). | [1] Pico Macom, Inc., 12500 Foothill Blvd. Lakeview Terrace, CA 94312<br><br>[2] Cable-Modems.Org Cable Modem Reference Guide By Rolf V. Ostergaard Copyright 1998-2003 | [1] Pico Macom, Inc. manufactures electronics parts and components.<br><br>Greg Girard spoke with RF filter technical specialist Terry Jones on 9-27-2005. Mr. Jones provided a HPF application diagram for the installation of a cable modem with cable TV.<br><br>The HPF application diagram ***Pico Macom HPF54MHz Installation of Cable Modem and Cable TV*** is attached.<br><br>[2] Refer to tutorial #5 describing "Typical Cable Modem Installation."<br><br>The application diagram from the ***Typical Cable Modem Installation*** tutorial is attached. |