COPY FOR MAGISTRATE JUDGE ALMOND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 22 2006
Property of U.S. District Court
District of Rhode Island

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**SUPPLEMENTAL AFFIDAVITS**

The affidavits attached hereto of Gregory D. Girard (Tab A), Cherie Chaffee (Tab B) and James A, Currier (Tab C) and Jon Chaffee (Tab D) are submitted in support of Defendants':

1. Motion for Summary Judgment
2. Objection to Plaintiff's Motion for Summary Judgment
3. Objection to Plaintiff's Motion to Strike Expert Report

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113 Fax (401) 274-3115

**CERTIFICATION**

I certify that on the 20th day of February, 2006, I mailed a true copy of the within to Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753

______________________