UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

AFFIDAVIT

I, Cherie Chaffee under oath depose and say:

1. I am the mother of Jon Chaffee.

2. Shortly after Jon retained an attorney in this case the attorney told us that Jon might need an expert witness. He gave us an approximate cost. We did not have the money to pay an expert.

3. Several times thereafter Jon's attorney again told us we would have to try to get the money to hire an expert.

4. After receiving the report of Stan Durey Jon's attorney told us that we must get an expert to review the report.

5. On September 23, 2005 I was able to find Mr. Girard on the Internet. I called him and explained to him as best I could what was needed.

6. I cashed in my savings and IRA to pay him. I have paid him $35,500.00 to date.

7. I gave a copy of the report, of an interview of Plaintiff's New England Security Manager, Lucien Marcoux given to Steve Donahue of *Multichannel News* on March 8, 2004, to Mr. Currier on January 26, 2006.

Cherie Chaffee

Subscribed and sworn to before me this 20th day of February, 2006.

Notary Public

B