UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

AFFIDAVIT

I, James A. Currier under oath depose and say:

1. On January 26, 2006 I received from Ms. Cherie Chaffee a copy of the report of an interview of Plaintiff's New England Security Manager, Lucien Marcoux given to Steve Donahue of *Multichannel News* on March 8, 2004.

2. I had not read the aforesaid report prior to that date.

James A. Currier

Subscribed and sworn to before me this 17th day of February, 2006.

Notary Public