COPY FOR MAGISTRATE JUDGE ALMOND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

# AFFIDAVIT IN SUPPORT OF OBJECTION TO MOTION TO STRIKE EXPERT REPORT

I, Jon Chaffee under oath depose and say:

1. Shortly after I retained my attorney in this case he told me I might need an expert witness. He gave me an approximate cost . I did not have the money to pay an expert.
2. Several times thereafter my attorney again told me I would have to try to get the money to hire an expert.
3. After receiving the report of Stan Durey my attorney told me that I must get an expert to review the report.
4. My mother was able to find Mr. Girard and cash in her IRA to pay him as set forth in her affidavit.
5. I received Mr. Girard's report on December 19, 2005.

Jon Chaffee

Subscribed and sworn to before me this 6th day of February, 2006.

James A. Currier
Notary Public