UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JAN 05 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND, Plaintiff, | : | C.A. No. 05 107 S |
| vs. | : | **PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S <u>EXPERT REPORT</u>** |
| JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS, Defendants. | : | |

4/25/06: GRANTED FOR THE REASON STATED AT PAGES 11-15 OF THIS COURT'S REPORT + RECOMMENDATION ALSO ISSUED TODAY.
USMJ

The plaintiff, CoxCom, Inc. d/b/a Cox Communications New England (hereinafter referred to as "Cox" or "Plaintiff"), by its attorneys, respectfully requests that this Court Strike the Expert Report of Girard Consulting Partners (the "Report"). As set forth in more detail in the Memorandum of Law attached, Cox respectfully submits that this Court should strike the Report since it was filed untimely and is substantively defective as it fails to comply with the requirements of Federal Rules of Evidence ("FRE") 702 and 703.

Dated: Jericho, New York
January 4th, 2006

Respectfully submitted for the Plaintiff CoxCom, Inc.
d/b/a Cox Communications New England
By Its Attorneys,

Shaun K. Hogan
**LEFKOWITZ, LOUIS, SULLIVAN & HOGAN, L.L.P.**
350 Jericho Turnpike, Suite 300
Jericho, New York 11753
(516) 942-4700

Referred to U.S.M.J.
☐ for findings & recommendation
☐ for determination
☐
William E. Smith, U.S. District Judge
Date 1/19/06