FILED
MAR 07 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND, Plaintiff, | : | C.A. No. 05 107 S |
| vs. | : | |
| JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS, Defendants. | : | |

**PLAINTIFF'S MOTION FOR ORDER STRIKING DEFENDANTS' SECOND SUPPLEMENTAL MEMORANDUM AND AFFIDAVITS**

Plaintiff CoxCom, Inc. d/b/a Cox Communications New England ("Cox"), by its attorneys Lefkowitz, Louis, Sullivan & Hogan, L.L.P. and Miller, Scott & Holbrook, respectfully submits this Motion for an Order Striking Defendants' Second Supplemental Memorandum and Affidavits with respect to the parties' respective summary judgment motions and Cox's Motion to Strike Report of Gregory Girard.

Referred to U.S.M.J. Almond
Date 3/27/06

4/25/06: ABSENT OPPOSITION, LR CV 7(b)(1), PLAINTIFF'S MOTION TO STRIKE DOCUMENT NOS. 133 + 136 IS GRANTED. BOTH DOCUMENTS ARE IMPERMISSIBLE SUR-REPLIES. SEE LR CV 7(b)(3).

DLM
USMJ