COPY FOR JUDGE SMITH

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JAN 0 5 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

4/25/06: DENIED IN VIEW OF THIS COURT'S RECOMMENDATION THAT THE COURT ENTER SUMMARY JUDGMENT FOR PLAINTIFF. HOWEVER, THE PARTIES ARE FREE TO RESOLVE THIS ISSUE BY AGREEMENT AS WAS SUGGESTED AT THE 3/9/06 HEARING.
SMJ

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

## MOTION TO RELEASE ATTACHMENT

Now comes the defendant, Jon Chaffee, and moves to release any attachment as pertains to my home at 206 Richard Drive, Tiverton, Rhode Island.

By his Attorney,

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐
William E. Smith, U.S. District Judge
Date 1/19/06

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

## CERTIFICATION

I hereby certify that on the 7th day ofJanuary, 2006, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.