billed $500.
MR. CURRIER: Objection to form.
Q. Did you hear that on the tape?
A. Yes, I hear it.
Q. And that's your voice?
A. I believe so that's my voice. It sounds like it.
Q. So, you were instructing the person who was purchasing a filter that if they take the filter off, they could be billed $500?
MR. CURRIER: Objection to form.
A. I don't know what that person was asking me. It was just what I answered.
Q. Do you want to hear a little more of the tape for context?
A. He was asking me about the instructions, how to use it.
Q. Do you hear the portion of the tape in which you just said, that's why you have to reset your box?
A. Yes.
Q. And then you went on to discuss the instructions?
A. Well, he asked me and I told him.
Q. When you testified previously, you said you had no knowledge of --
A. Well, --



Q. Let me finish the question. -- no knowledge of resetting a cable box in connection with the use of a filter.
MR. CURRIER: Objection to form.
A. Not that I remember.
Q. Not that you remembered?
A. Yeah.
Q. This is a conversation that took place in December of 2004?
MR. CURRIER: Objection to form.
A. No, I don't remember that. I mean, a lot of people talk to you daily so I don't remember conversations all the time.
Q. In view of what you heard on the tape, would you agree with me that your affidavit is false?
MR. CURRIER: Objection. I instruct the witness not to answer.
Q. Are you refusing to answer that question on the grounds --
A. Yeah.
Q. Let me finish. -- on the grounds it may incriminate you? You have to say yes if you intend to assert the Fifth.
A. Yes.
Q. Did you submit a false affidavit to the court in



connection with the case against you and your husband?
MR. CURRIER: Objection. I'm instructing the witness not to answer.
Q. Are you refusing to answer that question on the grounds it may incriminate you?
A. Yes.
Q. And the reason you made statements about how to reset a box on this tape was that you knew that these filters could be used to assist people in receiving pay-per-view without paying for it; correct?
MR. CURRIER: Objection to form.
A. Yes.
Q. So you knew that people who were buying these filters --
MR. HOGAN: Let the record reflect that the witness just looked at Mr. Chaffee.
Q. -- you knew that people who were buying these filters were using them to get pay-per-view without paying for it?
A. No.
Q. You didn't know that.
A. I just knew that people knew a little bit about it but I didn't know anything. I only went



to two or three shows, how would I know everything?
Q. Well, you seemed to -- according to the tape, you're heard instructing people how to avoid a $500 payment from the cable company.
MR. CURRIER: Objection to form.
A. I just -- look, it's right here. The symbol on the table, I mean, they know for themselves. They just ask you.
Q. That's not my question, ma'am. Did you listen to the tape?
A. I heard the tape.
Q. You heard your voice?
A. Yeah.
Q. Making statements about how to avoid a $500 payment from the cable company; right?
MR. CURRIER: Objection to form.
A. Yes.
Q. And you also heard yourself speaking to the investigator about using the reset instructions; correct?
MR. CURRIER: Objection to form.
A. I don't know if that was the reset. I didn't work -- for the digital or whatever, I still don't think that was for that, but he was talking about