Q. Where does she live?
A. Second Avenue in Woonsocket.
Q. What number?
A. I'm not sure of the number. They both live at the same address. I'm not sure what the address number is.
Q. How old are they?
A. She's probably 27.
Q. And Christine?
A. 23 or 24.
Q. And Sharon's involvement went beyond working a few shows; isn't that true?
MR. CURRIER: Object to the form.
Q. Isn't that true?
A. No.
Q. She never responded to e-mails on behalf of -- or e-mails sent to aol911, support911, and identified herself as technical support?
THE WITNESS: Actually, could I have a minute with Jim?
MR. HOGAN: Not with a question pending.
A. Amy's sister didn't have access to the computer.
THE WITNESS: Can I have a minute with Jim?



MR. CURRIER: Yeah.
MR. HOGAN: Yes, there's no question pending.
(Short recess was taken at this time.)
Q. BY MR. HOGAN: Which of Amy's sisters are you referring to, Christine or --
A. Sharon.
Q. Sharon McKenna?
A. Right.
Q. Did Christine?
A. No, neither one of them did.
Q. To your knowledge, did they ever respond to e-mails --
A. No.
Q. -- that were sent to Chaffee --
A. No.
Q. You've got to let me finish.
MR. CURRIER: Let him finish, Jon.
Q. Did either of Amy's sisters ever respond to any e-mail that was sent to support911@aol.com?
A. No.
Q. Who had access to the computers that would be used to respond to e-mails that were sent?
A. Just me.
Q. Just you?



A. Yeah.
Q. Did you use any assumed names during the time you corresponded with people as it related to products that you sold?
A. I used the secretary name as Sharon.
Q. So any time that I see Sharon among the e-mails that were downloaded from your computer, that's in fact you?
A. Yes.
Q. And why did you take on the name of Sharon?
A. Well, the problem was when I was on-line doing my work, they would instant message me and say, hey, one of my flashlights doesn't work or something. They would instant message me because you can instant message while you're doing other work and it is kind of annoying. So that's why I came up with the name of Sharon so if they e-mailed me while I was doing my work, I would say to send an e-mail.
Q. Who would you say send an e-mail?
A. To somebody that would send you an instant message. With AOL you can be on-line doing my work, my day job. Somebody can just come right in the middle and just instant message you.
Q. Now, when you say come right in the middle,



there's a side screen for instant messages?
A. It pops right up in the center so then I can't do my work.
Q. So, using an assumed name of Sharon, how does that prohibit people from instant messaging you and interfering with your work?
A. Because then they would just write an e-mail to Sharon and then they would feel at ease that -- I want to answer it but I can't because I'm busy right then and there.
Q. You'd receive an instant message from someone?
A. Right.
Q. That pops up in the middle of your work?
A. Right.
Q. Rather than respond I'll get back to you in five minutes, Jon, or in five hours or tomorrow, you instead take on the guise of being Sharon and what do you say as Sharon as it relates to these individuals?
A. Just like my secretary for support or whatever. I just use that.
Q. I don't follow you. Do you respond by what, saying I'll forward your e-mail or the instant message to Sharon?
A. No, I just said that I'm on-line right now,