UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ORIGINAL

| | |
|---|---|
| COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,<br><br>Plaintiff,<br><br>v.<br><br>JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, and RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,<br><br>Defendants. | C.A. No.: 05-107 S |

**AFFIRMATION OF SHAUN K. HOGAN IN SUPPORT OF COX'S OPPOSITION TO DEFENDANTS' OBJECTION TO APRIL 25, 2006 REPORT AND RECOMMENDATION**

I, SHAUN K. HOGAN, an attorney admitted *pro hac vice* to practice before the Bar of the United States District Court for the District of Rhode Island, affirms the following under penalties of perjury:

1. I am an attorney and a member of the law firm of Lefkowitz, Louis, Sullivan & Hogan, L.L.P., attorneys for the Plaintiff, CoxCom Inc. d/b/a Cox Communications New England (hereinafter "Cox" or "Plaintiff") in the above-captioned action. I have personal knowledge of the following, based upon my knowledge of this action and the files maintained by this firm, unless otherwise stated.

2. I submit this Affirmation primarily for the limited purpose of introducing exhibits to Plaintiff's Opposition to Defendants' Objection to the Court's April 25, 2006 Report and Recommendation.

3. Attached hereto as Exhibit "A" is a sign that defendants displayed at computer shows where they sold digital filters. It was Exhibit "L" to Cox's summary judgment motion, and was Exhibit "21" at the deposition of Jon Chaffee.

4. Attached hereto as Exhibit "B" are pages from the transcript of the deposition of Jon Chaffee taken in this action.

5. Attached hereto as Exhibit "C" are pages from the transcript of the deposition of Amy Chaffee taken in this action.

6. Attached hereto as Exhibit "D" are pages from the transcript of the deposition of Ramalda Bou taken in this action.

7. Attached hereto as Exhibit "E" is a copy of Cox's Statement of Undisputed Facts submitted with its summary judgment motion.

8. Attached hereto as Exhibit "F" is a copy of defendants' Statement of Material Facts in Dispute submitted in opposition to Cox's summary judgment motion.

8. Attached hereto as Exhibit "G" is a copy of a August 2, 2003 e-mail to gareid@optonline.net from support911. It was Exhibit "O" to Cox's summary judgment motion and Exhibit "10" at the deposition of Jon Chaffee.

9. Attached hereto as Exhibit "H" is a copy of Jon Chaffee's February 6, 2006 Affidavit submitted in this case.

10. Attached hereto as Exhibit "G" is a copy of Cherie Chaffee's February 20, 2006 Affidavit submitted in this case.

Dated: Jericho, New York
May 17, 2006

Shaun K. Hogan (SH-7227)

## CERTIFICATION

I hereby certify that on the 18th day of March, 2006 I did send by first class mail a true and accurate copy of the within Affirmation to: James A. Currier, Esquire, 128 Dorrance Street, Suite 400, Providence, RI 02903

Corinne S. Blank