**DIGITAL CABLE FILTER** (For Use with Digital Cable Only)

This cable filter is an excellent solution for interference problems that can affect digital cable TV. The digital signal transmission for cable television provides a high speed return path using a frequency band of 5 to 42 MHz. This particular frequency band is not without its own variety of difficulties as there are many undesirable signals generated in this frequency spectrum such as world radio, ham operators and home appliances. These undesirable signals, or ingress, can get into the cable system signal and degrade or interfere with cable reception. If you are experiencing interference that results in less than perfectly clear cable reception on your television, simply installing this cable filter will filter out the interference and dramatically improve your reception.

This tool was designed for cable TV technicians to test digital cable boxes they were installing to make sure Pay-Per-View was working correctly. To test PPV, the technician would attach the filter to the cable box, then order a PPV (Pay-Per-View) program through the "Buy" button on the remote. Once the PPV program starts and reception is confirmed the box and TV are then shut off and the technician removes the filter which is designed to block the billing information from being transmitted from the digital cable box to the cable company so the customer is not charged for the PPV program the tech used as a test. By having this filter connected to your digital cable box any and all programming that can be received by pressing the "Buy", "Order" or "Purchase" button on your remote will be viewed without the billing information reaching the cable company. We ARE NOT suggesting or implying that anyone who purchases this tool participate in any theft of cable programming therefore, it is imperative that you notify your cable company of any programs that you view while using this filter so they will know to bill you accordingly.

**Filter Installation:** Unplug the power cord to the digital cable box, connect the Cable Filter to the "IN" connector on the back of the box, then re-connect the cable coming in from the wall to the back of the Filter.

**Filter removal:** Unplug the box and TV then remove the Filter/Tester from the back of the box.




Plaintiff's Exhibit 21 7-25-05 SB

# Digital Cable Filter



## FAQ's

**What is a digital cable filter?**
It is not a descrambler. The digital cable filter is a simple device that connects to your main cable line going into your cable box. It has many uses including a firewall. It will enhance the signal that you receive from your cable company. A digital cable filter will also block out interference as well as block out pay per view and movie order charges from your cable company, giving you free pay per view. Therefore, it is mandatory that you notify your cable company of the extra orders.

**Will this work with basic cable?**
No. Unless you are subscribed to digital cable, you will not enjoy the benefits and quality enhancement of the digital cable filter..

**Will the filter work on all digital cable boxes?**
Yes! The filter will enhance all digital signals, including your digital internet connection. To order pay per view channels, you must have a remote that can order your specialty programming. If you cannot order programs from your TV, then the digital cable filter will not allow for pay per view and specialty programming to appear.

**Do the filters only work in select areas?**
No! The filter will work on any digital signal!

**Is this legal?**
Yes! A digital cable filter (high pass filter) is a digital enhancer. Digital Cable Filters are legal as long as you do not use them to steal cable! If you are using a digital cable filter and order PPV events via remote, you must tell your cable company of the programs that you watched without being billed. If you do not report it, then any ppv orders unaccounted for are your legal liability.

**Once connected, should I remove the filter?**
No! It's important to know that once you install the filter, you should not remove it. This may cause problems with the memory card and will also flood your cable company with the programs that you ordered.

**How do I know I am not being charged?**
All ordered programs should be tracked and reported. You can easily order a program and in a couple days call your cable company to find out the current balance and if any programs have been ordered. If not, then you know the filter is blocking out signals.

**What if I have digital satellite cable?**
Digital Cable Filters will not enhance or work on your digital satellite connection.

**Will it work if I have basic cable?**
The filters will not enhance basic cable.
Please read our disclaimer before purchasing these high pass filters.



Plaintiff's Exhibit 21 7-25-05 SB

(Back)