Q. Did anyone say anything to you that pertained to the use of a filter to avoid being billed by a cable company?
A. No, not that I remember.
Q. Did you say anything like that to anyone?
A. Not that I can recall or remember.
Q. Now, we're talking about the first show you worked at was sometime late in 2004?
A. I can't even remember the month or anything.
Q. And then there were shows in January and February of 2005?
A. Yeah.
Q. So this is only, you know, seven or eight months ago?
A. Yeah, but there's hundreds of people at a show. How do you expect me to remember?
Q. Okay. Did you display a sign near the filters at the shows?
A. Yes.
Q. Okay. I'm going to show you what was marked Plaintiff's 21 at your husband's deposition, the deposition of Jon Chaffee. Do you know if this is the sign that you displayed?
A. Yes.
Q. You're sure about that?

A. I'm positive.
Q. Okay. Have you ever read that sign?
A. No.
Q. Why is that?
A. I just put it out.
Q. Okay. And who told you to put the sign out near the filters?
A. It just came with the supplies, I just did it. I just assumed it went with it.
Q. Jon never told you to make sure you put the sign up?
A. I'm pretty sure. We just did it anyways, we just put it there. Everything that is with the boxes individually, you put out with it.
Q. Can you tell me the first show that you worked?
A. I don't know that.
Q. Did you work the first show with Jon?
A. In my whole life, you mean?
Q. Yes.
A. Yes, of course.
Q. And at that show did you display that sign?
A. No, because we didn't even sell cable filters probably, I don't remember.
Q. So, when did you first work a cable show -- a computer show with Jon?

Q. Let me finish the question. -- no knowledge of resetting a cable box in connection with the use of a filter.

MR. CURRIER: Objection to form.

A. Not that I remember.

Q. Not that you remembered?

A. Yeah.

Q. This is a conversation that took place in December of 2004?

MR. CURRIER: Objection to form.

A. No, I don't remember that. I mean, a lot of people talk to you daily so I don't remember conversations all the time.

Q. In view of what you heard on the tape, would you agree with me that your affidavit is false?

MR. CURRIER: Objection. I instruct the witness not to answer.

Q. Are you refusing to answer that question on the grounds --

A. Yeah.

Q. Let me finish. -- on the grounds it may incriminate you? You have to say yes if you intend to assert the Fifth.

A. Yes.

Q. Did you submit a false affidavit to the court in

connection with the case against you and your husband?

MR. CURRIER: Objection. I'm instructing the witness not to answer.

Q. Are you refusing to answer that question on the grounds it may incriminate you?

A. Yes.

Q. And the reason you made statements about how to reset a box on this tape was that you knew that these filters could be used to assist people in receiving pay-per-view without paying for it; correct?

MR. CURRIER: Objection to form.

A. Yes.

Q. So you knew that people who were buying these filters --

MR. HOGAN: Let the record reflect that the witness just looked at Mr. Chaffee.

Q. -- you knew that people who were buying these filters were using them to get pay-per-view without paying for it?

A. No.

Q. You didn't know that.

A. I just knew that people knew a little bit about it but I didn't know anything. I only went