receipts to individuals who purchased digital
cable filters?
A. No.
Q. Do you know what the term reset instruction means
as it relates to digital cable boxes?
A. No.
Q. Did you generally understand that the digital
cable filters that you were selling on behalf of
the Chaffees could be used on a digital cable box?
MR. CURRIER: Objection to form.
A. No.
Q. Did you have any understanding that the filters
that you sold for the Chaffees could be used on a
digital cable box?
MR. CURRIER: Objection to form.
A. No.
Q. Did you display any type of sign anywhere in the
vicinity of where these filters were being sold?
A. Yes.
Q. Could you describe the sign for me?
A. It was a paper inside a plastic holder thing.
Q. This was previously marked Plaintiff's 21 at the
deposition of Jon Chaffee dated July 25th, 2005.
Take a moment to look at this.
A. Okay.

Q. Does that appear to be the sign that was displayed?

MR. CURRIER: Objection to form.

A. Yeah.

Q. And this was the sign that was displayed at the computer fair that you attended with Amy Chaffee?

A. Yes.

MR. CURRIER: Objection to form.

Q. Is it also the sign that you displayed at the computer fairs you attended with Jon Chaffee?

MR. CURRIER: Objection to form.

A. Yes.

Q. Where was this Plaintiff's 21 displayed in relation to the filters?

MR. CURRIER: Objection to form.

A. Behind the filters.

Q. I'm directing your attention to the back of the sign, looking at the diagram portion of that, do you see the portion of the diagram where it says, digital cable box?

A. Yes.

Q. Did you ever see that before?

A. No.

Q. Do you see where it says TV?

A. Yes.