| Message0319 | |
|---|---|
| **Subject:** | Re: filter |
| **From:** | Support911 |
| **Date:** | 8/2/2003 |
| **To:** | gareid@optonline.net |

**Message Body**

Hi,

What channels? The filter only works for pay for views, on demands, everything you need to order from the remote. It doesn't work for HBO, Showtime and other premium channels. You must reset the box before removing or you will be charged. You may be able to get info from http://www.digital-cable-filters.com/

Best regards,

Mike

PLAINTIFF'S EXHIBIT