UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**REPY MEMORANDUM IN SUPPORT OF OBJECTION TO REPORT AND RECOMMENDATION**

At long last, Plaintiff has been forthright, or as forthright as it apparently can be, where it acknowledges in its memorandum at pages 3 and 4:

**"Although, strictly speaking, the filters do not act directly upon Cox's signal encoding practices..."** "Similarly, the filters do intercept pay-per-view transmissions – **not the transmission of programming from Cox to a customer --...**"

The highlighted language is this case in a nutshell. Cox obviously knew the above when it put the Complaint before this Court seeking ex parte relief. A Complaint which included allegations of a violation of the copyright laws!

It is hoped that this Court can look through the smokescreens, see beyond the red herrings, ignore the vituperative attacks on Defendants and their counsel and recognize what really happened here.

Cox investigators, having seen Jon Chaffee's name in an e-mail of one who dealt in devices which truly violate 47 U.S.C. §§ 553 and 1201 ( the so-called "black boxes") thought they had found another cable pirate in Chaffee.

Thus, the professed need to get into his home. Thus, the allegations of copyright law violations. They found no such thing then, still have not and never will because Chaffee never dealt in devices which are of the type for which Section 553 was intended.

Equally important, this belated admission contradicts what the Magistrate Judge believed to be undisputed fact. (See Report and Recommendation, page 2 last paragraph, page 8 penultimate paragraph)

Defendants

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

**CERTIFICATION**

I hereby certify that on the 25th day of May, 2006, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.