UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

```
_____
                                   )
CoxCom, Inc., d/b/a Cox            )
Communications New England,        )
                                   )
        Plaintiff,                 )
                                   )
     v.                            )   C.A. No. 05-107S
                                   )
John Chaffee, individually         )
and d/b/a Electronic Imports       )
and Chaffee International,         )
Amy Chaffee, individually and      )
d/b/a Electronic Imports,          )
Ramalda Bou, individually and      )
d/b/a Electronic Imports,          )
                                   )
        Defendants.                )
_____)
```

### DECISION AND ORDER

WILLIAM E. SMITH, United States District Judge.

CoxCom, Inc. ("Plaintiff") brought this action alleging that Defendants illegally manufactured, sold and/or otherwise distributed pirate digital cable television filters for profit in violation of the Communications Act, 47 U.S.C. § 553(a)(1) and the Digital Millennium Copyright Act, 17 U.S.C. § 1201. This matter is now before the Court on Defendants' Objection to Magistrate Judge Lincoln D. Almond's April 25, 2006 Report and Recommendation recommending that Plaintiff's Motion for Summary Judgment be granted and that Defendants' Motion for Summary Judgment be denied. Pursuant to Fed. R. Civ. P. 72(b), the Court must make a "de novo

1

determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made . . . ." Id. The Court has determined that no hearing is necessary.

Following de novo review of the filings in this matter, Defendants' Objection is DENIED and this Court adopts the well-reasoned Report and Recommendation of Magistrate Judge Almond in full.

Furthermore, the Court refers this matter to Magistrate Judge Almond for a report and recommendation on the issue of damages and costs.

IT IS SO ORDERED.


_____
William E. Smith
United States District Judge
Dated: 6/23/06