UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND | : | |
| v. | : | C.A. No. 05-107S |
| JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS | : | |

**ORDER**

On June 23, 2006, District Judge William Smith overruled Defendants' Objection and adopted this Court's recommendation that summary judgment enter in favor of Plaintiff on its claims that Defendants violated the Communications Act, 47 U.S.C. § 553(a)(1), and the Digital Millennium Copyright Act, 17 U.S.C. § 1201. He also referred the matter back to this Court for hearing and a report and recommendation on the issue of damages and costs.

In anticipation of such hearing, counsel shall file, Plaintiff by July 31, 2006 and Defendants by August 31, 2006, pre-hearing memoranda which contain the following:

A.(1). Plaintiff will set forth what is expected to be proven in support of its damages/costs claim, indicating each witness to testify, if any, with a brief summary of his/her testimony and a statement as to whether that witness will testify as an expert. Plaintiff will also itemize its claimed damages/costs with a brief summary of the factual and legal basis for each element of claimed damages/costs.

SCANNED

A.(2). Defendants will set forth what is expected to be proven in defense of Plaintiff's damages/costs claim, indicating each witness to testify, if any, with a brief summary of his/her testimony and a statement as to whether that witness will testify as an expert. Defendants shall respond to Plaintiff's damages/costs itemization with a brief summary of their factual and legal basis for each response.

B. A memorandum of supporting law with citations of authorities regarding the law applicable to the issue of damages/costs in this case.

C. A list of all exhibits intended to be offered at the hearing with statements of the purpose for which each exhibit will be offered. All such exhibits must be pre-marked by the Plaintiff in numerical order and by Defendants in alphabetical order.

D. A statement as to probable length of the hearing.

E. Any additional matter which counsel feel will aid the Court in the disposition and/or hearing of said action.

A pre-hearing conference shall be held on **September 12, 2006** at **9:30 a.m.** in Chambers of the undersigned. A damages/costs hearing shall commence before the undersigned on **September 27, 2006** at **10:00 a.m.** in Courtroom A, United States District Court, John O. Pastore Federal Building, Two Exchange Terrace, Providence, Rhode Island.

LINCOLN D. ALMOND
United States Magistrate Judge
June 29, 2006