**EXHIBIT A**

Date: 07/31/2006

**Detail Transaction File List**
Miller Scott & Holbrook



| Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|
| Client ID 7099.0026 COX COMMUNICATIONS | | | | | | | | |
| 7099.0026 | 03/02/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call Attorney Sullivan |
| 7099.0026 | 03/04/2005 | 6 | A | 24 | 200.00 | 1.00 | 200.00 | Legal research; Preparation of Pro Hac Vice Appearance; Letter to Attorney |
| 7099.0026 | 03/04/2005 | 6 | A | 9 | 200.00 | 0.60 | 120.00 | Examination of docs; Phone call with Attorney; Phone call with Lou Marcoux |
| 7099.0026 | 03/07/2005 | 6 | A | 7 | 200.00 | 3.00 | 600.00 | Preparation of memo; Examination of docs; Letter to Lou Marcoux; Reviewing file |
| 7099.0026 | 03/07/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call Attorney Sullivan |
| 7099.0026 | 03/07/2005 | 6 | A | 7 | 200.00 | 1.00 | 200.00 | Preparation of Exhibits; Preparation of Pro Hac Vice |
| 7099.0026 | 03/08/2005 | 6 | A | 1 | 200.00 | 3.50 | 700.00 | Phone call with Lou Marcoux; Travel to Providence; File Complaint; File TRO |
| 7099.0026 | 03/08/2005 | 6 | A | 1 | 200.00 | 0.60 | 120.00 | Phone call Attorney Sullivan (2); Phone call with District Court (2) |
| 7099.0026 | 03/08/2005 | 6 | A | 55 | | | 250.00 | Court costs US DISTRICT COURT |
| 7099.0026 | 03/08/2005 | 6 | A | 67 | | | 15.00 | Parking & Tolls FRANK HOLBROOK |
| 7099.0026 | 03/09/2005 | 6 | A | 2 | 200.00 | 0.20 | 40.00 | Letter to Attorney (fax) |
| 7099.0026 | 03/09/2005 | 6 | A | 22 | 200.00 | 2.00 | 400.00 | Travel to Providence; File Pro Hac Vice |
| 7099.0026 | 03/10/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call Attorney Hogan |
| 7099.0026 | 03/10/2005 | 6 | A | 55 | | | 150.00 | Court costs US DISTRICT COURT |
| 7099.0026 | 03/11/2005 | 6 | A | 18 | 200.00 | 10.00 | 2000.00 | Court hearing; Execution of Civil Seizure; Travel to Providence |
| 7099.0026 | 03/13/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call Lou Marcoux |
| 7099.0026 | 03/15/2005 | 6 | A | 1 | 200.00 | 0.40 | 80.00 | Phone call with Attorney Hogan; Reviewing document |
| 7099.0026 | 03/16/2005 | 6 | A | 9 | 200.00 | 0.30 | 60.00 | Examination of docs (Motion for Continuance). |
| 7099.0026 | 03/16/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Attorney Hogan. |
| 7099.0026 | 03/17/2005 | 6 | A | 1 | 200.00 | 0.30 | 60.00 | Phone call with Attorney Hogan; Phone call with Court Clerk |
| 7099.0026 | 03/18/2005 | 6 | A | 1 | 200.00 | 0.30 | 60.00 | Phone call Attorney Hogan; Phone call with Court Clerk |
| 7099.0026 | 03/21/2005 | 6 | A | 1 | 200.00 | 0.50 | 100.00 | Phone call with Attorney Sullivan (2); Phone call with Federal Court Clerk (2) |
| 7099.0026 | 03/21/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call Pat Sullivan |
| 7099.0026 | 03/22/2005 | 6 | A | 1 | 200.00 | 0.40 | 80.00 | Fax to Attorney Hogan/Lou Marcoux |
| 7099.0026 | 03/23/2005 | 6 | A | 2 | 200.00 | 0.30 | 60.00 | Letter to Attorney Hogan |
