UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MOTION TO DISMISS**

Now come the defendants Jon Chaffee, Amy Chaffee and Ramalda Bou and move to dismiss plaintiff's complaint for failure of plaintiff to comply with the Order of this Court dated June 29, 2006.

By their Attorney,
/s/ James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115
e-mail currlaw@myexcel.com

CERTIFICATION

I hereby certify that on the 1st day of August, 2006, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

/s/ James A. Currier