UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MOTION TO DISQUALIFY AND/OR OBJECTION**

Now come defendants and move to disqualify the Magistrate Judge from conducting a hearing/trial as to damages and/or object to the referral by the District Judge to the Magistrate Judge for a report and recommendation on the issue of damages and costs.

By their Attorney,

/s/ James A. Currier
James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113 Fax (401) 274-3115

CERTIFICATION

I certify that on the 30th day of August, 2006, I mailed a true copy of the within to Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753 and Francis Holbrook, Esq., 122 Touro Street, Newport, RI 02840.

*/s/ James A. Currier*