UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MEMORANDUM IN SUPPORT OF MOTION TO DISQUALIFY AND/OR OBJECTION**

Title 28 Section 636 (c) (1) indicates that "Upon consent ot the parties, a full time United States magistrate judge ... may conduct any or all proceedings in a jury or non jury civil matter..."

That section is mirrored in Local Rule 32 (d) (3) which states "Where the parties consent, the magistrate may try the issues of any civil case..."

It is submitted that defendants have not and do not so consent.

By their Attorney,

/s/ James A. Currier

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113 Fax (401) 274-3115

CERTIFICATION

I certify that on the 30th day of August, 2006, I mailed a true copy of the within to Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753 and Francis Holbrook, Esq., 122 Touro Street, Newport, RI 02840.

*/s/ James A. Currier*___________