UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**PRETRIAL MEMORANDUM OF DEFENDANTS**

**B.**

Damages

The filters in question are incapable of unauthorized reception of communications service offered over a cable system. See Manhattan Cable Television, Inc. v. Cable Doctor, Inc., 802 F. Supp. 1103, (S.D.N.Y. 1992) citing Shanango Cable TV, Inc. 631 F. Supp. 835, Thus plaintiff could not and did not sustain damages as the result of the conduct of these defendants.

The matters in question do not involve a copyright protection system as defined in Title Chapter 12 of the United States Code. Plaintiff has not alleged nor can it prove ownership of a valid copyright as to any pay per view movie. See Chamberlain Group, Inc. v. Skylink Technologies, Inc., , 381 F. 3d 1178, (C.A. Fed. Ill. 2004). Again, plaintiff could not and did not sustain damages as the result of the conduct of these defendants.

It is submitted that there are no cases that can be cited in reference to the filters as NO such cases exist.

Attorney Fees

Until such time as defendants have had the opportunity to review the billing records and depose the individual attorneys they are unable to provide the Court with a meaningfull legal analysis of their defenses.

**D.** Three-four days.

Defendants
By their Attorney,

/s/ James A. Currier

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I certify that on the 30th day of August, 2006, I mailed a true copy of the within to Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753 and Francis Holbrook, Esq., 122 Touro Street, Newport, RI 02840.

/s/James A. Currier