UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MOTION FOR EXPEDITED DISCOVERY**

Now come the defendants Jon Chaffee, Amy Chaffee and Ramalda Bou and move for expedited discovery.

By their Attorney,
/s/ James A. Currier
James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115
e-mail currlaw@myexcel.com

CERTIFICATION

I hereby certify that on the 12th day of September, 2006, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

/s/ James A. Currier

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY**

Plaintiff submitted affidavits on or about August 2006 in support of a request that it be awarded attorney fees in excess of $190,000.00. On August 15, 2006 defendants served and filed a Request for Production, a copy is annexed hereto. As plaintiff has not responded, defendants move to compel plaintiffs to produce the records requested and to compel the attorney affiants to appear as soon a practicable at the office of the defendants' attorney for the taking of their depositions with regard to the fees claimed.

By their Attorney,
/s/ James A. Currier
James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115
e-mail currlaw@myexcel.com

CERTIFICATION

I hereby certify that on the 12th day of September, 2006, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

/s/ James A. Currier