**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,** | ) | |
| | ) | **C.A. No.: 05-107 S** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, IMPORTS individually and d/b/a, ELECTRONIC RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,** | ) | **AFFIRMATION OF SHAUN K. HOGAN IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO COMPEL EXPEDITED DISCOVERY** |
| **Defendants.** | ) | |

I, **SHAUN K. HOGAN**, an attorney admitted *pro hac vice* to practice before the Bar of the United States District Court for the District of Rhode Island, affirms the following under penalties of perjury:

1. I am an attorney and a member of the law firm of Lefkowitz, Hogan & Cassell, LLP, attorneys for the plaintiff, CoxCom Inc. d/b/a Cox Communications New England (hereinafter "CoxCom" or "Plaintiff"), in the above-captioned action. I submit this Affirmation in support of Plaintiff's Objection to Defendants' Motion to Compel Expedited Discovery.

2. Annex hereto as Exhibit "A" is the Defendants' Fifth Request for Production dated August 15, 2006.

3. Annexed hereto as Exhibit "B" are the Plaintiff's Objections and Responses to Defendant' Fifth Request for Production dated September 14, 2006.

4. Annexed hereto as Exhibit "C" is a copy of the decision in the case of Nanetti v. University of Chicago, Case No.: 85 C 9874, 1990 U.S. Dist. LEXIS 4279 (N.D. Ill., 1990, D.J. Duff).

5. Annexed hereto as Exhibit "D" is a copy of the decision in the case of Petrarca v. Southern Union, Case No. 04-310 S, 2006 U.S. Dist. LEXIS 34044 (D.R.I. 2006, M.J., Almond).

Dated: Jericho, New York
September 21, 2006

SHAUN K. HOGAN (SH 7227)