UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS

C. A. NO: 05 107 S

JON CHAFFEE, et als

## DEFENDANTS' FIFTH REQUEST FOR PRODUCTION TO PLAINTIFF

Now come Defendants and request that Plaintiff produce the following for inspection and/or copying within forty (40) days of the date hereof:

All documents and/or electronic methods used by Lefkowitz, Louis, Sullivan, & Hogan, LLP; Miller, Scott & Holbrook and Lefkowitz, Hogan & Cassell, LLP; including but not limited to: complete daily time sheets, logs, journals, appointment books, e-mail records, fax records, telephone records, system time charges or similar items of each law firm and each attorney; all bills submitted to plaintiff by each law firm and all documents evidencing payment for such legal services rendered.

Defendants
By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115