UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**DEFENDANTS WITNESS LIST AND STATEMENT OF ANTICIPATED TESTIMONY**

Damages

Defendant Jon Chaffee (Jon) may testify as to the following: he first began selling the filters at acertain trade and/or computer show after seeing others vendors do likewise at previous shows; at that show he had a conversation with a Paula Habber, then an Account Manager for Market Pro Computer Show North, regarding the sale of the filters; following a further conversation with Ms. Haber filters were sold at the show; he had a conversation with a Matthew Camada, then an Account Manager for Market Pro Computer Show South, regarding the sale of filters at a subsequent show and that following same filters were sold at the show; he bought such a filter at a Radio Shack store; Lori Montville and Karen Dorsey sold the vast majority of the filters he purchased at shows outside plaintiff's area of operations.

Paula Habber may testify that, after consulting her legal department, she advised Jon that it was legal to sell the filters as long as the customers were given a disclaimer.

Matthew Camada may testify that he told Jon he could sell the filters as they were not

descramblers.

Gregory Girard may testify that the filters have a legitimate purpose in that they can filter out interference that disrupts the picture and/or the sound of cable television programs. He may further testify that the filters cannot enable anyone to get pay-per-view programs without having to pay for same.

In that regard, defendants will show through plaintiff's own records that no one ever even attempted to use such a filter on a cable box within plaintiff's area of operations. Thus, plaintiff could not and did not sustain damages as the result of the conduct of these defendants.

Defendant Amy Chaffee (Amy) may testify as to how many filters she sold, where they were sold and what she told customers who purchased filters from her.

Defendant Ramalda Bou (Ramalda) may testify that she was employed by defendants Jon and Amy in their housecleaning business and that that she only attended certain shows, without pay, to assist Amy. Further, that the shows she did attend were not within plaintiff's area of operations. Finally, that she did not attend a show in West Warwick, Rhode Island as plaintiff's investigators claim.

Christine McKenna may testify that it was she who assisted Amy at the show in West Warwick, Rhode Island.

Lori Montville and Karen Dorsey may testify as to the approximate number of filters they sold on consignment for Jon Chaffee and where they were sold.

Gerard Boisvert may testify as to the approximate number of filters he sold on consignment for Jon Chaffee and where they were sold.

Richard Conti may testify as to how may filters he purchased from Jon Chaffee.

Miriam Rico may testify as to how may filters she purchased from Jon Chaffee.

Defendants may subpoena individuals and/or records from the plaintiff's polling, billing, accounting and/or bookeeping departments.

Attorney fees

Defendants demand the right to cross examine Attorneys Hogan, Sullivan, Cassell, McAlvin and Holbrook as to the hours spent and the work performed in this case. To do so, it will be necessary to review all documents and/or electronic methods used by Lefkowitz, Louis, Sullivan, & Hogan, LLP; Miller, Scott & Holbrook and Lefkowitz, Hogan & Cassell, LLP; including but not limited to: complete daily time sheets, logs, journals, appointment books, e-mail records, fax records, telephone records, system time charges or similar items of each law firm and each attorney; all bills submitted to plaintiff by each law firm and all documents evidencing payment for such legal services rendered. (A Request for Production of such materials was served August 15, 2006.) Following review of such documents defendants wish to depose the aforesaid attorneys prior to trial.

Defendants
By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

**CERTIFICATION**

I hereby certify that on the 31st day of August, 2006, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

______________________