UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

## DEFENDANTS EXHIBIT LIST

DX-A December 2004 Photo of Defendant's display at a computer show
This photo shows the different products Jon Chaffee offered for sale at computer shows; this photo also shows that filters made up less than 1% of the computer show inventory.

DX-B December 2004 blow-up photo of filter display at a computer show
This photo shows a small box containing about 5 filters in front of the filter display sign used at computer shows.

DX-C July 2004 Photo of Defendant's display at a computer shows
This photo shows that Jon Chaffee's computer shows offered numerous other products for sale.

DX-D Printout of Electronic Imports website - www.electronicimports.net
This document verifies that filters were not sold from Jon Chaffee's Electronic Imports website over the Internet.

DX-E Printout of Google Search results for digital cable filters
This printout shows the number of search results for digital cable filters.

DX-F Printout of ebay search results for digital cable filters
This printout shows the number of ebay vendors selling filters.

DX-G Printout of the number of emails on one of Jon Chaffee's computer
This printout indicates that Jon Chaffee had well over 10,000 emails on one of the computers that Cox retrieved Jon's emails from.

DX-H December 24, 2004 e-mail from Jon Chaffee troubleshooting a camera problem
In this email Jon Chaffee signs it Sharon; this email has nothing to do with filters and is evidence that Jon signed many emails as Sharon.

DX-I December 9, 2004 e-mail from Jon Chaffee troubleshooting cell phone ringbone problems
In this email Jon Chaffee signs it Sharon; this email has nothing to do with filters and is evidence that Jon signed many emails as Sharon.

DX-J November 16, 2004 e-mail from Jon Chaffee responding to a question about wireless cameras
In this email Jon Chaffee signs it Sharon; this email has nothing to do with filters and is evidence that Jon signed many emails as Sharon.

DX-K September 25, 2004 e-mail from Jon Chaffee confirming a camera order
In this email Jon Chaffee signs it Sharon; this email has nothing to do with filters and is evidence that Jon signed many emails as Sharon.

DX-L August 25, 2004 e-mail from Jon Chaffee troubleshooting a camera problem
In this email Jon Chaffee signs it Sharon; this email has nothing to do with filters and is evidence that Jon signed many emails as Sharon.

DX-M June 10, 2004 e-mail from Jon Chaffee to a customer about a replacement video card
In this email Jon Chaffee signs it Mike; this email has nothing to do with filters and is evidence that Jon also signed many emails as Mike.

DX-N July 13, 2004 e-mail from Jon Chaffee troubleshooting Nextel software problem
In this email Jon Chaffee signs it Mike; this email has nothing to do with filters and is evidence that Jon also signed many emails as Mike.

DX-O July 13, 2004 e-mail from Jon Chaffee checking with a customer to see if his software CD worked correctly
In this email Jon Chaffee signs it Mike; this email has nothing to do with filters and is evidence that Jon also signed many emails as Mike.

DX-P October 3, 2004 e-mail from Jon Chaffee checking on status of replacement camera
In this email Jon Chaffee signs it Mike; this email has nothing to do with filters and is evidence that Jon also signed many emails as Mike.

DX-Q Show List for Market Pro, NY, PA and NJ 2002-2005
This document is evidence that an individual attended these shows as Electronics Imports and or Chaffee International.

DX-R Show List for Market Pro North, PA 2002-2005
This document is evidence that an individual attended these shows as Electronics Imports and or Chaffee International.

DX-S Show List for Market Pro South, MD, VA 2002-2005
This document is evidence that an individual attended these shows as Electronics Imports and or Chaffee International.

DX-T Show List for KGP, NY, NJ 2002-2005
This document is evidence that an individual attended these shows as Electronics Imports and or Chaffee International.

DX-U Show List for Tri-State, NY, NJ and PA 2002-2005
This document is evidence that an individual attended these shows as Electronics Imports and or Chaffee International.

DX-V Show List for NC Shows, MA, NH 2002-2005
This document is evidence that an individual attended these shows as Electronics Imports and or Chaffee International.

DX-W November 6, 2003 Inventory sheet for Karen Dorsey – Secaucus, NJ Show
This document is evidence that Defendant participated in computer shows outside Rhode Island and Connecticut; that Defendant had inventory accountability for all products sold at computer shows; that Karen Dorsey attended the shows in NJ; that Karen Dorsey sold 40 filters at that show.

DX-X January 14, 2004 Inventory sheet for Karen Dorsey – Secaucus, NJ Show.
This document is evidence that Defendant participated in computer shows outside Rhode Island and Connecticut; that Defendant had inventory accountability for all products sold at computer shows; that Karen Dorsey attended the shows in NJ; that Karen Dorsey sold 32 filters at that show. .

DX-Y February 27, 2004 Inventory sheet for Karen Dorsey – Secaucus, NJ Show
This document is evidence that Defendant participated in computer shows outside Rhode Island and Connecticut; that Defendant had inventory accountability for all products sold at computer shows; that Karen Dorsey attended the shows in NJ; that Karen Dorsey sold 43 filters at that show.

DX-Z March s3, 2003 Inventory sheet for Karen Dorsey – Staten Island, NY Show
This document is evidence that Defendant participated in computer shows outside Rhode Island and Connecticut; that Defendant had inventory accountability for all products sold at computer shows; that Karen Dorsey attended the shows in NY; that Karen Dorsey sold 24 filters at that show.

DX-AA October 5, 2003 Inventory sheet for Karen Dorsey – Yonkers, NY Show
This document is evidence that Defendant participated in computer shows outside Rhode Island and Connecticut; that Defendant had inventory accountability for all products sold at computer shows; that Karen Dorsey attended the shows in NY; that Karen Dorsey sold 6 filters at that show.

