UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MOTION TO WITHDRAW**

Now comes James A. Currier, Attorney for the Defendants, and moves to withdraw on the basis of the Affidavit submitted herewith.

/s/ James A. Currier__________
James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 3rd day of October, 2006, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705 and e-mailed a copy to Jon Chaffee at Support911@aol.com.

/s/ James A. Currier____________