UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

## AFFIDAVIT

I, James A. Currier under oath depose and say:

1. I have been paid $13,500.00 to date for the handling of this case. From that amount I have paid $3,535.27 for expenses which were to be borne by the client. I submitted my bill for unpaid services in the amount of $42,555.47 to Jon Chaffee however he indicates he is unable to pay same.

2. Upon information and belief Amy Chaffee and Ramalda Bou have moved out of the State of Rhode Island and did not leave me a way to contact them. Also, I do not have a mailing address for Jon Chaffee.

3. Upon information and belief, Jon Chaffee and Cherie Chaffee, the mother of Jon Chaffee, have inquired of at least three Rhode Island attorneys as to whether I have committed malpractice in the handling of this case.

4. As result of the aforesaid circumstances, I do not believe I will be able to exercise the degree of skill and diligence of which I am capable at any trial of this case.

James A. Currier

Subscribed and sworn to before me this ~~3rd~~ 5th day of October, 2006.

Notary Public Exp. 9/ /09