UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**APPEAL FROM ORDER OF MAGISTRATE JUDGE**

Now come the defendants Jon Chaffee, Amy Chaffee and Ramalda Bou, pursuant to Local Rule 32 (b) (2) and appeal from the order of Magistrate Judge Almond dated October 4, 2006 for the reasons set forth in the memoranda submitted herewith.

By their Attorney,

/s/ James A. Currier
James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MEMORANDUM IN SUPPORT OF APPEAL FROM ORDER OF MAGISTRATE JUDGE**

On or about July 31, 2006, Plaintiff's attorneys submitted "Affirmations" regarding attorneys' fees requested. Clearly, the "Affirmations" alone are inadmissable hearsay. However it may be that the attorneys intend to testify as to the fees. If so, cross examination would most likely be in order.

Therefore, on August 15, 2006, Defendants' served their Fifth Request for Production of Documents as referenced at page 2 of the Memorandum and Order. On September 12, 2006 Defendants filed a Motion for Expedited Discovery.

As was made clear at the prehearing conference held September 27, 2006, defendants seek to inspect the items requested only as to the dates referred to in the bills submitted. Following such inspection it may be that defendants would wish to depose the attorneys.

The purpose of such inspection and possible depositions should be clear. Cross examination without such discovery would be reckless at best and perhaps uneccessarily time consuming

Defendants
By their Attorney,

/s/ James A. Currier

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115