UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND | : | |
| v. | : | C.A. No. 05-107S |
| JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, and CHAFFEE INTERNATIONAL et al., | : | |

**ORDER**

On October 3, 2006, Defendants' counsel, Mr. James A. Currier, moved to withdraw his appearance. (Document No. 162). The Motion to Withdraw was accompanied by the Affidavit of Mr. Currier citing his clients' failure to pay for services rendered, failure to provide contact information and investigation of a possible malpractice claim related to the handling of this case. See Aff. of Currier.

This Motion has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72. The Motion is not ripe for determination. Rule General 102 of this Court's Local Rules (adopted January 1, 2006) is brought to Mr. Currier's attention. That Rule sets out the proper procedure for moving to withdraw. See LR Gen. 206(e)(2). Mr. Currier did not, as required, submit a Soldiers' and Sailors' Civil Relief Act Affidavit, LR Gen. 206(e)(2)(A), and his Affidavit did not otherwise contain the required information, LR Gen. 206(e)(2)(B)-(D). Mr. Currier's Motion to

Withdraw cannot be considered by this Court until it is properly supported, as required by the Local Rule General 206.

So ordered.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
October 10, 2006