UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**APPEAL FROM ORDER OF MAGISTRATE JUDGE**

Now comes James A. Currier the pursuant to Local Rule 32 (b) (2) and appeals from the order of Magistrate Judge Almond dated October 10, 2006 for the reasons set forth in the memoranda submitted herewith.

/s/ James A. Currier
James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 11th day of October, 2006, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705 and e-mailed a copy to Jon Chaffee at Support911@aol.com.

/s/ James A. Currier____________