UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MEMORANDUM IN SUPPORT OF APPEAL FROM ORDER OF MAGISTRATE JUDGE**

As set forth in the Affidavit in support of the Motion to Withdraw, the undersigned does not know the whereabouts of defendants Ramalda Bou nor Amy Chaffee and does not have a mailing address for defendant Jon Chaffee. As a consequence counsel is unable to strictly comply with LR Gen 206.

However, an attorney should not have to provide free legal services against his wishes nor incur the further expense of trying to locate clients who moved and failed to advise him as to how to contact them.

/s/ James A. Currier
James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115