UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

## APPEAL FROM ORDER OF MAGISTRATE JUDGE

Now comes James A. Currier the pursuant to Local Rule 32 (b) (2) and appeals from the order of Magistrate Judge Almond dated October 10, 2006 for the reasons set forth in the memoranda submitted herewith.

Denied: The Order of MJ Almond is not clearly erroneous or contrary to law. Counsel is directed to fully comply with Local Rule 32(b)(2) or state in his affidavit all efforts made to comply; thereafter may renew his motion to withdraw.

WES
USDJ
10/17/06

/s/ James A. Currier
James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115