UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MEMORANDUM IN SUPPORT OF APPEAL FROM ORDER OF MAGISTRATE JUDGE**

On or about July 31, 2006, Plaintiff's attorneys submitted "Affirmations" regarding attorneys' fees requested. Clearly, the "Affirmations" alone are inadmissable hearsay. However it may be that the attorneys intend to testify as to the fees. If so, cross examination would most likely be in order.

Therefore, on August 15, 2006, Defendants' served their Fifth Request for Production of Documents as referenced at page 2 of the Memorandum and Order. On September 12, 2006 Defendants filed a Motion for Expedited Discovery.

As was made clear at the prehearing conference held September 27, 2006, defendants seek to inspect the items requested only as to the dates referred to in the bills submitted. Following such inspection it may be that defendants would wish to depose the attorneys.

The purpose of such inspection and possible depositions should be clear. Cross examination without such discovery would be reckless at best and perhaps uneccessarily time consuming

Defendants
By their Attorney,

/s/ James A. Currier________

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I certify that on the 6th day of October, 2006, I mailed a true copy of the within to Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753 and Francis Holbrook, Esq., 122 Touro Street, Newport, RI 02840.

*/s/ James A. Currier*___________