UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**APPEAL FROM ORDER OF MAGISTRATE JUDGE**

Now come the defendants Jon Chaffee, Amy Chaffee and Ramalda Bou, pursuant to Local Rule 32 (b) (2) and appeal from the order of Magistrate Judge Almond dated October 4, 2006 for the reasons set forth in the memoranda submitted herewith.

Denied - There is no showing of clear error or that the MJ order is contrary to law

WESmith
USDJ
10/19/06

By their Attorney,

/s/ James A. Currier
James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115