UNITED STATES CIRCUIT COURT FOR THE FIRST CIRCUIT

File Number

COXCOM, INC., et al

VS

JON CHAFFEE, et als

PETITION FOR PERMISSION TO APPEAL

Now come Defendants a file this Petition for Permission based on the memorandum and exhibits filed herewith.

By their Attorney,

/s/ James A. Currier
James A. Currier #49920
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113 Fax (401) 274-3115

CERTIFICATION

I certify that on the 21st day of October, 2006, I mailed a true copy of the within to Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753 and Francis Holbrook, Esq., 122 Touro Street, Newport, RI 02840 and electronicly filed a copy with the District Court.

/s/ James A. Currier