UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MOTION TO STAY**

Now come the defendants Jon Chaffee, Amy Chaffee and Ramalda Bou and move to stay further proceedings in this Court pending resolution by the First Circuit Court of Appeals of Defendants' Petition for Permission to Appeal.

By their Attorney,

/s/ James A. Currier_____

James A. Currier #953
128 Dorrance Street
Suite 400
Providence, RI 02903
(401) 274-3113
Fax (401) 274-3115

CERTIFICATION

I hereby certify that on the 24th day of October, 2006, I mailed true and accurate copies of the within to Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753 and Francis S.Holbrook, II, Esq., 122 Touro Street, Newport, RI 02840.

/s/ James A. Currier______