**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **COXCOM INC., d/b/a COX COMMUNICATIONS NEW ENGLAND,** | ) | |
| **Plaintiff,** | ) | **C.A. No. 05-107 S** |
| **v.** | ) | |
| **JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, and RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,** | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S OBJECTION AND OPPOSITION TO DEFENDANTS' MOTION FOR A STAY OF FURTHER PROCEEDINGS PENDING APPEAL**

Plaintiff, CoxCom, Inc. d/b/a Cox Communications New England (hereinafter referred to as "CoxCom" or "Plaintiff"), by its attorneys, Lefkowitz, Hogan & Cassell, LLP and Miller, Scott & Holbrook, objects to and opposes Defendants' Motion to Stay Further Proceedings in this Court Pending Appeal.

Respectfully submitted,

Dated: Jericho, New York
November 9, 2006

Attorneys for Plaintiff
LEFKOWITZ, HOGAN & CASSELL, LLP

By: /s/Shaun K. Hogan

Shaun K. Hogan (SH 7227)
350 Jericho Turnpike, Suite 300
Jericho, New York 11753
(516) 942-4700

Dated: Newport, Rhode Island
November 10, 2006

MILLER, SCOTT & HOLBROOK

By: /s/Francis S. Holbrook

Francis S. Holbrook (FH-3412)
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500