**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,** | ) | **C.A. No.: 05-107 S** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, IMPORTS individually and d/b/a, ELECTRONIC RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,** | ) | **AFFIRMATION OF SHAUN K. HOGAN IN OPPOSITION TO DEFENDANTS' MOTION TO STAY FURTHER PROCEEDINGS <u>PENDING THEIR APPEAL</u>** |
| **Defendants.** | ) | |

I, **SHAUN K. HOGAN**, an attorney admitted *pro hac vice* to practice before the Bar of the United States District Court for the District of Rhode Island, affirms the following under penalties of perjury:

1. I am an partner in the law firm Lefkowitz, Hogan & Cassell, LLP, attorneys for the plaintiff, CoxCom Inc. d/b/a Cox Communications New England (hereinafter "CoxCom" or "Plaintiff"), in the above-captioned action. CoxCom, by its attorneys, respectfully submits this Affirmation in support of its Objection and Opposition to Defendants' Motion to Stay Appeal Further Proceedings in this Court Pending Appeal.

2. Annexed hereto as Exhibit "A" is a copy of docket sheet in this action.

3. Annexed hereto as Exhibit "B" is a copy of Magistrate Judge Lincoln D. Almond's Report and Recommendation granting Plaintiff's Motion for Summary Judgment.

4. Attached hereto as Exhibit "C" is a copy of this Court's Decision and Order adopting Magistrate Judge Lincoln D. Almond's Report Recommendation granting Plaintiff's Motion for Summary Judgment.

5. Attached hereto as Exhibit "D" is a copy of Magistrate Judge Lincoln D. Almond's Report Recommendation denying Defendants Motion to Revoke Plaintiff's Counsel Pro Hac Vice Privileges and Defendants' Motion to Amend.

6. Attached hereto as Exhibit "E" is a copy of this Court's Decision and Order adopting Magistrate Judge Lincoln D. Almond's Report Recommendation denying Defendants Motion to Revoke the Pro Hac Vice Privileges of Plaintiff's Counsel and Defendants' Motion to Amend.

7. Attached hereto as Exhibit "F" is a copy of Magistrate Judge Lincoln D. Almond's Report Recommendation denying Defendants Motion for Expedited Discovery.

Dated: Jericho, New York
November 9, 2006

/s/Shaun K. Hogan
SHAUN K. HOGAN (SH 7227)