UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CoxCom, Inc., d/b/a Cox Communications New England,

Plaintiff,

v.

John Chaffee, individually and d/b/a Electronic Imports and Chaffee International, Amy Chaffee, individually and d/b/a Electronic Imports, Ramalda Bou, individually and d/b/a Electronic Imports,

Defendants.

C.A. No. 05-107S

**DECISION AND ORDER**

WILLIAM E. SMITH, United States District Judge.

Defendants have filed, in one sentence, an Appeal of Magistrate Judge Almond's January 20, 2006 order denying their Motions to Revoke Pro Hac Vice Privileges and to File a Second Amended Counterclaim. In so doing, Defendants have simply referred the Court to their previously filed submissions, which wholly fails to comply with Fed. R. Civ. P. 72 and LR Cv 72. This alone is a basis for denying Defendants' appeal.[1] See, e.g., Sackall v. Heckler, 104 F.R.D. 401, 402-03 (D.R.I. 1984) (Selya, J.).

[1] The Court acknowledges receipt of Defendants' subsequently filed Supplemental Memorandum and finds that, to the extent it relates to this appeal, it also does not comply with Fed. R. Civ. P. 72 and LR Cv 72.

Moreover, following de novo review of Judge Almond's denial of Defendants' Motion to File a Second Amended Counterclaim, and clear error review of Judge Almond's denial of Defendants' Motion to Revoke Pro Hac Vice Privileges, the Court finds Defendants' appeal to be meritless. The appeal is *DENIED*.

IT IS SO ORDERED.

William E. Smith
United States District Judge
Dated: 2/14/06