COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND
v.
JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, and RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS
Case No. 05 Civ. 107 S

## CERTIFICATE OF SERVICE

I, **JANINE P. ZABBIA**, an employee of the firm **LEFKOWITZ, HOGAN & CASSELL, LLP**, attorneys for the Plaintiff, CoxCom, Inc. Cox Communications New England, in the above-entitled action, hereby certify under penalty of perjury that I caused a copy of Plaintiff's Objections and Opposition to Defendants' Motion for A Stay of Further Proceedings Pending Appeal, Affirmation of Shaun K. Hogan in Opposition to Defendants' Motion to Stay Further Proceedings Pending Their Appeal, Plaintiff's Opposition to Defendants' Motion for a Stay Pending Appeal and its accompanying exhibits, to be served on defendants Jon Chaffee, individually and d/b/a Electronic Imports and Chaffee International, Amy Chaffee, individually and d/b/a Electronic Imports, and Ramalda Bou, individually and d/b/a Electronic Imports (hereinafter "defendants"), by causing a true and accurate copy thereof to be placed in a sealed envelope First Class Mail (postage pre-paid) and deposited in an official depository of United States Postal Service on November 10, 2006 addressed to the defendant at the addresses set forth below:

**James Currier, Esq.**
**Attorney for Defendants**
**128 Dorrance Street, Suite 400**
**Providence, Rhode Island 02903**

/s/Janine P. Zabbia
Janine P. Zabbia