UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND | : | |
| v. | : | C.A. No. 05-107S |
| JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, and CHAFFEE INTERNATIONAL et al. | : | |

**MEMORANDUM AND ORDER**

In this matter, the Court granted Defendants' Motion to Stay (Document No. 172) on November 28, 2006. See Document No. 174. The Court's Memorandum and Order stated that, "proceedings in this Court will be stayed pending resolution by the Court of Appeals of the Defendants' request to pursue an interlocutory appeal." Id. On January 2, 2007, Plaintiff notified the Court that the First Circuit Court of Appeals had denied the Defendants' "petition for permission to appeal" and entered Judgment against Defendants. This Court reviewed the entry of the First Circuit Court of Appeals which states, "[t]he 'petition for permission to appeal' is denied. No final appealable judgment has, as yet, entered, and defendants have not shown that any of the challenged rulings are immediately appealable under the collateral order doctrine, 28 U.S.C. §1292(b), or otherwise." See First Circuit Docket No. 06-8046, Judgment entered Dec. 28, 2006. Accordingly, the Stay in this Court is lifted and the damages hearing postponed from November 15, 2006 shall be rescheduled.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
January 5, 2007