UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

MOTION TO POSTPONE

Now come the Defendant, Jon Chaffee, requesting a postponement of the Damages Trial until sometime in March because of medical issues. I have also been unable to retrieve my case file from Mr. Currier. I am contacting him again to try and set up an appointment to pick it up, so I also need that additional time to go through the file to prepare for the damages trial.

By Jon Chaffee

J. Chaffee pro se

CERTIFICATION

I hereby certify that on the 30th day of January 2007, I mailed true and accurate copies of the within to Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753 and Frances S. Holbrook, II, Esq., 122 Touro Street, Newport, RI 02840.

J. Chaffee pro se