UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND | : | |
| v. | : | C.A. No. 05-107S |
| JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, and CHAFFEE INTERNATIONAL et al., | : | |

**ORDER**

On January 30, 2007, I received a letter purportedly from Defendant Amy Chaffee informing me that Defendants' counsel "Mr. Currier is no longer representing [her] in [her] litigation with Plaintiff and that [she is] representing [herself]." The letter is not sworn or notarized and thus I have no way to judge the authenticity of Amy Chaffee's signature or the wishes expressed in her letter. Amy Chaffee was not present at the February 13, 2007 hearing in this case and her attorney of record, Attorney Currier, did not seek to withdraw as her attorney at the hearing. In addition, Amy Chaffee has not filed a pro se entry of appearance with the Clerk. Thus, Attorney Currier remains counsel of record for Amy Chaffee at this time.

If Amy Chaffee still wishes to represent herself in this case, she shall, by February 23, 2007, (1) file a pro se entry of appearance with the Clerk which contains her current mailing address, telephone number, and, if any, fax number and email address, see Local Rule Gen. 205; and (2) provide a copy of such pro se appearance to Attorney Currier and request that he immediately move to withdraw as her counsel based on such pro se appearance. If a properly supported Motion to

Withdraw is thereafter filed by Attorney Currier, it will be promptly taken under advisement by the Court.

Amy Chaffee is also placed on notice that a damages hearing in this case will be held before me on Monday, March 12, 2007 commencing at 10:00 a.m. and continuing, if necessary, on Tuesday, March 13, 2007 commencing at 2:00 p.m. Such hearing will be held in Courtroom A of the John O. Pastore Federal Building, Two Exchange Terrace, Providence, Rhode Island. Finally, Amy Chaffee is advised that her pro se appearance will not be considered grounds for delaying the long-pending damages hearing in this case. The Clerk of Court shall serve this Order on Amy Chaffee by Regular Mail and Certified Mail, Return Receipt Requested, at the address provided in her January 30, 2007 letter, i.e., 238 West River Road, Uxbridge, Massachusetts 01569.

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
February 14, 2007