AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

Coxcom

V.

Chaffee

## EXHIBIT AND WITNESS LIST

Case Number: CA05-107S.

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Almond | Hogan | Pro Se - Chaffee/Currier. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 3-12-07. | tape | J. Noel. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 29 | | 3/12 | ✓ | ✓ | photo - filter, receipt, instructions. |
| 40a | | " | ✓ | ✓ | filter |
| 33 | | " | ✓ | ✓ | receipt from Chaffee |
| 40b | | " | ✓ | ✓ | filter - digital cable |
| 42 | | " | ✓ | obj. ✓ | sign |
| 35 | | " | ✓ | ✓ | receipt. - 10 filters, photo |
| 40 d-M | | " | ✓ | ✓ | 10 filters. |
| 36 | | " | ✓ | ✓ | document from trash (Chaffee). |
| 37 | | " | ✓ | obj. No | document from Chaffee trash |
| - | | " | | | deposition of Allard. |
| 27 | | " | ✓ | ✓ | conversation - transcript of audio tape |
| 44 | | " | ✓ | ✓ | conversation - transcript of audio tape |
| 40 N-P | | " | ✓ | ✓ | 5 filters |
| 31 | | " | ✓ | ✓ | photo - receipt to Matteo; filter |
| 40c | | " | ✓ | ✓ | filter - digital cable |
| 8 | | " | ✓ | ✓ | email recovered from Chaffee computer |
| 9 | | " | ✓ | ✓ | email recovered from Chaffee computer |
| 10 | | " | ✓ | ✓ | email " " " " |
| 14 | | " | ✓ | ✓ | email " " " " |
| 19 | | " | ✓ | ✓ | email " " " " |
| 23 | | " | ✓ | ✓ | email 9/7/04. |
| | W | " | ✓ | | 2 page spreadsheet |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

Cox Com

V.

Chattee

## EXHIBIT AND WITNESS LIST

Case Number: CA 05-107S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Almond | Hogan | Prose-Chattee / Currier |
| TRIAL DATE (S) 3-12-07 | COURT REPORTER Tape | COURTROOM DEPUTY M. Saucier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 59 | | 3-12-07 | ✓ | ✓ | Video of Computer show in CT on 12-18-04 |
| 52 | | " | ✓ | ✓ | Affadavit - Costs / Attorneys fee S (Hogan) |
| 53 | | " | ✓ | ✓ | " " " (Holbrook) |
| 1 | | " | ✓ | ✓ | 1st Accounting Sales of filters 4-12-05 |
| 3 | | " | ✓ | ✓ | 2nd Accounting - Sales of filters |
| 4a | | " | ✓ | ✓ | Δ Response to interrogatories etc. |
| 4b | | " | ✓ | ✓ | Δ " " " |
| 4c | | " | ✓ | ✓ | Δ " " " |
| 2(a) | | " | ✓ | ✓ | Δ " " " |
| 2(b) | | " | ✓ | ✓ | Δ " " " |
| 2(c) | | " | ✓ | ✓ | Δ " " " |
| 55 | | " | ✓ | ✓ | Plaintiff Discovery Requests |
| 56 | | " | ✓ | ✓ | " |
| 57 | | " | ✓ | ✓ | " |
| 58 | | " | ✓ | ✓ | " |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.