REPRINT OF BILLED DETAILS (as billed)

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/06/06 | SKH | Prepared for client meeting; participated in conference. | | | | |
| | | | 1.90 hrs | 200 | /hr | 380.00 |
| 07/10/06 | SKH | Reviewed file; telephone conference with client; telephone conference with M. Matteo; prepared for hearings; worked on damage submissions. | | | | |
| | | | 2.90 hrs | 200 | /hr | 580.00 |
| 07/13/06 | SKH | Began drafting memorandum of law in support of an award of attorneys fees and statutory damages. | | | | |
| | | | 1.80 hrs | 200 | /hr | 360.00 |
| 07/17/06 | SKH | Drafted electronic mail to client; telephone conference with client; reviewed file; reviewed notes from client conference regarding hearing on damages; drafted memo to file. | | | | |
| | | | 1.60 hrs | 200 | /hr | 320.00 |
| 07/18/06 | SKH | Reviewed electronic mail from client; reviewed transcript of conversations between L. Marcoux and Boisvert for information that would be helpful; reviewed electronic mails for information relating to the filter sales; reviewed exhibits; reviewed deposition transcript of A. Chaffee. | | | | |
| | | | 4.90 hrs | 200 | /hr | 980.00 |
| 07/19/06 | SKH | Prepared part of exhibit list for hearing; reviewed file; telephone conference with client; analyzed deposition transcripts and electronic mail for information relating to the total of sales made by defendant. | | | | |
| | | | 4.90 hrs | 200 | /hr | 980.00 |

07/20/06 SKH Reviewed file; continued to analyze the evidence, exhibits and deposition transcripts to identify evidence for the hearing; revised exhibit list; drafted electronic mail to client; reviewed deposition transcripts of S. McKenna and Bou; telephone conference with client; analyzed docket to identify examples of defense counsel's outrageous litigation tactics.
4.20 hrs 200 /hr 840.00

07/21/06 SKH Reviewed file; drafted a section of plaintiff's damage submission; telephone conference with client; analyzed previous submission to Court and plaintiff's motion for attorneys' fees and damages; drafted memo to file; reviewed deposition transcripts and evidence; reviewed exhibit list; drafted witness summary for M. Matteo.
3.90 hrs 200 /hr 780.00

07/24/06 SKH Revised exhibit list; analyzed evidence and issues relating to hearing an pre-hearing submissions; analyzed legal fees and costs in the case worked on Cox's application for fees and costs; analyzed cost incurred in this action.
4.20 hrs 200 /hr 840.00

07/25/06 SKH Telephone conference with clients; analyzed evidence; analyzed exhibits and evidence; revised exhibit list; reviewed deposition transcripts.
3.20 hrs 200 /hr 640.00

07/26/06 SKH Reviewed and revised statement of damages; reviewed and revised exhibit list; telephone conference with client; telephone conference with local counsel; reviewed and revised memorandum of law; analyzed evidence.

4.20 hrs 200 /hr 840.00

07/27/06 SKH Analyzed evidence and electronic mails from defendant; reviewed deposition transcripts; drafted statement of damages; reviewed and revised same; revised memorandum of law; reviewed and revised exhibit list; drafted witness summons; reviewed and revised same.

3.90 hrs 200 /hr 780.00

07/28/06 SKH Telephone conference with client; drafted memo to file; reviewed and revised memorandum of law; analyzed exhibits and evidence; reviewed and revised statement of damages; reviewed and revised exhibit list; telephone conference with local counsel and client; reviewed and revised letter to local counsel; prepared pre-hearing submissions for filing.

