09/22/06 MDC Researched numerous issues regarding failure to comply with discovery deadlines, witness preclusion and exhibit preclusion; drafted Affirmation regarding Motion to Preclude.
1.10 hrs 200 /hr 220.00

09/25/06 MDC Researched and analyzed numerous cases regarding precluding testimony and exhibits; drafted Affirmation and Memorandum of Law in Support of Motion to Preclude.
3.00 hrs 200 /hr 600.00

REPRINT OF BILLED DETAILS (as billed)

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/06 | MDC | Researched numerous issues for purposes of drafting opposition to notice for appeal including issues regarding interlocutory appeal, collateral order doctrine, certification for an appeal, time to appeal, pro hac vice revocation, summary judgment review standard and properness of conducting independent research; drafted fact section of brief and drafted majority of legal arguments. | 8.40 hrs | 200 | /hr | 1,680.00 |
| 11/02/06 | MDC | Drafted Memorandum of Law in Opposition to Petition for leave to appeal; reviewed exhibits and cases for purposes of drafting. | 3.00 hrs | 200 | /hr | 600.00 |