| | | | | | |
|---|---|---|---|---|---|
| 07/25/06 JZ | Reviewed and redacted plaintiff's attorneys fees in preparation for drafting attorneys fees affirmation for damages analysis. | 4.00 hrs | 85 | /hr | 340.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/26/06 | JZ | Continued to redact attorneys fees and costs for attorneys' fees affirmation; calculated fees and costs in preparation for drafting attorneys' fees affirmation. | 5.20 hrs | 85 | /hr | 442.00 |
| 07/27/06 | JZ | Verified amount of attorneys' fees and costs in preparation for drafting the attorneys' fees affirmation; drafted attorneys' fees and costs affirmation; reviewed and revised same; prepared exhibits for same. | 6.00 hrs | 85 | /hr | 510.00 |
| 07/28/06 | JZ | Reviewed and revised attorneys' fees affirmation; prepared exhibits to plaintiff's damages analysis. | 3.00 hrs | 85 | /hr | 255.00 |

REPRINT OF BILLED DETAILS (as billed)

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/07/06 | JZ | Calendar entry regarding deadline to oppose motion. | .10 hrs | 85 | /hr | 8.50 |

| | | | | | |
|---|---|---|---|---|---|
| 08/22/06 JZ | Reviewed exhibit list; reviewed file; prepared exhibits in preparation for damages hearing. | 3.80 hrs | 85 | /hr | 323.00 |
| 08/25/06 JZ | Continued to prepare exhibits in preparation for damages hearing. | 3.50 hrs | 85 | /hr | 297.50 |
| 08/29/06 JZ | Reviewed exhibit list; reviewed file; preparped exhibits in preparation for damages hearing. | 2.80 hrs | 85 | /hr | 238.00 |
| 08/31/06 JZ | Reviewed exhibit list; reviewed file; preparped exhibits in preparation for damages hearing. | 2.00 hrs | 85 | /hr | 170.00 |

REPRINT OF BILLED DETAILS (as billed)

| | | | | | |
|---|---|---|---|---|---|
| 09/01/06 JZ | Continued preparing plaintiff's exhibits. | 3.50 hrs | 85 | /hr | 297.50 |
| 09/05/06 JZ | Calendar entries regarding damages hearing conference dates for 9/12/06 and 9/27/06. | .20 hrs | 85 | /hr | 17.00 |
| 09/08/06 JZ | Prepared exhibits for damages hearing. | 2.50 hrs | 85 | /hr | 212.50 |
| 09/11/06 JZ | Prepared exhibits for damages hearing. | 1.10 hrs | 85 | /hr | 93.50 |

REPRINT OF BILLED DETAILS (as billed)

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/18/06 | JZ | Prepared plaintiff's exhibits for hearing on damages. | 3.00 hrs | 85 | /hr | 255.00 |
| 09/20/06 | JZ | Prepared plaintiff's exhibits for hearing on damages. | 3.80 hrs | 85 | /hr | 323.00 |

| | | | | | |
|---|---|---|---|---|---|
| 09/18/06 JZ | Prepared plaintiff's exhibits for hearing on damages. | 3.00 hrs | 85 | /hr | 255.00 |
| 09/19/06 JZ | Prepared exhibits for hearing on damages. | hrs | 85 | /hr | 331.50 |
| 09/20/06 JZ | Prepared plaintiff's exhibits for hearing on damages. | 3.80 hrs | 85 | /hr | 323.00 |

09/22/06 JZ Prepared exhibits for trial; reviewed and revised same.
2.80 hrs 85 /hr 238.00

09/25/06 JZ Formatted and prepared plaintiff's motion to preclude defendant's witnesses and exhibits for electronic filing; forward same to local counsel.
2.10 hrs 85 /hr 178.50

REPRINT OF BILLED DETAILS (as billed)

10/06/06 JZ Calendar entry regarding 10/20/06 deadline for plaintiff's opposition to motion for expedited discovery and 10/22/06 deadline to reply to defendant's appeal from Order denying motion for expedited discovery.

