REPRINT OF BILLED DETAILS (as billed)
COX -00003-063 DJL 

DISBURSEMENTS

| | | | |
|---|---|---|---|
| 08/01/06 | FEDX | Federal Express- 7/28/06 - Francis S. Holbrook, Esq. | 23.99 |
| 08/01/06 | FEDX | Federal Express- 7/28/06- Francis S. Holbrook, Esq. | 23.99 |
| | | | ----------- |

Payor: Shipper Ref. #3:
Dropped off: Jul 27, 2006

FedEx

**Dropped off:** Jul 28, 2006 **Cust. Ref.:** Cox v. Chaffee **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 790507541227 | Janine Zabbia | Francis S. Holbrook, Esq. | |
| Service Type | FedEx Priority Overnight | Lefkowitz, Hogan & Cassell | Miller Scott & Holbrook | |
| Package Type | FedEx Box | 350 Jericho Turnpike | 122 Touro Street | |
| Zone | 02 | JERICHO NY 11753 US | NEWPORT RI 02840 US | |
| Packages | 1 | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | | | |
| Delivered | Jul 31, 2006 10:56 | Transportation Charge | | 22.00 |
| Svc Area | AM | Fuel Surcharge | | 3.31 |
| Signed By | C.BLANK | Discount | | -1.32 |
| FedEx Use | 000000000/0001486/_ | **Total Charge** | **USD** | **$23.99** |

**Dropped off:** Jul 28, 2006 **Cust. Ref.:** Cox v. Chaffee **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| INET | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 792165627161 | Janine Zabbia | Francis S. Holbrook, Esq. | |
| Service Type | FedEx Priority Overnight | Lefkowitz, Hogan & Cassell | Miller Scott & Holbrook | |
| Package Type | Customer Packaging | 350 Jericho Turnpike | 122 Touro Street | |
| Zone | 02 | JERICHO NY 11753 US | NEWPORT RI 02840 US | |
| Packages | 1 | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | | | |
| Delivered | Jul 31, 2006 10:56 | Transportation Charge | | 22.00 |
| Svc Area | AM | Discount | | -1.32 |
| Signed By | C.BLANK | Fuel Surcharge | | 3.31 |
| | 000000000/0001486/ | **Total Charge** | **USD** | **$23.99** |

DISBURSEMENTS

| | | | |
|---|---|---|---|
| 09/01/06 | FEDX | Federal Express- September 7, 2006 to Francis Holbrook, Esq. | 18.70 |
| | | | ----------- |

FedEx

fedex.com Home

Customer Support | View Cart | Logout
$ 0.00 in cart

FedEx Billing Online

Account Summary | Open Invoices | Past Due | Closed | In Dispute | Search/Download | Preferences | Message Center

FedEx Billing Online

## Express Tracking ID Detail

Printer Friendly Quick Help

**Tracking ID Summary**

**<< Prev** 792201462814 **Next >>**

| | |
|---|---|
| **Tracking ID Number :** | 792201462814 |
| **Invoice Number :** | |
| **Account Number :** | |
| **Invoice Date :** | 09/18/2006 |
| **Due Date :** | 10/03/2006 |
| **Tracking ID Balance Due :** | |
| **Invoice Status :** | |

**Messages**

FedEx has audited this shipment Read more...
Distance Based Pricing, Zone 2
Fuel Surcharge - FedEx has applied Read more...
The package weight exceeds the Read more...

---

**Sender Information**

Janine Zabbia
Lefkowitz, Hogan & Cassell

350 Jericho Turnpike
JERICHO NY 11753
US

**Recipient Information**

Francis S. Holbrook, Esq.
Miller Scott & Holbrook
122 Touro Street

NEWPORT , RI 02840
US

**Original Reference**

Customer Reference# Cox v. Chaffee
Department#
RMA#
Reference #2
Reference #3

Get the Update Reference feature by converting your account to FedEx Billing Online Plus for free!

**Updated Reference**

Customer Reference#
Department#
Reference #2
Reference #3

Edit...

**Shipment Details**

| | |
|---|---|
| Shipment Date | 09/07/2006 |
| Payment Type | Shipper |
| Service Type | FedEx Priority Overnight |
| Region Code | 02 |
| Package Type | FedEx Pak |
| Pieces | 1 |
| Rated Weight | 1.0 lbs |
| Bundle ID | 0 |
| Meter No | 1946214 |
| Declared Value | 0.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 17.00 |
| Fuel Surcharge | 2.72 |
| Weekday Delivery | 0.00 |
| Discount | -1.02 |
| Total Charges | USD $ 18.70 |

**Proof of Delivery**

| | |
|---|---|
| Delivery Date | 09/08/2006 10:52 |
| Service Area Code | A5 |
| Signed By | C.BLANK |

