**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **C.A. No. 05-107 S** |
| **JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,** | : | |
| **Defendants.** | : | |

**SUPPLEMENTAL AFFIRMATION IN SUPPORT OF AWARDS OF COSTS AND ATTORNEYS' FEES**

I, FRANCIS S. HOLBROOK II, affirm the following under penalty of perjury:

1. I am an attorney with the law firm of Miller Scott & Holbrook, 122 Touro Street, Newport, RI. This firm acted as local counsel for plaintiff CoxCom, Inc. d/b/a Cox Communications New England (hereinafter referred to as "Cox" or "plaintiff") in the above-entitled action. I submit this Supplemental Affirmation in support of Cox's application to recover from defendants Jon Chaffee, Amy Chaffee, Ramalda Bou individually and doing business as Electronic Imports and Chaffee International Electronic Imports (hereinafter "defendants"), its reasonable costs and attorneys' fees incurred in prosecuting this action against the defendants.

In accordance with the court's Order of June 30, 2006, this firm filed with the court an Affirmation in Support of Award of Costs and Attorneys' Fees. At that time,

Cox had incurred $29,644.00 in attorneys' fees in this action for services rendered by this firm and expenses in this action. Since that time, Cox has incurred additional attorneys' fees in the amount of $5,560.00 for services rendered by this firm.

**Statutory Basis for Recovery of Attorneys' Fees and Costs**

2. Pursuant to 47 U.S.C. § 553(c)(2)(C), a court may award recovery of full costs, including attorneys' fees to a prevailing aggrieved party. Similarly, 17 U.S.C. § 1203(b)(4) and (5) provides for award of attorneys' fees and costs to the prevailing party. Copies of word-processed transcriptions of the firm's daily time sheets reflecting professional services rendered to Cox that are attributable to plaintiff's prosecution of this action against the defendants as well as the defense of defendants' counterclaims are attached hereto as Exhibit "A" (reflecting services performed by Francis S. Holbrook II.)

**Brief Summary of Nature of Services Performed**

3. Cox's lead counsel, Leftkowitz, Hogan and Cassell, LLP, performed all the necessary legal services to litigate this action to judgment. Miller, Scott and Holbrook, as local counsel, assisted lead counsel relative to the following services:

a. reviewing, researching and preparing an opposition to Defendant's Motion to Compel Discovery, including taking the depositions of plaintiff's attorneys;

b. reviewing, researching and preparing an opposition to Defendant's Petition to Appeal;

c. reviewing, researching and preparing an opposition to Defendants' Motion for a Stay Pending Appeal;

d. preparing for and attending court conferences and hearings;

e. analyzing evidence in preparation for damages hearing;

f. preparing post hearing submissions;

g. filing numerous pleadings and other documents.

**Background and Experience of Attorneys and Support Staff Who Worked on Case**

4. Francis S. Holbrook II is admitted to practice in all state and federal courts in the State of Connecticut (1985) and in the State of Rhode Island (1986). Mr. Holbrook has extensive general litigation experience. He has serves as Town Solicitor for the Town of Middletown, RI. He is a partner in the firm of Miller, Scott and Holbrook. His billable rate during the relevant time period was $200.00 per hour.

5. The total hourly time Francis S. Holbrook II, Esq. incurred in this action from August 1, 2006 to the present time is 27.8 hours, which was billed at a rate of $200.00 per hour for an aggregate sum of $5,560.00. See Exhibit "A.

6. The total costs and fees incurred by Plaintiff for local counsel in the prosecution of this action is $35,204.00 ($29,644.00 + $5,560.00).

7. Accordingly, plaintiff respectfully requests that, in addition to the award of monetary damages on plaintiff's case in chief, it be awarded the sum of $35,204.00 as reasonable costs and attorneys' fees, for local counsel, as part of a judgment rendered against the defendants.

**FRANCIS S. HOLBROOK II**

Sworn to before me this
26th day of March, 2007.

**NOTARY PUBLIC**
My commission expires: June 16, 2008