EXHIBIT A

Date: 03/26/2007

# Detail Transaction File List

Miller Scott & Holbrook



| Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 7099.0026 COX COMMUNICATIONS** | | | | | | | | | |
| 7099.0026 | 08/01/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Attorney Hogan | ARCH |
| 7099.0026 | 08/01/2006 | 6 | A | 67 | | | 8.00 | Parking & Tolls STACEY MALLOY | ARCH |
| 7099.0026 | 08/04/2006 | 6 | A | 9 | 200.00 | 0.40 | 80.00 | Examination of docs; Letter to Attorney Hogan | ARCH |
| 7099.0026 | 08/21/2006 | | A | 91 | 35719 | | 260.00 | Payment on account. Thank you. | ARCH |
| 7099.0026 | 08/22/2006 | 6 | A | 9 | 200.00 | 0.30 | 60.00 | Examination of docs; Phone call with Attorney Hogan | ARCH |
| 7099.0026 | 08/22/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Attorney Hogan | ARCH |
| 7099.0026 | 08/23/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call Lou Marcoux | ARCH |
| 7099.0026 | 08/29/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Sean Hogan | ARCH |
| 7099.0026 | 08/31/2006 | 6 | A | 9 | 200.00 | 0.50 | 100.00 | Examination of Motion to Disqualify; Examination of Docs; Phone call with Attorney Hogan | ARCH |
| 7099.0026 | 08/31/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Attorney Hogan | ARCH |
| 7099.0026 | 09/07/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call Attorney Hogan | ARCH |
| 7099.0026 | 09/08/2006 | 6 | A | 3 | 200.00 | 0.20 | 40.00 | Reviewing document | ARCH |
| 7099.0026 | 09/12/2006 | 6 | A | 9 | 200.00 | 0.40 | 80.00 | Examination of docs; Phone call with Attorney Hogan | ARCH |
| 7099.0026 | 09/13/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Attorney | ARCH |
| 7099.0026 | 09/13/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Court Clerk - Judge Almond | ARCH |
| 7099.0026 | 09/14/2006 | 6 | A | 1 | 200.00 | 0.50 | 100.00 | Phone call with Attorney Hogan (2); Reviewing Document; Revising Document; Fax | ARCH |
| 7099.0026 | 09/18/2006 | | A | 91 | 35979 | | 760.00 | Payment on account. Thank you. | ARCH |
| 7099.0026 | 09/21/2006 | 6 | A | 7 | 200.00 | 0.40 | 80.00 | Preparation of Objections | ARCH |
| 7099.0026 | 09/22/2006 | 6 | A | 1 | 200.00 | 1.00 | 200.00 | Phone call with Attorney Hogan; Examination of Docs (Objection & Memo of Law) | ARCH |
| 7099.0026 | 09/25/2006 | 6 | A | 3 | 200.00 | 0.50 | 100.00 | Reviewing document; Revising Document; E-File Memorandum of Law | ARCH |
| 7099.0026 | 09/25/2006 | 6 | A | 1 | 200.00 | 0.30 | 60.00 | Phone call with Sean Hogan; Phone call with Court | ARCH |
| 7099.0026 | 09/26/2006 | 6 | A | 9 | 200.00 | 0.80 | 160.00 | Examination of docs (Motion to Preclude) | ARCH |
| 7099.0026 | 09/27/2006 | 6 | A | 18 | 200.00 | 3.00 | 600.00 | Court hearing; Reviewing File; Conference with Clients; Travel to Providence | ARCH |
| 7099.0026 | 09/27/2006 | 6 | A | 3 | 200.00 | 0.20 | 40.00 | Reviewing document | ARCH |
