COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND
v.
JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, and RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS
Case No. 05 Civ. 107 S

CERTIFICATE OF SERVICE

I, JANINE P. ZABBIA, an employee of the firm LEFKOWITZ, HOGAN & CASSELL, LLP, co-counsel with the Law firm of MILLER, SCOTT & HOLBROOK, attorneys for the Plaintiff, CoxCom, Inc. Cox Communications New England, in the above-entitled action, hereby certify under penalty of perjury that I caused a copy of plaintiff-attorney Miller Scott & Holbrook's Supplemental Affirmation in Support of Award of Costs and Attorneys' Fees and its accompanying exhibits, to be served on defendants Jon Chaffee, individually and d/b/a Electronic Imports and Chaffee International, Amy Chaffee, individually and d/b/a Electronic Imports, and Ramalda Bou, individually and d/b/a Electronic Imports (hereinafter "defendants"), by causing true and accurate copies thereof to be placed in sealed envelopes, via First Class Mail (postage pre-paid) and deposited in an official depository of United States Postal Service on March 26, 2007 addressed to the defendants at the addresses set forth below:

**James Currier, Esq.**
**Attorney for Defendants**
**128 Dorrance Street, Suite 400**
**Providence, Rhode Island 02903**

**Mr. Jon Chaffee, Pro Se**
**250 Shore Acres Ave**
**North Kingstown, RI 02852**

/s/Janine P. Zabbia
Janine P. Zabbia