**Plaintiff's evolving claims and allegations about *Filters* and the *Reset Instructions***

| Date | Source | Filter Allegations | Reset Allegations |
|---|---|---|---|
| Mar-04 | Multichannel News article "*Hunting 'Passive' Pirates*" | Quotes Cpx's Lou Marcoux stating filters a *"scam"* says *"filters work in theory, but they are detectable."* | Not mentioned. |
| Mar-05 | Plaintiff's Complaint | Filters are *"illegal", "pirate", "descrambling"* devices that *"circumvent Cox's scrambling technology…"* Allows the theft of PPV features and copyrighted works. | Not tested, but shows "intent". |
| Jan-06 | Mark Matteo Affidavit - Damage Control to work around findings in Mr. Girard's Expert Report | Filters cause a minimum of $300.00 in revenue losses (Cox's newly created PPV purchase limit. Prior to Mr. Girard's report, the PPV purchase limit was 20 purchases as stated under oath by Lou Marcoux in his deposition.) Causes billing delays greater than 60 days, with "orphaned" billing records becomming uncollectable because of Cox's billing policy. | Damages Motorola's set-top boxes so they need to be sent back to Motorola for repairs |
| Apr-06 | Multichannel News "*Cox Wins PPV-Filter Ruling*" Cox Media release about winning their Motion for Summary Judgment | filters *"prevent billing information from reaching cable operator's computers"* | *"blocks billing Information and to hide the filters from cable companies"* |
| Mar-07 | Damages Trial Mark Matteo testifying under oath | Are not descramblers. Do not assist in the reception of copyrighted works. No legitimate purpose is confined to a *Digital cable system* meaning they have legitimate purposes other than Digital cable. Filters cause a minimum of $300.00 in revenue losses, Cox's "new" PPV purchase limit (see Matteo Affidavit above.) Causes billing delays greater than 60 days, with "orphaned" billing records becomming uncollectable because of Cox's billing policy, however Matteo also testifies that customers who unplug their set-top boxes for two months or more for traveling or other purposes incur delayed billing records that also become uncollectable because of Cox's billing policy. Filter not necessary for customer to get free PPV, customer need only do the reset! | Damages the set-top box by removing the battery. Battery removal erases billing records. Can watch a PPV movie without the filter, do the reset and billing information is allegedly removed so Cox's billing computers do not receive any purchase transactions. This means that it isn't the filter that allows viewing free PPV but the reset instructions. A filter is an unnecessary piece of equipment. |