# filter

**filter:** In electronics, a device which transmits only part of the incident energy and may thereby change the spectral distribution of energy:

- (a) high pass filters transmit energy above a certain frequency;
- (b) low pass filters transmit energy below a certain frequency;
- (c) band pass filters transmit energy of a certain bandwidth;
- (d) band stop filters transmit energy outside a specific frequency band. **[JP 1-02]**

This HTML version of Telecom Glossary 2K was last generated on Wed May 8 15:36:48 MDT 2002. References can be found in the Foreword.

**Send Comments on this Def**