Print · Email a friend



## RF Interference Filter

**$2.97**

Model: 15-579
Catalog #: 15-579

Online: Out-of-stock

Wish List · Sign up for our back-in-stock email

Order online with peace of mind

« Back to search results · Product summary · Features · Tech specs · Accessories · Customers rate it

**TV/VCR problem Solver**
As a valuable signal splitter, the RF interference filter cuts CB/Ham interference. On your TV or VCR, this 54-900MHz high-pass filter installs in-line at the 75-ohm input jack.

- Cuts CB/Ham interference.
- 54-900MHz

**What's in the box**

- RF Interference Filter

**Shipping**

**Usually ships in 1 - 2 business days**
What shipping method is right for me?

**Other ways to get it**

**In store:**
Available at most stores, find it near you

**Customer reviews**
Add your own review

**Be the first to review this product**

**Pricing and availability:** May vary outside the contiguous 48 United States

Read the owner's manual
See technical specifications
See Features of this product

**Stuff you may want**

Dx-mm