audio DISCOUNTER

HOME ABOUT US CUSTOMER SERVICE C
SHOPPING CART SITE MAP

Search Our Store:

**Browse by Manufacturer:**

SELECT A MANUFACTURER

Click here for Full list of manufacturers

- **2 Way Radios, Scanners, & GPS**
- **AV Care & Media Storage**
- **Batteries**
- **Cable Zone**
- **Cellular**
- **Computer**
- **Custom Installation**
- **Extended Warranty**
- **Headphones**
- **Home Theater & Custom AV**
- **Memory & Blank Media**
- **Mobile AV**
- **Observation & Security**
- **Personal Appliances**
- **Personal & Portable AV**
- **Photo/Video**
- **Professional AV**
- **Telecom**
- **Video Game**

Home / Custom Installation / Commercial Cable / Pico Macom Amplifiers / Distribution / **Pico Macom HPFO-54MHZ - 54MHz Filter**

Home / Manufacturer / Pico Macom / **Pico Macom HPFO-54M High-Pass Filter**

Pico Macom HPFO-54MHZ - 54MHz High-Pass Filter



click to enlarge

**HPFO-54MHZ**

Regular price: **$4.95**

Your Cost: **$2.96**

Quantity : 1

add to cart

calculate ground shipping

- Prevents TV interference from cable-modem output signals
- Rugged weatherproof construction for indoor/outdoor use w O-ring and nickel-plated precision machined brass
- Blocks signal entry into upstream low-frequency (5 - 40MH:
- High Sub-band rejection (>-40dB) and low insertion loss (<
- Brand New
- Full Manufacturer's Warranty

**Related Products**

Pico Macom CA-30/550 - 30dB Distribution Amplifier | Pico Macom CDA-1P - CATV Amplifier | Pico Macom CDA-2P - CATV BI-DIRECTION AMPLIFIER | Pico Macom CD/ DIRECTION AMPLIFIER | Pico Macom GRB-1HRL - 3GHz High Performance Ground Blc GRB-2HRL - 3GHz High Performance Ground Blocks | Pico Macom HPFO-54MHZ - 5· Filter | Pico Macom LA-2150D - Pico Macom - SATELLITE IF IN-LINE AMPLIFIER | Pico In-Line Band Pass Filters | Pico Macom LPF-450 - In-Line Band Pass Filters | Pico Mac Line Band Pass Filters | Pico Macom LPF-700 - In-Line Band Pass Filters | Pico Mac 300MHz VHF Amplifier |