

**Publication Type: Media Release**
**Date:** 4/11/2005

*Rob Stoddard/Brian Dietz 202-775-3629*

**Digital Transition Leads to Greater Security**

**NCTA 2004 Signal Theft Survey Results**

**WASHINGTON, D.C.** - The rate of consumer theft of cable's basic video service has declined by more than 50 percent in four years, driven in large part by the migration to digital platforms, and the industry's increased efforts to identify unauthorized connections and convert those accounts to paying subscribers, according to a new survey commissioned by the National Cable & Telecommunications Association (NCTA).

The study reports that the theft rate for expanded analog service stands at 4.65 percent (the percentage of theft per 100 homes the cable network passes), down from the 11.5 percent found in the previous NCTA cable theft survey in 2000. The theft for premium services also decreased from 9.5 percent in 2000 to 2.15 percent in 2004.

New technologies - such as digital cable, high-speed Internet access and VoIP - were found to have low theft rates, less than 1 percent, indicating that advanced services are more secure than predecessor analog services. Local cable systems have been addressing theft through a variety of measures, including standardized system-wide tap audit programs, improved operating procedures and employee training and incentive programs.

While theft rates are down, the survey found that the issue still presents a challenge for the cable industry, resulting in $4.76 billion in annual unrealized revenue . This amount represents more than 8 percent of the cable industry's $57.6 billion annual gross revenues from 2004. The 2000 NCTA survey had reported that cable theft resulted in $6 billion in annual unrealized revenue.

The study, conducted by Frank N. Magid Associates for NCTA's Office of Cable Signal Theft (OCST), surveyed cable operators across the country and measured theft rates for analog, digital, high-speed data access, and telephone services, including digital phone and VoIP. To determine the unrealized revenue loss, the theft rates were multiplied by the average monthly service cost per year against the number of homes passed by. cable.

"As customers migrate to a digital platform, we are seeing a decline in the rate of theft of services," said Nilda Gumbs , Director of NCTA's Office of Cable Signal Theft. "Cable's new advanced services not only have delivered increased value to our customers, they've also established new barriers to theft."

"This NCTA research, coupled with the consumer study entitled 'Evaluation

NCTA's Office of Cable Signal Theft was formed in 1986 as a joint venture between NCTA and the Motion Picture Association of America (MPAA). OCST provides information about the judicial, legislative, technical, marketing, and operational aspects of signal theft.

# # #

*NCTA is the principal trade association of the cable television industry in the United States. NCTA represents cable operators serving more than 90 percent of the nation's cable television households and more than 200 cable program networks, as well as equipment suppliers and providers of other services to the cable industry.*

National Cable & Telecommunications Association
25 Massachusetts Avenue, NW - Suite 100 | Washington, DC 20001
Phone: (202) 222-2300 | Email: webmaster@ncta.com
Copyright NCTA