See Last Paragraph

Advertisement



washingtonpost.com

# High-Stakes Hunt For Cable Pirates

## Premium-Channel Theft Leads to More Arrests, Fines

By John F. Kelly
Washington Post Staff Writer
Monday, February 10, 2003; Page A01

Who knows what the residents of the ground-floor garden apartment in Fairfax County will think when they return from work and see a blue piece of paper hanging from their doorknob like a request for hotel maid service.

All it says on the outside is "IMPORTANT NOTICE!" And the language Cox Communications has chosen for the inside -- "our records do not indicate we have a customer at this address" -- is perhaps a tad vague.

But the real message will be clear the instant the television in the apartment is turned on and shows only a brief, static-filled snowstorm followed by a blank screen.

Every day in the Washington area, dozens of cable company cops -- "field auditors" in industry parlance -- do battle in an unceasing war, weeding out people who don't pay for the cable programming they receive. The fight is waged with weapons both high-tech (electronic pulses sent down the line to frizzle illegal converter boxes) and low (the anonymous tip is among the cable cops' best weapons).

A tip has brought a blue-jacketed Cox technician to this Fairfax apartment complex near Interstate 66. He has already hung the doorknob notice. Now he walks around back to the utility room, unlocks the cable box, finds the wire that's running to the offending apartment and pulls out a wrench.

"We're going to terminate that port," he says. And he does. Another cable thief bites the dust.

The National Cable Television Association estimates that 10 percent of U.S. homes with cable access get their cable illegally. It costs the industry $6.6 billion a year. Satellite television operators report similar losses.

"It is a huge problem," said Jaye Gamble, regional senior vice president of Comcast's Washington Metro/Virginia region. "There's no neighborhood, community or socioeconomic group that is free of cable thieves."

Executives at Comcast and Cox, the area's two largest cable companies, say that cable pirates, like department store shoplifters, raise the costs for everyone else. They also note that local governments lose revenue, since franchise fees paid by cable companies are based on the number of paying customers. Virginia and Maryland have recently stiffened their penalties against cable theft. In Maryland, for example, fines could range up to $5,000.

It's a problem that has been around since cable started its march across the country about 30 years ago.

Reluctant to pay for something that had always been free -- television programming -- some viewers would secretly tap into a cable connection. Others would keep quiet when they moved into a home and discovered that the previous occupant's cable had never been disconnected.

Both of those activities -- dubbed "active" theft and "passive" theft, respectively -- still occur. But what worries cable companies today is "premium" theft, which because of the ubiquity of the Web is simple. Typing "cable descrambler" into an Internet search engine yields thousands of vendors selling devices with such names as Viewmaster, Clearmax and Coolbox. The devices unscramble the signal that makes premium channels such as HBO, Showtime and Spice look like hose-drenched oil paintings. The descramblers -- known as "black boxes" -- start at about $200.

Who buys them? People such as a Prince George's County man who said he bought his first black box in 1996 because he was fed up with the increase in cable rates. "I didn't want to pay $30 a month just to get basic cable and local programming," said the man, who spoke on condition that he not be identified. He said he has a natural antipathy toward cable companies because of what he sees as their poor service. "That starts with when they tell you they'll be there between 2 and 7 to install your cable and they walk in your door at 7:30."

Today, he said, he's a paying Comcast customer who uses his descrambler to turn pay-per-view movies into watch-for-free movies. "I honestly don't believe the cable company is going to go after people like me," he said.

If cable companies did, he probably wouldn't go to jail. Companies usually confiscate the black boxes of individual scofflaws and demand that they repay any fees they dodged. Law enforcement is brought in only if there is a chronic problem. "We want to make them paying customers," explained Alex Horwitz of Cox Communications.

It's the black-box manufacturers whom cable companies pursue with single-minded vigor. "Today we have over 100 active prosecutions in the courts," said Comcast's Gamble.

Among the latest to be charged is a suburban Baltimore family, whose members were arrested in November. Police said they found an "assembly line" in the family's basement where set-top boxes were converted to receive premium programming. Private detectives working for Comcast responded to the family's listings on the online auction site eBay.

"It's ridiculous that people think they can sell this stuff on the Internet and not get caught," said Adam Lippe, assistant state's attorney for Baltimore County, who is prosecuting the case.

Cox and Comcast occasionally hold no-questions-asked amnesty programs, where users can confess transgressions without penalty. But the companies also employ more proactive measures. "We have, on any given day, between 50 and 100 people working on cable-theft issues in this region," said Gamble.

Field auditors routinely check cable boxes with a signal meter, which can determine whether someone has inexpertly made his own connection. Other methods don't require a technician in the field: Cable companies periodically send out what's known as a "bullet," a pulse of data injected into cable lines to manipulate the software of illegal descramblers, shutting them down.

But more old-fashioned ways often work best, including public service announcements urging thieves to come clean. The ads that have received the most response are made by Ray Proya, head of Ryno Production, a Pittsburgh marketing company.

Five years ago, Proya registered the Internet domain name cabletheft.com and created a series of ads urging viewers to leave anonymous messages turning in those they suspect of using a black box or tapping into a line.

Last year, cabletheft.com received about 15,000 tips, about 40 a day, Proya said. He forwards them to the appropriate cable companies.

Proya said he is heaped with abuse from those who abhor what they see as Big Brother tactics pitting neighbor against neighbor. "Every day, I'm called a Nazi," he said. "I'm sorry -- I just don't see it that way."

Industry observers say cable theft may diminish as more customers opt for digital cable and the nearly-impossible-to-hack converters needed to view it. But Gamble doesn't see the problem ever ending: "The pirates are constantly coming out with another innovation. It is a scramble, and a struggle, that will continue."

© 2003 The Washington Post Company