
File
Edit
Mail
Community
Services
Safety
Window
Keyword
Sign Off
Help
Quick Start
Unknown
Active Theft
Report Theft

# News

Cox Communications
701 E. Douglas
Wichita, Kansas 67202

COX.

**Contact: Sarah Kauffman**
**316-260-7392**

**FOR IMMEDIATE RELEASE**
**Monday, June 13, 2005**

## Cox Communications strives to educate on the fight against cable theft

Wichita, Kan. – Cox Communications is launching a series of public service announcements to educate consumers about Signal Theft Awareness Week, June 20-24. Last year, more than 15,000 Wichita residents were obtaining cable programming illegally.

"Cable theft is not only illegal, but also has a negative impact on the Wichita community as a whole," said Kimberly Edmunds, region vice president and general manager.

Cable theft decreases picture quality leading to an increase of service calls, system maintenance and consequently higher prices for customers. Illegal cable splicing endangers the lives of everyone in the community by compromising the "closed-circuit" cable distribution system and emitting interference in emergency service radio transmission and aeronautic radio navigation.

The National Cable and Telecommunications Association, NCTA, preformed a study in 2004 to measure the amount of cable theft in the United States. The study determined the overall average theft rate has dropped to 4.65 percent from 11.5 percent in 2000. However, those numbers still cost the cable industry an estimated $4 billion a year in video theft and losses of $751 million a year in Internet and telephony theft.

Cox Employees are trained with the most up-to-date technology to detect cable leakage in the community. Employees monitor cable theft on a daily basis to comply with the Federal Communications Commission regulations on cable theft. Cox submits yearly cable leakage reports to the FCC.

"Cox wants to educate the community about the danger cable theft places on our city and encourage people to report any form of illegal cable theft," said Jay Allbaugh, vice president of public affairs.

Cable theft can be reported directly to Cox or anonymously online at www.cabletheft.com.

**Cox Communications Inc.** is a multi-service broadband communications company with approximately 6.6 million total customers, including approximately 6.3 million basic cable subscribers. The nation's third-largest cable television provider, Cox offers both analog cable television under the Cox Cable brand as well as advanced digital video service under the Cox Digital Cable brand. Cox provides an array of other communications and entertainment services, including local and long-distance telephone under the Cox Digital Telephone brand, high-speed Internet access under the Cox High Speed Internet brand, and commercial voice and data services via Cox Business Services. Local cable advertising, promotional opportunities and production services are sold under the Cox Media brand. Cox is an investor in programming networks including Discovery Channel. More information about Cox Communications can be accessed on the Internet at www.cox.com.