UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**OBJECTION TO REPORT AND RECOMMENDATION**

Now come the defendants Amy Chaffee and Ramalda Bou, pursuant to Local Rule 32 (d) and object to the Report and Recommendation of Magistrate Judge Almond dated May 15, 2007 for the reasons set forth in the memorandum filed by defendants in support of and in opposition to the respective motions for summary judgment.

By their Attorney,

/s/ James A. Currier
James A. Currier #953
1345 Westminster Street
Providence, RI 02909
(401) 861-2200
Fax (401) 421-2450

**CERTIFICATION**

I hereby certify that on the 21st day of May, 2007, I faxed a true and accurate copy of the within to Francis S. Holbrook, II, Esq. (841-8534) and Shaun K. Hogan, Esq., 1 (516) 942-4705.

/s/ James A. Currier