UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Coxcom, Inc, et al
Plaintiff

V. CA05-107S

Jon Chaffee, et al
Defendant

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on May 14, 2007 in the above-captioned matter is accepted pursuant to Title 28 Uited States Code § 636 (b)(1). Defendants' objection does not comply with Federal Rules of Civil Procedure 72(b) and Local Rule 72 stating specific grounds, therefore Defendants' objection to the Magistrate Judge's Report and Recommendation is waived and otherwise DENIED, and Judgment shall enter in favor of Plaintiff, CoxCom, Inc., d/b/a Cox Communications New England against Defendants' Jon Chaffee, individually and d/b/a Electronic Imports and Chaffee International, Amy Chaffee, individually and d/b/a Electronic Imports, Ramalda Bou, individually and d/b/a Electronic Imports as follows:

1. An award of statutory damages under the Communications Act, 47 U.S.C. § 553(c)(3)(A)(ii) and (c)(3)(B), of $35,000.00 jointly and severally against defendants Jon and Amy Chaffee;

2. An award of statutory damages under the Communications Act, 47 U.S.C. § 553(c)(3)(A)(ii), of $3,300.00 against Defendant Ramalda Bou;

3. An award of statutory damages under the DMCA, 17 U.S.C. §1203 (c)(3)(A), of $105,000.00 jointly and severally against Defendants Jon and Amy Chaffee;

4. An award of statutory damages under the DMCA, 17 U.S.C. 1203 (C)(3)(A), of $2,200.00 against Defendant Ramalda Bou;

5. An award of attorney's fees and costs under the Communications Act, 47 U.S.C. § 553(c)(2)(C), and the DMCA, 17 U.S.C. § 1203(b)(5), of $193,586.11 jointly and severally against Defendants Jon and Amy Chaffee; and

6. A permanent injunction prohibiting all defendants from any future possession, sale or distribution of digital cable filters.

BY ORDER:

[signature]

DEPUTY CLERK

ENTER:

[signature]

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 5/30/07