UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

CoxCom, Inc, d/b/a Cox Communications
New England
Plaintiff

V. Case Number: C.A. NO. 05-107S

Jon Chaffee, individually and d/b/a Electronic Imports
and Chaffee International, Amy Chaffee, individually and d/b/a
Electronic Imports, Ramalda Bou, individually and d/b/a Electronic
Imports
Defendant

**Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

Judgment shall enter for the Plaintiff, CoxCom, Inc., d/b/a Cox Communications New England against Defendants' Jon Chaffee, individually and d/b/a Electronic Imports and Chaffee International, Amy Chaffee, individually and d/b/a Electronic Imports and Ramalda Bou, individually and d/b/a Electronic Imports in accordance with this Court's Order dated May 30, 2007, adopting the Report and Recommendation of United States Magistrate Judge Lincoln D. Almond as follows:

1. An award of statutory damages under the Communications Act, 47 U.S.C. § 553(c)(3)(A)(ii) and (c)(3)(B), of $35,000.00 jointly and severally against defendants Jon and Amy Chaffee;

2. An award of statutory damages under the Communications Act, 47 U.S.C. § 553(c)(3)(A)(ii), of $3,300.00 against Defendant Ramalda Bou;

3. An award of statutory damages under the DMCA, 17 U.S.C. §1203 (c)(3)(A), of $105,000.00 jointly and severally against Defendants Jon and Amy Chaffee;

4. An award of statutory damages under the DMCA, 17 U.S.C. 1203 (C)(3)(A), of $2,200.00 against Defendant Ramalda Bou;

5. An award of attorney's fees and costs under the Communications Act, 47 U.S.C. § 553(c)(2)(C), and the DMCA, 17 U.S.C. § 1203(b)(5), of $193,586.11 jointly and severally against Defendants Jon and Amy Chaffee; and

6. A permanent injunction prohibiting all defendants from any future possession, sale or distribution of digital cable filters.

**BY ORDER:**

**May 31, 2007**
**Date**

**Deputy Clerk**