UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND,<br><br>Plaintiff,<br><br>vs.<br><br>JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, Individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,<br><br>Defendants. | : | C.A. No. 05 107 S |

**PLAINTIFF'S MOTION TO RELEASE BOND**

**PLEASE TAKE NOTICE** that plaintiff CoxCom, Inc. ("CoxCom"), by its attorneys Lefkowitz, Hogan & Cassell, LLP, and Miller Scott & Holbrook upon the annexed Affirmation of Shaun K. Hogan, Esq., will move this Court for an order authorizing release of the bond posted by it in the amount of $25,000.00 in accordance with the Temporary Restraining Order entered in this action on March 17, 2005. CoxCom submits that, following entry of the Judgment on May 31, 2007, which resolved all claims in this action, there is no further need for the bond.

**WHEREFORE,** CoxCom respectfully requests the Court's entry of an Order directing the Clerk of the Court to release the bond.

There is good cause for the present motion as set forth in the attached Affirmation of Shaun K. Hogan, Esq. and accompanying exhibits.

Dated: Jericho, New York
June 8, 2007

**ATTORNEYS FOR PLAINTIFF**
**LEFKOWITZ, HOGAN & CASSELL, LLP**

By: /s/Shaun K. Hogan
**SHAUN K. HOGAN**
350 Jericho Turnpike, Suite 300
Jericho, New York 11753
(516) 942-4700

Dated: Newport, Rhode Island
June 8, 2007

**MILLER SCOTT & HOLBROOK**

By: /s/Francis S. Holbrook
**FRANCIS S. HOLBROOK**
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500