**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,** | ) | |
| | ) | **C.A. No.: 05-107 S** |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,** | ) | **AFFIRMATION OF SHAUN K. HOGAN IN SUPPORT OF PLAINTIFF'S MOTION FOR RELEASE OF THE BOND** |
| **Defendants.** | ) | |

I, **SHAUN K. HOGAN**, an attorney admitted *pro hac vice* to practice before the Bar of the United States District Court for the District of Rhode Island, affirms the following under penalties of perjury:

1. I am an attorney and a member of the law firm of Lefkowitz, Hogan & Cassell, LLP, attorneys for the Plaintiff, CoxCom Inc. d/b/a Cox Communications New England (hereinafter "CoxCom" or "Plaintiff") in the above-captioned action. I have personal knowledge of the following, based upon my knowledge of this action, the files maintained by this firm, and my discussions with defendants' counsel, unless otherwise stated. I submit this Affirmation in support of Plaintiff's Motion to Release the Bond posted in this action.

**Background**

2. Plaintiff commenced this action against Defendants on March 8, 2005. Plaintiff alleged, in part, that the Defendants engaged in the sale and use of digital cable television filters, and had intercepted and assisted others in the interception of Plaintiff's cable television

programming services without Plaintiff's authorization in violation of the Communications Act, 47 U.S.C. § 553(a)(1) and the Digital Millennium Copyright Act, 17 U.S.C. § 1201.

3. On March 11, 2005, the Court entered a Temporary Restraining Order and directed CoxCom to file a $25,000.00 bond with the Clerk of the Court.

4. On or about March 17, 2005, CoxCom filed a $25,000.00 bond with the Clerk of the Court.

5. On May 31, 2007, the Court entered Judgment in favor of CoxCom.

6. CoxCom submits that, following entry of the Judgment, there is no need for the bond.

**WHEREFORE**, CoxCom respectfully requests the Court's entry of an Order directing the Clerk of the Court to release the bond.

Dated: Jericho, New York
June 8, 2007

Shaun K. Hogan (SH 7227)