UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND,<br><br>Plaintiff,<br><br>vs.<br><br>JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,<br><br>Defendants. | : | C.A. No. 05 107 S |

**ORDER ON PLAINTIFF'S MOTION TO RELEASE BOND**

**THIS CAUSE** came before the Court upon Plaintiff's Motion to Release Bond. Having considered the motion and being otherwise fully advised in the premises; it is hereby

**ORDERED AND ADJUDGED** that the motion is granted. The Clerk of the Court is hereby directed to release plaintiff's bond of $25,000.00 filed by CoxCom on or about March 17, 2005 in accordance with the March 11, 2005 Temporary Restraining Order entered by this Court.

**IT IS SO ORDERED.**

Dated: Providence, Rhode Island
June __, 2007

____________________________
WILLIAM E. SMITH
U.S. DISTRICT JUDGE