UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND,<br><br>Plaintiff,<br><br>vs.<br><br>JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,<br><br>Defendants. | : | C.A. No. 05 107 S |

**PLAINTIFF'S MOTION FOR ORDER EXTENDING TIME TO OPPOSITION TO DEFENDANTS' OBJECTIONS TO REPORT AND RECOMMENDATION**

Plaintiff CoxCom, Inc. d/b/a Cox Communications New England ("Cox"), by its attorneys Lefkowitz, Hogan & Cassell, LLP and Miller, Scott & Holbrook, respectfully submits this motion for an extension of time to serve and file its opposition to the Defendants' Objections to the May 14, 2007 Report and Recommendation of Magistrate Lincoln D. Almond to June 18, 2007.

**WHEREFORE,** Cox respectfully requests that its time to file and serve its opposition to defendants' objections be extended to June 18, 2007.

Dated: Jericho, New York
June 11, 2007

Respectfully submitted for the Plaintiff CoxCom, Inc.
d/b/a Cox Communications New England
By Its Attorneys,

/s/ Shaun K. Hogan

Shaun K. Hogan
**LEFKOWITZ, HOGAN & CASSELL, LLP**
350 Jericho Turnpike, Suite 300
Jericho, New York 11753
(516) 942-4700

Dated: Jericho, New York
June 11, 2007

/s/ Francis S. Holbrook, II

Francis S. Holbrook II
**MILLER SCOTT & HOLBROOK**
122 Touro Street
Newport, Rhode Island 02840
(401) 847-7500