**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **COXCOM, INC., d/b/a/ COX COMMUNICATIONS NEW ENGLAND,** | ) | |
| **Plaintiff,** | ) | **C.A. No.: 05-107 S** |
| **v.** | ) | |
| **JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS,** | ) | **AFFIRMATION OF SHAUN K. HOGAN IN SUPPORT OF PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITION TO OBJECTIONS TO REPORT AND RECOMMENDATION** |
| **Defendants.** | ) | |

I, **SHAUN K. HOGAN**, an attorney admitted *pro hac vice* to practice before the Bar of the United States District Court for the District of Rhode Island, affirms the following under penalties of perjury:

1. I am an attorney and a member of the law firm of Lefkowitz, Hogan & Cassell, LLP, attorneys for the Plaintiff, CoxCom Inc. d/b/a Cox Communications New England (hereinafter "CoxCom" or "Plaintiff") in the above-captioned action. Unless otherwise stated, I have personal knowledge of the following, based upon my knowledge of this action and the files maintained by this firm. I submit this Affirmation in support of Plaintiff's Motion for an Extension of Time to File an Opposition to Defendants objections to the May 14, 2007 Report and Recommendation of Magistrate Lincoln D. Almond.

**Background**

2. Plaintiff commenced this action against Defendants on March 8, 2005. Plaintiff alleged, in part, that the Defendants engaged in the sale and use of digital cable television filters,

and had intercepted and assisted others in the interception of Plaintiff's cable television programming services without Plaintiff's authorization in violation of the Communications Act, 47 U.S.C. § 553(a)(1) and the Digital Millennium Copyright Act, 17 U.S.C. § 1201.

3. After the close of discovery, on September 26, 2005, CoxCom moved for summary judgment. On December 19, 2005, Defendants filed an opposition to CoxCom's motion and their own motion for summary judgment.

4. On April 25, 2006, Magistrate Judge Almond issued a Report and Recommendation recommending that CoxCom's motion for summary judgment be granted and that Defendants' motion for summary judgment be denied.

5. On or about June 23, 2006, after conducting a "de novo" review, the Court adopted the "well-reasoned" Report and Recommendation.

6. This Court also referred the matter to Magistrate Judge Almond to report and recommend on the appropriate amount of damages, attorneys' fees and costs to award to CoxCom.

7. On March 12, 2007, a hearing (the "hearing") to determine the amount of damages was held. At the hearing, CoxCom presented three witnesses and offered thirty four exhibits that were received in evidence. By contrast, Defendants Ramalda Bou and Amy Chaffee did not personally attend the hearing and Defendant Jon Chaffee did not testify at the hearing and failed to offer any exhibits.

8. On May 14, 2007, Magistrate Almond issued a fifteen page Report and Recommendation ("the R&R"). Docket Entry ("DE") 185 (a copy of the R&R is attached hereto as Exhibit 1).

9. On May 30, 2007, this Court adopted the R&R and entered a final Judgment against the defendants. DE 191.

10. On May 30, 2007, Defendant Jon Chaffee filed his objection to the R&R ("Jon Chaffee's Objection"). DE 190.

11. On May 30, defendants Ramalda Bou and Amy Chaffee filed their objections to the Report and Recommendation. DE 189.

12. On May 31, 2007, the Court entered a final Judgment against the Defendants. DE 192.

13. The current deadline for Plaintiff to file its opposition to the Defendants' objections is June 18, 2007. CoxCom notes that it is unclear whether or not it even needs to file an opposition to the objections since the Court has already adopted the R&R and entered final Judgment in this action.

14. Notwithstanding this, absent further clarification from the Court, CoxCom will file an opposition to the Defendants' Objections. However, due to a number of scheduling conflicts, CoxCom requires until June 25, 2007 to file its opposition to the Defendants' Objections. The reason for this request is I recently finished a trial and have to file oppositions to two Motions for Summary Judgment on June 19, 2007.

**WHEREFORE**, CoxCom respectfully requests the Court's entry of an Order extending the deadline for Plaintiff to serve and file an opposition to Jon Chaffee's Objection to the R&R to June 25, 2007.

Dated: Jericho, New York
June 15, 2007

Shaun K. Hogan (SH 7227)