COXCOM, INC. d/b/a COX COMMUNICATIONS NEW ENGLAND
v.
JON CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS and CHAFFEE INTERNATIONAL, AMY CHAFFEE, individually and d/b/a ELECTRONIC IMPORTS, and RAMALDA BOU, individually and d/b/a ELECTRONIC IMPORTS
Case No. 05 Civ. 107 S

# CERTIFICATE OF SERVICE

I, **JANINE P. GOROFF**, an employee of the firm **LEFKOWITZ, HOGAN & CASSELL, LLP**, attorneys for the Plaintiff, CoxCom, Inc. Cox Communications New England, in the above-entitled action, hereby certify under penalty of perjury that I caused a copy of Plaintiff's Motion for Order Extending Time to Opposition to Defendant's Objections to Report and Recommendation and Plaintiff's Affirmation of Shaun K. Hogan in Support of Plaintiff's Motion for an Extension of Time to File Opposition to Objections to Report and Recommendation with its accompanying exhibits, to be served on defendants Jon Chaffee, individually and d/b/a Electronic Imports and Chaffee International, Amy Chaffee, individually and d/b/a Electronic Imports, and Ramalda Bou, individually and d/b/a Electronic Imports (hereinafter "defendants"), by causing two true and accurate copies thereof to be placed in two separate sealed envelopes via First Class Mail (postage pre-paid) and deposited into an official depository of United States Postal Service on June 15, 2007 addressed to the defendants at the addresses set forth below:

**Jon Chaffee**
**Defendant Pro Se**
**250 Shore Acres Avenue, #2**
**North Kingstown, RI 02852**

**James Currier, Esq.**
**Attorney for Amy Chaffee and Ramalda Bou**
**128 Dorrance Street, Suite 400**
**Providence, Rhode Island 02903**

/s/Janine P. Goroff
Janine P. Goroff