UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**OBJECTION TO THE COURT'S ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE OPPOSITIONTO DEFENDANT'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Defendant Jon Chaffee, objects to Plaintiff's June 11, 2007 request for an Extension of Time for filing opposition to Defendant's objections to the Magistrate Judge's May 14. 2007 Report and Recommendation, and to the Court's Order granting above stated Extension of Time, for the following reasons:

1. The case Cox v. Chaffee et al., was closed on May 31, 2007.
2. Defendant Jon Chaffee did not received a copy of Plaintiff's June 11, 2007 request for an Extension of Time to submit opposition to Defendant's objection to the Court's Report and Recommendation [Docket Entry 185].
3. The Court's June 12, 2007 Order to grant Plaintiff's Extension of Time, did not allow Defendants time to respond to Plaintiff's request.
4. The Court's hasty, May 30, 2007 (as signed by Judge Smith) affirmation of the Magistrate's May 14. 2007 Report and Recommendation [Docket Entry 191] on the very same day objections to said Report and Recommendation were due, along with the Court's May 31, 2007 judgment filing against the Defendant [Docket Entry 192], precludes Plaintiff from submitting any further responses in this matter.

(195)

Denied
WESmith
USDJ
6/15/07

Jon Chaffee, Pro Se

J. Chaffee pro se