UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**OBJECTION TO MOTION TO RELEASE BOND**

Now come the defendants Amy Chaffee and Ramalda Bou and object to plaintiffs' motion to release bond.

By their Attorney,

/s/ James A. Currier

James A. Currier #953
1345 Westminster Street
Providence, RI 02909
(401) 861-2200
Fax (401) 421-2450

CERTIFICATION

I hereby certify that on the 19th day of June, 2007, I mailed true and accurate copies of the within to Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753 and Francis S.Holbrook, II, Esq., 122 Touro Street, Newport, RI 02840.

/s/ James A. Currier