UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**DEFENDANT'S MEMORANDUM IN SUPPORT OF OPPOSITION TO THE PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME**

Defendant Jon Chaffee, opposes the Plaintiff's Second MOTION for an Extension of Time for filing opposition to Defendants' Objections to the Magistrate Judge's May 14. 2007 Report and Recommendation [Docket Entry 185].

**WHEREFORE**, unless the Court is re-opening Cox v. Chaffee et al., it is submitted that there exists no legitimate purpose or logical reasoning behind Plaintiff submitting an Opposition to Defendants' Objection to the Magistrate Judge's Report and Recommendation [Docket Entry 185], when FINAL JUDGMENT has been issued on May 31, 2007 and the CASE IS CLOSED.

**THEREFORE,** Plaintiffs' Second MOTION for an Extension of Time should be denied.

By Jon Chaffee, Pro Se

pro se

250 Shore Acres Ave, #2
North Kingstown, RI 02852
401.743.1940

CERTIFICATION

I hereby certify that on the 20 th day of June, I mailed true and accurate copies of the within to Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753.

pro se