UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC.
Plaintiff

VS C. A. NO: 05 107 S

JON CHAFFEE, AMY CHAFFEE,
and RAMALDA BOU
Defendants

**NOTICE OF APPEAL TO**
**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

Defendants Amy Chaffee and Ramalda Bou appeal to the United States Court of Appeals for the First Circuit from the Final Judgment of the District Court for the District of Rhode Island entered in this case on the 31st day of May, 2007

By their Attorney,

_________________________

James A. Currier #953
1345 Wesrminster Street
Providence, RI 02909
(401) 861-2200 Fax (401) 421-2450

CERTIFICATION

I certify that on the 25th day of June, 2007, I mailed a true copy of the within to Francis S. Holbrook, II, Esq., 122 Toro Street, Newport, RI 02840 and Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753

________________________________