**United States District Court For the District of Rhode Island**

**Coxcom,Inc.**
**Plaintiff**

**Vs**

**C.A. 05-107 S**

**Jon Chaffee, Amy Chafee, and**
**Ramlada Bou**
**Defendants**

**Notice of Appeal to The United States Court of Appeals For The First Circuit**

Now comes Defendant Jon Chaffee and appeals to the United States Court of Appeals for the First Circuit from the Final Judgment of the United States District Court for the District of Rhode Island entered in this case on May 31, 2007.

**Jon Chafee**
**Defendant**
By His Attorney

Keven A. McKenna, R.I. Bar 662, 1st Cr. #26349
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Tel
401 521-5820 Fax
KevenM@McKennalaw.cc Net
June 28, 2007

**Certification**

I the undersigned certify that on the 28th day of June, 2007, I mailed a true copy of the above notice of appeal to counsel for the Plaintiff, Francis S. Holbrook, II, Esquire, 122 Toro Street, Newport R.I. 02840 and to Shaun K.Hogan, Esquire, 350 Jericho Turnpike, Jericho, New York, 11753.