UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

C. A. NO: 05 107 S

COXCOM, INC.
Plaintiff

V. **JOINT NOTICE OF APPEAL**

JON CHAFFEE, AMY CHAFFEE,
and RAMALDA BOU
Defendants

Notice is hereby given that Defendants Amy Chaffee and Ramalda Bou hereby appeal to the United States Court of Appeals for the First Circuit from the Final Judgment of the District Court for the District of Rhode Island entered in this case on the 31st day of May, 2007.

/s/ James A. Currier
James A. Currier #953
Attorney for Amy Chaffee and Ramalda Bou
1345 Westminster Street
Providence, RI 02909
(401) 861-2200 Fax (401) 421-2450

**CERTIFICATION**

I certify that on the 28th day of June, 2007, I mailed a true copy of the within to Francis S. Holbrook, II, Esq., 122 Toro Street, Newport, RI 02840 and Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753

/s/ _James A. Currier_________________