UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COXCOM, INC., et al

VS C. A. NO: 05 107 S

JON CHAFFEE, et als

**MEMORANDUM IN SUPPORT OF**
**OBJECTION TO ORDER GRANTING MOTION TO RELEASE BOND**

Defendants Amy Chaffee and Ramalda Bou have appealled the Final Judgment of this Court to the United States Circuit Court for the First Circuit.

It is submitted it would be premature to permit the release of the bond until such time as the appeal itself was resolved in plaintiffs' favor.

By their Attorney,

/s/ James A. Currier
__________________________
James A. Currier #953
1345 Westminster Street
Providence, RI 02909
(401) 861-2200
Fax (401) 421-2450

CERTIFICATION

I hereby certify that on the 28th day of June, 2007, I mailed true and accurate copies of the within to Shaun K. Hogan, Esq., 350 Jericho Turnpike, Suite 300, Jericho, NY 11753 and Francis S.Holbrook, II, Esq., 122 Touro Street, Newport, RI 02840.

/s/ James A. Currier

________________________________