UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

June 29, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: **CoxCom, Inc., et al. v. Chaffee, et al.**
**CA05-107S**

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Wendy Geile
*Wendy Geile*
DEPUTY CLERK

ENC: Notice of Appeal filed by Ramalda Bou and Amy Chaffee(Doc#207), Notice of Appeal filed by Jon Chaffee(Doc#206), Certified Docket, Document # 1, 185, 186, 188, 189, 191, 192, 206, 207

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, on the 29th day of June 2007.

David A. DiMarzio, CLERK

Wendy Geile

BY: Wendy Geile
DEPUTY CLERK