**United States District Court For the District of Rhode Island**

**Coxcom,Inc.**
**Plaintiff**

**Vs**

**C.A. 05-107 S**

**Jon Chaffee, Amy Chafee, and**
**Ramlada Bou**
**Defendants**

**Notice of Entry of Appearance for Jon Chaffee**

Now comes Keven A. McKenna, Attorney at Law, and enters his appearance for f Defendant Jon.

**Jon Chafee**
**Defendant**
By His Attorney

Keven A. McKenna, R.I. Bar 662, 1st Cr. #26349
Keven A. McKenna, P.C.
23 Acorn Street
Providence, R.I. 02903
401 273-8200 Tel
401 521-5820 Fax
KevenM@McKennalaw.cc Net
July 6, 2007

**Certification**

I the undersigned certify that on the 6th th day of July, 2007, I mailed a true copy of the above notice of appeal to counsel for the Plaintiff, Francis S. Holbrook, II, Esquire, 122 Toro Street, Newport R.I. 02840 and to Shaun K.Hogan, Esquire, 350 Jericho Turnpike, Jericho, New York, 11753