FILED
JUL 18 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CoxCom, Inc., et al
Plaintiff

VS: CA: 05-107S

Jon Chaffee, et al
Defendant

# RECEIPT

Original Bond

Attorney Mark A. Matteo

Deputy clerk