**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

COXCOM, INC., et al . CIVIL ACTION NO. 05-00107-S-LDA
Plaintiffs .
.
V. . PROVIDENCE, RHODE ISLAND
JON CHAFFEE, et al . MARCH 12, 2007
Defendants .
. . . . . . . . . . . .

TRANSCRIPT OF DAMAGES HEARING
BEFORE THE HONORABLE LINCOLN D. ALMOND
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the plaintiffs: Shaun K. Hogan, Esquire
Lefkowitz, Hogan, & Cassell, LLP
350 Jericho Turnpike
Suite 100
Jericho, NY 11753
516-942-4700
516-942-4705
skhogan@lefkowitzhogan.com

For the defendants: James A. Currier, Esquire
Law Offices of James A. Currier
1345 Westminster St.
Providence, RI 02903
401-861-2200
currlaw@myexcel.com

CERTIFICATION

I, Maryann V. Young, court approved transcriber, certify that a true and accurate transcript in the above-entitled matter was not produced and filed with the Court due to the poor audibility of the official electronic sound recording of the proceedings.

/s/ Maryann V. Young July 23, 2008