MANDATE

USDC/RI
05-00107
Smith, J

# United States Court of Appeals
## For the First Circuit

---

No. 07-2030

COXCOM, INC., d/b/a COX COMMUNICATIONS NEW ENGLAND,

Plaintiff, Appellee,

v.

JON CHAFFEE, individually and d/b/a Electronic Imports
and Chaffee International,

Defendant, Appellant.

AMY CHAFFEE, individually and d/b/a Electronic Imports;
RAMALDA BOU, individually and d/b/a Electronic Imports,

Defendants.

---

No. 07-2031

COXCOM, INC., d/b/a COX COMMUNICATIONS NEW ENGLAND,

Plaintiff, Appellee,

v.

AMY CHAFFEE, individually and d/b/a Electronic Imports;
RAMALDA BOU, individually and d/b/a Electronic Imports,

Defendants, Appellants.

JON CHAFFEE, individually and d/b/a Electronic Imports
and Chaffee International,

Defendant.

---

**JUDGMENT**

Entered: August 4, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

KG

**Deputy Clerk**

**Date:** 8/27/08

cc: Mr. Currier, Mr. Holbrook, Mr, McKenna, Mr. Lefkowitz, Mr. Sullivan & Ms. Hogan.