| 7099.0026 | 04/04/2005 | 6 | A | 9 | 200.00 | 0.40 | 80.00 | Examination of docs; Reviewing file |
| 7099.0026 | 04/06/2005 | 6 | A | 1 | 200.00 | 0.50 | 100.00 | Phone call with Attorney Hogan; Phone call with clerk; Preparation of memo |
| 7099.0026 | 04/11/2005 | 6 | A | 9 | 200.00 | 0.30 | 60.00 | Examination of docs (Motion to Amend |
| 7099.0026 | 04/12/2005 | 6 | A | 18 | 200.00 | 4.00 | 800.00 | Court hearing; Travel to Providence; Conference with client; Preparation of memo |
| 7099.0026 | 04/12/2005 | 6 | A | 67 | | | 15.00 | Parking & Tolls FRANK HOLBROOK |
| 7099.0026 | 04/14/2005 | 6 | A | 3 | 200.00 | 0.30 | 60.00 | Reviewing document - Fax |
| 7099.0026 | 04/22/2005 | 6 | A | 3 | 200.00 | 0.20 | 40.00 | Reviewing document |
| 7099.0026 | 04/26/2005 | 6 | A | 1 | 200.00 | 0.40 | 80.00 | Phone call with Federal Court; Phone call with Attny Hogan; Preparation of Memo |
| 7099.0026 | 04/27/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Attorney Hogan |
| 7099.0026 | 04/27/2005 | 6 | A | 1 | 200.00 | 4.00 | 800.00 | Phone call with Attorney Hogan; Examination of docs; Travel to Providence; File Motion |
| 7099.0026 | 04/28/2005 | 6 | A | 1 | 200.00 | 0.30 | 60.00 | Phone call with attorney Hogan; Examination of docs |
| 7099.0026 | 05/02/2005 | | A | 91 | 31016 | | 5120.00 | Payment on account. Thank you. |
| 7099.0026 | 05/02/2005 | | A | 92 | 31016 | | 415.00 | Payment on account. Thank you. |
| 7099.0026 | 05/04/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Lou Marcoux |
| 7099.0026 | 05/04/2005 | 6 | A | 1 | 200.00 | 0.10 | 20.00 | Phone call with Attorney Hogan |
| 7099.0026 | 05/05/2005 | 6 | A | 6 | 200.00 | 8.00 | 1600.00 | Reviewing file; Deposition |
| 7099.0026 | 05/05/2005 | 6 | A | 58 | | | 15.00 | Travel FRANK HOLBROOK |
| 7099.0026 | 05/09/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Lou Marcoux |
| 7099.0026 | 05/09/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Attorney Hogan |
| 7099.0026 | 05/09/2005 | 6 | A | 3 | 200.00 | 0.50 | 100.00 | Reviewing document (memo of Law); Phone call with Attorney |
| 7099.0026 | 05/10/2005 | 6 | A | 6 | 200.00 | 4.00 | 800.00 | Reviewing file; File Memo of Law; Preparation of Memo |
| 7099.0026 | 05/10/2005 | 6 | A | 67 | | | 15.00 | Parking & Tolls FRANK HOLBROOK |
| 7099.0026 | 05/17/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Attorney |
| 7099.0026 | 05/17/2005 | 6 | A | 22 | 200.00 | 2.50 | 500.00 | Travel to Providence; File Memorandum of Law |
| 7099.0026 | 05/18/2005 | 6 | A | 1 | 200.00 | 2.50 | 500.00 | Travel to Providence; File Memo of Law |
| 7099.0026 | 06/02/2005 | 6 | A | 9 | 200.00 | 0.30 | 60.00 | Examination of docs |
| 7099.0026 | 06/03/2005 | 6 | A | 3 | 200.00 | 0.20 | 40.00 | Reviewing document |
| 7099.0026 | 06/16/2005 | 6 | A | 1 | 200.00 | 0.30 | 60.00 | Phone call with Attorney Hogan |