DX-BB October 21, 2003 Inventory sheet for Karen Dorsey – White Plains, NY show
This document is evidence that Defendant participated in computer shows outside Rhode Island and Connecticut; that Defendant had inventory accountability for all products sold at computer shows; that Karen Dorsey attended the shows in NY; that Karen Dorsey sold 24 filters at that show.

DX-CC October 4-5, 2003 Inventory sheet for Lori Montville – Somerset, NJ
This document is evidence that Defendant participated in computer shows outside Rhode Island and Connecticut; that Defendant had inventory accountability for all products sold at computer shows; that Lori Montville attended shows in NJ;
that Lori Montville sold 2 filters at that show.

DX-DD October 11-12, 2003 Inventory sheet for Lori Montville – Troy/Middletown NY
This document is evidence that Defendant participated in computer shows outside Rhode Island and Connecticut ; that Defendant had inventory accountability for all products sold at computer shows; that Lori Montville attended shows in NY;
that Lori Montville sold 1 filter at that show.

DX-EE November 2-3, 2003 Inventory sheet for Lori Montville – Upper Marlboro, MD
This document is evidence that Defendant participated in computer shows outside Rhode Island and Connecticut ; that Defendant had inventory accountability for all products sold at computer shows; that Lori Montville attended shows in MD;
that Lori Montville sold 0 filters at that show.

DX-FF November 8-9, 2003 Inventory sheet for Lori Montville – King of Prussia, PA
This document is evidence that Defendant participated in computer shows outside Rhode Island and Connecticut ; that Defendant had inventory accountability for all products sold at computer shows; that Lori Montville attended shows in PA;
that Lori Montville sold 11 filters at that show.

DX-GG November 22-23, 2003 Inventory sheet for Lori Montville – Staten Island, NY
This document is evidence that Defendant participated in computer shows outside Rhode Island and Connecticut ; that Defendant had inventory accountability for all products sold at computer shows; that Lori Montville attended the shows in NY;
that Lori Montville sold 2 filters at that show.

DX-HH November 28-30, 2003 Inventory sheet for Lori Montville – Secaucus, NJ
This document is evidence that Defendant participated in computer shows outside Rhode Island and Connecticut; that Defendant had inventory accountability for all products sold at computer shows; that Lori Montville attended shows in NJ;
that Lori Montville sold 9 filters at that show.

DX-II December 7, 2003 Inventory sheet for Lori Montville – White Plains, NY
This document is evidence that Defendant participated in computer shows outside Rhode Island and Connecticut; that Defendant had inventory accountability for all products sold at computer shows; that Lori Montville attended shows in NY;

that Lori Montville sold 12 filters at that show.

DX-JJ Printouts of 49 Internet advertisers selling digital cable filters for free PPV
These printouts are just a sampling of the many Internet vendors not including ebay sellers who are selling and advertising filters as a device for gaining free access to pay-per-view programming.

DX-KK Printouts of various reset instructions from 23 Internet websites
These printouts show how widely available reset instructions are on the Internet.

DX-LL Printout of Motorola's Broadband Division products list
This document is evidence that Motorola sells both digital cable converter boxes including the DCT2000 and DCT2500 that Cox uses, and High Pass Filters from the same division.. It is inconceivable that Motorola would sell a product that defeats the security features of an adjunct product from the same division.

DX-MM Printout of Radio Shack's High Pass Filter product description
This printout is evidence that High Pass Filters are sold at Radio Shack's Internet website.

DX-NN High Pass Filter and purchase receipt from the Newport, RI Radio Shack.
Relevance: This is evidence that High Pass Filters can be purchased locally at Radio Shacks.

DX-OO Printout of *Multichannel News* Editorial Profile
This document indicates that *Multichannel News* is a weekly Reed Business Information Publication that is relevant to the cable TV and Telecommunications industry with a circulation of 18,800.

DX-PP Multichannel *News* Article *Hunting" Passive" Pirates* by Steve Donohue – March 8, 2004.
In this article dedicated to various types of cable theft, Cox's Lou Marcoux goes into great detail explaining the methodology and devices used by cable thieves, however in response to the writer's question about subscribers viewing pay-per-view movies for free, Marcoux blows that claim away by stating that filters are a "scam".

DX-QQ Cox Communications, New England service contract
This document given to subscribers upon contracting with Cox Communications for digital cable services does not indicate that use of a filter with Cox's equipment is prohibited.

DX-RR January 2004 Re-Issue of The 1993 Interference Handbook
In this revised manual offered at the FCC's official website, it is recommended to use a High Pass Filter for certain types of interference, proving the fact that High Pass Filters are legal electronics parts that are widely used for a variety of applications in the electronics industry.

DX-SS FCC Document on How to Install and Maintain a Radar Unit
This document is from the FCC's official website and describes another recommended use for High Pass Filters proving the fact that High Pass Filters are legal electronics parts that are widely used for a variety of applications in the electronics industry.

DX-TT FCC Public Notice Document *Filing and Measurement Guidelines for Frequency Hopping Spread Spectrum Systems*
This document is from the FCC's official website and describes another recommended use for High Pass Filters proving the fact that High Pass Filters are legal electronics parts that are widely used for a variety of applications in the electronics industry.

DX-UU February 10, 2003 Washington Post Article *High-Stakes Hunt For Cable Pirates*
In this article about cable theft that was contributed to by Cox Communications, it states "*cable theft may diminish as more customers opt for digital cable and the nearly-impossible-to-hack converters needed to view It*", Cox Communications is more evidence that **digital cable**, unlike analog cable is secure and not vulnerable to cable theft.

Defendants

By their Attorney,

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

## CERTIFICATION

I certify that on the 31st day of August, 2006, I mailed a true copy of the within to Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753 and Francis Holbrook, Esq., 122 Touro Street, Newport, RI 02840.