3.90 hrs 200 /hr 780.00

| | | | | | |
|---|---|---|---|---|---|
| 07/31/06 SKH | Telephone conference with local counsel; revised memorandum of law; telephone conference with Court. | .80 hrs | 200 | /hr | 160.00 |

REPRINT OF BILLED DETAILS (as billed)

FOR PROFESSIONAL SERVICES RENDERED

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/01/06 | SKH | Reviewed file; reviewed defendant's motion to dismiss; reviewed docket sheet; drafted memo to file; reviewed and revised same; telephone conference with local counsel. | .70 hrs | 200 | /hr | 140.00 |
| 08/02/06 | SKH | Reviewed file; reviewed docket sheet; drafted memo to file; outlined response to motion. | .50 hrs | 200 | /hr | 100.00 |
| 08/03/06 | SKH | Reviewed file; reviewed defendant's motion; drafted plaintiff's objection to motion; drafted a portion of the affirmation; telephone conference with client; reviewed order from Court. | .90 hrs | 200 | /hr | 180.00 |
| 08/04/06 | SKH | Telephone conference with local counsel; reviewed Court order and docket sheet. | .30 hrs | 200 | /hr | 60.00 |
| 08/08/06 | SKH | Reviewed file in preparation for hearing; analyzed exhibit list. | 1.20 hrs | 200 | /hr | 240.00 |
| 08/09/06 | SKH | Outlined cross and direct examination on damages; reviewed exhibits. | 1.80 hrs | 200 | /hr | 360.00 |
| 08/10/06 | SKH | Reviewed docket sheet; completed outline of defendant's cross examination; drafted memo to file; reviewed and revised same. | 1.30 hrs | 200 | /hr | 260.00 |
| 08/11/06 | SKH | Telephone conference clients; drafted memo to file; reviewed docket sheet. | .40 hrs | 200 | /hr | 80.00 |
| 08/15/06 | SKH | Reviewed file; reviewed defendant's discovery demand by defendants; drafted memo to file; outlined response. | .40 hrs | 200 | /hr | 80.00 |

| | | | | |
|---|---|---|---|---|
| 08/21/06 | SKH | Prepared for hearing; reviewed exhibits; drafted memo to file; analyzed defendant's likelihood to appeal to attorneys fees and plaintiff's claims for statutory damages. | .90 hrs 200 /hr | 180.00 |
| 08/22/06 | SKH | Telephone conference with local counsel; reviewed deadline to file objections to discovery demands. | .30 hrs 200 /hr | 60.00 |
| 08/23/06 | SKH | Telephone conference with client. | .10 hrs 200 /hr | 20.00 |
| 08/25/06 | SKH | Reviewed exhibits for hearing. | .80 hrs 200 /hr | 160.00 |
| 08/29/06 | SKH | Reviewed docket sheet; drafted memo to file. | .10 hrs 200 /hr | 20.00 |
| 08/30/06 | SKH | Telephone conference with client; analyzed first circuit decision regarding damages and the applicability of 47 USC Section 605; reviewed defendant's motion to disqualify; conducted legal research; reviewed the statute and case law; drafted a portion of the memo of law in opposition to defendant's motion. | 2.70 hrs 200 /hr | 540.00 |
| 08/31/06 | SKH | reviewed defendant's trial memo; drafted memo to file; outlined responses; reviewed motion; telephone conference with client; telephone conference with local counsel. | 1.80 hrs 200 /hr | 360.00 |

REPRINT OF BILLED DETAILS (as billed)

FOR PROFESSIONAL SERVICES RENDERED

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/01/06 | SKH | Reviewed file; reviewed cases cited by defendant in this trial memo; drafted memo to file; reviewed electronic mail from client; responded to electronic mail from client; telephone conference with client. | 1.80 hrs | 200 | /hr | 360.00 |
| 09/05/06 | SKH | Reviewed file; reviewed defendant's list of exhibits for the damage hearing; reviewed issues relating to the hearing; telephone conference with client. | .90 hrs | 200 | /hr | 180.00 |
| 09/06/06 | SKH | Telephone conference with client; reviewed docket sheet; reviewed ruling for motion to disqualify. | .40 hrs | 200 | /hr | 80.00 |
| 09/07/06 | SKH | Analyzed defendant's exhibit list; revised memorandum; prepared exhibits for hearing; outlined motion. | 1.80 hrs | 200 | /hr | 360.00 |
| 09/08/06 | SKH | Reviewed file; prepared for conference and hearing; outlined objections; reviewed Court Order; drafted memo to file. | 1.10 hrs | 200 | /hr | 220.00 |
| 09/11/06 | SKH | Drafted objections and opposition to defendant's demand for discovery; prepared objections to defendant's exhibit list. | 1.80 hrs | 200 | /hr | 360.00 |