.20 hrs 85 /hr 17.00

10/19/06 JZ Calendar entry regarding 11/15/06 damages hearing.
.10 hrs 85 /hr 8.50

| | | | | | |
|---|---|---|---|---|---|
| 10/27/06 JZ | Calendar entry regarding deadline to oppose motion to stay. | .10 hrs | 85 | /hr d | 8.50 |
| 10/31/06 JZ | Reviewed PACER regarding status of case and dates documents were filed regarding different motion in preparation for brief. | .80 hrs | 85 | /hr | 68.00 |

REPRINT OF BILLED DETAILS (as billed)

| | | | | | |
|---|---|---|---|---|---|
| 11/02/06 | JZ | Reviewed file; reviewed exhibits for trial; prepared file for upcoming trial. | 2.50 hrs | 85 /hr | 212.50 |
| 11/03/06 | JZ | Prepared appearance form regarding Shaun K. Hogan for the First Circuit. | .80 hrs | 85 /hr | 68.00 |
| 11/03/06 | JZ | Prepared table of contents and table of authorities regarding plaintiff's motion; reviewed and revised same. | 1.80 hrs | 85 /hr | 153.00 |
| 11/03/06 | JZ | Prepared plaintiff's appellate's brief for submission to the first circuit. | 2.00 hrs | 85 /hr | 170.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/09/06 JZ | Prepared Cox's attorneys' fee checks that were paid to this firm since the inception of this case in preparation for trial; prepared defendant's exhibits for submission to local counsel for filing. | 2.00 hrs | 85 | /hr | 170.00 |
| 11/10/06 JZ | Spoke with local counsel regarding filing plaintiff's motion ECF; reviewed Court's ECF filing rules; formatted and prepared plaintiff's objection and opposition to defendant's motion to stay and its accompanying documents and exhibits; filed same with United States District Court of Rhode Island ECF filing system. | 1.50 hrs | 85 | /hr | 127.50 |

REPRINT OF BILLED DETAILS (as billed)

| | | | | |
|---|---|---|---|---|
| 01/02/07 JZ | Reviewed files in order to collect information in the preparation of damages hearing. | 3.50 hrs | 85 /hr | 297.50 |
| 01/03/07 JZ | Reviewed files in order to collect information needed to prepare for damages hearing. | 1.90 hrs | 85 /hr | 161.50 |
| 01/08/07 JZ | Reviewed file in order to prepare documents needed for damages hearing; organized same. | 2.00 hrs | 85 /hr | 170.00 |
| 01/10/07 JZ | Reviewed files and ECF/PACER in order to collect information in preparation for damages hearing; prepared materials collected for hearing; forwarded same to Shaun K. Hogan. | 3.50 hrs | 85 /hr | 297.50 |

| | | | | | |
|---|---|---|---|---|---|
| 01/22/07 JZ | Scanned and formatted relevant information for client in preparation for damages hearing. | 2.50 hrs | 85 | /hr | 212.50 |
| 01/24/07 JZ | Drafted trial subpoenas for defendants J. Chaffee, A. Chaffee and R. Bou; reviewed and revised same. | 1.00 hrs | 85 | /hr | 85.00 |

REPRINT OF BILLED DETAILS (as billed)

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/05/07 | JZ | Calendar entry regarding 2/7/07 conference. | .10 hrs | 85 | /hr | 8.50 |
| 02/07/07 | JZ | Assisted Shaun K. Hogan in the preparation for damages trial; reviewed file, correspondence, motions, subpoenas, deposition transcripts, and docket sheet in order to prepare for same. | 2.50 hrs | 85 | /hr | 212.50 |
| 02/08/07 | JZ | Prepared exhibits for damages trial. | 6.00 hrs | 85 | /hr | 510.00 |

02/09/07 JZ Prepared exhibits for damages trial; assisted Shaun K. Hogan in preparation for the damages trial.
7.00 hrs 85 /hr 595.00

02/12/07 JZ Formatted the revised exhibit list to PDF; filed same via ECF with the United States District Court of Rhode Island's system; reviewed and revised same.
.40 hrs 85 /hr 34.00

02/12/07 JZ Reviewed correspondence, discovery motions, subpoenas, deposition transcripts, legal research, file memos in order to organize file.
2.50 hrs 85 /hr 212.50

02/16/07 JZ Reviewed files discovery motions, legal research and other litigation documents in order to organize file.
1.00 hrs 85 /hr 85.00

02/20/07 JZ Calendar entry regarding 3/12/04 hearing on damages.
.10 hrs 85 /hr 8.50

| | | | | | |
|---|---|---|---|---|---|
| 02/26/07 JZ | Reviewed defendant's exhibit list and exhibits; prepared additional copies for client; drafted letter to client enclosing same; reviewed and revised same. | | | | |
| | | 1.50 hrs | 85 | /hr | 127.50 |