Billing Online Plus

[redacted] [redacted] [redacted] Pay

DISBURSEMENTS

| | | | |
|---|---|---|---|
| 10/01/06 | FEDX | Federal Express- SEPTEMBER 21, 2006 - COX v. CHAFFEE TO FRANCIS HOLBROOK, ESQ. | 15.07 |
| 10/01/06 | FEDX | Federal Express- SEPTEMBER 25, 2006 - COX v. CHAFFEE TO FRANCIS HOLBROOK, ESQ. | 15.07 |
| 10/01/06 | FEDX | Federal Express- COX V. CHAFFEE TO THE HONORABLE LINCOLN D. ALMON. | 12.92 |
| | | | [illegible] |

FedEx

**Dropped off:** Sep 21, 2006 **Cust. Ref.:** Cox v. Chaffee **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
- Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| INET | | **Sender** | **Recipient** | |
| Tracking ID | 790568355252 | Janine Zabbia | Francis S. Holbrook, Esq. | |
| Service Type | FedEx Priority Overnight | Lefkowitz, Hogan & Cassell | Miller Scott & Holbrook | |
| Package Type | FedEx Envelope | 350 Jericho Turnpike | 122 Touro Street | |
| Zone | 02 | JERICHO NY 11753 US | NEWPORT RI 02840 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Sep 22, 2006 10:23 | Transportation Charge | | 13.70 |
| Svc Area | A5 | Fuel Surcharge | | 2.19 |
| Signed By | C.BELANEY | Discount | | -0.82 |
| FedEx Use | 000000000/0000186/_ | **Total Charge** | USD | **$15.07** |

Payor: Shipper • Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.

FedEx

Invoice Number | Invoice Date | Account Number

**Dropped off:** Sep 25, 2006 **Cust. Ref.:** Cox v. Chaffee **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

• Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
• Distance Based Pricing, Zone 2

| INET | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 792854767001 | Janine Zabbia | Francis S. Holbrook, Esq. | |
| Service Type | FedEx Priority Overnight | Lefkowitz, Hogan & Cassell | Miller Scott & Holbrook | |
| Package Type | FedEx Envelope | 350 Jericho Turnpike | 122 Touro Street | |
| Zone | 02 | JERICHO NY 11753 US | NEWPORT RI 02840 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Sep 26, 2006 10:05 | Transportation Charge | | 13.70 |
| Svc Area | A5 | Fuel Surcharge | | 2.19 |
| Signed By | C.BLANK | Discount | | -0.82 |
| FedEx Use | 000000000/0000186/_ | **Total Charge** | USD | **$15.07** |

ST V261-2 (12/04)

[redacted]

**Dropped off:** Oct 11, 2006
**Payor:** Shipper
**Cust. Ref.:** Cox v. Chaffee, et al.
**Ref. #2:**
**Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 2

| | |
|---|---|
| INET | |
| Tracking ID | 791565144095 |
| Service Type | FedEx Standard Overnight |
| Package Type | FedEx Envelope |
| Zone | 02 |

**Sender**
Chiara Stolfa
Lefkowitz, Hogan & Cassell
350 Jericho Turnpike, Suite 10
JERICHO NY 11753 US

**Recipient**
The Honorable Lincoln D. Almon
United States District Court
One Exchange Terrace
PROVIDENCE RI 02903 US

Tracking ID 791565144095 continued

| | |
|---|---|
| Packages | 1 |
| Rated Weight | N/A |
| Delivered | Oct 12, 2006 09:17 |
| Svc Area | A1 |
| Signed By | A.MECURIO |
| FedEx Use | 000000000/0000200/_ |

| | | |
|---|---|---|
| Transportation Charge | | 11.80 |
| Discount | | -0.71 |
| Fuel Surcharge | | 1.83 |
| **Total Charge** | USD | **$12.92** |

DISBURSEMENTS

| | | | |
|---|---|---|---|
| 11/01/06 | FEDX | Federal Express- Cox v. Chaffee to the Clerk of the Court. | 15.01 |
| 11/01/06 | FEDX | Federal Express- November 3, 2006 - Cox v. Chaffee to the Office of the Clerk of the Court, Court of Appeals. | 18.62 |
| 11/01/06 | FEDX | Federal Express- November 9, 2006 - Cox v. Chaffee to the Honorable Lincoln B. Almond. | 14.49 |
| 11/01/06 | FEDX | Federal Express- November 9, 2006 - Cox v. Chaffee to Francis Holbrook, Esq. | 14.49 |

FedEx

Invoice Number | Invoice Date | Account Number

[redacted]