| 7099.0026 | 09/27/2006 | 6 | A | 67 | | | 15.00 | Parking & Tolls FRANK HOLBROOK | ARCH |
| 7099.0026 | 09/28/2006 | | A | 91 | 36352 | | 440.00 | Payment on account. Thank you. | ARCH |
| 7099.0026 | 09/28/2006 | | A | 92 | 36352 | | 8.00 | Payment on account. Thank you. | ARCH |
| 7099.0026 | 10/04/2006 | 6 | A | 9 | 200.00 | 0.30 | 60.00 | Examination of docs ( Motion to Withdraw); Phone call with L. Marcoux | ARCH |
| 7099.0026 | 10/04/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Lou Marcoux | ARCH |
| 7099.0026 | 10/04/2006 | 6 | A | 1 | 200.00 | 0.40 | 80.00 | Phone call with Sean Hogan; Preparation of Memo | ARCH |
| 7099.0026 | 10/06/2006 | 6 | A | 9 | 200.00 | 0.40 | 80.00 | Examination of docs; Phone call with Attorney Hogan; Fax | ARCH |
| 7099.0026 | 10/06/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call Attorney Hogan | ARCH |
| 7099.0026 | 10/10/2006 | 6 | A | 61 | | | 60.00 | Title Search DIANE WINSLOW | ARCH |
| 7099.0026 | 10/13/2006 | 6 | A | 9 | 200.00 | 0.20 | 40.00 | Examination of docs | ARCH |
| 7099.0026 | 10/24/2006 | 6 | A | 9 | 200.00 | 0.30 | 60.00 | Examination of docs | ARCH |
| 7099.0026 | 10/25/2006 | 6 | A | 9 | 200.00 | 0.40 | 80.00 | Examination of docs(Motion to Stay/Petition for Permission to Appeal); Phone call with Attorney Hogan | ARCH |
| 7099.0026 | 10/26/2006 | 6 | A | 12 | 200.00 | 0.20 | 40.00 | Fax to Shaun Hogan | ARCH |
| 7099.0026 | 10/26/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Shaun Hogan | ARCH |
| 7099.0026 | 10/30/2006 | 6 | A | 67 | | | 15.00 | Parking & Tolls Frank Holbrook | ARCH |
| 7099.0026 | 10/31/2006 | 6 | A | 9 | 200.00 | 0.60 | 120.00 | Examination of docs (First Circuit documents); Phone call with Attorney Hogan; Fax | ARCH |
| 7099.0026 | 11/01/2006 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Attorney Hogan | ARCH |
| 7099.0026 | 11/01/2006 | 6 | A | 1 | 200.00 | 0.50 | 100.00 | Phone call with Attorney Hogan; Preparation of Appearance Form; Preparation of Memo | ARCH |
| 7099.0026 | 11/03/2006 | | A | 91 | 36506 | | 1580.00 | Payment on account. Thank you. | ARCH |
| 7099.0026 | 11/03/2006 | | A | 92 | 36506 | | 15.00 | Payment on account. Thank you. | ARCH |
| 7099.0026 | 11/06/2006 | 6 | A | 9 | 200.00 | 0.20 | 40.00 | Examination of docs - Appellate filing | ARCH |
| 7099.0026 | 11/14/2006 | 6 | A | 3 | 200.00 | 0.20 | 40.00 | Reviewing document | ARCH |
| 7099.0026 | 11/15/2006 | 6 | A | 6 | 200.00 | 3.50 | 700.00 | Reviewing file; Court Hearing; Conference with client; Examination of docs | ARCH |
| 7099.0026 | 11/15/2006 | 6 | A | 67 | | | 15.00 | Parking & Tolls FRANK HOLBROOK | ARCH |
| 7099.0026 | 11/29/2006 | 6 | A | 9 | 200.00 | 0.30 | 60.00 | Examination of docs (Magistrates opinion) | ARCH |
| 7099.0026 | 12/11/2006 | 6 | A | 9 | 200.00 | 0.20 | 40.00 | Examination of docs | ARCH |
| 7099.0026 | 12/14/2006 | | A | 91 | 36846 | | 680.00 | Payment on account. Thank you. | ARCH |