| 7099.0026 | 06/21/2005 | | A | 91 | 31411 | | 2120.00 | Payment on account. Thank you. |
| 7099.0026 | 06/21/2005 | | A | 92 | 31411 | | 15.00 | Payment on account. Thank you. |
| 7099.0026 | 06/21/2005 | | A | 91 | 31428 | | 3180.00 | Payment on account. Thank you. |
| 7099.0026 | 06/21/2005 | | A | 92 | 31428 | | 30.00 | Payment on account. Thank you. |
| 7099.0026 | 06/22/2005 | 6 | A | 1 | 200.00 | 0.30 | 60.00 | Phone call Attorney Currier; Phone call with Lou Marcoux |
| 7099.0026 | 06/22/2005 | 6 | A | 4 | 200.00 | 3.40 | 680.00 | Conference with Client; Conference with Defendant and Attorney; Travel to Providence; E-Mail to Attny Hogan |
| 7099.0026 | 06/22/2005 | 6 | A | 3 | 200.00 | 0.20 | 40.00 | Reviewing document |
| 7099.0026 | 06/30/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with U.S. Attorney's Office |
| 7099.0026 | 07/06/2005 | 6 | A | 6 | 200.00 | 0.40 | 80.00 | Reviewing file; Phone call with Attorney Hogan |
| 7099.0026 | 07/18/2005 | 6 | A | 6 | 200.00 | 0.30 | 60.00 | Reviewing file; Phone call with Shawn Hogan |
| 7099.0026 | 07/18/2005 | 6 | A | 3 | 200.00 | 0.50 | 100.00 | Reviewing document (Settlement Conference Statement; Memo re: Protective Order); Phone call with Attorney |
| 7099.0026 | 07/19/2005 | 6 | A | 9 | 200.00 | 0.40 | 80.00 | Examination of docs |
| 7099.0026 | 07/19/2005 | 6 | A | 9 | 200.00 | 0.40 | 80.00 | Examination of docs; Fax |
| 7099.0026 | 07/20/2005 | 6 | A | 1 | 200.00 | 0.50 | 100.00 | File Memorandum of Law/Exhibits |
| 7099.0026 | 07/20/2005 | 6 | A | 2 | 200.00 | 0.40 | 80.00 | Letter to Shaun Hogan; Letter to Court |
| 7099.0026 | 07/20/2005 | 6 | A | 67 | | | 5.00 | Parking & Tolls FRANK HOLBROOK |
| 7099.0026 | 07/20/2005 | 6 | A | 53 | | | 0.00 | Federal express 6846 |
| 7099.0026 | 07/22/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call Attorney Hogan |

Date: 07/31/2006

# Detail Transaction File List
Miller Scott & Holbrook



Client ID 7099.0026 COX COMMUNICATIONS

| Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|
| 7099.0026 | 07/26/2005 | 6 | A | 6 | 200.00 | 0.30 | 60.00 | Reviewing file |
| 7099.0026 | 07/26/2005 | 6 | A | 6 | 200.00 | 3.80 | 760.00 | Reviewing file; Travel to Providence - Settlement Conference |
| 7099.0026 | 07/27/2005 | 6 | A | 9 | 200.00 | 0.30 | 60.00 | Examination of docs |
| 7099.0026 | 07/27/2005 | 6 | A | 67 | | | 10.00 | Parking & Tolls FRANK HOLBROOK |
| 7099.0026 | 07/29/2005 | 6 | A | 3 | 200.00 | 0.60 | 120.00 | Reviewing document; Revising document; Fax; Phone call with Attorney Hogan |
| 7099.0026 | 08/08/2005 | 6 | A | 18 | 200.00 | 3.30 | 660.00 | Court hearing; Travel to Providence; Examination of Documents |
| 7099.0026 | 08/08/2005 | 6 | A | 58 | | | 10.00 | Travel FRANK HOLBROOK |
| 7099.0026 | 08/09/2005 | 6 | A | 1 | 200.00 | 0.50 | 100.00 | Phone call with Federal Court (2); Conference with Attorney Hogan |
| 7099.0026 | 08/10/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Attorney Hogan |