REPRINT OF BILLED DETAILS (as billed)

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/12/06 | SKH | Prepared opposition to defendant's fifth demand for production; conducted legal research; drafted electronic mail to S. Durey; reviewed defendant's motion to compel expedited discovery; reviewed ECF Notice. | 1.50 hrs | 200 | /hr | 300.00 |
| 09/13/06 | SKH | Reviewed defendant's fifth request for production of documents; drafted responses; conducted legal research; reviewed docket sheet. | 3.80 hrs | 200 | /hr | 760.00 |
| 09/13/06 | SKH | Reviewed documents, defendant's fifth request for production,; drafted responses; conducted legal research; reviewed docket sheet. | 3.80 hrs | 200 | /hr | 760.00 |
| 09/14/06 | SKH | Conducted legal research; revised response to defendant's request for discovery; drafted memo to file; drafted letter to defendant's attorney; reviewed and revised same; researched opposition to defendant's motion for deposition of plaintiff. | 4.80 hrs | 200 | /hr | 960.00 |
| 09/15/06 | SKH | Conducted legal research regarding the defendant's motion; reviewed case law. | 1.30 hrs | 200 | /hr | 260.00 |
| 09/18/06 | SKH | Conducted legal research; reviewed case law; reviewed and revised opposition to defendant's motion to compel. | 4.90 hrs | 200 | /hr | 980.00 |
| 09/19/06 | SKH | Reviewed legal research; reviewed and revised memorandum of law. | 3.80 hrs | 200 | /hr | 760.00 |

| | | | | | |
|---|---|---|---|---|---|
| 09/21/06 SKH | Reviewed and revised objections to defendant's motion; drafted affirmation; reviewed and revised same; drafted objection; reviewed and revised same. | 2.80 hrs | 200 | /hr | 560.00 |
| 09/22/06 SKH | Telephone conference with local counsel; telephone conference with client; reviewed exhibits for hearing; drafted affirmation. | 2.60 hrs | 200 | /hr | 520.00 |
| 09/25/06 SKH | Reviewed file; reviewed and prepared for hearing regarding the defendant's motion to compel; reviewed electronic mail from S. Durey; reviewed letter from defendant's attorney; drafted responsive letter; revised exhibit list; revised affirmation in support of motion to preclude; revised memorandum of law in support of request for damages and fees; reviewed witness summons. | 2.90 hrs | 200 | /hr | 580.00 |

REPRINT OF BILLED DETAILS (as billed)

C 

| | | | | | |
|---|---|---|---|---|---|
| 09/26/06 SKH | Reviewed recording of defendant's February 17, 2005 sale of filters; reviewed electronic mail from client; drafted response; drafted electronic mail to client regarding the 2/17/05 sale of filters by J. Chaffee; revised transcripts of recordings of the 2/17/05 sale; telephone conference with client; reviewed exhibits; drafted electronic mail to client. | | | | |
| | | 3.40 hrs | 200 | /hr | 680.00 |
| 09/27/06 SKH | Prepared for and attended Court conference and hearing in Providence, Rhode Island. | | | | |
| | | 3.60 hrs | 200 | /hr | 720.00 |

REPRINT OF BILLED DETAILS (as billed)