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| INET | | **Sender** | **Recipient** | |
| Tracking ID | 799530273057 | Janine Zabbia | Clerk of the Court | |
| Service Type | FedEx Priority Overnight | Lefkowitz, Hogan & Cassell | United States Court of Appeals | |
| Package Type | FedEx Envelope | 350 Jericho Turnpike | John Joseph Moakley US Courtho | |
| Zone | 02 | JERICHO NY 11753 US | BOSTON MA 02210 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Nov 02, 2006 10:18 | Transportation Charge | | 13.70 |
| Svc Area | A1 | Discount | | -0.82 |
| Signed By | R.LOPEZ | Fuel Surcharge | | 2.13 |
| FedEx Use | 000000000/0000186/_ | **Total Charge** | **USD** | **$15.01** |

John R. Seewald

FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|

Dropped off: Nov 03, 2006 Cust. Ref.: Cox v. Chaffee Ref. #2:
Payor: Shipper Ref. #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| INET | | **Sender** | | **Recipient** |
|---|---|---|---|---|
| Tracking ID | 798035977340 | Janine Zabbia | | Office of the Clerk of the Cou |
| Service Type | FedEx Priority Overnight | Lefkowitz, Hogan & Cassell | | United States Court of Appeals |
| Package Type | FedEx Pak | 350 Jericho Turnpike | | John Joseph Moakley U.S. Court |
| Zone | 02 | JERICHO NY 11753 US | | BOSTON MA 02210 US |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | |
| Delivered | Nov 06, 2006 10:20 | Transportation Charge | | 17.00 |
| Svc Area | A1 | Fuel Surcharge | | 2.64 |
| Signed By | C.DUNN | Discount | | -1.02 |
| FedEx Use | 000000000/0001486/_ | **Total Charge** | USD | **$18.62** |

FedEx

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 2
- 1st attempt Nov 10, 2006 at 12:16 PM.

| INET | | Sender | Recipient | | |
|---|---|---|---|---|---|
| Tracking ID | 790113119365 | Janine Zabbia | The Hon. Lincoln B. Almond | | |
| Service Type | FedEx Priority Overnight | Lefkowitz, Hogan & Cassell | United States District Court | | |
| Package Type | FedEx Envelope | 350 Jericho Turnpike | Twp Exjcamge Terrace | | |
| Zone | 02 | JERICHO NY 11753 US | PROVIDENCE RI 02903 US | | |
| Packages | 1 | | | | |
| Rated Weight | N/A | | | | |
| Delivered | Nov 13, 2006 08:44 | Transportation Charge | | | 13.70 |
| Svc Area | A1 | Discount | | | -0.82 |
| Signed By | P.PLETCHER | Fuel Surcharge | | | 1.61 |
| FedEx Use | 000000000/0000186/_ | **Total Charge** | | USD | **$14.49** |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.50% to this shipment.
- Distance Based Pricing, Zone 2

| INET | | Sender | Recipient | | |
|---|---|---|---|---|---|
| Tracking ID | 792881186600 | Janine Zabbia | Francis S. Holbrook, Esq. | | |
| Service Type | FedEx Priority Overnight | Lefkowitz, Hogan & Cassell | Miller Scott & Holbrook | | |
| Package Type | FedEx Envelope | 350 Jericho Turnpike | 122 Touro Street | | |
| Zone | 02 | JERICHO NY 11753 US | NEWPORT RI 02840 US | | |
| Packages | 1 | | | | |
| Rated Weight | N/A | | | | |
| Delivered | Nov 10, 2006 10:23 | Transportation Charge | | | 13.70 |
| Svc Area | A5 | Discount | | | -0.82 |
| Signed By | S.MALLOY | Fuel Surcharge | | | 1.61 |
| FedEx Use | 000000000/0000186/_ | **Total Charge** | | USD | **$14.49** |

DISBURSEMENTS

| | | | |
|---|---|---|---|
| 01/01/07 | FEDX | Federal Express- January 2, 2007 - Cox v. Chaffee to the Honorable Lincoln D. Almond. | 12.81 |

Cust. Ref.: Cox v. Chafee, et al. Ref. #2:

Ref. #3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment.
- Distance Based Pricing, Zone 2

| INET | | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 798076617380 | Chiara Stolfa | The Honorable Lincoln D. Almon |
| Service Type | FedEx Standard Overnight | Lefkowitz, Hogan & Cassell | United States District Court |
| Package Type | FedEx Envelope | 350 Jericho Turnpike, Suite 10 | One Exchange Terrace |
| Zone | 02 | JERICHO NY 11753 US | PROVIDENCE RI 02903 US |

OST V261-2 (12/04)

| | | | |
|---|---|---|---|
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 12.45 |
| Delivered | Jan 10, 2007 09:17 | Discount | -0.75 |
| Svc Area | A1 | Fuel Surcharge | 1.11 |
| Signed By | P.GELARDI | **Total Charge** USD | **$12.81** |
| FedEx Use | 000000000/0000200/_ | | |