| 7099.0026 | 12/14/2006 | | A | 92 | 36846 | | 75.00 | Payment on account. Thank you. | ARCH |
| 7099.0026 | 12/21/2006 | 6 | A | 9 | 200.00 | 0.20 | 40.00 | Examination of docs | ARCH |
| 7099.0026 | 01/03/2007 | 6 | A | 9 | 200.00 | 0.20 | 40.00 | Examination of docs | ARCH |
| 7099.0026 | 01/03/2007 | | A | 91 | 37154 | | 980.00 | Payment on account. Thank you. | ARCH |
| 7099.0026 | 01/03/2007 | | A | 92 | 37154 | | 15.00 | Payment on account. Thank you. | ARCH |
| 7099.0026 | 01/08/2007 | 6 | A | 9 | 200.00 | 0.20 | 40.00 | Examination of docs | ARCH |
| 7099.0026 | 01/10/2007 | 6 | A | 3 | 200.00 | 0.30 | 60.00 | Reviewing document; Revising document | ARCH |
| 7099.0026 | 01/26/2007 | 6 | A | 9 | 200.00 | 0.30 | 60.00 | Examination of docs (Chaffee letter) | ARCH |
| 7099.0026 | 01/29/2007 | 6 | A | 1 | 200.00 | 0.40 | 80.00 | Phone call with Attorney; Examination of docs | ARCH |
| 7099.0026 | 01/30/2007 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with S. Hogan | ARCH |
| 7099.0026 | 01/31/2007 | 6 | A | 9 | 200.00 | 0.40 | 80.00 | Examination of docs | ARCH |
| 7099.0026 | 02/03/2007 | 6 | A | 9 | 200.00 | 0.20 | 40.00 | Examination of docs | ARCH |
| 7099.0026 | 02/06/2007 | 6 | A | 1 | 200.00 | 0.40 | 80.00 | Phone call Attorney Hogan; Phone call with Federal Court | ARCH |
| 7099.0026 | 02/07/2007 | 6 | A | 9 | 200.00 | 0.20 | 40.00 | Examination of docs | ARCH |
| 7099.0026 | 02/07/2007 | 6 | A | 9 | 200.00 | 0.20 | 40.00 | Examination of docs | ARCH |
| 7099.0026 | 02/08/2007 | 6 | A | 1 | 200.00 | 0.20 | 40.00 | Phone call with Attorney | ARCH |
| 7099.0026 | 02/09/2007 | 6 | A | 9 | 200.00 | 0.40 | 80.00 | Examination of docs; Phone call with Attorney Hogan | ARCH |
| 7099.0026 | 02/13/2007 | 6 | A | 6 | 200.00 | 5.00 | 1000.00 | Reviewing file; Court Hearing; Preparation of memo; Conference with client | ARCH |
| 7099.0026 | 02/14/2007 | 6 | A | 67 | | | 20.00 | Parking & Tolls FRANK HOLBROOK | ARCH |
| 7099.0026 | 02/15/2007 | 6 | A | 9 | 200.00 | 0.20 | 40.00 | Examination of docs | ARCH |
| 7099.0026 | 02/27/2007 | | A | 91 | 37253 | | 120.00 | Payment on account. Thank you. | ARCH |

Date: 03/26/2007

# Detail Transaction File List

Miller Scott & Holbrook

Page: 2

| Client | Trans Date | Tmkr | H P | Tcd | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 7099.0026 COX COMMUNICATIONS** | | | | | | | | | |
| 7099.0026 | 03/18/2007 | 6 | P | 9 | 200.00 | 0.20 | 40.00 | Examination of docs | 219 |
| 7099.0026 | 03/20/2007 | | P | 91 | 37779 | | 400.00 | Payment on account. Thank you. | 50 |
| **Total for Client ID 7099.0026** | | | | | Billable | 27.80 | 5693.00 | **COX COMMUNICATIONS** | |
| | | | | | Payments | | 5333.00 | **COXCOM, INC. VS CHAFFEE** | |
| | | | | | | **GRAND TOTALS** | | | |
| | | | | | Billable | 27.80 | 5693.00 | | |
| | | | | | Payments | | 5333.00 | | |