| 7099.0026 | 08/15/2005 | | A | 91 | 32074 | | 720.00 | Payment on account. Thank you. |
| 7099.0026 | 08/15/2005 | | A | 92 | 32322 | | 5.00 | Payment on account. Thank you. |
| 7099.0026 | 08/15/2005 | | A | 91 | 32322 | | 1315.00 | Payment on account. Thank you. |
| 7099.0026 | 08/16/2005 | 6 | A | 3 | 200.00 | 0.50 | 100.00 | Reviewing document - Memo in Opposition to Rule 306(6) Deposition |
| 7099.0026 | 08/16/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Attorney Hogan |
| 7099.0026 | 08/18/2005 | | A | 91 | 32322 | | 25.00 | Payment on account. Thank you. |
| 7099.0026 | 08/26/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Attorney Hogan |
| 7099.0026 | 08/29/2005 | 6 | A | 22 | 200.00 | 2.50 | 500.00 | Travel to Providence; File Motion |
| 7099.0026 | 09/08/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Attorney Hogan |
| 7099.0026 | 09/13/2005 | 6 | A | 18 | 200.00 | 3.00 | 600.00 | Court hearing - travel to Providence; preparation of memo; review of file |
| 7099.0026 | 09/14/2005 | 6 | A | 1 | 200.00 | 0.02 | 4.00 | Phone call with Attorney Hogan |
| 7099.0026 | 09/16/2005 | 6 | A | 9 | 200.00 | 0.30 | 60.00 | Examination of docs |
| 7099.0026 | 09/19/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Sean Hogan |
| 7099.0026 | 09/21/2005 | 6 | A | 12 | 200.00 | 2.50 | 500.00 | File motion for extenstion of time |
| 7099.0026 | 09/21/2005 | 6 | A | 67 | | | 5.00 | Parking & Tolls FRANK HOLBROOK |
| 7099.0026 | 09/23/2005 | 6 | A | 1 | 200.00 | 0.30 | 60.00 | Phone call to Sean Hogan; examination of documents |
| 7099.0026 | 09/26/2005 | 6 | A | 3 | 200.00 | 3.00 | 600.00 | Reviewing documents; file summary judgement; prepare exhibit; preparation of memo |
| 7099.0026 | 09/30/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call to Federal court |
| 7099.0026 | 09/30/2005 | 6 | A | 1 | 200.00 | 0.40 | 80.00 | Phone call to Federal court; phone call to Attorney Hogan |
| 7099.0026 | 10/05/2005 | 6 | A | 9 | 200.00 | 0.40 | 80.00 | Examination of docs |
| 7099.0026 | 10/05/2005 | 6 | A | 22 | 200.00 | 2.50 | 500.00 | Travel to Providence; file memorandum |
| 7099.0026 | 10/05/2005 | 6 | A | 58 | | | 10.00 | Travel FRANK HOLBROOK |
| 7099.0026 | 10/06/2005 | 6 | A | 22 | 200.00 | 2.50 | 500.00 | Travel to Providence; file objection |
| 7099.0026 | 10/12/2005 | 6 | A | 9 | 200.00 | 2.50 | 500.00 | Examination of docs; file objection and memo of law |
| 7099.0026 | 10/13/2005 | 6 | A | 9 | 200.00 | 2.50 | 500.00 | Examination of docs; file Objection and Memo of Law re: summary judgement |
| 7099.0026 | 10/18/2005 | 6 | A | 1 | 200.00 | 0.50 | 100.00 | Phone call with Sean Hogan (2); Reviewing file; Phone call with Federal Court |
| 7099.0026 | 10/21/2005 | | A | 91 | 32710 | | 1980.00 | Payment on account. Thank you. |
| 7099.0026 | 10/21/2005 | | A | 92 | 32710 | | 20.00 | Payment on account. Thank you. |
| 7099.0026 | 10/31/2005 | 6 | A | 3 | 200.00 | 0.20 | 40.00 | Reviewing document |