FOR PROFESSIONAL SERVICES RENDERED

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/02/06 | SKH | Reviewed file and docket sheet. | .20 hrs | 200 | /hr | 40.00 |
| 10/03/06 | SKH | Reviewed file; reviewed defendant's motion to withdraw as counsel with attachment. | .50 hrs | 200 | /hr | 100.00 |
| 10/04/06 | SKH | Telephone conference with client regarding defendant's motion; conducted legal research; outlined response to defendant's motion; prepared for damages hearing. | 3.20 hrs | 200 | /hr | 640.00 |
| 10/05/06 | SKH | Reviewed electronic mail from local counsel; conducted legal research; outlined opposition to defendant's motion to leave; telephone conference with client. | 1.20 hrs | 200 | /hr | 240.00 |
| 10/06/06 | SKH | Reviewed file; telephone conference with local counsel; drafted memo to file; reviewed information relating to foreclosure of defendant's property; telephone conference with client. | 1.60 hrs | 200 | /hr | 320.00 |
| 10/10/06 | SKH | Opposition to motion to withdraw; reviewed file. | .40 hrs | 200 | /hr | 80.00 |
| 10/11/06 | SKH | Reviewed docket sheet; drafted letter to Court regarding Motion to Preclude; reviewed and revised same; drafted letter to defendant's attorney; reviewed and revised same. | 1.70 hrs | 200 | /hr | 340.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10/12/06 | SKH | Telephone conference with client; analyzed defendant's motion to appeal from Magistrate's Order; outlined response; reviewed file and ECF notice and docket. | 1.40 hrs | 200 /hr | 280.00 |
| 10/16/06 | SKH | Reviewed Court Order scheduling hearing; reviewed docket sheet; telephone conference with clients; reviewed defendant's appeal from Magistrate's ruling; reviewed local rules and legal research regarding attorney withdrawing from representing clients; drafted memo to file; reviewed legal research. | 2.00 hrs | 200 /hr | 400.00 |
| 10/17/06 | SKH | Reviewed file; reviewed case law regarding defendant's appeal; drafted memo to file. | .80 hrs | 200 /hr | 160.00 |
| 10/18/06 | SKH | Reviewed decision of Judge Smith denying defendant's appeal from the decision of Magistrate Almond; telephone conference with client; drafted electronic mails to client; reviewed docket sheet; confirmed that Court has yet to rule on plaintiff's motion to preclude defendant's witness and evidence; drafted memo to file. | .90 hrs | 200 /hr | 180.00 |
| 10/19/06 | SKH | Reviewed defendant's memorandum in support of appeal; outlined the decision of the Magistrate; drafted memo to file. | .80 hrs | 200 /hr | 160.00 |
| 10/23/06 | SKH | Reviewed docket sheet; reviewed file; reviewed defendant's appeal to the first circuit of appeals. | .60 hrs | 200 /hr | 120.00 |
| 10/24/06 | SKH | Reviewed defendant's appeal and motion for stay; telephone conference with client; telephone conference with local counsel; researched motion to stay and appeal; telephone conference with Court. | 1.80 hrs | 200 /hr | 360.00 |
| 10/26/06 | SKH | Reviewed file; reviewed defendant's memorandum in support of motion for stay and appeal to the First Circuit; outlined response; reviewed legal research; telephone conference with local counsel; prepared electronic mail to client; reviewed and revised same. | 1.80 hrs | 200 /hr | 360.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/27/06 | SKH | Reviewed file; conferenced case with client; analyzed the issues relating to the appeal; drafted statement of facts and procedural history for the opposition to the motion to stay; reviewed docket sheet; conferred the dates on which the Court decided motions referenced in the defendant's motion. | 2.80 hrs | 200 | /hr | 560.00 |
| 10/30/06 | SKH | Reviewed file; worked on opposition to appeal and motion to stay. | 1.60 hrs | 200 | /hr | 320.00 |
| 10/31/06 | SKH | Reviewed file; telephone conference with client; analyzed information provided by First Circuit; telephone conference with local counsel; confirmed calculations of plaintiff's deadline for appeal; drafted memo to file; analyzed docket; analyzed appellate rules of civil procedure; drafted outline regarding Magistrate's ability to preside over damages hearing. | 3.20 hrs | 200 | /hr | 640.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/07/06 | SKH | Prepared for trial; reviewed docket sheet from First Circuit and District Court; revised opposition to motion for stay; drafted memo to file; reviewed and revised same. | 3.60 hrs | 200 | /hr | 720.00 |
| 11/08/06 | SKH | Prepared for hearing on damages; reviewed electronic mails from Court; analyzed exhibits; researched issues relating to motion to stay and opposition to petition for appeal. | 3.40 hrs | 200 | /hr | 680.00 |
| 11/09/06 | SKH | Prepared for trial on damages and fees; analyzed evidence; drafted Matteo direct; reviewed rulings; telephone conference with Court; conducted research; drafted electronic mails to client; drafted letter to F. Holbrook; reviewed and revised same; drafted letter to Court; reviewed and revised same; drafted affirmation and objection to motion to stay. | 3.70 hrs | 200 | /hr | 740.00 |