| 7099.0026 | 11/03/2005 | 6 | A | 7 | 200.00 | 2.50 | 500.00 | Preparation of Memo; File Motion |
| 7099.0026 | 11/07/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with P. Hogan |
| 7099.0026 | 11/07/2005 | 6 | A | 1 | 200.00 | 0.40 | 80.00 | Phone call w/Atty Hogan; Phone call to Federal Court |
| 7099.0026 | 11/10/2005 | 6 | A | 9 | 200.00 | 0.40 | 80.00 | Examination of docs; Sign Pleadings |
| 7099.0026 | 11/14/2005 | 6 | A | 3 | 200.00 | 0.40 | 80.00 | Reviewing document; Examination of Memo of Law |
| 7099.0026 | 11/15/2005 | 6 | A | 7 | 200.00 | 0.60 | 120.00 | Preparation of Affidavit |
| 7099.0026 | 11/15/2005 | 6 | A | 2 | 200.00 | 0.30 | 60.00 | Letter to Federal Court; Reviewed document |
| 7099.0026 | 11/17/2005 | 6 | A | 3 | 200.00 | 0.60 | 120.00 | Reviewing document Plaintiff's Objection; Examination of documents |
| 7099.0026 | 11/18/2005 | | A | 91 | 33454 | | 2444.00 | Payment on account. Thank you. |
| 7099.0026 | 11/18/2005 | | A | 92 | 33454 | | 5.00 | Payment on account. Thank you. |
| 7099.0026 | 11/22/2005 | 6 | A | 1 | 200.00 | 0.40 | 80.00 | Phone call to Federal Court; Phone call to Attorney Currier |
| 7099.0026 | 11/22/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call to Attorney Currier |
| 7099.0026 | 11/23/2005 | 6 | A | 9 | 200.00 | 0.30 | 60.00 | Examination of docs; Phone call to Attorney Currier |
| 7099.0026 | 11/25/2005 | 6 | A | 7 | 200.00 | 0.20 | 40.00 | Preparation of Memo |
| 7099.0026 | 11/29/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call to Jeanine Theall |
| 7099.0026 | 12/07/2005 | 6 | A | 18 | 200.00 | 3.60 | 720.00 | Court hearing; Travel to Providence; Reviewing file |
| 7099.0026 | 12/08/2005 | 6 | A | 67 | | | 20.00 | Parking & Tolls FRANCIS HOLBROOK |
| 7099.0026 | 12/09/2005 | 6 | A | 3 | 200.00 | 0.20 | 40.00 | Reviewing document |
| 7099.0026 | 12/14/2005 | 6 | A | 1 | 200.00 | 0.30 | 60.00 | Phone call to Attorney Hogan; Examination of Docs |
| 7099.0026 | 12/14/2005 | 6 | A | 3 | 200.00 | 0.20 | 40.00 | Reviewing document |
| 7099.0026 | 12/15/2005 | 6 | A | 1 | 200.00 | 0.40 | 80.00 | Phone call to Sean Hogan; Examination of docs |
| 7099.0026 | 12/16/2005 | 6 | A | 9 | 200.00 | 0.20 | 40.00 | Examination of docs |
| 7099.0026 | 12/18/2005 | 6 | A | 9 | 200.00 | 1.50 | 300.00 | Examination of Deposition Transcript |
| 7099.0026 | 12/19/2005 | 6 | A | 1 | 200.00 | 2.00 | 400.00 | Phone call to Lou Marcoux; Review Boisvert recorded conversations |
| 7099.0026 | 12/19/2005 | 6 | A | 22 | 200.00 | 3.50 | 700.00 | Travel to Providence; Deposition; Preparation of Memo; Review file |
| 7099.0026 | 12/22/2005 | 6 | A | 1 | 200.00 | 0.30 | 60.00 | Phone call to Shawn Hogan; Phone call to Lou Marcoux |
| 7099.0026 | 12/28/2005 | 6 | A | 22 | 200.00 | 2.50 | 500.00 | Travel to Providence; File Motion |
| 7099.0026 | 12/29/2005 | 6 | A | 1 | 200.00 | 0.50 | 100.00 | Phone call with S. Hogan (2); Phone call with client's office |