REPRINT OF BILLED DETAILS (as billed)



| | | | | | | |
|---|---|---|---|---|---|---|
| 11/10/06 | SKH | Telephone conference with client; reviewed electronic mail from Court. | .40 hrs | 200 | /hr | 80.00 |
| 11/13/06 | SKH | Drafted electronic mail to local counsel; telephone conference with Court. | .30 hrs | 200 | /hr | 60.00 |
| 11/15/06 | SKH | Met with client; reviewed issues relating to the damages hearing with client; prepared for and attended hearing on defendant's motion for stay; reviewed defendant's motion, docket and our opposition; outlined oral argument. | 4.90 hrs | 200 | /hr | 980.00 |
| 11/16/06 | SKH | Reviewed electronic mail from Court; telephone conference with client. | .20 hrs | 200 | /hr | 40.00 |
| 11/21/06 | SKH | Telephone conference with client; reviewed docket sheet from district court and first circuit. | .20 hrs | 200 | /hr | 40.00 |
| 11/27/06 | SKH | Telephone conference with client; reviewed docket sheet. | .20 hrs | 200 | /hr | 40.00 |
| 11/28/06 | SKH | Reviewed Court's decision regarding the motion for a stay; researched the cases cited by the Court; analyzed the procedural, tactical and substantive considerations relating to filing an objection to the memo and order; drafted memo to client. | .90 hrs | 200 | /hr | 180.00 |
| 11/29/06 | SKH | Reviewed research regarding motion to stay. | .50 hrs | 200 | /hr | 100.00 |

REPRINT OF BILLED DETAILS (as billed)

| | | | | | |
|---|---|---|---|---|---|
| 12/01/06 SKH | Reviewed file; reviewed docket sheet First Circuit and District Court. | .20 hrs | 200 | /hr | 40.00 |
| 12/05/06 SKH | Reviewed file; reviewed electronic mail from Cox's Atlanta Office; drafted electronic mail to Cox Atlantic. | .30 hrs | 200 | /hr | 60.00 |

REPRINT OF BILLED DETAILS (as billed)

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/02/07 | SKH | Reviewed docket sheet; telephone conference with client; drafted letter to Court; reviewed and revised same. | 1.80 hrs | 200 | /hr | 360.00 |
| 01/03/07 | SKH | Reviewed decision from the First Circuit; drafted letter to defendant's attorney; reviewed and revised same; drafted electronic mail to in-house counsel; reviewed and revised same. | .60 hrs | 200 | /hr | 120.00 |
| 01/08/07 | SKH | Reviewed file and docket sheet. | .20 hrs | 200 | /hr | 40.00 |
| 01/09/07 | SKH | Reviewed Court Order lifting stay; drafted memo to file; drafted electronic mail to client; reviewed and revised same. | .30 hrs | 200 | /hr | 60.00 |
| 01/10/07 | SKH | Reviewed file; reviewed docket sheet; reviewed Court Order; drafted electronic mail to client; reviewed and revised same; telephone conference client. | .90 hrs | 200 | /hr | 180.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/17/07 | SKH | Prepared for damages hearing; reviewed and revised trial outline; reviewed docket sheet; drafted questions for witnesses; telephone conference with client. | 2.70 hrs | 200 | /hr | 540.00 |
| 01/18/07 | SKH | Reviewed file; prepared for trial; reviewed exhibits. | .80 hrs | 200 | /hr | 160.00 |
| 01/19/07 | SKH | Reviewed docket report; reviewed affidavits of Cox's witnesses; drafted memo to file. | .70 hrs | 200 | /hr | 140.00 |
| 01/22/07 | SKH | Drafted electronic mail to clients regarding hearing; reviewed M. Matteo's deposition transcripts; drafted memo to file; telephone conference with clients; reviewed Girard Report and Matteo Affidavit; reviewed Affidavit of L. Marcoux in Support of Cox's Objection to Defendant's Motion to Revoke; Affidavit in Support of Objection to Defendant's Supplemental Memo; Affidavit in Support of Motion for Temporary Restraining Order; reviewed exhibits. | 3.90 hrs | 200 | /hr | 780.00 |
| 01/23/07 | SKH | Continued review of L. Marcoux's Affidavits and two days of deposition transcripts in preparation for damages hearing; drafted memo to file; reviewed deposition transcript of M. Clifford in preparation for hearing on damages; reviewed information relative to the radio shack filter claims; reviewed docket sheet. | 3.20 hrs | 200 | /hr | 640.00 |
| 01/24/07 | SKH | Drafted electronic mail to client; prepared for damages hearing; reviewed file; drafted letter to defendant's attorney; reviewed and revised trial subpoenas; reviewed issues relating to damages hearing; reviewed file for information relating to defendant's witnesses; researched current location of witnesses identified by defendants. | 1.90 hrs | 200 | /hr | 380.00 |
| 01/25/07 | SKH | Reviewed file; responded to electronic mail from client; reviewed docket sheet; reviewed motion to preclude; drafted electronic mail to client; reviewed defendant's memo and exhibit list; reviewed electronic mail from Court; drafted memo to file; telephone conference with client. | 1.70 hrs | 200 | /hr | 340.00 |