| 7099.0026 | 12/30/2005 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with S. Hogan |
| 7099.0026 | 12/31/2005 | 6 | A | 1 | 200.00 | 0.50 | 100.00 | Phone call with S. Hogan (2); Examination of docs |
| 7099.0026 | 01/02/2006 | 6 | A | 9 | 200.00 | 0.50 | 100.00 | Examination of docs |
| 7099.0026 | 01/03/2006 | 6 | A | 9 | 200.00 | 3.00 | 600.00 | Examination of docs; Travel to Providence; File Objections |
| 7099.0026 | 01/04/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call Attorney Hogan |
| 7099.0026 | 01/04/2006 | | A | 91 | 33649 | | 2300.00 | Payment on account. Thank you. |
| 7099.0026 | 01/04/2006 | | A | 91 | 33898 | | 260.00 | Payment on account. Thank you. |
| 7099.0026 | 01/04/2006 | | A | 91 | 33718 | | 1120.00 | Payment on account. Thank you. |
| 7099.0026 | 01/04/2006 | | A | 92 | 33649 | | 10.00 | Payment on account. Thank you. |
| 7099.0026 | 01/05/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Lou MArcoux |
| 7099.0026 | 01/05/2006 | 6 | A | 9 | 200.00 | 3.20 | 640.00 | Examination of docs; Travel to Court; File Objections |

Date: 07/31/2006

# Detail Transaction File List

Miller Scott & Holbrook



| Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Client ID 7099.0026 COX COMMUNICATIONS** | | | | | | | | |
| 7099.0026 | 01/05/2006 | 6 | A | 67 | | | 5.00 | Parking & Tolls FRANK HOLBROOK |
| 7099.0026 | 01/09/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call to Lou Marcoux |
| 7099.0026 | 01/09/2006 | | A | 91 | 34055 | | 2440.00 | Payment on account. Thank you. |
| 7099.0026 | 01/09/2006 | | A | 92 | 34055 | | 20.00 | Payment on account. Thank you. |
| 7099.0026 | 01/14/2006 | 6 | A | 9 | 200.00 | 0.20 | 40.00 | Examination of Durey Statement |
| 7099.0026 | 01/24/2006 | 6 | A | 7 | 200.00 | 0.30 | 60.00 | Preparation of Memo; Examination of Docs |
| 7099.0026 | 01/24/2006 | 6 | A | 9 | 200.00 | 0.20 | 40.00 | Examination of docs |
| 7099.0026 | 01/26/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call to Lou Marcoux; Reviewing file |
| 7099.0026 | 02/02/2006 | 6 | A | 3 | 200.00 | 0.40 | 80.00 | Reviewing document |
| 7099.0026 | 02/08/2006 | 6 | A | 1 | 200.00 | 0.30 | 60.00 | Phone call with Court clerk; Preparation of memo |
| 7099.0026 | 02/10/2006 | 6 | A | 1 | 200.00 | 0.50 | 100.00 | Phone call Lou Marcoux; Examination of Docs |
| 7099.0026 | 02/10/2006 | 6 | A | 22 | 200.00 | 2.00 | 400.00 | Travel to Providence; File Memo |
| 7099.0026 | 02/16/2006 | 6 | A | 9 | 200.00 | 0.30 | 60.00 | Examination of docs; Fax to Attorney Hogan |
| 7099.0026 | 03/03/2006 | | A | 91 | 34225 | | 2340.00 | Payment on account. Thank you. |
| 7099.0026 | 03/03/2006 | | A | 92 | 34225 | | 5.00 | Payment on account. Thank you. |
| 7099.0026 | 03/07/2006 | 6 | A | 1 | 200.00 | 0.40 | 80.00 | Phone call with Attorney Hogan; Examination of Docs |
| 7099.0026 | 03/07/2006 | 6 | A | 9 | 200.00 | 3.50 | 700.00 | Examination of docs; Travel to Providence; File documents |