REPRINT OF BILLED DETAILS (as billed)



| | | | | | |
|---|---|---|---|---|---|
| 01/26/07 | SKH | Reviewed file; telephone conference with clients; reviewed electronic mail from client; reviewed notes from deposition of Bou; revised outline; revised examination of J. Chaffee. | 3.80 hrs | 200 /hr | 760.00 |
| 01/30/07 | SKH | Met with client; reviewed strategy of damages hearing. | .70 hrs | 200 /hr | 140.00 |

REPRINT OF BILLED DETAILS (as billed)

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/05/07 | SKH | Reviewed issues relating to hearing on defendants' motion for postponement; telephone conference with client; drafted memo to file; reviewed and revised same; reviewed exhibits for hearing. | 1.20 hrs | 200 | /hr | 240.00 |
| 02/06/07 | SKH | Reviewed file; reviewed transcript and report of Girard; reviewed docket sheet; prepared for hearing; drafted memo to file; telephone conference with Court; telephone conference with local counsel; telephone conference with client. | 2.90 hrs | 200 | /hr | 580.00 |
| 02/07/07 | SKH | Drafted electronic mail to witness; outlined trial testimony of Mark Matteo; telephone conference with client; reviewed file; prepared for damages hearing; reviewed damages memo; revised outline. | 6.50 hrs | 200 | /hr | 1,300.00 |
| 02/08/07 | SKH | Prepared for trial; reviewed outline for hearing; reviewed exhibit list; reviewed docket; telephone conference with client; telephone conference with local counsel. | 3.40 hrs | 200 | /hr | 680.00 |

REPRINT OF BILLED DETAILS (as billed)

| | | | | | |
|---|---|---|---|---|---|
| 02/09/07 | SKH | Telephone conference with clients; telephone conference with local counsel; prepared revised exhibit list; revised trial outline; reviewed deposition transcripts. | 4.80 hrs | 200 /hr | 960.00 |
| 02/12/07 | SKH | Met with three witnesses in Lincoln, Rhode Island; prepared for damages trial; reviewed and revised examinations of witnesses; analyzed evidence; revised cross-examination of Jon and Amy Chaffee. | 8.60 hrs | 200 /hr | 1,720.00 |
| 02/13/07 | SKH | Prepared for and attended Court hearing in Providence, Rhode Island; met with witnesses; reviewed evidence prepared for hearing on damages; drafted memo to file; reviewed and revised same. | 3.90 hrs | 200 /hr | 780.00 |
| 02/14/07 | SKH | Telephone conference with client; reviewed ECF bounces from Court; drafted memo to file. | .30 hrs | 200 /hr | 60.00 |

REPRINT OF BILLED DETAILS (as billed)



| | | | | | |
|---|---|---|---|---|---|
| 02/28/07 SKH | Reviewed file; reviewed docket sheet; drafted memo to file; reviewed Court Order; drafted electronic mail to client. | .40 hrs | 200 | /hr | 80.00 |