| 7099.0026 | 03/09/2006 | 6 | A | 6 | 200.00 | 4.50 | 900.00 | Reviewing file; Travel to Providence; Court Hearing; Conference with Client |
| 7099.0026 | 03/09/2006 | 6 | A | 67 | | | 13.00 | Parking & Tolls FRANCIS HOLBROOK |
| 7099.0026 | 03/10/2006 | 6 | A | 1 | 200.00 | 0.40 | 80.00 | Phone call with Sean Hogan; Examination of Docs |
| 7099.0026 | 03/13/2006 | 6 | A | 9 | 200.00 | 0.60 | 120.00 | Examination of docs (Title Search); Phone call with Attorney Hogan; Letter to Attorney Hogan; |
| 7099.0026 | 03/14/2006 | 6 | A | 11 | 200.00 | 0.40 | 80.00 | Fax to Attorney Hogan; Examination of documents |
| 7099.0026 | 03/21/2006 | 6 | A | 60 | | | 75.00 | Other DIANE WINSLOW - research |
| 7099.0026 | 03/31/2006 | | A | 91 | 34454 | | 680.00 | Payment on account. Thank you. |
| 7099.0026 | 04/17/2006 | | A | 91 | 34870 | | 60.00 | Payment on account. Thank you. |
| 7099.0026 | 04/21/2006 | 6 | A | 9 | 200.00 | 0.20 | 40.00 | Examination of docs |
| 7099.0026 | 04/25/2006 | 6 | A | 9 | 200.00 | 0.40 | 80.00 | Examination of docs; Phone call with Attorney Hogan |
| 7099.0026 | 04/26/2006 | 6 | A | 8 | 200.00 | 0.40 | 80.00 | Review Court Decision |
| 7099.0026 | 05/01/2006 | | A | 91 | 34925 | | 1960.00 | Payment on account. Thank you. |
| 7099.0026 | 05/01/2006 | | A | 92 | 34925 | | 88.00 | Payment on account. Thank you. |
| 7099.0026 | 05/10/2006 | 6 | A | 2 | 200.00 | 0.40 | 80.00 | Letter to Attorney; Examination of documents |
| 7099.0026 | 05/12/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Shawn Hogan |
| 7099.0026 | 05/12/2006 | 6 | A | 1 | 200.00 | 0.40 | 80.00 | Phone call with Federal Court; Phone call with S. Hogan |
| 7099.0026 | 05/17/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Attorney Hogan |
| 7099.0026 | 05/18/2006 | 6 | A | 3 | 200.00 | 0.10 | 20.00 | Reviewing document |
| 7099.0026 | 05/18/2006 | 6 | A | 9 | 200.00 | 3.50 | 700.00 | Examination of docs ; Travel to Providence; File Objection |
| 7099.0026 | 05/19/2006 | 6 | A | 1 | 200.00 | 0.40 | 80.00 | Phone call with Attorney Hogan; Letter to Court |
| 7099.0026 | 05/19/2006 | 6 | A | 67 | | | 10.00 | Parking & Tolls FRANK HOLBROOK |
| 7099.0026 | 05/30/2006 | | A | 91 | 35036 | | 200.00 | Payment on account. Thank you. |
| 7099.0026 | 06/05/2006 | 6 | A | 3 | 200.00 | 0.40 | 80.00 | Reviewing document; Letter to Attorney Hogan |
| 7099.0026 | 06/15/2006 | 6 | A | 1 | 200.00 | 0.50 | 100.00 | Phone call to Federal Court; Phone call with S Hogan; Preparation of memo |
| 7099.0026 | 06/27/2006 | 6 | A | 9 | 200.00 | 0.40 | 80.00 | Examination of docs; Phone call with Attorney Hogan |
| **Total for Client ID 7099.0026** | | | | | Billable | 147.82 | 30187.00 | COX COMMUNICATIONS |
| | | | | | Payments | | 28877.00 | COXCOM, INC. VS CHAFFEE |
| | | | | | | **GRAND TOTALS** | | |
| | | | | | Billable | 147.82 | 30187.00 | |
| | | | | | Payments | | 28877.00 | |